| | |
|---|---|
| **From:** | NEW YORK MEDICAL BILLING <newyorkmedicalbilling@gmail.com> |
| **Sent:** | Wednesday, October 20, 2021 11:01 AM |
| **To:** | Esther Gadayeva |
| **Subject:** | Re: Elena Stybel ready batches |

**Caution: This email originated outside of the organization**

Elena stybel - 31,800
Blue tech - 193,095.02

On Tuesday, October 19, 2021, Esther Gadayeva <EGadayeva@abramslaw.com> wrote:

> Please provide us with the Split numbers
>
> Batch 37 $189,105.30 $71,860.12
>
> Batch 41 $205,914.66 $78,247.26
>
> Batch 42 $196,809.59 $74,787.64

*Esther Gadayeva*

**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**

*Manager of Billing Dept. and Paralegal*
Tel: 516-328-2300 x155
Direct Dial: 516-592-5826
Fax: 516-368-9538
Email: egadayeva@abramslaw.com

Long Island Office
3 Dakota Drive
Suite 300
Lake Success, New York 11042

| Long Island | Manhattan | Brooklyn | Rochester | White Plains |
|---|---|---|---|---|
| (516) 328-2300 | (212) 279-9200 | (718) 215-5300 | (585) 218-9999 | (914) 607-7010 |

WWW.ABRAMSLAW.COM

CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient.

--
**New York Billing & Processing Corp.**
3063 Brighton 8th Street 2nd Floor
Brooklyn, NY 11235
(718) 872-7333

1

| | |
|---|---|
| From: | NEW YORK MEDICAL BILLING <newyorkmedicalbilling@gmail.com> |
| Sent: | Friday, October 8, 2021 10:15 AM |
| To: | Esther Gadayeva |
| Subject: | Re: Split # Elena Stybel B38, 39, 40 |

Caution: This email originated outside of the organization

Elena stybel - 28,350
Blue tech - 188,826.90

On Thursday, October 7, 2021, Esther Gadayeva <EGadayeva@abramslaw.com> wrote:

| | | |
|---|---|---|
| Batch 38 | $ 201,011.89 | $ 76,384.51 |
| Batch 39 | $ 185,603.35 | $ 70,529.27 |
| Batch 40 | $ 184,902.96 | $ 70,263.12 |

## Esther Gadayeva

**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**

*Manager of Billing Dept. and Paralegal*
Tel: 516-328-2300 x155
Direct Dial: 516-592-5826
Fax: 516-368-9538
Email: egadayeva@abramslaw.com

Long Island Office
3 Dakota Drive
Suite 300
Lake Success, New York 11042

| Long Island | Manhattan | Brooklyn | Rochester | White Plains |
|---|---|---|---|---|
| (516) 328-2300 | (212) 279-9200 | (718) 215-5300 | (585) 218-9999 | (914) 607-7010 |

WWW.ABRAMSLAW.COM

CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient.

--
**New York Billing & Processing Corp.**
3063 Brighton 8th Street 2nd Floor
Brooklyn, NY 11235
(718) 872-7333

1

| | |
|---|---|
| From: | NEW YORK MEDICAL BILLING <newyorkmedicalbilling@gmail.com> |
| Sent: | Wednesday, October 20, 2021 12:52 PM |
| To: | Esther Gadayeva |
| Subject: | Re: Split numbers for Elena Stybel Batch 43 |

Caution: This email originated outside of the organization

bluetech - 52165.04

On Wed, Oct 20, 2021 at 12:42 PM Esther Gadayeva <EGadayeva@abramslaw.com> wrote:

Batch 43 $137,276.44 38% $52,165.04

Esther Gadayeva

**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**

*Manager of Billing Dept. and Paralegal*
Tel: 516-328-2300 x155
**Direct Dial: 516-592-5826**
Fax: 516-368-9538
Email: egadayeva@abramslaw.com

Long Island Office
3 Dakota Drive
Suite 300
Lake Success, New York 11042

| Long Island | Manhattan | Brooklyn | Rochester | White Plains |
|---|---|---|---|---|
| (516) 328-2300 | (212) 279-9200 | (718) 215-5300 | (585) 218-9999 | (914) 607-7010 |

WWW.ABRAMSLAW.COM

CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient.

--

**New York Billing & Processing Corp.**
3063 Brighton 8th Street 2nd Floor
Brooklyn, NY 11235
(718) 872-7333

1

| | |
|---|---|
| **From:** | Yana Anna <newyorkmedicalbilling@gmail.com> |
| **Sent:** | Monday, August 30, 2021 4:06 PM |
| **To:** | Esther Gadayeva |
| **Subject:** | Re: Split Numbers |

Caution: This email originated outside of the organization

elena stybel - 28,400
sunstone services - 117715.31

On Mon, Aug 30, 2021 at 3:49 PM Esther Gadayeva <EGadayeva@abramslaw.com> wrote:

> Please give me split numbers for below Batches 14 &15
>
> Batch 14 $180,000.23 38% $68,400.04
>
> Batch 15 $204,513.88 38% $77,715.27
>
>
> Esther Gadayeva
>
> **ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**
>
> *Manager of Billing Dept. and Paralegal*
> **Tel:** 516-328-2300 x155
> **Direct Dial:** 516-592-5826
> **Fax:** 516-368-9538
> Email: egadayeva@abramslaw.com
>
> Long Island Office
> 3 Dakota Drive
> Suite 300
> Lake Success, New York 11042
>
> | Long Island | Manhattan | Brooklyn | Rochester | White Plains |
> |---|---|---|---|---|
> | (516) 328-2300 | (212) 279-9200 | (718) 215-5300 | (585) 218-9999 | (914) 607-7010 |
>
> WWW.ABRAMSLAW.COM
>
> CONFIDENTIALITY NOTICE: This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient.

--
**New York Billing & Processing Corp.**
3063 Brighton 8th Street 2nd Floor
Brooklyn, NY 11235
(718) 872-7333