**Daniel Takesky**

| | |
|---|---|
| **From:** | cnobwire@cnob.com |
| **Sent:** | Tuesday, September 07, 2021 1:21 PM |
| **To:** | Lorraine Takesky; John Takesky; Daniel Takesky; TKOKINIAS@CNOB.COM; MDORNELLAS@CNOB.COM; APOLACEK@CNOB.COM |
| **Subject:** | ADVICE OF DEBIT - BANK CONFIDENTIAL |

Caution: This email originated outside of the organization

## WIRE DEPARTMENT ADVICE OF DEBIT

ON SEPTEMBER 07, 2021, WE DEBITED YOUR ACCOUNT *****1609 FOR USD 19,650.00

## DETAILS OF PAYMENT

| | |
|---|---|
| PAYMENT DATE AND TIME: | 07-SEP-2021 12:19:33 CT |
| PAID AMOUNT: | USD 19,650.00 |
| METHOD OF PAYMENT: | FED Payment |
| TRANSACTION NUMBER: | 202109▮▮▮▮ |
| IMAD(CYCLE DATE/LTERM/IMSN) | ▮▮▮▮ |
| OMAD(CYCLE DATE/LTERM/OMSN) | ▮▮▮▮ |
| REFERENCE: | ▮▮▮▮ |
| PAID TO: | ▮▮▮▮0443 |
| | STERLING NATIONAL BANK |
| | PEARL RIVER |
| | NY |
| BENEFICIARY: | ******4752 |
| | EVERGREEN AND REMEGONE, LLC |
| | 100 W OAK STREET |
| | AMITYVILLE, NY 11701 |
| DEBITED TO: | *****1609 |
| | IOLA/ABRAMS, FENSTERMAN, FENSTERMAN |
| | 3 DAKOTA DR SUITE 300 |
| | NEW HYDE PARK NY 11042-1167 |
| ORIGINATOR TO BENEFICIARY INFO: | |

This e-mail contains confidential and privileged information. If you are not the intended recipient (or have received this e-mail in error), please notify the sender immediately and destroy this e-mail. Any

**Daniel Takesky**

| | |
|---|---|
| **From:** | cnobwire@cnob.com |
| **Sent:** | Tuesday, September 14, 2021 11:05 AM |
| **To:** | Lorraine Takesky; John Takesky; Daniel Takesky; TKOKINIAS@CNOB.COM; MDORNELLAS@CNOB.COM; APOLACEK@CNOB.COM |
| **Subject:** | ADVICE OF DEBIT - BANK CONFIDENTIAL |

Caution: This email originated outside of the organization

## WIRE DEPARTMENT ADVICE OF DEBIT

ON SEPTEMBER 14, 2021, WE DEBITED YOUR ACCOUNT *****1609 FOR USD 48,450.00

## DETAILS OF PAYMENT

| | |
|---|---|
| PAYMENT DATE AND TIME: | 14-SEP-2021 10:03:10 CT |
| PAID AMOUNT: | USD 48,450.00 |
| METHOD OF PAYMENT: | FED Payment |
| TRANSACTION NUMBER: | 202109▮ |
| IMAD(CYCLE DATE/LTERM/IMSN) | ▮ |
| OMAD(CYCLE DATE/LTERM/OMSN) | ▮ |
| REFERENCE: | ▮ |
| PAID TO: | ▮0443 |
| | STERLING NATIONAL BANK |
| | PEARL RIVER |
| | NY |
| BENEFICIARY: | ******4752 |
| | EVERGREEN AND REMEGONE, LLC |
| | 100 W OAK STREET |
| | AMITYVILLE, NY 11701 |
| DEBITED TO: | *****1609 |
| | IOLA/ABRAMS, FENSTERMAN, FENSTERMAN |
| | 3 DAKOTA DR SUITE 300 |
| | NEW HYDE PARK NY 11042-1167 |
| ORIGINATOR TO BENEFICIARY INFO: | |

This e-mail contains confidential and privileged information. If you are not the intended recipient (or have received this e-mail in error), please notify the sender immediately and destroy this e-mail. Any

**EVERGREEN & REMEGONE LLC**
100 W. OAK ST.
AMITYVILLE, NY 11701

1022

DATE 8/16/2021

PAY TO THE ORDER OF Seaview Services Dep                    $ 5,950.00

Five thousand nine hundred fifty                             DOLLARS

STERLING NATIONAL BANK

FOR tech

⑈001022⑈

08/31/2021 - ▮▮▮▮ - Acct#: ▮▮▮▮ - Amt:$5,950.00 - Chk#:1022

**EVERGREEN & REMEGONE LLC**
100 W. OAK ST.
AMITYVILLE, NY 11701

1027
50-7044/2219

DATE 8/25/21

PAY TO THE ORDER OF  Lavrew Services   $ 3,500

Three thousand five hundred  DOLLARS

STERLING NATIONAL BANK

FOR _____

⑈001027⑈

09/13/2021 - ▮▮▮▮▮▮▮ - Acct#: ▮▮▮▮▮▮▮ - Amt:$3,500.00 - Chk#:1027

**EVERGREEN & REMEGONE LLC**
100 W. OAK ST.
AMITYVILLE, NY 11701

Check #1020

DATE 8/10/2021

PAY TO THE ORDER OF: Remego Tech service

$8,700.00

Eight thousand seven hundred DOLLARS

STERLING NATIONAL BANK

FOR _____

⑈0010201⑈

08/11/2021 - [redacted] - Acct#: [redacted] - Amt:$8,700.00 - Chk#:1020

**EVERGREEN & REMEGONE LLC**
100 W. OAK ST.
AMITYVILLE, NY 11701

1023

DATE 8/16/2001

PAY TO THE ORDER OF Roomy Tech service    $ 3,450.00

Three thousand, four hundred fifty °⁰/₁₀₀ DOLLARS

STERLING NATIONAL BANK

FOR Yeah

⑈⑈001023⑈⑈

08/19/2021 - ▮▮▮▮▮▮ - Acct#: ▮▮▮▮▮▮ - Amt:$3,450.00 - Chk#:1023

**EVERGREEN & REMEGONE LLC**
100 W. OAK ST.
AMITYVILLE, NY 11701

1025
50-7814/2219

DATE 8/25/21

PAY TO THE ORDER OF: Loueges Tech Service — $3,600.00

Three thousand six hundred — DOLLARS

STERLING NATIONAL BANK

FOR _____

⑈001025⑈

08/27/2021 - [redacted] - Acct#: [redacted] - Amt:$3,600.00 - Chk#:1025

**EVERGREEN & REMEGONE LLC**
100 W. OAK ST.
AMITYVILLE, NY 11701

1039

DATE 9/4/2021

PAY TO THE ORDER OF: Lovejo Tech Service

Two thousand eight hundred fifty — $2,850

STERLING NATIONAL BANK

FOR _____

⑊001039⑊

09/21/2021 - ▮▮▮▮▮ - Acct# ▮▮▮▮▮ - Amt:$2,850.00 - Chk#:1039

**EVERGREEN & REMEGONE LLC**
100 W. OAK ST.
AMITYVILLE, NY 11701

1045

DATE 9/12/21

PAY TO THE ORDER OF Rocco's Tech Service $2050.00

Two thousand fifty xx/xx DOLLARS

STERLING NATIONAL BANK

FOR

⑈001045⑈ ⑆

09/14/2021 - ▮▮▮▮ - Acct# ▮▮▮▮ - Amt:$2,050.00 - Chk#:1045

**EVERGREEN & REMEGONE LLC**
100 W. OAK ST.
AMITYVILLE, NY 11701

1049
50-7044/2219

DATE 9/24/21

PAY TO THE ORDER OF  Calipso Tech Service

Three Thousand one hundred 00/100   $3,600.00

DOLLARS

STERLING NATIONAL BANK

FOR _____

⑈001049⑈ ⑇ [REDACTED] ⑈

09/30/2021 - [REDACTED] - Acct#: [REDACTED] - Amt:$3,100.00 - Chk#:1049

**EVERGREEN & REMEGONE LLC**
100 W. OAK ST.
AMITYVILLE, NY 11701

1051

DATE 9/24/21

PAY TO THE ORDER OF Rommys Tech Service          $3,000 00

Three Thousand 00/100 DOLLARS

STERLING NATIONAL BANK

FOR _____

⑈001051⑈ ⑉

09/29/2021 - ▇▇▇▇▇ - Acct#: ▇▇▇▇▇ - Amt:$3,000.00 - Chk#:1051

**EVERGREEN & REMEGONE LLC**
100 W. OAK ST.
AMITYVILLE, NY 11701

1056

DATE 9/30/21

PAY TO THE ORDER OF _Reeeejo Fach ppal Dee_ $ 2,750

_Two thousand seven hundred fifty_ DOLLARS

STERLING NATIONAL BANK

FOR _____

⑈001056⑈

10/06/2021 - [REDACTED] - Acct#[REDACTED] - Amt:$2,750.00 - Chk#:1056

**EVERGREEN & REMEGONE LLC**
100 W. OAK ST.
AMITYVILLE, NY 11701

DATE 10/2/2021

PAY TO THE ORDER OF Romego Tech Service Inc          $ 3,050.00

Three Thousand fifty 00        DOLLARS

STERLING NATIONAL BANK

FOR _____

⑈001060⑈

10/15/2021 - ▮▮▮▮ - Acct#: ▮▮▮▮ - Amt:$3,050.00 - Chk#:1060

```
                                                                  1066
EVERGREEN & REMEGONE LLC
      100 W. OAK ST.
   AMITYVILLE, NY 11701
                                        DATE  10/22/21

PAY TO THE ORDER OF  Ramapo Tech Service Inc         $ 3,350.00

Three thousand three hundred fifty dollars

STERLING NATIONAL BANK

FOR _____           [signature]

⑆001066⑆  ⌁[REDACTED]⌁
```

10/27/2021 - [REDACTED] - Acct#: [REDACTED] - Amt:$3,350.00 - Chk#:1066

**EVERGREEN & REMEGONE LLC**
100 W. OAK ST.
AMITYVILLE, NY 11701

Check #1070
Date: 10/25/21

Pay to the order of: Remo Tech Service
Three Thousand Three Hundred 00/100 — $3,300.00

Sterling National Bank

10/27/2021 - [REDACTED] - Acct#: [REDACTED] - Amt:$3,300.00 - Chk#:1070