

WWW.RIVKINRADLER.COM

**MICHAEL VANUNU**
PARTNER
(516) 357-3337
michael.vanunu@rivkin.com

December 12, 2022

**VIA ECF**
Honorable Judge Maria M. Henry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Government Employees Ins. Company, et al. v. Stybel, et al.*
        Case No. 1:22-cv-02834-PKC-MMH
        RR File No.:  005100-03539

Dear Judge Henry:

As you know, we represent Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co. (collectively, "Plaintiffs") in connection with the above-referenced litigation. As a follow-up to the status conference that was held today, December 12, 2022, Plaintiffs respectfully move to withdraw the pending Motion to Compel without prejudice that was filed on December 6, 2022 as it pertains to non-parties New York Billing and Processing Corp., Blue Tech Supplies Inc., and Sunstone Services Inc. See ECF 25.

Plaintiffs' request the Motion to Compel remain pending for non-parties Romgo Tech Service, Inc. and Seaview Services Inc., and will proceed as to these non-parties pursuant to any future order issued by the Court pursuant to today's status conference.

We thank the Court for its time and continuing attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

*/s/ Michael Vanunu*

Michael Vanunu

cc:      All counsel via ECF

6104112.v1