

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**GARIN SCOLLAN**

(516) 357-3372
garin.scollan@rivkin.com

December 15, 2022

**Via ECF**
Honorable Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *Government Employees Ins. Company, et al. v. Stybel, et al.*
> Case No. 1:22-cv-02834-PKC-MMH
> RR File No.:  005100-03539

Dear Judge Henry:

We represent Plaintiffs (collectively "Plaintiffs" or "GEICO") in the above-referenced matter. Pursuant to Your Honor's Order dated December 14, 2022 (the "Order"), we write to provide the Court with proof of Plaintiffs' compliance with the Order.

Plaintiffs' recently filed a letter motion to compel certain non-parties (See ECF 25), including Romgo Tech Service, Inc. ("Romgo") and Seaview Services Inc. ("Seaview").  Pursuant to the Order, we filed the following on each of Romgo and Seaview: (i) a copy of the Order; (ii) a copy of the letter motion to compel Romgo and Seaview; and (iii) the full docket, including every document filed in this case as of today.  The letters sent to Romgo and Seaview, including proof of service via Overnight FedEx, are attached as Exhibit "1". In addition to sending the required documents via Overnight FedEx, Plaintiffs have also instructed a process server to personally serve the documents on Romgo and Seaview, which we anticipate will happen by December 16, 2022.

Pursuant to the Order, Plaintiffs have also served the letter dated December 15, 2022 via Overnight FedEx on all known means of contact for Romgo, including (i) the address listed on Romgo's Certificate of Incorporation; (ii) Mayya Shneyder Inc., the incorporator of Romgo; and (iii) the last known address of Olesya Grechishkina, the incorporator of Romgo.  Plaintiffs conducted an extensive public records search on Romgo, and found no other forms of contact. Romgo has no phone number, website, or any indicia of a legitimate business, and its only known address is an apartment in Brooklyn, New York. A copy of the proof of service of the December 15, 2022 letter on these parties is attached as Exhibit "2".

1

Plaintiffs also served the required documents on all known means of contact for Seaview, including (i) the address listed on Seaview's Certificate of Incorporation; and (ii) Trudi Winter of BlumbergExcelsior Corporate Services Inc., the incorporator of Romgo. Plaintiffs conducted an extensive public records search on Seaview, and found no other forms of contact. Seaview has no phone number, website, or any indicia of a legitimate business, and its only known address is an apartment in Bell Harbor, New York. A copy of the proof of service of the December 15, 2022 letter on these parties is attached as Exhibit "3".

We thank the Court for its time and continuing attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

/s/ *Garin Scollan*

Garin Scollan

Encl.
Cc: All counsel of record (*via* ECF)