

**GARIN SCOLLAN**
(516) 357-3372
garin.scollan@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

January 10, 2023

<u>Via ECF</u>
Honorable Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Government Employees Ins. Company, et al. v. Stybel, et al.*
                Case No. 1:22-cv-02834-PKC-MMH
                <u>RR File No.:  005100-03539</u>

Dear Judge Henry:

We represent Plaintiffs (collectively "Plaintiffs" or "GEICO") in the above-referenced matter. Pursuant to Your Honor's Order dated December 14, 2022 (the "Order"), we write to provide the Court with a status update on Seaview Services Inc.'s ("Seaview") response to Plaintiffs' subpoena *duces tecum*.

At 7:13 p.m. on January 9, 2023, I received an email from an individual on behalf of Seaview which included (i) a written response signed by this same individual; and (ii) two checks issued to Seaview in relation to Elena Borisnova Stybel, D.O. and Elena Borisovna Stybel, M.D. (A Sole Proprietorship). The individual who signed Seaview's written response did not indicate his relationship to Seaview.

Plaintiffs will attempt to meet and confer with Seaview on its response to Plaintiffs' subpoena.

We thank the Court for its time and continuing attention to this matter.

                                            Respectfully submitted,

                                            RIVKIN RADLER LLP

                                            /s/ *Garin Scollan*

                                            Garin Scollan

Encl.
Cc:      All counsel of record (*via* ECF)

1