UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and         Docket No.:
GEICO CASUALTY COMPANY,                     1:22-cv-02834-PKC-MMH

                            Plaintiffs,

       -against-

ELENA BORISNOVA STYBEL, D.O., ELENA
BORISNOVA STYBEL, M.D. (A Sole Proprietorship),
and JOHN DOE DEFENDANTS "1" through "10",

                            Defendants.
---------------------------------------------------------------------X

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and among counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and counsel for Defendants, Elena Borisnova Stybel, D.O. and Elena Borisnova Stybel, M.D. (A Sole Proprietorship)(collectively "Defendants"), as follows:

    1.     Pursuant to Federal Rules of Civil Procedure 15(a)(2), the Defendants consent to Plaintiffs' filing of its Amended Complaint, Docket 32-1 filed on January 10, 2023.

    2.     Facsimile and/or electronic signatures shall be treated as originals for purposes of execution.

Dated: January 26, 2023

| | |
|---|---|
| **RIVKIN RADLER, LLP** | **JOHN J. RAPAWY** |
| By: _____/s/ Barry Levy_____<br>        Barry I. Levy, Esq.<br>926 RXR Plaza<br>Uniondale, New York 11556<br><br>*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company* | By:_____/s/ John Rapawy_____<br>        John J. Rapawy, Esq.<br>900 South Avenue – 3rd Floor<br>Staten Island, New York  10314<br><br>*Counsel for Defendants, Elena Borisnova Stybel, D.O. and Elena Borisnova Stybel, M.D. (A Sole Proprietorship)* |

6168175.v1