AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al. | ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 22-CV-2834-PKC-MMH |
| ELENA BORISOVNA STYBEL, D.O., et al. | ) ) |
| *Defendant* | ) |

## AMENDED  SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Barry I. Levy, Esq.
Rivkin Radler LLP
926 RXR Plaza
Uniondale, New York 11566
516-357-3000
RR File No. 005100.03539

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  2/10/2023

s/M. Layne
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## RIDER "A" TO SUMMONS IN
## GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al. v. ELENA
## BORISOVNA STYBEL, D.O., et al.

**Full Caption:**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY and GEICO                Docket No.: 1:22-cv-02834-
CASUALTY COMPANY,                                  PKC-MMH

                           Plaintiffs,

          -against-

ELENA BORISOVNA STYBEL, D.O., ELENA
BORISOVNA STYBEL, M.D. (A Sole Proprietorship),
EVERGREEN & REMEGONE LLC, YANA
MIRONOVICH, NEW YORK BILLING AND
PROCESSING CORP., ERIC MELADZE, BLUE TECH
SUPPLIES INC., SUNSTONE SERVICES INC., and
JOHN DOE DEFENDANTS "1" through "10",

                          Defendants.
-------------------------------------------------------------------------X

**Named Defendants:**

**ELENA BORISOVNA STYBEL, D.O.**
100 W Oak Street
Amityville, New York 11701

**ELENA BORISOVNA STYBEL, M.D. (A Sole Proprietorship)**
2944 W 5th ST Apt 23F
Brooklyn, NY 11224-3861

**EVERGREEN & REMEGONE LLC**
100 W Oak Street
Amityville, New York 11701

**YANA MIRONOVICH**
2716 Arkansas Drive
Brooklyn, New York 11234

**NEW YORK BILLING AND PROCESSING CORP.**

1829 East 13th Street

Suite 1-A

Brooklyn, New York 11229

**ERIC MELADZE**

280 Mulberry Street, Apt. 1A

New York, New York 10012

**BLUE TECH SUPPLIES INC.**

280 Mulberry Street

1A

New York, New York 10012

**SUNSTONE SERVICES INC.**

280 Mulberry Street

1A

New York, New York 10012