**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.

INDEX #: 22-CV-2834-PKC-MMH
DATE FILED: 02/10/2023

Plaintiff(s)
Petittioner(s)

- against -

ELENA BORISOVNA STYBEL, D.O.., ET AL.

Defendant(s)
Respondent(s)

ATTORNEY FILE#: 5100-3539

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

STEFPHANIE CORLEONE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 02/17/2023, 03:55PM at 99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY NY 12231, deponent served a AMENDED SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT WITH EXHIBIT "1" on SUNSTONE SERVICES INC., a defendant in the above action.

Deponent served SUE ZOUKY, an employee with the NEW YORK Secretary of State, with 2 copies of the above described papers and a fee of $40.00, pursuant to section 306B of the NY BUSINESS CORPORATION LAW.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F    Approximate age 54    Approximate height 5'05"    Approximate weight 170    Color of skin WHITE    Color of hair BLONDE

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY 11556-0926
(516)357-3000

*Stefphanie Corleone*
STEFPHANIE CORLEONE

Sworn to before me on 02/18/2023
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2025