UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

Docket No.: 1:22-cv-02834
(PKC)(MMH)

              Plaintiffs,

    -against-

ELENA BORISOVNA STYBEL, D.O., ELENA
BORISOVNA STYBEL, M.D. (A Sole
Proprietorship), EVERGREEN & REMEGONE LLC,
YANA MIRONOVICH, NEW YORK BILLING
AND PROCESSING CORP., ERIC MELADZE,
BLUE TECH SUPPLIES INC., SUNSTONE
SERVICES INC., and JOHN DOE DEFENDANTS
"1" through "10",

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## <u>CERTIFICATE OF DEFAULT REGARDING</u>
## SUNSTONE SERVICES INC.

      I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant, Sunstone Services Inc., has not filed an answer or otherwise moved with respect to the Amended Complaint herein. The default of Defendant Sunstone Services Inc., is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
          April 5, 2023

                          BRENNA B. MAHONEY
                          Clerk of the Court

                By: *Jalitza Poveda*
                          Deputy Clerk