# EXHIBIT "4B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

    Docket No.: 1:22-cv-02834
    (PKC)(MMH)

             Plaintiffs,

        -against-

ELENA BORISOVNA STYBEL, D.O., ELENA
BORISOVNA STYBEL, M.D. (A Sole
Proprietorship), EVERGREEN & REMEGONE LLC,
YANA MIRONOVICH, NEW YORK BILLING
AND PROCESSING CORP., ERIC MELADZE,
BLUE TECH SUPPLIES INC., SUNSTONE
SERVICES INC., and JOHN DOE DEFENDANTS
"1" through "10",

             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## CERTIFICATE OF DEFAULT REGARDING
## EVERGREEN & REMEGONE LLC

      I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant, Evergreen & Remegone LLC, has not filed an answer or otherwise moved with respect to the Amended Complaint herein. The default of Defendant Evergreen & Remegone LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       April 5, 2023

                                            BRENNA B. MAHONEY
                                            Clerk of the Court

                                   By: *Jalitza Poveda*
                                               Deputy Clerk