# EXHIBIT "13"

Page 1

1
2   UNITED STATES DISTRICT COURT
3   EASTERN DISTRICT OF NEW YORK
4   Docket No.: 1:22-cv-02834-PKC-MMH
5    - - - - - - - - - - - - - - - - - - - - -x
6   GOVERNMENT EMPLOYEES INSURANCE COMPANY,
    GEICO INDEMNITY COMPANY, GEICO GENERAL
7   INSURANCE COMPANY and GEICO CASUALTY
    COMPANY,
8
                         Plaintiffs,
9
          -against-
10
    ELENA BORISOVNA STYBEL, D.O., ELENA
11  BORISOVNA STYBEL, M.D., (A Sole
    Proprietorship), Evergreen & Remegone,
12  LLC, YANA MIRONOVICH, NEW YORK BILLING AND
    PROCESSING CORP., ERIC MELADZE BLUE TECH
13  SUPPLIES, INC., SUNSTONE SERVICES, INC.,
    and JOHN DOE DEFENDANTS "1" through "10",
14
                         Defendants.
15
     - - - - - - - - - - - - - - - - - - - - -x
16                       March 15, 2023
                         10:05 a.m.
17
18      DEPOSITION of ARTEM SMIRNOV, a
19  Non-Party Witness, in the above-entitled
20  action, held via remote proceeding, taken
21  before IRIS FERNHOFF, a Shorthand Reporter
22  and Notary Public of the State of New
23  York, pursuant to the Federal Rules of
24  Civil Procedure, and stipulations between
25  Counsel.

Page 2

1

2   APPEARANCES:

3

        RIVKIN RADLER LLP
4       Attorneys for Plaintiffs
            926 RXR Plaza
5           Uniondale, New York 11556
6       BY:  GARIN SCOLLAN, ESQ.

7

8

9

        ALSO PRESENT:
10

            STAS RABINOWITZ, Eiber
11           Translations, Russian Interpreter
12
                    *      *      *
13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1

2                    **STIPULATIONS**

3       IT IS HEREBY STIPULATED AND AGREED, by

4    and among counsel for the respective

5    parties hereto, that the filing, sealing

6    and certification of the within deposition

7    shall be and the same are hereby waived;

8       IT IS FURTHER STIPULATED AND AGREED

9    that all objections, except as to form of

10   the question, shall be reserved to the

11   time of the trial;

12      IT IS FURTHER STIPULATED AND AGREED

13   that the within deposition may be signed

14   before any Notary Public with the same

15   force and effect as if signed and sworn to

16   before the Court.

17

18

19                *      *      *

20

21

22

23

24

25

Page 4

1              A. Smirnov

2    S T A S   R A B I N O W I T Z,

3       called as the interpreter in this

4    matter, was duly affirmed by a Notary

5    Public of the State of New York to

6    accurately and faithfully translate the

7    questions propounded to the witness from

8    English into Russian and the answers given

9    by the witness from Russian into English.

10                    -oOo-

11   A R T E M   S M I R N O V,

12       the witness herein, having been first

13   duly sworn by a Notary Public of the State

14   of New York, was examined and testified

15   through the interpreter as follows:

16

17            THE COURT REPORTER:  State your

18       name for the record, please.

19            THE WITNESS:  Artem Smirnov.

20            THE COURT REPORTER:  State your

21       address for the record, please.

22            THE WITNESS:  601 Brightwater

23       Court, Apartment 3D, Brooklyn, New

24       York 11235.

25

Page 5

1                    A. Smirnov

2    EXAMINATION BY

3    MR. SCOLLAN:

4        Q.    Good morning, Mr. Smirnov.  My

5    name is Gary Scollan.  I'm an attorney

6    with the law firm of Rivkin Radler LLP,

7    counsel for GEICO.

8              We are here today for the

9    deposition of a non-party witness, Artem

10   Smirnov in connection with an amended

11   complaint filed by GEICO.

12             Again, certain individuals and

13   entities including Stybel, the sole

14   proprietorship under Elena Borisovna

15   Stybel, M.D. and Yana Mironovich.

16             MR. SCOLLAN:  For the record,

17        Mr. Smirnov did show me a copy of his

18        license before the deposition and I

19        did see that this is, in fact, Artem

20        Smirnov in the deposition today.

21   BY MR. SCOLLAN:

22       Q.    Mr. Smirnov, have you ever

23   testified at a deposition before?

24       A.    No.

25       Q.    Okay.  So just to go over some

```
                                              Page 6

 1                   A. Smirnov

 2    ground rules that will help things go

 3    smoother today.

 4              We have a court reporter here

 5    today, so it's very important that you

 6    give verbal answers to questions.  And I

 7    ask that you speak up so she can hear you

 8    as well as the interpreter can hear you.

 9              If you do not understand a

10    question, please let me know and I'll

11    rephrase it.

12              And it's very important that

13    only one person speaks at a time.  So I'll

14    do my best not to talk over your answers

15    and you'll do your best not to speak over

16    my questions.  I'm sure it won't be a

17    problem.

18              And if you need to take a break

19    at any point, just let me know.

20              Do you understand everything

21    I've said thus far?

22       A.    Yes.

23       Q.    Do you also understand that the

24    oath you took today to tell the truth is

25    the same as if you took the oath in a
```

```
                                    Page 7
 1                  A. Smirnov
 2    court of law?
 3        A.    Yes.
 4        Q.    Are you under the influence of
 5    anything that would affect your ability to
 6    testify truthfully and accurately today?
 7        A.    No.
 8        Q.    And per our previous
 9    conversations, you're aware that you have
10    the right to appear today with an attorney
11    for your deposition, correct?
12        A.    Yes.
13        Q.    And you still you wish to go
14    forward today with your deposition without
15    an attorney, correct?
16        A.    Yes.
17        Q.    If at any point you can't see or
18    hear me because this is virtual, just let
19    me know.
20              Are you ready to proceed with
21    your deposition?
22        A.    Yes.
23        Q.    Where do you currently work?
24        A.    I have no full-time jobs right
25    now, just odd jobs.
```

```
                                          Page 8
 1               A. Smirnov
 2      Q.    What are those odd jobs?
 3      A.    Business funding, business
 4   loans.
 5      Q.    Do you do any business funding
 6   or business loans related to No-Fault
 7   healthcare practices?
 8      A.    No.
 9      Q.    Do you do any business loans or
10   funding through a specific company?
11      A.    If you could rephrase?  I'm not
12   sure I understand the question.
13      Q.    Sure.
14            So these business loans, do you
15   personally loan the money to people?
16      A.    No.
17      Q.    Do you work for a company that
18   loans money to people?
19      A.    Not officially.
20      Q.    Do you receive a paycheck from
21   anybody relating to your work regarding
22   business loans and funding?
23      A.    Not yet.
24      Q.    Who do you work for?
25      A.    I'll have to give you an
```

Page 9

```
1                A. Smirnov
2   extended answer.
3       Q.    Sure, that's fine.
4       A.    I got hired by this company, ZR
5   Funding.  I worked for them for a while --
6            THE WITNESS:  (In English) Can
7       we change the interpreter because I'm
8       not sure what he's doing?  Because I'm
9       feeling not comfortable to work with
10       that person.
11            MR. SCOLLAN:  Would you feel
12       more comfortable just proceeding in
13       English?
14            THE WITNESS:  (In English) I
15       mean, so sometimes I might miss, like
16       misunderstand.  Like sometimes you
17       might use the words that I don't
18       understand.  For example, sometimes
19       English is different from my native
20       language and sometimes it's my habit
21       that you know, that you might use some
22       sentence that I may not understand
23       because it's going to be like a huge
24       change in the way how we interpret all
25       the same sentences.  So that's the
```

```
 1              A. Smirnov
 2     only reason why I need the
 3     interpreter.
 4          MR. SCOLLAN:  How about this?
 5     It's early in the process.  What we
 6     can do is if you feel that your answer
 7     was misinterpreted, you can raise that
 8     issue to the interpreter.  And
 9     Mr. Interpreter at that point, you can
10     say that the answer has been changed
11     to include this clarification.
12          If you feel throughout this
13     process, Mr. Smirnov, that you again,
14     during this deposition, would feel
15     more comfortable getting another
16     interpreter, we would.  Likely we
17     won't be able to get another
18     interpreter today.  We would have to
19     come back on another day.
20          So I think it would be best to
21     just try to go forward because this is
22     something that happens with
23     interpreters during depositions where
24     sometimes things need to be clarified
25     and let's see if we can get through
```

```
 1                A. Smirnov

 2       this.

 3            Does that sound good or do you

 4       wish -- are you requesting to break

 5       for the day?  It's up to you.

 6            Let's go off the record.

 7            (Whereupon, a discussion was

 8       held off the record.)

 9            MR. SCOLLAN:  So back on the

10       record.

11            We had a lengthy discussion off

12       the record and Mr. Smirnov wishes to

13       go forward with the deposition right

14       now in English.

15            Mr. Interpreter has agreed per

16       Mr. Smirnov's request to remain on the

17       line for the time being so that if we

18       need any clarification on something,

19       that clarification can be made through

20       the interpreter.

21            And as I explained to

22       Mr. Smirnov, of course, if he has any

23       questions for me or anything seems

24       confusing, he can of course ask me to

25       rephrase and I can do so.
```

Page 12

1              A. Smirnov

2              And I also let Mr. Smirnov know

3         to let me know right away if he wishes

4         to proceed in a different way other

5         than what I just outlined and to even

6         come back with a different

7         interpreter.

8              Does that make sense to you,

9         Mr. Smirnov, and that was the summary

10        of what we discussed, correct?

11             THE WITNESS:  Yes.

12   BY MS. SCOLLAN:

13        Q.   Okay.  So my first question is:

14   How long have you lived in the United

15   States?

16        A.   For seven-plus years.

17        Q.   And you obviously speak English?

18        A.   Yes.

19        Q.   And you speak English every day

20   of your life?

21        A.   Mostly.

22        Q.   Right.  So just back to the

23   question that I asked before.  It was

24   about the funding and business loan

25   company that you worked for, correct?

```
                                    Page 13

 1             A. Smirnov

 2       A.    Yes.  So here's the situation.

 3   I get a job in a company in financial.  So

 4   I used to work in that company for months,

 5   like as contractor.  And like recently I

 6   quit the job.  So like few weeks ago, but

 7   I do still have a few deals that still

 8   right now in the process, so I'm in touch

 9   with this company now.  So it's hard to

10   tell them I'm working directly or not

11   working at all.

12       Q.    I understand.

13             Does this company provide any

14   loans or funding to any healthcare

15   practices?

16       A.    Don't know that.

17       Q.    Since 2021, have you worked for

18   any other company or had any other job

19   other than what you just described?

20       A.    I worked for like two months,

21   two or three months.  Don't remember

22   exactly, for a guy who is doing like --

23   who is providing range of motion and

24   functional cap -- not ranges of motion.

25   My bad.  Functional capacity.
```

Page 14

```
 1              A. Smirnov
 2       Q.    So you worked for someone that
 3  was providing technician services for
 4  functional capacity testing, correct?
 5       A.    Yeah.
 6       Q.    What was his name?
 7       A.    His name was Igor.
 8       Q.    What's his last name?
 9       A.    I don't know that.
10       Q.    Did you work for a specific
11  company?
12       A.    I don't know.  So he was, I mean
13  like he was -- he is just providing the
14  functional capacity services.  So I don't
15  know who he work for.  So basically he
16  just -- I don't know who he working for.
17       Q.    So he would call you when he
18  needed you to provide technician services,
19  correct?
20       A.    Yes.  It was a part-time, not a
21  full-time.
22       Q.    Do you remember the name of the
23  company where you received your paycheck
24  from?
25       A.    No, I don't.
```

Page 15

```
 1              A. Smirnov
 2    Q.    Did you work at No-Fault
 3 clinics?
 4    A.    For which periods of time?
 5    Q.    When you were working for this
 6 functional capacity testing company.
 7    A.    Yes.
 8    Q.    Prior to the functional capacity
 9 testing job, did you have any other job
10 relating to No-Fault patients?
11    A.    No.
12    Q.    Are you familiar with a company
13 called Trydat, Inc.?
14    A.    Yes, this is my company.
15    Q.    Do you own that company?
16    A.    Yes.
17    Q.    Have you always been the one
18 hundred percent owner of that company?
19    A.    Yes.
20    Q.    Do you have any licenses or
21 certifications relating to technician
22 services?
23    A.    I do have range of motion and
24 functional capacity certificate, pinch and
25 grip from the company J Tech.  J like
```

Page 16

```
 1              A. Smirnov

 2    Jonathan and Tech.

 3         Q.    Any other certificates relating

 4    to healthcare practices?

 5         A.    No.

 6         Q.    And I can represent, as you

 7    know, you produced documents in this case

 8    to plaintiffs in response to a subpoena

 9    that you received.  Do you remember that?

10         A.    Yes.

11         Q.    When you received the subpoena,

12    did you call anybody about which documents

13    you would provide other than me?

14         A.    I need rephrasing.  Can you

15    rephrase that question for me?

16         Q.    Sure.

17              So you got the subpoena, right?

18         A.    Yes.

19         Q.    When you got the subpoena, did

20    you call anybody other than me to discuss

21    the subpoena?

22         A.    Yes.

23         Q.    Who did you call?

24         A.    I called to Yana, the person who

25    I used to work for during those periods of
```

1            A.  Smirnov

2   time.

3       Q.    And is Yana's last name

4   Mironovich?

5       A.    I don't know that.  I just know

6   that she's Yana.

7       Q.    Do you have Yana's phone number?

8       A.    I think so.

9       Q.    You can look in your phone.

10           Do you have it?

11           You can say it if you now

12   refreshed your recollection and you have

13   her phone number.

14           I can't hear you.  I think

15   you're muted.

16           (Technical difficulties.)

17       A.    The phone is a microphone and

18   when I try to open the phone it kind of

19   like muted me.

20       Q.    I can hear everything you're

21   saying right now.

22       A.    Now you're supposed to hear me,

23   right?

24       Q.    Yes.

25       A.    For some reason the microphone

```
                                        Page 18

 1                  A. Smirnov

 2   connected and it gets the sound from the

 3   phone so.

 4        Q.     Okay.

 5               Do you have Yana's phone number?

 6        A.     Yeah.

 7        Q.     Let me just ask a question.

 8               What is Yana's phone number?

 9        A.     (718)915-0288.

10        Q.     And why did you call Yana?

11        A.     To ask what's going on.

12        Q.     And what did she say?

13        A.     She said -- she didn't say

14   anything.  She said this is -- this is

15   subpoena and do what you need to do.

16   Which is mean -- I mean like, do what I

17   like supposed to do.  So I mean like yeah.

18        Q.     What does Yana look like?  What

19   color hair does she have?

20        A.     She got the black hair.  She's

21   like about 5-7, 5-6, yeah.

22        Q.     So let me just --

23        A.     Regular.  Just regular I guess.

24        Q.     So just regular looking with

25   black hair?
```

Page 19

1              A. Smirnov

2       A.     Yeah.  I mean...

3              MR. SCOLLAN:  Iris, can you

4       enable me to share my screen?

5              I'm going to mark this as

6       Exhibit 1.

7              [The photograph was hereby

8       marked as Exhibit 1 for

9       identification, as of this date.]

10      Q.     So I'm just going to share my

11  screen.  This is Exhibit 1.  It's a

12  one-page document.  It's a photo.

13             Do you see that photo,

14  Mr. Smirnov?

15      A.     Yes, I seen that photo.

16      Q.     Do you recognize this person?

17      A.     She look like Yana.

18      Q.     So you believe this to be the

19  Yana that you spoke to on the phone whose

20  phone number is (718)915-0288?

21      A.     More than less, I guess.  Like

22  not hundred percent.

23      Q.     Have you ever exchanged text

24  messages with Yana?

25      A.     Yes.

```
                                            Page 20

 1                A. Smirnov

 2      Q.    Do you have those text messages

 3   on your phone now?

 4      A.    I'm going to need to check this

 5   out.

 6      Q.    Please do.

 7      A.    Yes, I do.

 8      Q.    And you have those on your phone

 9   right now?

10      A.    Yes, I do.

11            MR. SCOLLAN:  GEICO just asks

12      that you preserve those text messages

13      because we will be following up with

14      you after the deposition to receive

15      copies of those text messages, okay?

16            THE WITNESS:  Okay.

17            MR. SCOLLAN:  And for the

18      record, those communications were in

19      plaintiff's position responsive to the

20      previous subpoena which was served on

21      Trydat, Inc.

22      Q.    So how do you know Yana?

23      A.    She was the person that I used

24   to work for.

25      Q.    And in what capacity did you
```

```
                                        Page 21
 1              A.  Smirnov
 2   work for Yana?  What was your job?
 3       A.    I did the technician services.
 4       Q.    And did you do these technician
 5   services through try Trydat, Inc.?
 6       A.    Yes.
 7       Q.    And I'm going to refer to
 8   Trydat, Inc. as Trydat throughout the
 9   deposition.
10              What kind of company was Trydat?
11       A.    Need clarification.  Can you
12   rephrase it?
13       Q.    Sure.
14              Was Trydat the company that you
15   used to provide technician services at
16   medical offices?
17       A.    Yes.
18       Q.    Did anyone work for Trydat other
19   than you?
20       A.    Yes.
21       Q.    Who?
22       A.    Currently?
23       Q.    Since 2021.
24       A.    I don't remember the exact dates
25   with the people.
```

```
                                           Page 22

 1                   A. Smirnov

 2        Q.    Did the other people that worked

 3   for Trydat, were they the technicians that

 4   provided the technician services?

 5        A.    That used to work, yes.

 6        Q.    Is Trydat still an active

 7   company?

 8        A.    I didn't call this company yet,

 9   but I'm not like -- I mean like, I mean,

10   I'm not making money so...

11        Q.    When was the last time you or a

12   technician that you hired provided

13   technician services on a patient?

14        A.    I don't remember.

15        Q.    Has it been over six months?

16        A.    Yes.

17        Q.    Other than your e-mail address

18   which we -- which you used to send me

19   documents, are there any other e-mail

20   addresses tied to Trydat?

21        A.    No.

22        Q.    Do you exchange e-mails with

23   Yana?

24        A.    No.

25        Q.    When was the last time you spoke
```

```
                                          Page 23
 1                A.  Smirnov
 2   to Yana?
 3        A.     When I received the subpoena.
 4        Q.     When you testified to technician
 5   services that Trydat provides, what kind
 6   of technician services are you talking
 7   about?
 8        A.     Do you mean with the Trydat
 9   provider, right?
10        Q.     Yes.
11        A.     So for which period of the time?
12        Q.     During the time that you worked
13   for Yana.
14        A.     It was the like shockwave
15   services and that's it.
16        Q.     Did you work for anybody else
17   other than Yana during this time period?
18        A.     I don't remember.
19        Q.     How much did Trydat charge for
20   these shockwave technician services?  Like
21   how are you paid for this work?
22        A.     So I was paying to the
23   technicians -- so -- can you rephrase it,
24   please?
25        Q.     Sure.
```

```
                                                    Page 24

 1                    A.  Smirnov

 2              There  were  certain  times  when

 3     Trydat  would  hire  technicians  to  provide

 4     the  work,  correct?

 5         A.     Yes.

 6         Q.     So  when  you  paid  these

 7     technicians  how  much  did  you  pay  them?

 8         A.     The  technicians?

 9         Q.     Yes.   How  much  would  they  be

10     reimbursed  for  their  work?

11         A.     From  175  to  200.

12         Q.     Is  that  per  day?

13         A.     Yes,  correct.

14         Q.     Was  Yana  the  only  person  who

15     paid  Trydat  for  shockwave  technician

16     services?

17              Let  me  take  a  step  back

18     actually.

19              When  Yana  paid  Trydat  for

20     shockwave  technician  services,  how  much

21     did  she  pay  you?

22         A.     So  it  was  from  250  to  300.

23         Q.     Per  day?

24         A.     Per  technician.

25         Q.     Would  Trydat  provide  one
```

```
 1              A. Smirnov
 2  technician per location per day?
 3      A.    Yes.
 4          MR. SCOLLAN:  I'm just going to
 5      mark -- I'm going to share my screen.
 6      This is Exhibit 2.
 7          [The document was hereby marked
 8      as Exhibit 2 for identification, as of
 9      this date.]
10      Q.    This is a one-page document.  At
11  the top it says:  "New York Motor Vehicle
12  No-Fault Insurance Law Assignment of
13  Benefits form."
14          Do you see that, sir?
15      A.    Yes, I do.
16      Q.    Do you recognize this document?
17      A.    This is the assignment of
18  benefit that we probably use too.
19      Q.    I believe this assignment of
20  benefits form was provided by you in
21  response to the subpoena you received,
22  correct?
23      A.    I probably, yes, not a hundred
24  percent sure.  I mean it was long time
25  ago, so I forget.  Probably, yes.
```

```
 1              A. Smirnov
 2      Q.     Do you see the name Elena
 3  Borisovna Stybel, M.D." at the top?
 4      A.     Yes, I do.
 5      Q.     And do you see at the bottom it
 6  says "Elena Borisovna Stybel, M.D." as
 7  well?
 8      A.     Yes, I see that.
 9      Q.     And then the address for the
10  practice is listed as 3063 Brighton 8th
11  Street, Floor 2 in Brooklyn, New York?
12      A.     Uh-huh.
13      Q.     And then there's a signature
14  already on the assignment of benefits
15  form, correct?
16      A.     On that one, yes.
17      Q.     Who gave you this document?
18      A.     Yana.
19             MR. SCOLLAN:  For the record,
20        when we're referring to Yana
21        throughout the deposition, I'll be
22        referring to the Yana that you spoke
23        to on the phone about your subpoena
24        and the Yana that hired you to provide
25        technician services through Trydat,
```

```
                                               Page 27

 1              A. Smirnov

 2       Inc.

 3       Q.    How did Yana give you this

 4  document?

 5       A.    I don't know.

 6       Q.    Do you recognize the Brighton

 7  8th Street address?

 8       A.    I assume that this is -- I mean

 9  like --

10       Q.    You can say "no" if that's the

11  answer.

12       A.    I mean, if I'm going to Google

13  it and see that I might gonna recognize

14  it.

15              MR. SCOLLAN:  So I'll mark this

16       as Exhibit 3.

17              [The photograph was hereby

18       marked as Exhibit 3 for

19       identification, as of this date.]

20       Q.    This is a screenshot of a

21  building and on the front it says:

22  "Rehabilitation Center Multi-Specialty."

23       Do you recognize this building,

24  sir?

25       A.    Yes.
```

```
                                            Page 28
 1                    A. Smirnov
 2        Q.      What is this building?
 3        A.      It's in this building located
 4   Yana office.
 5        Q.      That's where Yana's offices is,
 6   correct?
 7        A.      Yes.
 8        Q.      I'm just going to share my
 9   screen again to show you Exhibit 2 again.
10              Did Yana give you any other
11   assignment of benefit forms?
12        A.      I don't remember.
13        Q.      Elena Borisovna Stybel, are you
14   familiar with that person?
15        A.      Never seen that person in my
16   life.
17        Q.      Have you ever spoken to anybody
18   who told you that they were Dr. Stybel?
19        A.      Can you repeat the question?
20        Q.      Sure.
21              Have you ever spoken to Dr.
22   Stybel?
23        A.      No, never in my life.
24        Q.      Have you ever been in the same
25   room as Dr. Stybel?
```

```
                                            Page 29

 1                    A. Smirnov

 2        A.     No.

 3        Q.     How long have you known Yana?

 4        A.     During my work time with her?

 5        Q.     Just in your life.

 6        A.     I mean, it's hard to tell.

 7        Q.     Is it over five years?

 8        A.     No, no, no.  A hundred percent

 9   less.

10        Q.     Is it about two years?

11        A.     Less.

12        Q.     How did you meet Yana?

13        A.     So someone told me and so there

14   is the person who is looking for

15   technicians, and that's how I got like

16   contact with Yana.

17        Q.     Do you remember who called you

18   to tell you that?

19        A.     No, not sure.

20        Q.     And then eventually you met with

21   Yana, correct?

22        A.     Yes.

23        Q.     Did you meet with her at her

24   office at Brighton 8th Street?

25        A.     On this location that you showed
```

Page 30

1           A. Smirnov

2    me on the picture.

3      Q.    And then what did she tell you?

4      A.    Can you clarify that?

5      Q.    Sure.

6            Did Yana then tell you that she

7    needed someone to provide shockwave

8    technician services?

9      A.    I don't remember the exact

10   conversation but yes, she was looking for

11   technicians and I was the person who

12   provided that so...

13     Q.    And when Trydat and its

14   technicians were working in the medical

15   offices, they were doing this work for

16   Yana, correct?

17     A.    Can you like rephrase the

18   question?

19     Q.    Sure.

20           Did you personally ever speak to

21   any doctor about the technician services?

22     A.    What you mean?

23     Q.    Did you ever speak to any

24   doctors about the technician services that

25   Trydat provided?

```
                                      Page 31

 1              A. Smirnov

 2      A.      I mean, can you like -- can you

 3   a little bit like explain the question

 4   because I like, I don't understand what

 5   you are trying to ask.

 6      Q.      Sure.

 7              So is it fair to say that Yana

 8   was the only person who paid you for

 9   Trydat's technician services?

10      A.      Yes.

11      Q.      Did you ever receive any payment

12   from a doctor for these services?

13      A.      Never, no.

14      Q.      Do you know the name of any

15   healthcare practice that Trydat provided

16   technician services through?

17      A.      I don't remember the names.

18      Q.      Was it your understanding that

19   it was -- that Trydat did technician

20   services for more than one healthcare

21   practice?

22      A.      I mean for medical office,

23   right?

24      Q.      Right.  So that's a good

25   question.
```

```
                                                Page 32
 1                 A. Smirnov
 2                 So Trydat, Inc., provided these
 3   technician services at multiple medical
 4   offices, correct?
 5        A.     Yes.
 6        Q.     And these medical offices were
 7   located in New York, correct?
 8        A.     Yes.
 9        Q.     And regardless of what medical
10   office Trydat, Inc., went to, Yana was the
11   person who sent Trydat, Inc., technicians
12   to those offices, correct?
13        A.     Yes.
14        Q.     When you say "shockwave," is
15   that the same thing as radial pressure
16   wave therapy?
17        A.     Yes.
18        Q.     So can you just walk me through
19   the process of how Trydat provided
20   technician services to Yana on a given
21   day?  Would she call you first?  How did
22   it work?
23        A.     So I get the schedule.  So I
24   kind of had the understanding where the
25   technician like supposed to go, like
```

1              A. Smirnov

2    including me.

3              So the technician going to the

4    medical office.  I mean, like getting into

5    the office, saying hi to the front desk.

6    Front desk let you know that the

7    technician going to provide the services

8    in this office.  So they giving the

9    technician providing the room for the

10   technician.  So they providing the room

11   for technician.  The technician set up the

12   equipment.  So making the copy of the

13   sign-in sheet list.  The copies of

14   paperwork.

15             Then the front desk girl, they

16   printing the chart, like with the patient

17   information.  And after that the front

18   desk staff they bring in the patient by

19   itself.  So the technician doing like the

20   procedure.  And like patient leaving, and

21   repeat again and again.

22      Q.    Would Yana give you the

23   schedule?

24      A.    Yes.

25      Q.    Would she physically hand you

1                    A. Smirnov

2      the schedule or would she text you the

3      schedule?  How did it work?

4          A.    I don't remember.  Like the -- I

5      mean, I don't remember exactly but most

6      the time there was the board that like I

7      told you about, while we was speaking the

8      regarding the subpoena.  She got like the

9      paper board like in her office where there

10     is like location, where the technician

11     supposed to go.

12         Q.    And that was specifically in her

13     billing office in that building I showed

14     you before, correct?

15         A.    Yes, in this building.

16         Q.    And with the sign-in sheets and

17     the other paperwork that was used, was all

18     that paperwork already at the clinic?

19             Let me take a step back.

20         A.    Yeah.

21         Q.    Did Trydat's technicians bring

22     any paperwork to the clinics?

23         A.    Yes.

24         Q.    Did you get that paperwork from

25     Yana?

Page 35

```
 1                 A.  Smirnov
 2       A.     Yes.  The whole paperwork was
 3   provided like from Yana, yeah.
 4       Q.     Are you familiar with a company
 5   called "New York Billing and Processing
 6   Corp"?
 7       A.     I assume this is Yana company.
 8       Q.     Does Yana work with anybody
 9   else?
10       A.     Probably, yes.
11       Q.     Does Yana have a boss?
12       A.     I don't know.
13       Q.     So we discussed that Trydat
14   hired other technicians to provide some of
15   these technician services, correct?
16       A.     Can you clarify?
17       Q.     Yes.  So this might be the
18   easiest thing to do.
19             MR. SCOLLAN:  Let me bring up --
20       I'll mark this Exhibit 4.
21             [The document was hereby marked
22       as Exhibit 4 for identification, as of
23       this date.]
24       Q.     I will share my screen with you.
25   So this is a six-page document which
```

Page 36

```
 1              A. Smirnov
 2   includes Form 1099 NEC, all of which state
 3   Trydat, Inc., at the top.
 4              Do you recognize these forms,
 5   sir?
 6        A.    Yes, I do.
 7        Q.    And these were forms that you
 8   produced in response to the subpoena to
 9   Trydat, correct?
10        A.    Yes, correct.
11        Q.    So the individuals in these
12   forms -- I'll list their names.  Serov
13   Artem --
14              MR. SCOLLAN:  And Iris, we can
15       do the spellings during the break.
16        Q.    Tilavoldieu Khohiakbar.
17   Apologies to that person, screwing up
18   their name.
19              Davydao Mikita.  Gabrielyan
20   Artyem.  Rudik Olesya.  Duccos Alexander,
21   I believe that says Renat.
22        A.    Uh-huh.
23        Q.    The individuals that I just
24   listed were technicians that you hired,
25   right?
```

1                    A. Smirnov

2        A.     Yes, correct.

3        Q.     And these are technicians that

4    provided technician services for Yana,

5    correct?

6        A.     So I mean these technicians they

7    used to work for me, but I, like, my

8    company use to the work for Yana.

9        Q.     So if Yana needed a tech and --

10   let's take a step back.

11              Did you personally provide any

12   technician services for Yana you,

13   yourself?

14       A.     Yes, I did.

15       Q.     So if Yana needed a tech and you

16   weren't available, you would then hire

17   someone to do the work, right?

18       A.     I mean it's depends.  You need

19   to clarify that.

20       Q.     Okay.  So was there ever a

21   scenario where Yana called you to provide

22   technician services and you personally,

23   Artem Smirnov, could not show up to the

24   clinic?

25       A.     Yeah.  I mean, like if I'm not

```
                                                Page 38

 1                    A. Smirnov

 2   going to be able, yes, there is the

 3   technicians.  I mean, if I'm not available

 4   to do the work, let's say like that, the

 5   technicians went and did the job.

 6       Q.    And the individuals listed in

 7   this exhibit were the people you called to

 8   do the work for Yana, correct?

 9       A.    You could say like that for work

10   that Yana give it to me.

11       Q.    Right.

12             So let me ask you this:  Sir,

13   Serov Artem, did he provide technician

14   services other than radial pressure wave

15   technician services for Trydat?

16       A.    For Trydat only radial pressure.

17       Q.    Did Tilavoldieu Khojiakbar only

18   provide radial pressure wave technician

19   services for Trydat?

20       A.    Yes, correct, as all of them.

21       Q.    And that's true of all

22   individuals in this exhibit, correct?

23       A.    Yes, all individuals they was

24   working for Trydat and provided radial

25   pressure wave.
```

```
                                              Page 39

 1                  A. Smirnov
 2      Q.     And that's the only thing that
 3   they provided for Trydat, correct?
 4      A.     Yes, correct.
 5      Q.     Did any of the individuals in
 6   that exhibit have any certifications?
 7      A.     Clarify that, please.
 8      Q.     Sure.
 9             So you have certain
10   certifications from J Tech, right?  Did
11   the individuals in the 1099s issued by
12   Trydat have any certificates relating to
13   healthcare practice?
14      A.     I don't know.
15      Q.     Did you have to provide them any
16   training to provide the radial pressure
17   wave technician services?
18      A.     Yes.
19      Q.     Did they all receive the same
20   training from you?
21      A.     Yes, correct.
22      Q.     Can you just describe what that
23   is?
24      A.     The training or the procedure by
25   itself?
```

```
                                              Page 40

 1                A. Smirnov

 2      Q.      The training.

 3      A.      How the training was going on?

 4      Q.      Yes.

 5      A.      So like while I was working in

 6   the office they was staying with me.  And

 7   I mean, like I showed them like how to

 8   operate device, like machine.  How to

 9   operate the machine.  How to do this

10   procedure and, yeah, like all the process.

11      Q.      And about how long does that

12   take to train them?

13      A.      It's hard to tell.  It depends

14   like from the person.  Sometimes people

15   get it quick.  Sometimes people get it

16   slower so it's like depends.

17      Q.      Did all of the technicians in

18   Exhibit 4, were they paid between $175 and

19   $200 per day by Trydat?

20      A.      Yes.

21              MR. SCOLLAN:  Let's just take a

22      five-minute break.

23              (Whereupon, a recess was taken

24      at this time.)

25              MR. SCOLLAN:  Iris, can you read
```

Page 41

1          A. Smirnov

2      back the last question?

3          (Whereupon, the record was read

4      by the reporter.)

5      Q.    For all of the radial pressure

6  wave technician services that Trydat

7  provided to Yana, were you reimbursed

8  between $250 and $300 per technician per

9  day?

10     A.    Yes.

11     Q.    Other than text messages did you

12 exchange e-mails with Yana?

13     A.    I like, when you ask me last

14 time, I check that.  I don't have any

15 e-mails.

16     Q.    Was there ever -- were there

17 ever days when Yana needed technicians at

18 multiple locations on the same day?

19     A.    Yes.

20     Q.    And she would tell you how many

21 technicians she needed?

22     A.    Yes.

23     Q.    You mentioned the equipment that

24 was used for the technician services.

25 What kind of equipment?

Page 42

1            A. Smirnov

2      A.    So it was the two type of

3  machines.  I use Chattanooga RPW mobile.

4  And that techs, like they use different

5  type of machine but I don't remember the

6  name of the brand.

7      Q.    Regardless if it was the

8  Chattanooga RPW mobile machine or the

9  machine used by the technicians you hired,

10  were all of the machines radial pressure

11  wave therapy machines?

12      A.    Yes.

13      Q.    The Chattanooga RPW mobile, I'll

14  call the "Chattanooga," how much did it

15  cost you?

16      A.    I don't know.

17      Q.    Was it less than $3,000?

18      A.    More.

19      Q.    Do you remember approximately

20  how much it was?

21      A.    Around nine, eight.  I don't

22  remember exactly.

23      Q.    Do you have the check --

24      A.    No.

25      Q.    -- that you used to pay for it?

1              A. Smirnov

2      A.     I don't have the check.

3      Q.     How did you pay for this

4  machine, by credit card?

5      A.     No, no.

6      Q.     How did you pay for it?

7      A.     I don't remember.  I don't

8  remember how I pay for that.  Definitely

9  not a card.  Cash.  I guess, cash.  I buy

10  it from someone.  I don't remember.

11      Q.     Could you describe what it looks

12  like?

13      A.     So it's a big machine like with

14  the white top.  They have like the areas

15  to put the gun and the gel.  So it's

16  having like the screen and it have like,

17  like pistol gun which -- with the wire.

18  With kind of like kind of tube.  And it

19  was the spinning wheel.

20      Q.     Say that again?

21      A.     It was like the wheel over there

22  where you supposed to, you know, to change

23  like -- to change the -- how do you call

24  it?

25              So, yeah, the machine by itself

```
 1              A. Smirnov
 2   that's have functions that you able to
 3   switch.  So this is the bar perimeter and
 4   like another perimeter is the, like the
 5   hertz perimeter.  And this is the wheel,
 6   like when you going to be able to
 7   manipulate the way how the machine is
 8   working.
 9       Q.    Do you remember the make and
10   model of the machine?
11       A.    Of the Chattanooga?
12       Q.    Yes.
13       A.    I said that.  It's Chattanooga
14   RPW mobile 300.
15       Q.    And you own this Chattanooga
16   machine, correct?
17       A.    Yes.
18       Q.    And do you still have the
19   machine?
20       A.    Yes.
21            MR. SCOLLAN:  And GEICO just
22       asks that you preserve the machine.
23            THE WITNESS:  Can you rephrase
24       it?  I don't know the word...
25            MR. SCOLLAN:  Yes.
```

```
                                              Page 45
 1              A. Smirnov
 2          So GEICO is just requesting that
 3      you don't destroy the machine because
 4      we may have additional document
 5      requests regarding the machine.  So
 6      we're just asking that you keep it.
 7              THE WITNESS:  I don't have the
 8      whole machines because like I moved
 9      from different places, so in some of
10      machines they break down during, like
11      during the work and some of them I
12      just dismantle because, I mean, it's
13      taking a lot of space.  So it's hard
14      to sell it.
15              MR. SCOLLAN:  Understood.
16              THE WITNESS:  I do have like
17      some of machines.
18      Q.    And regardless of the machine
19   that was used, the only services that
20   Trydat provided were radial pressure wave
21   therapy services, correct?
22      A.    On those points at the time for
23   Yana, yes.
24      Q.    Once the technician was done at
25   the clinic for the day and they had all
```

Page 46

1           A. Smirnov

2  this paperwork and these reports, what did

3  they do with the paperwork?

4     A.    So what they giving the

5  paperwork to me.  And in the end of the --

6  like in the end of the week or in the

7  beginning of next week, I bringing the

8  reports like to the -- like a stack of

9  them to Yana's office, office to Yana.

10    Q.    Once you collected enough

11  paperwork and the stack of the paperwork

12  you would then bring all of the paperwork

13  to Yana's office, correct?

14    A.    Yes, correct.

15    Q.    At that point would Yana count

16  the number of reports?

17    A.    Yes.

18    Q.    And then would Yana pay you for

19  the work?

20    A.    Yes.

21        MR. SCOLLAN:  I'm just going to

22    mark this as Exhibit 5.

23        [The photograph was hereby

24    marked as Exhibit 5 for

25    identification, as of this date.]

```
                                                Page 47

 1                A. Smirnov

 2      Q.      This is a 19-page PDF.  I will

 3   scroll through it slowly because I only

 4   have questions relating to specific checks

 5   within this exhibit.

 6              So on page 2 of the exhibit is a

 7   check issued from Evergreen & Remegone,

 8   LLC, to Trydat, Inc., in the amount of

 9   $6,450 dated August 16th of 2021.  Do you

10   see that, sir?

11      A.      Yes, I do.

12      Q.      And the check was deposited into

13   Capital One Bank account.

14              Does Trydat have a bank account

15   at Capital One?

16      A.      Yes, correct.

17      Q.      And are you the only signatory

18   on that account?

19      A.      Yes, I do.

20      Q.      Are you familiar with the

21   company Evergreen & Remegone, LLC?

22      A.      I getting familiar with them.  I

23   mean, only after you told me about that

24   during our first conversation, but before

25   that I didn't like, you know, noticed this
```

1              A. Smirnov

2   company because this is the company -- I

3   mean, this is the checks that Yana gave

4   me.  And I mean it was the connection from

5   Yana, so I didn't check the company,

6   something like that.  That's the check

7   that Yana gave.

8       Q.    Do you know who signed this

9   check?

10      A.    No.

11      Q.    I'm just going to scroll

12  through.

13              So there's this check issued

14  from Evergreen & Remegone, LLC, to Trydat,

15  Inc.  There's another check on page 3 of

16  the PDF issued from Evergreen & Remegone,

17  LLC, to Trydat, Inc.

18              There's another check issued

19  here on page 4 from Evergreen & Remegone,

20  LLC, to Trydat.

21              And then on page 6, another

22  check issued from Evergreen & Remegone,

23  LLC, to Trydat, Inc.

24              I'm going to page 8 of the

25  exhibit.  There's another check issued

Page 49

1              A. Smirnov

2   from Evergreen & Remegone, LLC, to Trydat,

3   Inc.

4              On page 9, there are two checks

5   issued from Evergreen & Remegone, LLC, to

6   Trydat, Inc.

7              Going down to page 11, there are

8   two additional checks issued from

9   Evergreen & Remegone, LLC, to Trydat, Inc.

10             Going down to page 13, two

11  additional checks issued from Evergreen &

12  Remegone, LLC, to Trydat, Inc.

13             I can represent that those are

14  the only checks issued from Evergreen &

15  Remegone, LLC, to Trydat, Inc., that are

16  in this exhibit.

17             Looking at all those checks,

18  sir, were all of those checks given to you

19  by Yana?

20       A.    Yes.  I mean -- yes.

21       Q.    And all the checks were given to

22  you by Yana in exchange for Trydat

23  providing radial pressure wave technician

24  services, correct?

25       A.    Yes, correct.

```
                                         Page 50

 1              A. Smirnov
 2      Q.    And did Yana physically hand you
 3   all these checks at her office?
 4      A.    Yes.
 5      Q.    Do you know of anyone who works
 6   for Evergreen & Remegone, LLC?
 7      A.    I don't know but -- for that
 8   particular company, I don't know.
 9      Q.    Do you know who owns the
10   company?
11      A.    No.  I think it's Yana.
12      Q.    Did you think it was Yana?
13      A.    Yeah.  I mean she gave me the
14   checks.  I mean, I receiving the checks
15   for my work.  She gave me the check.  The
16   check is valid too.  I supposed to think
17   or Google or do whatever, you know.  I did
18   the job.  I received the check so.
19      Q.    Did Yana ever tell you what
20   healthcare practice she was paying you on
21   behalf of?
22      A.    Can you rephrase it, please?
23      Q.    Sure.
24            It was your understanding that
25   Trydat, while it worked for Yana, was
```

1              A. Smirnov

2    treating patients for medical practices,

3    correct?

4         A.    I don't understand the question.

5    Can you rephrase it again?

6         Q.    Sure.

7              The patients that Trydat

8    provided technician services for, whose

9    patients were they?

10        A.    The medical office.

11        Q.    Do you know the name of any of

12   the healthcare practices that treated at

13   any of these medical offices?

14        A.    I don't remember the names.

15        Q.    When Yana gave you the checks

16   from Evergreen & Remegone, did she tell

17   you through what healthcare practice these

18   patients were treated under?

19        A.    No.  I mean, she paid.  So I

20   bring the her stacks of reports to her and

21   like based on the amount of the reports, I

22   mean, she's paying me like money.

23        Q.    So it was just simple math on

24   her part.  She had to look at how many

25   texts were provided and based on that

Page 52

1           A. Smirnov

2    that's how much money she owed you, right,

3    correct?

4        A.    Yes.  Let's say she sent for

5    four locations, right?  We did the job for

6    four location.  We bring the four stack of

7    the reports and she paid for that four

8    stacks so, yeah.

9        Q.    So it didn't matter what

10   healthcare practice the work was provided

11   through, correct?

12       A.    Yes.  I mean, like she was

13   sending to location.  We went there.  The

14   medical office they already know that

15   shockwave radial pressure technician

16   supposed to come.  We did the job and,

17   yeah, and bring the paperwork to Yana.

18   And based on that, Yana paid us so, yes.

19       Q.    Did Trydat receive a 1099 for

20   the work that it provided on behalf of

21   Evergreen & Remegone?

22       A.    No.

23       Q.    Have you or any of the

24   technicians you hired ever been an

25   employee of Evergreen & Remegone?

```
                                    Page 53
 1                 A. Smirnov
 2       A.    No.
 3       Q.    Have you or any of Trydat's
 4  technicians ever been an employee of Dr.
 5  Stybel?
 6       A.    No.
 7       Q.    Have you or any of Trydat's
 8  technicians ever been an employee of any
 9  of Dr. Stybel's healthcare practices?
10       A.    No.
11       Q.    Were you or any of the Trydat
12  technicians employees of Yana?
13       A.    Yes.  So we provided the service
14  for Yana.
15       Q.    Right, but did you receive a W-2
16  from Yana?
17       A.    You mean like directly to Yana
18  you mean?
19       Q.    Did Yana ever issue you or
20  Trydat a W-2 for the work that you guys
21  provided for her?
22       A.    No.
23       Q.    Did you or Trydat ever receive a
24  W-2 from Dr. Stybel?
25       A.    No.
```

```
                                        Page 54
 1              A. Smirnov
 2      Q.      Did you or any -- or Trydat ever
 3   receive a W-2 from any healthcare practice
 4   owned by Dr. Stybel?
 5      A.      No.
 6      Q.      Did you or Trydat ever receive
 7   any W-2 from any healthcare practice
 8   associated with Dr. Stybel?
 9      A.      No.
10      Q.      Were all of the technician
11   services that Trydat provided in exchange
12   for payment from Evergreen & Remegone done
13   by 1099 independent contractors?
14      A.      Yes.
15      Q.      Were all of the technician
16   services that Trydat provided in exchange
17   for payment that you received from Yana
18   done by 1099 independent contractors?
19      A.      Yes.
20      Q.      Did you eventually stop
21   providing technician services for Yana?
22      A.      Yes.
23      Q.      Why?
24      A.      Because she said there is no
25   jobs suddenly and that's it.
```

```
                                     Page 55
 1                A. Smirnov
 2      Q.     Are you familiar with a company
 3   called Romgo Tech Service?
 4      A.     Not sure a hundred percent.
 5      Q.     You talked about when the actual
 6   testing is done at the medical offices,
 7   right?
 8      A.     Yes.
 9      Q.     When you and the other Trydat
10   technicians were providing these services
11   for Yana, were the only two people in the
12   treatment room; the technician and the
13   patient?
14      A.     Yes, most the time.  Sometimes I
15   mean, like, for example, let's say the
16   situation when the technician he doesn't
17   speak Spanish, but there's the -- I mean,
18   Spanish-speaking person, like patient
19   coming, I mean you're required to go to
20   the front desk and ask for a translator.
21   So in that case there's more people in the
22   room.
23      Q.     Other than the instances where
24   there was a translator, were the only two
25   people in the room when Trydat --
```

Page 56

```
 1                    A. Smirnov
 2        A.     Yes, yes.
 3        Q.     One second.
 4               When Trydat provided technician
 5    services for Yana, the only two people in
 6    the room were the technician and the
 7    patient, correct?
 8        A.     Yes.
 9        Q.     Have you ever been in a room
10    with Dr. Stybel?
11        A.     Never.
12        Q.     Have any of your technicians
13    ever been in the room with Dr. Stybel?
14        A.     Never.
15               MR. SCOLLAN:  Let's take a short
16        break.
17               (Whereupon, a recess was taken
18        at this time.)
19        Q.     Were you ever given Dr. Stybel's
20    phone number?
21        A.     No.
22        Q.     Did you ever talk to Dr. Stybel
23    on the phone?
24        A.     No.
25        Q.     Did any of Trydat's technicians
```

Page 57

1               A. Smirnov

2   ever speak to Dr. Stybel on the phone?

3        A.    No.

4        Q.    Did you or any of Trydat's

5   technicians ever exchange e-mails with Dr.

6   Stybel?

7        A.    No.

8               MR. SCOLLAN:  I'm just going to

9        mark this as Exhibit 6.

10              [The document was hereby marked

11       as Exhibit 6 for identification, as of

12       this date.]

13       Q.    I'll share my screen.  It's a

14   27-page document.  The first is a bill for

15   the practice Elena Borisovna Stybel, M.D.

16              I'm going to scroll through

17   this.

18              Page 5 is a form called, it

19   says:  "Informed," I believe, "Consent

20   Radial Pressure Wave Therapy."

21              Do you recognize this form, sir?

22       A.    Not sure.

23       Q.    Going down to page 6.  It says:

24   "Referral and Statement of Necessity for

25   Extracorporeal Shockwave Therapy."

```
                                          Page 58
 1                 A. Smirnov
 2            Do you see that?
 3      A.    I see there but like I'm not
 4   recognizing that.
 5      Q.    Did you keep any copies of the
 6   forms that Yana gave you?
 7      A.    No, no.  The only copy that we
 8   got is those the one Yana gave us.  I mean
 9   she's supposed to have it, I guess.
10      Q.    I'm just double-checking.
11            Page 7 form, it's called:
12   "Therapeutic Shockwave Treatment Plan."
13            Do you recognize this form?
14      A.    No.  We use different forms.
15      Q.    What kind of forms did you use,
16   if you remember the names of any of the
17   forms?
18      A.    I don't know.  I don't remember
19   the names of it.  I remember it was the
20   one assignment of benefit, the first page.
21   The second and third page was like the
22   boxes that you're supposed to mark.
23   Pretty similar to this one.
24      Q.    So going back up to page 8, do
25   you recognize this form?
```

```
                                          Page 59

 1                   A. Smirnov

 2        A.     I seen that form but I mean

 3   like -- like I never work with that.

 4        Q.     Going down to page 21 of the

 5   exhibit.  It's a form called:  "Radial

 6   Pressure Wave Therapy Report."

 7               Do you recognize this form?

 8        A.     Yes, yes.  This was the forms

 9   that we use.

10        Q.     And this form was given to you

11   by Yana?

12        A.     Yes, correct.

13        Q.     Page 22, the extracorporeal

14   shockwave and RPW treatment form.  Do you

15   recognize this form?

16        A.     Yes.

17        Q.     This is another form that Trydat

18   used?

19        A.     Yes, correct.

20        Q.     And this is the form that Yana

21   gave you?

22        A.     Yes, correct.

23        Q.     Do you remember the name of any

24   of the locations that you and Trydat's

25   technicians went to?
```

```
                                            Page 60

 1               A. Smirnov

 2      A.    I don't remember the exactly but

 3  like I mean if you can name some, I might

 4  be able to recognize it if I work there or

 5  not.

 6               MR. SCOLLAN:  So I'm just going

 7          to -- I'm going to mark this as

 8          Exhibit 7.

 9               [The document was hereby marked

10          as Exhibit 7 for identification, as of

11          this date.]

12      Q.    And I will share this with you.

13               So Exhibit 7 is a one-page Word

14  document which lists locations that are

15  included in the amended complaint in this

16  case.

17               Do you see that document, sir?

18      A.    Yes, I do.

19      Q.    Take as much time as you need.

20  Which locations do you recognize?

21      A.    150 Graham Avenue.

22      Q.    Anything else?

23      A.    1611 East New York Avenue.

24      Q.    Any others?

25      A.    2088 Flatbush Avenue.
```

```
                                          Page 61

 1                 A. Smirnov

 2      Q.     Anything else?

 3      A.     282-284 Avenue X.

 4      Q.     Which others do you recognize?

 5      A.     3626 East Tremont Avenue.  1655

 6  Richmond Avenue.

 7      Q.     Take your time and look over the

 8  Exhibit one more time and if you recognize

 9  any others, please let us know.

10      A.     Yeah, I guess that's it.

11      Q.     All of the locations that you

12  just mentioned, were those locations where

13  Yana sent you and other Trydat

14  technicians?

15      A.     It was sent to me.  I mean like

16  this is the location that I mean like that

17  I used to work and send the technicians.

18      Q.     So out of the locations that you

19  said you recognized, which included 150

20  Graham Avenue, 1611 East New York Avenue,

21  2088 Flatbush Avenue, 282-284 Avenue X,

22  3626 East Tremont Avenue, and 1655

23  Richmond Avenue, were those all locations

24  where Trydat provided technician services

25  for Yana?
```

Page 62

```
 1                    A. Smirnov
 2      A.      Yes.
 3      Q.      Are you familiar with an
 4   individual named Eric Meladze?
 5      A.      No, never heard about that.
 6      Q.      Did Yana work with anyone named
 7   Eric?
 8      A.      I don't know.
 9      Q.      Do you recognize the company
10   Blue Tech Supplies, Inc.?
11      A.      Never heard about that.
12      Q.      Have you ever heard of Sunstone
13   Services, Inc.?
14      A.      Never heard about that.
15      Q.      Do you know an individual named
16   Edward Tokar?
17      A.      No.
18              MR. SCOLLAN:  I have no further
19      questions for Mr. Smirnov at this
20      time.
21              GEICO reserves all rights to
22      request further discovery from Trydat,
23      Inc., and Mr. Smirnov.
24              For the record, I will be
25      following up with Mr. Smirnov
```

Page 63

1            A. Smirnov
2      regarding those text messages that he
3      has with Yana that are responsive to
4      the previous subpoena that was served
5      on Trydat, Inc.
6            Mr. Smirnov, I want to thank you
7      for your time today.  I also want to
8      thank Mr. Interpreter for being
9      available just in case we needed him
10      for any clarification, and thankfully
11      that wasn't necessary, but we do
12      appreciate his time.
13            Thank you everyone.  Have a
14      great day.
15            [TIME NOTED:  12:00 p.m.]
16
17  _____
        ARTEM SMIRNOV
18
19
      _____
20  Subscribed and sworn to
      before me this _____
21  day of _____, 2023.
22  _____
        Notary Public
23
24
25

Page 64

1

2                  **I N D E X**

3

**WITNESS        EXAMINATION BY          PAGE**

4

5  **ARTEM SMIRNOV**

6                  **MR. SCOLLAN**                **5**

7

8

                  **E X H I B I T S**

9

**EXHIBITS            DESCRIPTION        PAGE**

10

**Exhibit 1    Photograph              19**

11

**Exhibit 2    Assignment of Benefits**

12               **form                     25**

13  **Exhibit 3    Photograph              27**

14  **Exhibit 4    6-page document         35**

15  **Exhibit 5    Photos of checks        46**

16  **Exhibit 6    27-page document        57**

17  **Exhibit 7    List of locations       60**

18

19

20

21

22

23

24

25

Page 65

1

2                        CERTIFICATION

3

4    I, IRIS FERNHOFF, a Notary Public for and

5    within the State of New York, do hereby

6    certify:

7    That the witness whose testimony as

8    herein set forth, was duly sworn by me;

9    and that the within transcript is a true

10   record of the testimony given by said

11   witness.

12   I further certify that I am not related

13   to any of the parties to this action by

14   blood or marriage, and that I am in no way

15   interested in the outcome of this matter.

16   IN WITNESS WHEREOF, I have hereunto set

17   my hand this 22nd day of March, 2023.

18

19

20

21

22        IRIS FERNHOFF

23             *      *      *

24

25

Page 66

**ERRATA SHEET**
**VERITEXT/NEW YORK REPORTING, LLC**

CASE NAME:  GOVERNMENT EMPLOYEES
INSURANCE COMPANY, et al v. ELENA
BORISOVNA, D.O., et al
DATE OF DEPOSITION:  March 15, 2023
WITNESS' NAME:  ARTEM SMIRNOV

PAGE/LINE(S)/      CHANGE              REASON
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____
____/_____/_____/_____


        _____
              ARTEM SMIRNOV
SUBSCRIBED AND SWORN TO
BEFORE ME THIS_____DAY
OF_____, 20  .
_____
      NOTARY PUBLIC
MY COMMISSION EXPIRES_____

[& - amount]                                                        Page 1

| & | 2 | 4 | a |
|---|---|---|---|
| **&**  1:11 47:7,21 48:14,16,19,22 49:2,5,9,11,14 50:6 51:16 52:21,25 54:12 | **2**  25:6,8 26:11 28:9 47:6 53:15,20,24 54:3,7 64:11 | **4**  35:20,22 40:18 48:19 64:14 | **a.m.**  1:16 |
| | | **46**  64:15 | **ability**  7:5 |
| | **20**  66:23 | | **able**  10:17 38:2 44:2,6 60:4 |
| **0** | **200**  24:11 40:19 | **5** | **above**  1:19 |
| **02834**  1:4 | **2021**  13:17 21:23 47:9 | **5**  46:22,24 57:18 64:6,15 | **account**  47:13 47:14,18 |
| **1** | **2023**  1:16 63:21 65:17 66:5 | **5-6**  18:21 | **accurately**  4:6 7:6 |
| **1**  1:13 19:6,8 19:11 64:10 | | **5-7**  18:21 | **action**  1:20 65:13 |
| **10**  1:13 | **2088**  60:25 61:21 | **57**  64:16 | **active**  22:6 |
| **1099**  36:2 52:19 54:13,18 | **21**  59:4 | **6** | **actual**  55:5 |
| **1099s**  39:11 | **22**  59:13 | **6**  48:21 57:9,11 57:23 64:14,16 | **actually**  24:18 |
| **10:05**  1:16 | **22nd**  65:17 | **6,450**  47:9 | **additional**  45:4 49:8,11 |
| **11**  49:7 | **25**  64:12 | **60**  64:17 | **address**  4:21 22:17 26:9 27:7 |
| **11235**  4:24 | **250**  24:22 41:8 | **601**  4:22 | **addresses**  22:20 |
| **11556**  2:5 | **27**  57:14 64:13 64:16 | **7** | **affect**  7:5 |
| **12:00**  63:15 | **282-284**  61:3 61:21 | **7**  58:11 60:8,10 60:13 64:17 | **affirmed**  4:4 |
| **13**  49:10 | | **718**  18:9 19:20 | **ago**  13:6 25:25 |
| **15**  1:16 66:5 | **3** | **8** | **agreed**  3:3,8,12 11:15 |
| **150**  60:21 61:19 | **3**  27:16,18 48:15 64:13 | **8**  48:24 58:24 | **al**  66:4,4 |
| **1611**  60:23 61:20 | **3,000**  42:17 | **8th**  26:10 27:7 29:24 | **alexander**  36:20 |
| **1655**  61:5,22 | **300**  24:22 41:8 44:14 | **9** | **amended**  5:10 60:15 |
| **16610**  65:21 | **3063**  26:10 | **9**  49:4 | **amount**  47:8 51:21 |
| **16th**  47:9 | **35**  64:14 | **915-0288**  18:9 19:20 | |
| **175**  24:11 40:18 | **3626**  61:5,22 | **926**  2:4 | |
| **19**  47:2 64:10 | **3d**  4:23 | | |
| **1:22**  1:4 | | | |

**answer** 9:2
　10:6,10 27:11
**answers** 4:8 6:6
　6:14
**anybody** 8:21
　16:12,20 23:16
　28:17 35:8
**apartment** 4:23
**apologies** 36:17
**appear** 7:10
**appearances**
　2:2
**appreciate**
　63:12
**approximately**
　42:19
**areas** 43:14
**artem** 1:18
　4:19 5:9,19
　36:13 37:23
　38:13 63:17
　64:5 66:5,21
**artyem** 36:20
**asked** 12:23
**asking** 45:6
**asks** 20:11
　44:22
**assignment**
　25:12,17,19
　26:14 28:11
　58:20 64:11
**associated** 54:8
**assume** 27:8
　35:7

**attorney** 5:5
　7:10,15
**attorneys** 2:4
**august** 47:9
**available** 37:16
　38:3 63:9
**avenue** 60:21
　60:23,25 61:3
　61:5,6,20,20,21
　61:21,22,23
**aware** 7:9

**b**

**b** 4:2 64:8
**back** 10:19
　11:9 12:6,22
　24:17 34:19
　37:10 41:2
　58:24
**bad** 13:25
**bank** 47:13,14
**bar** 44:3
**based** 51:21,25
　52:18
**basically** 14:15
**beginning** 46:7
**behalf** 50:21
　52:20
**believe** 19:18
　25:19 36:21
　57:19
**benefit** 25:18
　28:11 58:20
**benefits** 25:13
　25:20 26:14
　64:11

**best** 6:14,15
　10:20
**big** 43:13
**bill** 57:14
**billing** 1:12
　34:13 35:5
**bit** 31:3
**black** 18:20,25
**blood** 65:14
**blue** 1:12 62:10
**board** 34:6,9
**borisovna** 1:10
　1:11 5:14 26:3
　26:6 28:13
　57:15 66:4
**boss** 35:11
**bottom** 26:5
**boxes** 58:22
**brand** 42:6
**break** 6:18 11:4
　36:15 40:22
　45:10 56:16
**brighton** 26:10
　27:6 29:24
**brightwater**
　4:22
**bring** 33:18
　34:21 35:19
　46:12 51:20
　52:6,17
**bringing** 46:7
**brooklyn** 4:23
　26:11
**building** 27:21
　27:23 28:2,3

　34:13,15
**business** 8:3,3
　8:5,6,9,14,22
　12:24
**buy** 43:9

**c**

**call** 14:17
　16:12,20,23
　18:10 22:8
　32:21 42:14
　43:23
**called** 4:3 15:13
　16:24 29:17
　35:5 37:21
　38:7 55:3
　57:18 58:11
　59:5
**cap** 13:24
**capacity** 13:25
　14:4,14 15:6,8
　15:24 20:25
**capital** 47:13
　47:15
**card** 43:4,9
**case** 16:7 55:21
　60:16 63:9
　66:3
**cash** 43:9,9
**casualty** 1:7
**center** 27:22
**certain** 5:12
　24:2 39:9
**certificate**
　15:24

**[certificates - deposition]**                                    Page 3

**certificates**
16:3 39:12
**certification**
3:6 65:2
**certifications**
15:21 39:6,10
**certify** 65:6,12
**change** 9:7,24
43:22,23 66:6
**changed** 10:10
**charge** 23:19
**chart** 33:16
**chattanooga**
42:3,8,13,14
44:11,13,15
**check** 20:4
41:14 42:23
43:2 47:7,12
48:5,6,9,13,15
48:18,22,25
50:15,16,18
**checking** 58:10
**checks** 47:4
48:3 49:4,8,11
49:14,17,18,21
50:3,14,14
51:15 64:15
**civil** 1:24
**clarification**
10:11 11:18,19
21:11 63:10
**clarified** 10:24
**clarify** 30:4
35:16 37:19
39:7

**clinic** 34:18
37:24 45:25
**clinics** 15:3
34:22
**collected** 46:10
**color** 18:19
**come** 10:19
12:6 52:16
**comfortable**
9:9,12 10:15
**coming** 55:19
**commission**
66:25
**communicati...**
20:18
**company** 1:6,6
1:7,7 8:10,17
9:4 12:25 13:3
13:4,9,13,18
14:11,23 15:6
15:12,14,15,18
15:25 21:10,14
22:7,8 35:4,7
37:8 47:21
48:2,2,5 50:8
50:10 55:2
62:9 66:4
**complaint** 5:11
60:15
**confusing**
11:24
**connected** 18:2
**connection**
5:10 48:4

**consent** 57:19
**contact** 29:16
**contractor** 13:5
**contractors**
54:13,18
**conversation**
30:10 47:24
**conversations**
7:9
**copies** 20:15
33:13 58:5
**copy** 5:17
33:12 58:7
**corp** 1:12 35:6
**correct** 7:11,15
12:10,25 14:4
14:19 24:4,13
25:22 26:15
28:6 29:21
30:16 32:4,7
32:12 34:14
35:15 36:9,10
37:2,5 38:8,20
38:22 39:3,4
39:21 44:16
45:21 46:13,14
47:16 49:24,25
51:3 52:3,11
56:7 59:12,19
59:22
**cost** 42:15
**counsel** 1:25
3:4 5:7
**count** 46:15

**course** 11:22,24
**court** 1:2 3:16
4:17,20,23 6:4
7:2
**credit** 43:4
**currently** 7:23
21:22
**cv** 1:4

**d**

**d** 64:2
**d.o.** 1:10 66:4
**date** 19:9 25:9
27:19 35:23
46:25 57:12
60:11 66:5
**dated** 47:9
**dates** 21:24
**davydao** 36:19
**day** 10:19 11:5
12:19 24:12,23
25:2 32:21
40:19 41:9,18
45:25 63:14,21
65:17 66:22
**days** 41:17
**deals** 13:7
**defendants**
1:13,14
**definitely** 43:8
**depends** 37:18
40:13,16
**deposited**
47:12
**deposition** 1:18
3:6,13 5:9,18

**[deposition - extracorporeal]**                                    Page 4

5:20,23 7:11
7:14,21 10:14
11:13 20:14
21:9 26:21
66:5
**depositions**
10:23
**describe**  39:22
43:11
**described**
13:19
**description**
64:9
**desk**  33:5,6,15
33:18 55:20
**destroy**  45:3
**device**  40:8
**different**  9:19
12:4,6 42:4
45:9 58:14
**difficulties**
17:16
**directly**  13:10
53:17
**discovery**
62:22
**discuss**  16:20
**discussed**  12:10
35:13
**discussion**  11:7
11:11
**dismantle**
45:12
**district**  1:2,3

**docket**  1:4
**doctor**  30:21
31:12
**doctors**  30:24
**document**
19:12 25:7,10
25:16 26:17
27:4 35:21,25
45:4 57:10,14
60:9,14,17
64:14,16
**documents**
16:7,12 22:19
**doe**  1:13
**doing**  9:8 13:22
30:15 33:19
**double**  58:10
**dr**  28:18,21,25
53:4,9,24 54:4
54:8 56:10,13
56:19,22 57:2
57:5
**duccos**  36:20
**duly**  4:4,13
65:8

**e**

**e**  4:11 22:17,19
22:22 41:12,15
57:5 64:2,8
**early**  10:5
**easiest**  35:18
**east**  60:23 61:5
61:20,22
**eastern**  1:3

**edward**  62:16
**effect**  3:15
**eiber**  2:10
**eight**  42:21
**elena**  1:10,10
5:14 26:2,6
28:13 57:15
66:4
**employee**  52:25
53:4,8
**employees**  1:6
53:12 66:3
**enable**  19:4
**english**  4:8,9
9:6,13,14,19
11:14 12:17,19
**entities**  5:13
**entitled**  1:19
**equipment**
33:12 41:23,25
**eric**  1:12 62:4,7
**errata**  66:2
**esq**  2:6
**et**  66:4,4
**eventually**
29:20 54:20
**evergreen**  1:11
47:7,21 48:14
48:16,19,22
49:2,5,9,11,14
50:6 51:16
52:21,25 54:12
**exact**  21:24
30:9

**exactly**  13:22
34:5 42:22
60:2
**examination**
5:2 64:3
**examined**  4:14
**example**  9:18
55:15
**except**  3:9
**exchange**  22:22
41:12 49:22
54:11,16 57:5
**exchanged**
19:23
**exhibit**  19:6,8
19:11 25:6,8
27:16,18 28:9
35:20,22 38:7
38:22 39:6
40:18 46:22,24
47:5,6 48:25
49:16 57:9,11
59:5 60:8,10
60:13 61:8
64:10,11,13,14
64:15,16,17
**exhibits**  64:9
**expires**  66:25
**explain**  31:3
**explained**
11:21
**extended**  9:2
**extracorporeal**
57:25 59:13

[fact - heard]                                                    Page 5

| f | | | |
|---|---|---|---|
| **fact**  5:19 | **form**  3:9 25:13 | **geico**  1:6,6,7 | **google**  27:12 |
| **fair**  31:7 | 25:20 26:15 | 5:7,11 20:11 | 50:17 |
| **faithfully**  4:6 | 36:2 57:18,21 | 44:21 45:2 | **government** |
| **familiar**  15:12 | 58:11,13,25 | 62:21 | 1:6 66:3 |
| 28:14 35:4 | 59:2,5,7,10,14 | **gel**  43:15 | **graham**  60:21 |
| 47:20,22 55:2 | 59:15,17,20 | **general**  1:6 | 61:20 |
| 62:3 | 64:12 | **getting**  10:15 | **great**  63:14 |
| **far**  6:21 | **forms**  28:11 | 33:4 47:22 | **grip**  15:25 |
| **fault**  8:6 15:2 | 36:4,7,12 58:6 | **girl**  33:15 | **ground**  6:2 |
| 15:10 25:12 | 58:14,15,17 | **give**  6:6 8:25 | **guess**  18:23 |
| **federal**  1:23 | 59:8 | 27:3 28:10 | 19:21 43:9 |
| **feel**  9:11 10:6 | **forth**  65:8 | 33:22 38:10 | 58:9 61:10 |
| 10:12,14 | **forward**  7:14 | **given**  4:8 32:20 | **gun**  43:15,17 |
| **feeling**  9:9 | 10:21 11:13 | 49:18,21 56:19 | **guy**  13:22 |
| **fernhoff**  1:21 | **four**  52:5,6,6,7 | 59:10 65:10 | **guys**  53:20 |
| 65:4,22 | **front**  27:21 | **giving**  33:8 | |
| **filed**  5:11 | 33:5,6,15,17 | 46:4 | h |
| **filing**  3:5 | 55:20 | **go**  5:25 6:2 | **h**  64:8 |
| **financial**  13:3 | **full**  7:24 14:21 | 7:13 10:21 | **habit**  9:20 |
| **fine**  9:3 | **functional** | 11:6,13 32:25 | **hair**  18:19,20 |
| **firm**  5:6 | 13:24,25 14:4 | 34:11 55:19 | 18:25 |
| **first**  4:12 12:13 | 14:14 15:6,8 | **going**  9:23 | **hand**  33:25 |
| 32:21 47:24 | 15:24 | 18:11 19:5,10 | 50:2 65:17 |
| 57:14 58:20 | **functions**  44:2 | 20:4 21:7 25:4 | **happens**  10:22 |
| **five**  29:7 40:22 | **funding**  8:3,5 | 25:5 27:12 | **hard**  13:9 29:6 |
| **flatbush**  60:25 | 8:10,22 9:5 | 28:8 33:3,7 | 40:13 45:13 |
| 61:21 | 12:24 13:14 | 38:2 40:3 44:6 | **healthcare**  8:7 |
| **floor**  26:11 | **further**  3:8,12 | 46:21 48:11,24 | 13:14 16:4 |
| **following**  20:13 | 62:18,22 65:12 | 49:7,10 57:8 | 31:15,20 39:13 |
| 62:25 | | 57:16,23 58:24 | 50:20 51:12,17 |
| **follows**  4:15 | g | 59:4 60:6,7 | 52:10 53:9 |
| **force**  3:15 | **gabrielyan** | **gonna**  27:13 | 54:3,7 |
| **forget**  25:25 | 36:19 | **good**  5:4 11:3 | **hear**  6:7,8 7:18 |
| | **garin**  2:6 | 31:24 | 17:14,20,22 |
| | **gary**  5:5 | | **heard**  62:5,11 |
| | | | 62:12,14 |

**held** 1:20 11:8
**help** 6:2
**hereto** 3:5
**hereunto** 65:16
**hertz** 44:5
**hi** 33:5
**hire** 24:3 37:16
**hired** 9:4 22:12
  26:24 35:14
  36:24 42:9
  52:24
**huge** 9:23
**huh** 26:12
  36:22
**hundred** 15:18
  19:22 25:23
  29:8 55:4

**i**

**identification**
  19:9 25:8
  27:19 35:22
  46:25 57:11
  60:10
**igor** 14:7
**important** 6:5
  6:12
**include** 10:11
**included** 60:15
  61:19
**includes** 36:2
**including** 5:13
  33:2
**indemnity** 1:6
**independent**
  54:13,18

**individual** 62:4
  62:15
**individuals**
  5:12 36:11,23
  38:6,22,23
  39:5,11
**influence** 7:4
**information**
  33:17
**informed** 57:19
**instances** 55:23
**insurance** 1:6,7
  25:12 66:4
**interested**
  65:15
**interpret** 9:24
**interpreter**
  2:11 4:3,15 6:8
  9:7 10:3,8,9,16
  10:18 11:15,20
  12:7 63:8
**interpreters**
  10:23
**iris** 1:21 19:3
  36:14 40:25
  65:4,22
**issue** 10:8
  53:19
**issued** 39:11
  47:7 48:13,16
  48:18,22,25
  49:5,8,11,14

**j**

**j** 15:25,25
  39:10
**job** 13:3,6,18
  15:9,9 21:2
  38:5 50:18
  52:5,16
**jobs** 7:24,25
  8:2 54:25
**john** 1:13
**jonathan** 16:2

**k**

**keep** 45:6 58:5
**khohiakbar**
  36:16
**khojiakbar**
  38:17
**kind** 17:18
  21:10 23:5
  32:24 41:25
  43:18,18 58:15
**know** 6:10,19
  7:19 9:21 12:2
  12:3 13:16
  14:9,12,15,16
  16:7 17:5,5
  20:22 27:5
  31:14 33:6
  35:12 39:14
  42:16 43:22
  44:24 47:25
  48:8 50:5,7,8,9
  50:17 51:11
  52:14 58:18
  61:9 62:8,15

**known** 29:3

**l**

**language** 9:20
**law** 5:6 7:2
  25:12
**leaving** 33:20
**lengthy** 11:11
**license** 5:18
**licenses** 15:20
**life** 12:20 28:16
  28:23 29:5
**likely** 10:16
**line** 11:17 66:6
**list** 33:13 36:12
  64:17
**listed** 26:10
  36:24 38:6
**lists** 60:14
**little** 31:3
**lived** 12:14
**llc** 1:12 47:8,21
  48:14,17,20,23
  49:2,5,9,12,15
  50:6 66:2
**llp** 2:3 5:6
**loan** 8:15 12:24
**loans** 8:4,6,9,14
  8:18,22 13:14
**located** 28:3
  32:7
**location** 25:2
  29:25 34:10
  52:6,13 61:16
**locations** 41:18
  52:5 59:24

**[locations - never]**

60:14,20 61:11
61:12,18,23
64:17
**long**  12:14
25:24 29:3
40:11
**look**  17:9 18:18
19:17 51:24
61:7
**looking**  18:24
29:14 30:10
49:17
**looks**  43:11
**lot**  45:13

**m**

**m**  4:11,11
**m.d.**  1:11 5:15
26:3,6 57:15
**machine**  40:8,9
42:5,8,9 43:4
43:13,25 44:7
44:10,16,19,22
45:3,5,18
**machines**  42:3
42:10,11 45:8
45:10,17
**made**  11:19
**mail**  22:17,19
**mails**  22:22
41:12,15 57:5
**make**  12:8 44:9
**making**  22:10
33:12
**manipulate**
44:7

**march**  1:16
65:17 66:5
**mark**  19:5 25:5
27:15 35:20
46:22 57:9
58:22 60:7
**marked**  19:8
25:7 27:18
35:21 46:24
57:10 60:9
**marriage**  65:14
**math**  51:23
**matter**  4:4 52:9
65:15
**mean**  9:15
14:12 18:16,16
18:17 19:2
22:9,9 23:8
25:24 27:8,12
29:6 30:22
31:2,22 33:4
34:5 37:6,18
37:25 38:3
40:7 45:12
47:23 48:3,4
49:20 50:13,14
51:19,22 52:12
53:17,18 55:15
55:17,19 58:8
59:2 60:3
61:15,16
**medical**  21:16
30:14 31:22
32:3,6,9 33:4
51:2,10,13

52:14 55:6
**meet**  29:12,23
**meladze**  1:12
62:4
**mentioned**
41:23 61:12
**messages**  19:24
20:2,12,15
41:11 63:2
**met**  29:20
**microphone**
17:17,25
**mikita**  36:19
**minute**  40:22
**mironovich**
1:12 5:15 17:4
**misinterpreted**
10:7
**misunderstand**
9:16
**mmh**  1:4
**mobile**  42:3,8
42:13 44:14
**model**  44:10
**money**  8:15,18
22:10 51:22
52:2
**months**  13:4,20
13:21 22:15
**morning**  5:4
**motion**  13:23
13:24 15:23
**motor**  25:11
**moved**  45:8

**multi**  27:22
**multiple**  32:3
41:18
**muted**  17:15,19

**n**

**n**  4:2,11 64:2
**name**  4:18 5:5
14:6,7,8,22
17:3 26:2
31:14 36:18
42:6 51:11
59:23 60:3
66:3,5
**named**  62:4,6
62:15
**names**  31:17
36:12 51:14
58:16,19
**native**  9:19
**nec**  36:2
**necessary**
63:11
**necessity**  57:24
**need**  6:18 10:2
10:24 11:18
16:14 18:15
20:4 21:11
37:18 60:19
**needed**  14:18
30:7 37:9,15
41:17,21 63:9
**never**  28:15,23
31:13 56:11,14
59:3 62:5,11
62:14

| | | | |
|---|---|---|---|
| **new** 1:3,12,22 | **officially** 8:19 | **paper** 34:9 | **perimeter** 44:3 |
| 2:5 4:5,14,23 | **okay** 5:25 | **paperwork** | 44:4,5 |
| 25:11 26:11 | 12:13 18:4 | 33:14 34:17,18 | **period** 23:11,17 |
| 32:7 35:5 | 20:15,16 37:20 | 34:22,24 35:2 | **periods** 15:4 |
| 60:23 61:20 | **olesya** 36:20 | 46:2,3,5,11,11 | 16:25 |
| 65:5 66:2 | **once** 45:24 | 46:12 52:17 | **person** 6:13 |
| **nine** 42:21 | 46:10 | **part** 14:20 | 9:10 16:24 |
| **non** 1:19 5:9 | **ooo** 4:10 | 51:24 | 19:16 20:23 |
| **notary** 1:22 | **open** 17:18 | **particular** 50:8 | 24:14 28:14,15 |
| 3:14 4:4,13 | **operate** 40:8,9 | **parties** 3:5 | 29:14 30:11 |
| 63:22 65:4 | **outcome** 65:15 | 65:13 | 31:8 32:11 |
| 66:24 | **outlined** 12:5 | **party** 1:19 5:9 | 36:17 40:14 |
| **noted** 63:15 | **owed** 52:2 | **patient** 22:13 | 55:18 |
| **noticed** 47:25 | **own** 15:15 | 33:16,18,20 | **personally** 8:15 |
| **number** 17:7 | 44:15 | 55:13,18 56:7 | 30:20 37:11,22 |
| 17:13 18:5,8 | **owned** 54:4 | **patients** 15:10 | **phone** 17:7,9 |
| 19:20 46:16 | **owner** 15:18 | 51:2,7,9,18 | 17:13,17,18 |
| 56:20 | **owns** 50:9 | **pay** 24:7,21 | 18:3,5,8 19:19 |
| | | 42:25 43:3,6,8 | 19:20 20:3,8 |
| **o** | **p** | 46:18 | 26:23 56:20,23 |
| | | **paycheck** 8:20 | 57:2 |
| **o** 4:2,11 | **p.m.** 63:15 | 14:23 | **photo** 19:12,13 |
| **oath** 6:24,25 | **page** 19:12 | **paying** 23:22 | 19:15 |
| **objections** 3:9 | 25:10 35:25 | 50:20 51:22 | **photograph** |
| **obviously** | 47:2,6 48:15 | **payment** 31:11 | 19:7 27:17 |
| 12:17 | 48:19,21,24 | 54:12,17 | 46:23 64:10,13 |
| **odd** 7:25 8:2 | 49:4,7,10 | **pdf** 47:2 48:16 | **photos** 64:15 |
| **office** 28:4 | 57:14,18,23 | **people** 8:15,18 | **physically** |
| 29:24 31:22 | 58:11,20,21,24 | 21:25 22:2 | 33:25 50:2 |
| 32:10 33:4,5,8 | 59:4,13 60:13 | 38:7 40:14,15 | **picture** 30:2 |
| 34:9,13 40:6 | 64:3,9,14,16 | 55:11,21,25 | **pinch** 15:24 |
| 46:9,9,13 50:3 | 66:6 | 56:5 | **pistol** 43:17 |
| 51:10 52:14 | **paid** 23:21 24:6 | **percent** 15:18 | **pkc** 1:4 |
| **offices** 21:16 | 24:15,19 31:8 | 19:22 25:24 | **places** 45:9 |
| 28:5 30:15 | 40:18 51:19 | 29:8 55:4 | |
| 32:4,6,12 | 52:7,18 | | |
| 51:13 55:6 | | | |

**plaintiff's** 20:19
**plaintiffs** 1:8
2:4 16:8
**plan** 58:12
**plaza** 2:4
**please** 4:18,21
6:10 20:6
23:24 39:7
50:22 61:9
**plus** 12:16
**point** 6:19 7:17
10:9 46:15
**points** 45:22
**position** 20:19
**practice** 26:10
31:15,21 39:13
50:20 51:17
52:10 54:3,7
57:15
**practices** 8:7
13:15 16:4
51:2,12 53:9
**present** 2:9
**preserve** 20:12
44:22
**pressure** 32:15
38:14,16,18,25
39:16 41:5
42:10 45:20
49:23 52:15
57:20 59:6
**pretty** 58:23
**previous** 7:8
20:20 63:4

**printing** 33:16
**prior** 15:8
**probably** 25:18
25:23,25 35:10
**problem** 6:17
**procedure** 1:24
33:20 39:24
40:10
**proceed** 7:20
12:4
**proceeding**
1:20 9:12
**process** 10:5,13
13:8 32:19
40:10
**processing** 1:12
35:5
**produced** 16:7
36:8
**propounded**
4:7
**proprietorship**
1:11 5:14
**provide** 13:13
14:18 16:13
21:15 24:3,25
26:24 30:7
33:7 35:14
37:11,21 38:13
38:18 39:15,16
**provided** 22:4
22:12 25:20
30:12,25 31:15
32:2,19 35:3
37:4 38:24

39:3 41:7
45:20 51:8,25
52:10,20 53:13
53:21 54:11,16
56:4 61:24
**provider** 23:9
**provides** 23:5
**providing**
13:23 14:3,13
33:9,10 49:23
54:21 55:10
**public** 1:22
3:14 4:5,13
63:22 65:4
66:24
**pursuant** 1:23
**put** 43:15

**q**

**question** 3:10
6:10 8:12
12:13,23 16:15
18:7 28:19
30:18 31:3,25
41:2 51:4
**questions** 4:7
6:6,16 11:23
47:4 62:19
**quick** 40:15
**quit** 13:6

**r**

**r** 4:2,11,11
**rabinowitz**
2:10

**radial** 32:15
38:14,16,18,24
39:16 41:5
42:10 45:20
49:23 52:15
57:20 59:5
**radler** 2:3 5:6
**raise** 10:7
**range** 13:23
15:23
**ranges** 13:24
**read** 40:25 41:3
**ready** 7:20
**reason** 10:2
17:25 66:6
**receive** 8:20
20:14 31:11
39:19 52:19
53:15,23 54:3
54:6
**received** 14:23
16:9,11 23:3
25:21 50:18
54:17
**receiving** 50:14
**recently** 13:5
**recess** 40:23
56:17
**recognize**
19:16 25:16
27:6,13,23
36:4 57:21
58:13,25 59:7
59:15 60:4,20
61:4,8 62:9

**[recognized - screen]**

**recognized**
  61:19
**recognizing**
  58:4
**recollection**
  17:12
**record**  4:18,21
  5:16 11:6,8,10
  11:12 20:18
  26:19 41:3
  62:24 65:10
**refer**  21:7
**referral**  57:24
**referring**  26:20
  26:22
**refreshed**
  17:12
**regarding**  8:21
  34:8 45:5 63:2
**regardless**  32:9
  42:7 45:18
**regular**  18:23
  18:23,24
**rehabilitation**
  27:22
**reimbursed**
  24:10 41:7
**related**  8:6
  65:12
**relating**  8:21
  15:10,21 16:3
  39:12 47:4
**remain**  11:16
**remegone**  1:11
  47:7,21 48:14

48:16,19,22
49:2,5,9,12,15
50:6 51:16
52:21,25 54:12
**remember**
  13:21 14:22
  16:9 21:24
  22:14 23:18
  28:12 29:17
  30:9 31:17
  34:4,5 42:5,19
  42:22 43:7,8
  43:10 44:9
  51:14 58:16,18
  58:19 59:23
  60:2
**remote**  1:20
**renat**  36:21
**repeat**  28:19
  33:21
**rephrase**  6:11
  8:11 11:25
  16:15 21:12
  23:23 30:17
  44:23 50:22
  51:5
**rephrasing**
  16:14
**report**  59:6
**reporter**  1:21
  4:17,20 6:4
  41:4
**reporting**  46:2
**reports**  46:2,8
  46:16 51:20,21

52:7
**represent**  16:6
  49:13
**request**  11:16
  62:22
**requesting**  11:4
  45:2
**requests**  45:5
**required**  55:19
**reserved**  3:10
**reserves**  62:21
**respective**  3:4
**response**  16:8
  25:21 36:8
**responsive**
  20:19 63:3
**richmond**  61:6
  61:23
**right**  7:10,24
  11:13 12:3,22
  13:8 16:17
  17:21,23 20:9
  23:9 31:23,24
  36:25 37:17
  38:11 39:10
  52:2,5 53:15
  55:7
**rights**  62:21
**rivkin**  2:3 5:6
**romgo**  55:3
**room**  28:25
  33:9,10 55:12
  55:22,25 56:6
  56:9,13

**rpw**  42:3,8,13
  44:14 59:14
**rudik**  36:20
**rules**  1:23 6:2
**russian**  2:11
  4:8,9
**rxr**  2:4

**s**

**s**  4:2,2,11 64:8
  66:6
**saying**  17:21
  33:5
**says**  25:11 26:6
  27:21 36:21
  57:19,23
**scenario**  37:21
**schedule**  32:23
  33:23 34:2,3
**scollan**  2:6 5:3
  5:5,16,21 9:11
  10:4 11:9
  12:12 19:3
  20:11,17 25:4
  26:19 27:15
  35:19 36:14
  40:21,25 44:21
  44:25 45:15
  46:21 56:15
  57:8 60:6
  62:18 64:6
**screen**  19:4,11
  25:5 28:9
  35:24 43:16
  57:13

**[screenshot - spellings]**                                    Page 11

| | | | |
|---|---|---|---|
| **screenshot** 27:20 | 23:5,6,15,20 24:16,20 26:25 | **showed** 29:25 34:13 40:7 | 36:1 37:1,23 38:1 39:1 40:1 |
| **screwing** 36:17 | 30:8,21,24 | **sign** 33:13 | 41:1 42:1 43:1 |
| **scroll** 47:3 | 31:9,12,16,20 | 34:16 | 44:1 45:1 46:1 |
| 48:11 57:16 | 32:3,20 33:7 | **signatory** 47:17 | 47:1 48:1 49:1 |
| **sealing** 3:5 | 35:15 37:4,12 | **signature** 26:13 | 50:1 51:1 52:1 |
| **second** 56:3 | 37:22 38:14,15 | 65:21 | 53:1 54:1 55:1 |
| 58:21 | 38:19 39:17 | **signed** 3:13,15 | 56:1 57:1 58:1 |
| **see** 5:19 7:17 | 41:6,24 45:19 | 48:8 | 59:1 60:1 61:1 |
| 10:25 19:13 | 45:21 49:24 | **similar** 58:23 | 62:1,19,23,25 |
| 25:14 26:2,5,8 | 51:8 54:11,16 | **simple** 51:23 | 63:1,6,17 64:5 |
| 27:13 47:10 | 54:21 55:10 | **sir** 25:14 27:24 | 66:5,21 |
| 58:2,3 60:17 | 56:5 61:24 | 36:5 38:12 | **smirnov's** |
| **seems** 11:23 | 62:13 | 47:10 49:18 | 11:16 |
| **seen** 19:15 | **set** 33:11 65:8 | 57:21 60:17 | **smoother** 6:3 |
| 28:15 59:2 | 65:16 | **situation** 13:2 | **sole** 1:11 5:13 |
| **sell** 45:14 | **seven** 12:16 | 55:16 | **sound** 11:3 |
| **send** 22:18 | **share** 19:4,10 | **six** 22:15 35:25 | 18:2 |
| 61:17 | 25:5 28:8 | **slower** 40:16 | **space** 45:13 |
| **sending** 52:13 | 35:24 57:13 | **slowly** 47:3 | **spanish** 55:17 |
| **sense** 12:8 | 60:12 | **smirnov** 1:18 | 55:18 |
| **sent** 32:11 52:4 | **sheet** 33:13 | 4:1,19 5:1,4,10 | **speak** 6:7,15 |
| 61:13,15 | 66:2 | 5:17,20,22 6:1 | 12:17,19 30:20 |
| **sentence** 9:22 | **sheets** 34:16 | 7:1 8:1 9:1 | 30:23 55:17 |
| **sentences** 9:25 | **shockwave** | 10:1,13 11:1 | 57:2 |
| **serov** 36:12 | 23:14,20 24:15 | 11:12,22 12:1 | **speaking** 34:7 |
| 38:13 | 24:20 30:7 | 12:2,9 13:1 | 55:18 |
| **served** 20:20 | 32:14 52:15 | 14:1 15:1 16:1 | **speaks** 6:13 |
| 63:4 | 57:25 58:12 | 17:1 18:1 19:1 | **specialty** 27:22 |
| **service** 53:13 | 59:14 | 19:14 20:1 | **specific** 8:10 |
| 55:3 | **short** 56:15 | 21:1 22:1 23:1 | 14:10 47:4 |
| **services** 1:13 | **shorthand** 1:21 | 24:1 25:1 26:1 | **specifically** |
| 14:3,14,18 | **show** 5:17 28:9 | 27:1 28:1 29:1 | 34:12 |
| 15:22 21:3,5 | 37:23 | 30:1 31:1 32:1 | **spellings** 36:15 |
| 21:15 22:4,13 | | 33:1 34:1 35:1 | |

| | | t | 56:4,6 61:24 |
|---|---|---|---|
| **spinning** 43:19 | **subpoena** 16:8 | | **technicians** |
| **spoke** 19:19 | 16:11,17,19,21 | **t** 4:2,2,11 64:8 | 22:3 23:23 |
| 22:25 26:22 | 18:15 20:20 | **take** 6:18 24:17 | 24:3,7,8 29:15 |
| **spoken** 28:17 | 23:3 25:21 | 34:19 37:10 | 30:11,14 32:11 |
| 28:21 | 26:23 34:8 | 40:12,21 56:15 | 34:21 35:14 |
| **stack** 46:8,11 | 36:8 63:4 | 60:19 61:7 | 36:24 37:3,6 |
| 52:6 | **subscribed** | **taken** 1:20 | 38:3,5 40:17 |
| **stacks** 51:20 | 63:20 66:22 | 40:23 56:17 | 41:17,21 42:9 |
| 52:8 | **suddenly** 54:25 | **talk** 6:14 56:22 | 52:24 53:4,8 |
| **staff** 33:18 | **summary** 12:9 | **talked** 55:5 | 53:12 55:10 |
| **stas** 2:10 | **sunstone** 1:13 | **talking** 23:6 | 56:12,25 57:5 |
| **state** 1:22 4:5 | 62:12 | **tech** 1:12 15:25 | 59:25 61:14,17 |
| 4:13,17,20 | **supplies** 1:13 | 16:2 37:9,15 | **techs** 42:4 |
| 36:2 65:5 | 62:10 | 39:10 55:3 | **tell** 6:24 13:10 |
| **statement** | **supposed** 17:22 | 62:10 | 29:6,18 30:3,6 |
| 57:24 | 18:17 32:25 | **technical** 17:16 | 40:13 41:20 |
| **states** 1:2 12:15 | 34:11 43:22 | **technician** 14:3 | 50:19 51:16 |
| **staying** 40:6 | 50:16 52:16 | 14:18 15:21 | **testified** 4:14 |
| **step** 24:17 | 58:9,22 | 21:3,4,15 22:4 | 5:23 23:4 |
| 34:19 37:10 | **sure** 6:16 8:12 | 22:12,13 23:4 | **testify** 7:6 |
| **stipulated** 3:3,8 | 8:13 9:3,8 | 23:6,20 24:15 | **testimony** 65:7 |
| 3:12 | 16:16 21:13 | 24:20,24 25:2 | 65:10 |
| **stipulations** | 23:25 25:24 | 26:25 30:8,21 | **testing** 14:4 |
| 1:24 3:2 | 28:20 29:19 | 30:24 31:9,16 | 15:6,9 55:6 |
| **stop** 54:20 | 30:5,19 31:6 | 31:19 32:3,20 | **text** 19:23 20:2 |
| **street** 26:11 | 39:8 50:23 | 32:25 33:3,7,9 | 20:12,15 34:2 |
| 27:7 29:24 | 51:6 55:4 | 33:10,11,11,19 | 41:11 63:2 |
| **stybel** 1:10,11 | 57:22 | 34:10 35:15 | **texts** 51:25 |
| 5:13,15 26:3,6 | **switch** 44:3 | 37:4,12,22 | **thank** 63:6,8,13 |
| 28:13,18,22,25 | **sworn** 3:15 | 38:13,15,18 | **thankfully** |
| 53:5,24 54:4,8 | 4:13 63:20 | 39:17 41:6,8 | 63:10 |
| 56:10,13,22 | 65:8 66:22 | 41:24 45:24 | **therapeutic** |
| 57:2,6,15 | | 49:23 51:8 | 58:12 |
| **stybel's** 53:9 | | 52:15 54:10,15 | |
| 56:19 | | 54:21 55:12,16 | |

therapy 32:16
  42:11 45:21
  57:20,25 59:6
thing 32:15
  35:18 39:2
things 6:2
  10:24
think 10:20
  17:8,14 50:11
  50:12,16
third 58:21
three 13:21
tied 22:20
tilavoldieu
  36:16 38:17
time 3:11 6:13
  7:24 11:17
  14:20,21 15:4
  17:2 22:11,25
  23:11,12,17
  25:24 29:4
  34:6 40:24
  41:14 45:22
  55:14 56:18
  60:19 61:7,8
  62:20 63:7,12
  63:15
times 24:2
today 5:8,20
  6:3,5,24 7:6,10
  7:14 10:18
  63:7
tokar 62:16
told 28:18
  29:13 34:7

47:23
took 6:24,25
top 25:11 26:3
  36:3 43:14
touch 13:8
train 40:12
training 39:16
  39:20,24 40:2
  40:3
transcript 65:9
translate 4:6
translations
  2:11
translator
  55:20,24
treated 51:12
  51:18
treating 51:2
treatment
  55:12 58:12
  59:14
tremont 61:5
  61:22
trial 3:11
true 38:21 65:9
truth 6:24
truthfully 7:6
try 10:21 17:18
  21:5
trydat 15:13
  20:21 21:5,8,8
  21:10,14,18
  22:3,6,20 23:5
  23:8,19 24:3
  24:15,19,25

26:25 30:13,25
  31:15,19 32:2
  32:10,11,19
  35:13 36:3,9
  38:15,16,19,24
  39:3,12 40:19
  41:6 45:20
  47:8,14 48:14
  48:17,20,23
  49:2,6,9,12,15
  49:22 50:25
  51:7 52:19
  53:11,20,23
  54:2,6,11,16
  55:9,25 56:4
  59:17 61:13,24
  62:22 63:5
trydat's 31:9
  34:21 53:3,7
  56:25 57:4
  59:24
trying 31:5
tube 43:18
two 13:20,21
  29:10 42:2
  49:4,8,10
  55:11,24 56:5
type 42:2,5

**u**

uh 26:12 36:22
under 5:14 7:4
  51:18
understand 6:9
  6:20,23 8:12
  9:18,22 13:12

31:4 51:4
understanding
  31:18 32:24
  50:24
understood
  45:15
uniondale 2:5
united 1:2
  12:14
use 9:17,21
  25:18 37:8
  42:3,4 58:14
  58:15 59:9
used 13:4 16:25
  20:23 21:15
  22:5,18 34:17
  37:7 41:24
  42:9,25 45:19
  59:18 61:17

**v**

v 4:11 66:4
valid 50:16
vehicle 25:11
verbal 6:6
veritext 66:2
virtual 7:18

**w**

w 4:2 53:15,20
  53:24 54:3,7
waived 3:7
walk 32:18
want 63:6,7
wave 32:16
  38:14,18,25

| | | | **z** |
|---|---|---|---|
| 39:17 41:6 | 24:4,10 29:4 | 32:10,20 33:22 | **z**  4:2 |
| 42:11 45:20 | 30:15 32:22 | 34:25 35:3,7,8 | **zr**  9:4 |
| 49:23 57:20 | 34:3 35:8 37:7 | 35:11 37:4,8,9 | |
| 59:6 | 37:8,17 38:4,8 | 37:12,15,21 | |
| **way**  9:24 12:4 | 38:9 45:11 | 38:8,10 41:7 | |
| 44:7 65:14 | 46:19 50:15 | 41:12,17 45:23 | |
| **week**  46:6,7 | 52:10,20 53:20 | 46:9,15,18 | |
| **weeks**  13:6 | 59:3 60:4 | 48:3,5,7 49:19 | |
| **went**  32:10 | 61:17 62:6 | 49:22 50:2,11 | |
| 38:5 52:13 | **worked**  9:5 | 50:12,19,25 | |
| 59:25 | 12:25 13:17,20 | 51:15 52:17,18 | |
| **wheel**  43:19,21 | 14:2 22:2 | 53:12,14,16,17 | |
| 44:5 | 23:12 50:25 | 53:19 54:17,21 | |
| **whereof**  65:16 | **working**  13:10 | 55:11 56:5 | |
| **white**  43:14 | 13:11 14:16 | 58:6,8 59:11 | |
| **wire**  43:17 | 15:5 30:14 | 59:20 61:13,25 | |
| **wish**  7:13 11:4 | 38:24 40:5 | 62:6 63:3 | |
| **wishes**  11:12 | 44:8 | **yana's**  17:3,7 | |
| 12:3 | **works**  50:5 | 18:5,8 28:5 | |
| **witness**  1:19 | | 46:9,13 | |
| 4:7,9,12,19,22 | **x** | **yeah**  14:5 18:6 | |
| 5:9 9:6,14 | **x**  1:5,15 61:3 | 18:17,21 19:2 | |
| 12:11 20:16 | 61:21 64:2,8 | 34:20 35:3 | |
| 44:23 45:7,16 | **y** | 37:25 40:10 | |
| 64:3 65:7,11 | **yana**  1:12 5:15 | 43:25 50:13 | |
| 65:16 66:5 | 16:24 17:6 | 52:8,17 61:10 | |
| **word**  44:24 | 18:10,18 19:17 | **years**  12:16 | |
| 60:13 | 19:19,24 20:22 | 29:7,10 | |
| **words**  9:17 | 21:2 22:23 | **york**  1:3,12,23 | |
| **work**  7:23 8:17 | 23:2,13,17 | 2:5 4:5,14,24 | |
| 8:21,24 9:9 | 24:14,19 26:18 | 25:11 26:11 | |
| 13:4 14:10,15 | 26:20,22,24 | 32:7 35:5 | |
| 15:2 16:25 | 27:3 28:4,10 | 60:23 61:20 | |
| 20:24 21:2,18 | 29:3,12,16,21 | 65:5 66:2 | |
| 22:5 23:16,21 | 30:6,16 31:7 | | |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.