# EXHIBIT "14"

Page 1

1
2   UNITED STATES DISTRICT COURT
3   EASTERN DISTRICT OF NEW YORK
4   Docket No.: 1:22-cv-02834-PKC-MMH
5   - - - - - - - - - - - - - - - - - - - -x
6   GOVERNMENT EMPLOYEES INSURANCE COMPANY,
    GEICO INDEMNITY COMPANY, GEICO GENERAL
7   INSURANCE COMPANY and GEICO CASUALTY
    COMPANY,
8
                        Plaintiffs,
9
         -against-
10
    ELENA BORISOVNA STYBEL, D.O., ELENA
11  BORISOVNA STYBEL, M.D., (A Sole
    Proprietorship), EVERGREEN & REMEGONE LLC,
12  YANA MIRONOVICH, NEW YORK BILLING AND
    PROCESSING CORP., ERIC MELADZE BLUE TECH
13  SUPPLIES, INC., SUNSTONE SERVICES, INC.,
    and JOHN DOE DEFENDANTS "1" through "10",
14
                        Defendants.
15
    - - - - - - - - - - - - - - - - - - - -x
16                      February 16, 2023
                        10:25 a.m.
17
18      DEPOSITION of DENNIS BALTER, a
19  Non-Party Witness, in the above-entitled
20  action, held via remote proceeding, taken
21  before IRIS FERNHOFF, a Shorthand Reporter
22  and Notary Public of the State of New
23  York, pursuant to the Federal Rules of
24  Civil Procedure, and stipulations between
25  Counsel.

Page 2

1
2   APPEARANCES:
3
        RIVKIN RADLER LLP
4       Attorneys for Plaintiffs
             926 RXR Plaza
5            Uniondale, New York 11556
6       BY:  GARIN SCOLLAN, ESQ.
7
8
        JOHN J. RAPAWY, ESQ.
9       Attorney for Defendants
        Elena Borisovna Stybel, D.O., Elena
10      Borisovna Stybel, M.D., (A Sole
        Proprietorship)
11           900 South Avenue, 3rd Fl
             Staten Island, New York 10314
12
             NOT PRESENT
13
14
15      MESTECHKIN LAW GROUP, P.C.
        Attorney for Romgo Tech Services, Inc.
16      and Non-Party Witness, Dennis Balter
             1733 Sheepshead Bay Road
17           Brooklyn, New York 11235
18      BY:  OLEG A. MESTECHKIN, ESQ.
19
20
        ALSO PRESENT:
21
             TAMARA KARAPETIAN, Eiber
22            Translations, Russian Interpreter
23
                    *      *      *
24
25

Page 3

1

2                    STIPULATIONS

3      IT IS HEREBY STIPULATED AND AGREED, by

4   and among counsel for the respective

5   parties hereto, that the filing, sealing

6   and certification of the within deposition

7   shall be and the same are hereby waived;

8      IT IS FURTHER STIPULATED AND AGREED

9   that all objections, except as to form of

10  the question, shall be reserved to the

11  time of the trial;

12     IT IS FURTHER STIPULATED AND AGREED

13  that the within deposition may be signed

14  before any Notary Public with the same

15  force and effect as if signed and sworn to

16  before the Court.

17

18

19              *      *      *

20

21

22

23

24

25

                                                        Page 4

1

2  T A M A R A    K A R A P E T I A N,

3      called as the interpreter in this

4  matter, was duly sworn by a Notary Public

5  of the State of New York to accurately and

6  faithfully translate the questions

7  propounded to the witness from English

8  into Russian and the answers given by the

9  witness from Russian into English.

10                  -oOo-

11  D E N N I S    N E P T U N E,

12      the witness herein, having been first

13  duly sworn by a Notary Public of the State

14  of New York, was examined and testified

15  through the interpreter as follows:

16

17            THE COURT REPORTER:  State your

18      name for the record, please.

19            THE WITNESS:  Dennis Balter.

20            THE COURT REPORTER:  State your

21      address for the record, please.

22            THE WITNESS:  545 Neptune

23      Avenue, Apartment 17G, Brooklyn, New

24      York 11224.

25

Page 5

1              D. Balter

2    EXAMINATION BY

3    MR. SCOLLAN:

4        Q.    Good morning.  My name is Garin

5    Scollan, and I'm an attorney with Rivkin

6    Radler, LLP, counsels for plaintiffs in

7    this matter collectively known as GEICO.

8              We are here today for the

9    deposition of non-party Dennis Balter in

10   connection with an amended complaint that

11   was filed by GEICO against certain

12   individuals and entities including Elena

13   Borisovna Stybel, the sole proprietorship

14   under Elena Borisovna Stybel, M.D. and

15   Yana Mironovich.

16             I have marked as Exhibit 1; it's

17   just a copy of the subpoena that was

18   previously served on Mr. Balter.  Again,

19   relating to the matter Government

20   Employees Insurance Company, et al v.

21   Stybel et al.

22             [The document was hereby marked

23       as Exhibit 1 for identification, as of

24       this date.]

25   BY MR. SCOLLAN:

```
                                          Page 6
 1                 D. Balter
 2        Q.     And, Mr. Balter, can you see and
 3   hear me so far?
 4        A.     Yes.
 5        Q.     I just want to go over some
 6   instructions for this deposition.  Some
 7   ground rules.
 8                We have a court reporter, so
 9   it's very, very important that you give
10   verbal answers to questions and that you
11   speak up.
12                If you do not understand a
13   question, please let me know and I'll do
14   my best to rephrase the question.
15                It's also very important for the
16   court reporter and for the record that
17   only one person speaks at a time, so I'll
18   do my best to allow you to finish your
19   answers and you'll do your best to allow
20   me to finish my questions.
21                Sounds good?
22                Does that sound good, Mr.
23   Balter?
24                THE INTERPRETER:  He was nodding
25        his head.
```

```
                                            Page 7
 1              D. Balter
 2    BY MR. SCOLLAN:
 3        Q.    It's just very important that
 4    you give a verbal answer to the question,
 5    okay?
 6              MR. MESTECHKIN:  You have to
 7         (speaking in Russian).
 8        A.    Okay.
 9        Q.    If you need to take a break or
10    speak to your attorney, that's fine.  I
11    just ask if there's a pending question
12    that you answer the question first.
13        A.    Okay.
14        Q.    Do you understand that you're
15    under oath as if you were in a court of
16    law?
17        A.    Yes.
18        Q.    And obviously we're doing this
19    virtually, so if you can't hear me or if
20    my video breaks out at any time, just let
21    me know right away, okay?
22        A.    Okay.
23        Q.    Are you under the influence of
24    anything that would impair your ability to
25    testify truthfully and accurately today?
```

```
 1                  D. Balter
 2      A.      No.
 3      Q.      Also.  If you think that an
 4  answer that you gave was misinterpreted,
 5  just let us know right away so we can
 6  clarify your answer.  Sound good?
 7      A.      Okay.
 8      Q.      Other than your attorney, did
 9  you speak with anyone else about your
10  deposition?
11      A.      No.
12      Q.      Where do you work?
13      A.      I do medical tests at the
14  medical office.
15      Q.      What kind of medical tests?
16      A.      Functional capacity.
17      Q.      And do you do those tests
18  through a specific company?
19      A.      Yes.
20      Q.      Which company?
21      A.      Can I check it on my phone?
22      Q.      Sure.
23              MR. MESTECHKIN:  You have to
24      respond.
25      A.      Could you clarify the question,
```

Page 9

                    D. Balter

1    please?  Are you asking for the name of my

2    company?

3

4        Q.    The company that you perform the

5    functional capacity test through.

6        A.    FCTE Tech Service.

7        Q.    And you mentioned a medical

8    office.  What medical office do you

9    provide the functional capacity test at?

10       A.    Do you need the address of the

11   office?

12       Q.    I was asking the address where

13   the functional capacity tests are done.

14       A.    1251 Ralph Avenue.

15       Q.    Is that in Brooklyn?

16       A.    Yes.

17       Q.    Do you perform functional

18   capacity tests through FCTE Tech Service

19   at any location other than Ralph Avenue?

20       A.    Yes.

21       Q.    Can you name all the offices

22   where you've done so?

23       A.    146 Empire Boulevard, and 1975

24   Linden Boulevard.

25       Q.    Anywhere else?

```
                                           Page 10
 1                 D. Balter
 2      A.     No.
 3      Q.     Does FCTE Tech Service bill or
 4  treat No-Fault patients?
 5      A.     Yes, they do provide treatment.
 6      Q.     And through that company you
 7  provide treatment to No-Fault patients,
 8  correct?
 9      A.     Yes.
10      Q.     Do you work for any other
11  company other than FCTE Tech Service?
12      A.     No.
13      Q.     Have you worked for any other
14  companies other than FCTE Tech Service
15  since 2021?
16      A.     (Inaudible).
17             MR. SCOLLAN:  Did he say "no"?
18      A.     I said, yes.
19      Q.     I apologize.
20             So since 2021, where else have
21  you worked?
22      A.     You need the name of the company
23  that I worked for.
24      Q.     Yes, please.
25      A.     Romgo Tech Service Inc.
```

```
                                        Page 11

 1               D. Balter

 2          THE INTERPRETER:  So it's

 3     R-O-M-G-O, Romgo.

 4          THE WITNESS:  Yes.

 5  BY MR. SCOLLAN:

 6     Q.    Since 2021, have you worked

 7  anywhere else other than Romgo Tech or

 8  FCTE Tech Service?

 9     A.    No.

10     Q.    Do you own FCTE Tech Service?

11     A.    Yes, yes.

12     Q.    Are you the 100% owner?

13     A.    Yes.

14     Q.    You testified to this company.

15  How are you familiar with the company

16  called Romgo Tech Service, Inc.?

17     A.    That is my wife's company, and I

18  work with that company and perform tests.

19     Q.    Who is your wife?

20     A.    Olesya Grechishkina.

21     Q.    I will refer to Romgo Tech

22  Service, Inc., as Romgo going forward.

23          You're obviously aware

24  Mr. Balter that Romgo was previously

25  served a subpoena in this case for
```

```
                                            Page 12
 1                 D. Balter
 2   requesting certain documents, correct?
 3        A.    Yes.
 4        Q.    And when -- and you assisted
 5   with getting the documents together in
 6   response to that subpoena, correct?
 7        A.    Yes.
 8        Q.    Did you speak to your wife about
 9   the subpoena?
10        A.    Yes.
11        Q.    Did you speak to anybody else?
12        A.    No.
13        Q.    Do you know a person named Yana
14   Mironovich?
15        A.    Yes.
16        Q.    I'm going to refer to her as
17   Yana.
18              Did you speak to Yana about the
19   subpoena that was served on Romgo?
20        A.    No.
21        Q.    Did you speak with anyone other
22   than your wife about the subpoena?
23        A.    No.
24        Q.    What kind of company is Romgo?
25        A.    Romgo provides a medical
```

```
                                        Page 13
 1                D. Balter
 2   service.
 3       Q.     What medical service?
 4       A.     Technical services or technician
 5   services.
 6       Q.     Can you explain what kind of
 7   technical or technician services Romgo
 8   provides?
 9       A.     So a technician would go to the
10   office and do a test called shockwave.
11       Q.     Since inception, has Romgo
12   provided any other services other than
13   these technical services you just
14   described?
15       A.     No.
16       Q.     How long has Romgo been
17   providing these technical services?
18       A.     For about a year and a half.
19       Q.     Are you the manager of Romgo?
20       A.     Yes.
21       Q.     Since inception, have you been
22   the manager of Romgo?
23       A.     Yes.
24       Q.     Other than performing tests for
25   Romgo, can you please describe your other
```

```
                                          Page 14
 1               D. Balter
 2   responsibilities as manager of Romgo?
 3       A.    My responsibility was to find a
 4   person who would do the test, teach them
 5   how to do the test and send them to the
 6   office.
 7       Q.    Do you personally perform any
 8   technician services on behalf of Romgo?
 9       A.    Yes.
10       Q.    When is the last time you did
11   that?
12       A.    Also about a year ago probably.
13       Q.    Do you have any certifications
14   to provide these technical services?
15       A.    I have a certificate from
16   Chattanooga Company and from Udeme.com.
17               THE INTERPRETER:  Maybe we can
18       ask the witness to spell that because
19       I'm not familiar.
20       Q.    Can you spell that please?
21       A.    U-D-E-M-E.com.
22       Q.    Can you just describe what you
23   had to do to earn those certificates?
24       A.    I had to attend a lecture and
25   answer questions.
```

```
                                        Page 15
 1                   D. Balter
 2      Q.     How long is the lecture?
 3      A.     About 30 or 40 minutes.
 4      Q.     And you did so online?
 5      A.     Yes.
 6      Q.     Do you know who taught the
 7  lecture?
 8      A.     I don't know.
 9      Q.     Do you maintain copies of all
10  the certificates that you have to provide
11  technical services?
12      A.     Yes.
13             MR. SCOLLAN:  GEICO just calls
14      for the preservation of those
15      certificates.
16             THE WITNESS:  Okay.
17  BY MR. SCOLLAN:
18      Q.     Other than what you've already
19  described, do you do anything else on
20  behalf of Romgo?
21      A.     No.
22      Q.     Is your wife the 100% owner of
23  Romgo?
24      A.     Yes.
25      Q.     And what does she do on behalf
```

```
                                           Page 16
 1                   D. Balter
 2   of Romgo?
 3        A.     Nothing.
 4        Q.     So why does she own it?
 5        A.     Because there was a time when I
 6   was busy and she started the company.
 7        Q.     Since what date has your wife
 8   performed no duties on behalf of Romgo?
 9        A.     Since day one.
10        Q.     Does anybody work for Romgo
11   other than you?
12        A.     Yes.
13             MR. MESTECHKIN:  If you don't
14        understand the question, you have to
15        let them know.
16        A.     Do you want to know if there are
17   other technicians working for Romgo?
18        Q.     Good question.
19             So other than you and the
20   technicians who perform the actual
21   technical services, does anybody else work
22   for Romgo?
23        A.     No.
24        Q.     What's Romgo's business address?
25        A.     1980 East 22nd Street, Apartment
```

```
                                          Page 17
 1                  D. Balter
 2    205, Brooklyn, New York 11229.
 3         Q.     Does Romgo have a phone number?
 4         A.     Yes.
 5         Q.     What is it?
 6         A.     (646)420-7283.
 7         Q.     Other than the Gmail account,
 8    which you sent me documents through, does
 9    Romgo have an e-mail address?
10         A.     Yes.
11         Q.     What is it?
12         A.     Dennismironov@gmail.com.
13    D-E-N-N-I-S-M-I-R-O-N-O-V@gmail.com.
14         Q.     Do you also go by Dennis
15    Mironov?
16         A.     Yes.
17         Q.     What is Yana's phone number?
18         A.     I don't know.
19         Q.     Have you ever exchanged text
20    messages with Yana?
21         A.     Yes.
22         Q.     Do you have her phone number
23    stored in your cell phone?
24         A.     Yes.
25         Q.     So if you need to refresh your
```

```
                                        Page 18
 1                D. Balter
 2    recollection and look at your cell phone,
 3    you're free to do so.
 4              But what is Yana's phone number?
 5        A.     (Witness complies).
 6               (718)915-0288.
 7        Q.     So Romgo provides technician
 8    services.  How much does Romgo charge for
 9    these services?  And by that I mean how
10    much does Romgo charge the individual or
11    company that is hiring Romgo to perform
12    the technician services?
13        A.     $300 a day.
14        Q.     That's a flat fee?
15        A.     Yes.
16        Q.     And it's $300 per day to provide
17    one technician at one medical office?
18        A.     Yes.
19        Q.     Since inception has Romgo ever
20    charged any individual or company for a
21    rate other than $300 per day to provide
22    one technician for one medical office?
23        A.     No.
24               MR. SCOLLAN:  I'm just going to
25          mark this as Exhibit 2.
```

```
                                      Page 19

 1                    D. Balter

 2               [The document was hereby marked

 3         as Exhibit 2 for identification, as of

 4         this date.]

 5   BY MR. SCOLLAN:

 6       Q.      I'll share my screen.   If you

 7   need me to zoom in or anything, just let

 8   me know.

 9               So I will share my screen.

10               So what's been marked as Exhibit

11   2 is a 13-page document.   The first page

12   is part of a bill submitted by Elena

13   Borisovna Stybel, M.D., for patient,

14   initials SH.

15               And I can also represent that on

16   page 4 of the exhibit, which is page 4 of

17   the NF-3 form submitted by this practice,

18   it lists the provider's signature as Elena

19   Borisovna Stybel with the TIN number

20   beginning with 5-5.

21               I'm going to refer to this

22   practice as the Stybel practice.

23               Do you see that, sir?

24               MR. MESTECHKIN:   For the record,

25         Garin, we see only a portion of the
```

```
                                              Page 20

 1                  D. Balter

 2        page, maybe two-thirds of the upper

 3        side of the page is visible.

 4              MR. SCOLLAN:  Sounds good.  I

 5        will zoom out and I can zoom in if

 6        necessary.

 7              MR. MESTECHKIN:  Thank you.

 8              MR. SCOLLAN:  No, thank you.

 9   BY MR. SCOLLAN:

10        Q.    Do you see the first page of

11   Exhibit 2, sir?

12        A.    Yes.

13        Q.    So I'll zoom in just so we can

14   see the top half including Elena Borisovna

15   Stybel, M.D., listed on the first page as

16   the provider.

17              Do you recognize that name, sir?

18              THE INTERPRETER:  This is the

19        interpreter speaking.

20              I'm so sorry, but I've noticed

21        when it is just one word, for some

22        reason I either can't hear it or it

23        gets muffled.  So I will ask for a

24        repetition.

25              (Interpreter repeats question.)
```

```
                                              Page 21

 1                 D. Balter

 2      A.     Yes.

 3      Q.     And how do you know Dr. Stybel?

 4      A.     I saw her name on the assignment

 5   of benefits.

 6      Q.     Have you ever met Dr. Stybel?

 7      A.     No.

 8             MR. MESTECHKIN:  My sincere

 9      apologies.  Can you give me five

10      minutes?  I just need to step out for

11      five minutes and I will be right back.

12             MR. SCOLLAN:  Yes.  We will come

13      back in five minutes.

14             MR. MESTECHKIN:  Thank you very

15      much.

16             (Whereupon, a recess was taken

17      at this time.)

18             MR. SCOLLAN:  Can you just read

19      the last question and answer?

20             (Whereupon, the record was read

21      by the reporter.)

22             MR. SCOLLAN:  And the question

23      before that?  I'm sorry.

24             (Whereupon, the record was read

25      by the reporter.)
```

```
                                      Page 22
 1                D. Balter
 2     BY MR. SCOLLAN:
 3          Q.    Have you ever spoken to Dr.
 4     Stybel?
 5          A.    No.
 6          Q.    And I believe you testified that
 7     you've seen Dr. Stybel on an assignment of
 8     benefits form?
 9          A.    Yes.
10          Q.    Have you ever been in the same
11     room as Dr. Stybel?
12          A.    No.
13          Q.    Did Romgo provide technician
14     services for the Stybel practice?
15          A.    No.
16               MR. SCOLLAN:  Can you just read
17          back the question?  I'm sorry.
18               (Whereupon, the record was read
19          by the reporter.)
20     BY MR. SCOLLAN:
21          Q.    Was Romgo ever contacted by
22     anybody to provide technician services
23     that were billed through the Stybel
24     practice?
25          A.    No.
```

```
                                          Page 23
 1                  D. Balter
 2       Q.     Were you ever given an
 3   assignment of benefits form with Dr.
 4   Stybel's signature on it?
 5       A.     Yes.
 6       Q.     Who gave you the assignment of
 7   benefits form?
 8             MR. MESTECHKIN:  Objection to
 9        form.
10             Are you talking about assignment
11        of benefits form that was signed by
12        Dr. Stybel?
13             MR. SCOLLAN:  Correct.  I'll
14        rephrase.
15   BY MR. SCOLLAN:
16       Q.     Who gave you the assignment of
17   benefits form that was signed by Dr.
18   Stybel?
19             THE INTERPRETER:  This is the
20        interpreter again.  I'm so sorry but I
21        can't hear it.
22       A.     Yana did.
23       Q.     And by "Yana," you obviously
24   mean Yana Mironovich, correct?
25       A.     Yes.
```

1                    D. Balter

2       Q.     How did Yana give you the

3    assignment of benefits form?

4       A.     She sent it to my e-mail.

5       Q.     Which one?

6       A.     Dennismironov@gmail.com.

7       Q.     Do you remember what she said in

8    the e-mail?

9       A.     I don't remember.

10           MR. SCOLLAN:   GEICO calls for

11       preservation of any e-mails exchanged

12       between Yana and Mr. Balter as well as

13       Romgo.   Those communications would be

14       responsive to the subpoena that was

15       originally served on Romgo Tech

16       Service Inc.

17           MR. MESTECHKIN:   To the extent

18       that our client has those same

19       e-mails, we note the request.

20    BY MR. SCOLLAN:

21       Q.     Did the assignment of benefits

22    have an address on it next to Dr. Stybel's

23    signature?

24       A.     No.

25       Q.     What information was on the

```
                                          Page 25
 1                  D. Balter
 2   assignment of benefits form other than Dr.
 3   Stybel's signature?
 4       A.    The doctors' first and last
 5   names.  Then below that the address and
 6   the signature on the right side.
 7               MR. SCOLLAN:  So I'm going to
 8        share my screen.  This will be Exhibit
 9        3.
10               [The document was hereby marked
11        as Exhibit 3 for identification, as of
12        this date.]
13       Q.    It's a 1-page document that is
14   an assignment of benefits form.  On the
15   top it says Elena Borisovna Stybel and
16   date.  On the bottom it says Elena
17   Borisovna Stybel and date with an address
18   underneath it and a signature next to that
19   on the bottom-right corner of the
20   assignment of benefits.
21               Do you see that, sir?
22       A.    Yes.
23       Q.    Does this document look similar
24   to the assignment of benefits form that
25   Yana e-mailed you?
```

Page 26

                        D. Balter

1

2       A.     Yes.

3       Q.     Did the assignment of benefits

4   form that Yana e-mailed you have any

5   additional information on it other than

6   what is filled in on this assignment of

7   benefits form marked as Exhibit 3?

8       A.     No.

9       Q.     Do you recognize the address

10  3063 Brighton 8th Street, Floor 2,

11  Brooklyn, New York?

12      A.     Yes.

13      Q.     Whose address is that?

14             THE INTERPRETER:  This is the

15      interpreter speaking.  I am sorry.  I

16      didn't catch it.

17      A.     It's the billing address.

18      Q.     Whose billing address?

19      A.     Yana's.

20      Q.     How long have you known Yana?

21      A.     For about a year and a half.

22      Q.     Do you also know her to go by

23  the name of Yana Levkovich or do you know

24  her only as Yana Mironovich?

25             MR. MESTECHKIN:  Objection to

```
                                                Page 27
 1                    D. Balter

 2        form.

 3                You may answer.

 4        A.     I know her just as Yana.

 5        Q.     How did you meet Yana?

 6        A.     Yana called me and said that

 7   they needed a technician for service and

 8   that's how we met.

 9        Q.     Do you remember what medical

10   practice or healthcare practice Yana first

11   contacted you about?

12        A.     I don't remember.

13        Q.     Did Yana call you to ask for

14   technicians to provide services for the

15   Stybel practice?

16              MR. MESTECHKIN:  Objection.

17              Counsel, are you talking about

18        the very first call?

19              MR. SCOLLAN:  I'm talking in

20        general.  So let's take a step back.

21   BY MR. SCOLLAN:

22        Q.     Did Yana ever contact you to

23   hire Romgo to provide technicians for the

24   Stybel practice?

25        A.     No.
```

Page 28

1                    D. Balter

2        Q.    Do you know the name of any

3    healthcare practices that Yana called you

4    to ask for technicians for?

5        A.    I don't remember.

6        Q.    Do you have any documents that

7    you could refer to to figure out which

8    practices she called you about?

9        A.    No.

10                MR. SCOLLAN:  I'm going to mark

11        This as Exhibit 4.  The Romgo

12        subpoena.

13                [The document was hereby marked

14        as Exhibit 4 for identification, as of

15        this date.]

16    BY MR. SCOLLAN:

17        Q.    I will share my screen.  So

18    Exhibit 4 is the subpoena issued in this

19    case by plaintiffs on Romgo Tech Service

20    dated October 12th of 2022.

21                Do you see the document?

22        A.    Yes.

23        Q.    And going -- do you recognize

24    the subpoena?

25        A.    Yes.

Page 29

1                    D. Balter

2      Q.     And going down to page 4 of the

3  subpoena, do you see that under "person

4  and entities at issue" it lists Elena

5  Borisovna Stybel, M.D., a sole

6  proprietorship, with the tax

7  identification number starting with 5-5?

8      A.     Yes.

9      Q.     Do you see also where it says

10  "Elena Borisovna Stybel, D.O."?

11      A.     Yes.

12      Q.     And you see where it says

13  "Evergreen & Remegone, LLC, correct?

14      A.     Yes.

15      Q.     Are you familiar with the

16  company known as Evergreen & Remegone,

17  LLC?

18      A.     No.

19      Q.     Did you say "no"?

20      A.     Yes, I said "no."

21      Q.     Because also within the subpoena

22  that you recognize you see on page 5 were

23  certain documents were requested relating

24  to Dr. Stybel the sole proprietorship

25  under Dr. Stybel and Evergreen & Remegone?

```
                                              Page 30

 1              D. Balter

 2              Do you see that, sir?

 3        A.    Yes.

 4              MR. SCOLLAN:  So I am going to

 5        mark this as Exhibit 5.  It is an

 6        e-mail exchange between myself and

 7        Romgotechservice@gmail.com.

 8              [The document was hereby marked

 9        as Exhibit 5 for identification, as of

10        this date.]

11  BY MR. SCOLLAN:

12        Q.    Do you see that, sir?

13        A.    Yes.

14        Q.    And on December 16, 2022, I

15  drafted an e-mail to you as a follow-up to

16  a phone call on a meet and confer that we

17  had on the subpoena which was marked as

18  Exhibit 4.

19              Do you see that e-mail that I

20  sent, sir?

21        A.    Yes.

22        Q.    And then it says in an e-mail

23  dated Monday, December 19, 2022, it says:

24  "Good afternoon, Garin Scollan.  Thank you

25  for your e-mail" and provided the
```

```
                                    Page 31
 1                D. Balter
 2    information.  "As discussed over the phone
 3    we have checked for e-mails and text
 4    messages and we can confirm that we do not
 5    store any communications from the past
 6    year as requested.  Please find attached
 7    the 1099 and bank statements with check
 8    images as proof of payment for the tech
 9    services.  Please feel free to contact me
10    if you have any questions.  Very truly
11    yours, Dennis Balter, Romgo Tech Service
12    Inc."
13                Did you send that e-mail?
14        A.    Yes.
15        Q.    And you did so after reviewing
16    your records to respond to the subpoena
17    that was served on Romgo Tech relating to
18    Dr. Stybel, her practice and Evergreen &
19    Remegone, correct?
20        A.    (Inaudible).
21        Q.    Speak up, please.
22        A.    Yes.
23                MR. SCOLLAN:  So I'm marking as
24        Exhibit 6, a 9-page document that
25        includes checks.
```

```
                                               Page 32

 1                  D. Balter
 2            [The document was hereby marked
 3        as Exhibit 6 for identification, as of
 4        this date.]
 5    BY MR. SCOLLAN:
 6        Q.    I will zoom in on a check on
 7    page 1.  The first check is from a company
 8    called Evergreen & Remegone, LLC, in the
 9    amount of $8,700 issued to Romgo Tech
10    Service.
11            Do you see that, sir?
12        A.    Yes.
13        Q.    Speak up and say yes or no,
14    please.
15        A.    Yes.
16        Q.    Does Romgo have a bank account
17    at Investors Bank?
18        A.    Yes.
19        Q.    Is that your handwriting in the
20    endorsement line of this check?
21        A.    Yes.
22        Q.    Why did Evergreen & Remegone,
23    LLC, issue this check to Romgo Tech
24    Service?
25        A.    For the service that I had
```

```
                                        Page 33
 1                  D. Balter
 2   provided.
 3       Q.     What service?
 4       A.     Shockwave test.
 5       Q.     Who works for Evergreen &
 6   Remegone, LLC?
 7       A.     I don't know.
 8       Q.     Do you know who owns the
 9   company?
10       A.     I don't know.
11       Q.     Do you know if it's a healthcare
12   practice?
13       A.     I don't know.
14       Q.     You said that this check was
15   paid to Evergreen -- paid from Evergreen &
16   Remegone, LLC, to Romgo in exchange for
17   shockwave tests; is that correct?
18       A.     Yes.
19       Q.     Was this check issued by
20   Evergreen & Remegone, LLC, in exchange for
21   Romgo providing technicians for a specific
22   healthcare practice?
23       A.     I don't know.
24       Q.     Who would know the answer to
25   that question?
```

Page 34

                    D. Balter

1

2      A.      Could you rephrase the question,

3  please?

4      Q.      Who would know the answer to the

5  question of which healthcare practice did

6  Romgo Tech provide technicians to in

7  exchange for this check from Evergreen &

8  Remegone, LLC?

9              THE INTERPRETER:  I will request

10     for repetition, I'm so sorry.  I

11     didn't hear the very beginning.

12     A.      I got it from billing.

13     Q.      What does that mean?

14     A.      Well, you asked who provided the

15  check, correct?  And I answered that Yana

16  produced this check from the Billing

17  Department.

18     Q.      Okay.  Did Yana give you this

19  check from Evergreen & Remegone, LLC, that

20  was issued to Romgo Tech Service?

21     A.      Yes.

22     Q.      How did she do that, did she

23  hand it to you?

24     A.      Yes.

25     Q.      Where were you when she handed

```
                                              Page 35
 1                   D. Balter
 2   you the check?
 3        A.     At Yana's office.
 4        Q.     On Brighton 8th Street?
 5        A.     Yes.
 6        Q.     Did she tell you what the check
 7   was for?
 8        A.     For the work.
 9        Q.     Did she say anything else other
10   than this check is "for the work"?
11        A.     No.
12        Q.     There's a check on page 2 issued
13   from Evergreen & Remegone to Romgo Tech
14   Service.  Check number 1023 in the amount
15   of $3,450.  Do you see that?
16        A.     Yes.
17        Q.     Did Yana hand you this check?
18        A.     Yes.
19        Q.     Did she tell you what it was
20   for?
21        A.     For the service, for the work
22   provided.
23        Q.     For technician services?
24        A.     Yes.
25        Q.     Did she tell you for what
```

Page 36

```
 1                D. Balter
 2   medical practice?
 3       A.    No.
 4       Q.    There's another check on page 2,
 5   check number 1025 from Evergreen &
 6   Remegone, LLC, to Romgo Tech Service in
 7   the amount of $3,600.
 8             Did you deposit this check into
 9   Romgo Tech's bank account?
10       A.    Yes.
11       Q.    Did Yana hand you this check at
12   her Brighton 8th Street office?
13       A.    Yes.
14       Q.    Did she tell you what it was
15   for?
16       A.    For the services.
17       Q.    For technician services?
18       A.    Yes.
19       Q.    Did Yana ever pay you for
20   technician services through any other
21   companies?
22       A.    I don't remember.
23       Q.    Here's another check on page 3
24   from Evergreen & Remegone to Romgo in the
25   amount of $2,050, check number 1045.
```

```
                                        Page 37
 1                  D. Balter
 2             Did Yana hand you this check?
 3        A.    Yes.
 4        Q.    Did she hand it to you at the
 5   Brighton 8th Street office?
 6        A.    Yes.
 7        Q.    Did she tell you it was for
 8   technician services?
 9        A.    Yes.
10        Q.    Did she tell you for what
11   medical practice this check was paid on
12   behalf of?
13        A.    No.
14        Q.    Page 4, check dated September, I
15   believe, 14th or 19th of 2021.  Check
16   number 1039 from Evergreen & Remegone,
17   LLC, to Romgo in the amount of $2,850.
18             Did Yana physically hand you
19   this check at her Brighton 8th Street
20   office?
21        A.    Yes.
22        Q.    Did she tell you it was for
23   technician services?
24        A.    Yes.
25        Q.    Did she tell you for which
```

Page 38

```
 1                    D. Balter
 2    medical practice this check was being
 3    issued on behalf of?
 4        A.    No.
 5        Q.    Did you ever ask Yana what kind
 6    of company Evergreen & Remegone was?
 7        A.    No.
 8        Q.    Did you ever ask Yana on which
 9    medical practice these checks were being
10    issued on behalf of?
11        A.    No.
12        Q.    Why not?
13        A.    I don't know.
14        Q.    Were you curious?
15        A.    No.
16        Q.    Are you curious now?
17        A.    Yes.
18        Q.    Is it fair to say, Mr. Balter,
19    that you provide technician services and
20    you want to get paid for them, right?
21        A.    Yes.
22        Q.    So how do you go about making
23    sure that Yana pays you for all the
24    technician services that you provided for
25    her?
```

```
                                          Page 39
 1                 D. Balter
 2      A.     I would bring her all the
 3   reports from the offices.  She would
 4   calculate the number of days and then she
 5   would issue checks.
 6      Q.     What do the reports look like?
 7      A.     So those would be 4 pages that
 8   the pages would fill out and sign and then
 9   there was an initial report from the
10   office.
11      Q.     What do you mean an initial
12   report?
13      A.     I mean the doctor's initial
14   report from their first appointment with
15   the patient.
16      Q.     Did Romgo's technicians ever
17   know the name of the medical practice that
18   they were performing these technician
19   services on behalf of?
20      A.     Could you rephrase the question,
21   please?
22             MR. SCOLLAN:  Could you please
23      repeat the question, Iris?
24             (Whereupon, the record was read
25      by the reporter.)
```

```
                                             Page 40
 1              D. Balter
 2              MR. MESTECHKIN:   Objection to
 3        form.   If the witness understands the
 4        question, he may answer.
 5   BY MR. SCOLLAN:
 6        Q.    You can answer.
 7        A.    No.
 8        Q.    Did you as the manager of Romgo
 9   ever do anything to find out the names of
10   the healthcare practices that Romgo was
11   providing technician services on behalf
12   of?
13        A.    No.
14        Q.    Why not?
15        A.    I didn't need it.
16        Q.    Is it because you didn't want to
17   know?
18              MR. MESTECHKIN:   Objection.
19              You may answer.
20        A.    Yes.
21        Q.    Going down to page 5 of the
22   exhibit, it's a check issued from
23   Evergreen & Remegone dated a date in
24   September of 2021, check number 1051 in
25   the amount of $3,000.
```

```
                                           Page 41
 1                   D. Balter
 2               Did Yana hand you this check
 3    that was issued from Evergreen & Remegone
 4    to Romgo?
 5        A.    Yes.
 6        Q.    Did she do so at her Brighton
 7    8th Street office?
 8        A.    Yes.
 9        Q.    Did Yana tell you that the check
10    was being issued for technician services?
11        A.    Yes.
12        Q.    Did Romgo maintain copies of any
13    of the reports or the documents that they
14    handed Yana?
15        A.    No.
16        Q.    Here's another check from
17    Evergreen to Romgo Tech Service in the
18    amount of $3,100 check number 1049.
19               Did Yana hand you this check at
20    the Brighton 8th Street office?
21        A.    Yes.
22        Q.    Did she tell you that it was for
23    technician services?
24        A.    Yes.
25        Q.    There's also a check on page 6
```

Case 1:22-cv-02834-PKC-MMH  Document 59-19  Filed 06/05/23  Page 43 of 141 PageID #: 1922

1                  D. Balter

2    from Evergreen & Remegone, LLC, to Romgo

3    in the amount of $2,750 check number 1056.

4            Did Yana hand you this check at

5    the one at the Brighton 8th Street office?

6        A.    Yes.

7        Q.    And she told you it was for

8    technician services, right?

9        A.    Yes.

10       Q.    Page 7, check in the amount of

11   $3,050 from Evergreen & Remegone, LLC, to

12   Romgo.

13           Did Yana hand you this check at

14   the Brighton 8th Street office?

15       A.    Yes.

16       Q.    Did she tell you it was for

17   technician services?

18       A.    Yes.

19       Q.    There's a check on page 8, check

20   number 1066 from Evergreen & Remegone,

21   LLC, to Romgo in the amount of $3,350.

22           Did Yana hand you this check at

23   the Brighton 8th Street office?

24       A.    Yes.

25       Q.    Did Yana tell you this check was

```
                                          Page 43
 1                  D. Balter
 2   payment for Romgo providing technician
 3   services?
 4        A.    Yes.
 5        Q.    There's a check on page 9, check
 6   number 1073 in the amount of $3,300 from
 7   Evergreen & Remegone to Romgo.
 8              Did Yana hand you this check at
 9   the Brighton 8th Street office?
10        A.    Yes.
11        Q.    Did Yana tell you that this
12   check was being issued from Evergreen to
13   Romgo in exchange for Romgo providing
14   technician services?
15        A.    Yes.
16        Q.    And that's because Yana told you
17   that each of the checks that we've gone
18   through in this Exhibit that were issued
19   from Evergreen & Remegone, LLC, to Romgo
20   was payment in exchange for Romgo
21   providing technician services, correct?
22              MR. MESTECHKIN:  Objection to
23         form, but if the witness understands
24         the question, he may answer.
25        A.    Yes.
```

```
                                          Page 44

  1                  D. Balter

  2      Q.     Who does Yana work for?

  3      A.     I don't know.

  4      Q.     Do you know anybody else who

  5  works at the Brighton 8th Street office

  6  other than Yana?

  7      A.     No.

  8      Q.     Do you know Alex Khait,

  9  K-H-A-I-T?

 10      A.     No.

 11             MR. SCOLLAN:  Let's take a

 12      ten-minute break.

 13             MR. MESTECHKIN:  Sure.  Thank

 14      you.

 15             (Whereupon, a recess was taken

 16      at this time.)

 17             MR. SCOLLAN:  Could you read the

 18      last question?

 19             (Whereupon, the record was read

 20      by the reporter.)

 21  BY MR. SCOLLAN:

 22      Q.     Did Yana e-mail you any other

 23  assignment of benefit forms other than the

 24  assignment of benefit form for Dr. Stybel?

 25      A.     No.
```

```
                                                    Page 45
  1                  D. Balter
  2        Q.      Did Yana ever tell you the name
  3   of the healthcare practices that Romgo was
  4   providing technician services for?
  5        A.      No.
  6        Q.      Did Yana ask you to provide
  7   technicians for specific clinics?
  8        A.      Yes.
  9        Q.      Do you know any of the locations
 10   where Yana asked Romgo techs to go to?
 11        A.      I don't remember.
 12        Q.      Do you know if Romgo's
 13   technicians were providing services for
 14   multiple healthcare providers or a single
 15   location on the same day?
 16        A.      No.
 17        Q.      If you had to find out the
 18   answer of which healthcare practice Romgo
 19   was providing technician services for,
 20   would you ask Yana?
 21        A.      Yes.
 22        Q.      So, previously, you testified
 23   that Romgo charges $300 per day to provide
 24   one technician for one clinic location,
 25   correct?
```

```
                                        Page 46
 1              D. Balter
 2      A.     Yes.
 3      Q.     Did Yana ever reimburse Romgo
 4  for anything other than providing the
 5  technician?
 6      A.     No.
 7      Q.     Because going back to Exhibit 6,
 8  it's page 8 of Exhibit 6.  This is a check
 9  from Evergreen to Romgo for $3,350.  So
10  based on simple math that isn't divisible
11  by 300 in terms of a clean number.  It
12  would represent more than eleven days of
13  service.
14           Specifically when you do the
15  math $3,350 divided by 300 is 11.166666.
16           So do you know whether or not
17  this check was issued to reimburse Romgo
18  for something in addition to providing
19  techs to Yana?
20      A.     Sometimes we would get checks
21  once a week.  Sometimes every two weeks.
22  And sometimes a technician would go to an
23  office and then they would be told that no
24  services were needed.  So for those days
25  Yana would pay a $100 or $150.
```

Page 47

1            D. Balter

2       Q.    Would Yana contact you to tell

3   you when you could stop by the Brighton

4   8th Street office to pick up the checks?

5       A.    Yes.

6       Q.    Did she contact you over the

7   phone?

8       A.    Yes.

9       Q.    On which phone number of yours

10  would she contact?

11      A.    (646)420-7283.

12      Q.    You mentioned that the

13  technicians for Romgo fill out four

14  different pages at the clinic locations,

15  correct?

16      A.    Yes.

17      Q.    Can you describe what these

18  pages are?

19      A.    So the first page would you be

20  an assignment benefits.  The next page I

21  don't remember.  The third page would

22  indicate all the body parts that patient

23  was having pain in.  And the fourth page

24  would include the test results.

25      Q.    Were any of these pages

```
                                        Page 48

 1                D. Balter
 2   created -- let me take a step back.
 3                Were any of these forms created
 4   by Romgo?
 5        A.    No.
 6        Q.    Were all of the forms that
 7   Romgo's technicians used at the clinic
 8   locations provided by the front desk at
 9   the clinic?
10        A.    No.
11        Q.    So where did the technicians get
12   the forms from?
13        A.    Yana gave those forms.  I made
14   copies of those and gave them to the
15   technicians.
16        Q.    Did Yana hand you the forms to
17   use at the Brighton 8th Street office?
18        A.    Yes.
19        Q.    And then after that you made
20   your own copies of the forms, correct?
21        A.    Yes.
22        Q.    And then you gave the forms to
23   Romgo's technicians, correct?
24        A.    Yes.
25        Q.    When Romgo's technician was done
```

```
 1                  D. Balter
 2    at a clinic for the day what would they do
 3    with the forms?
 4         A.    They would put them in an
 5    envelope and put the name of the office on
 6    the envelope.
 7         Q.    Who would they gave the envelope
 8    to?
 9         A.    To me.
10         Q.    And then you would then bring
11    the envelope with the forms in it to Yana,
12    correct?
13         A.    Yes.
14         Q.    You mentioned before that part
15    of your duties as manager of Romgo is to
16    find technicians, correct?
17         A.    Yes.
18         Q.    How do you do that?
19         A.    I would usually do it through
20    friends or friends of friends.
21         Q.    Do you know the names of any of
22    the individuals who have helped you find
23    technicians that provided services through
24    Romgo?
25         A.    I don't remember.
```

```
                                            Page 50
 1                 D. Balter
 2      Q.    If you had to find a technician
 3   right now and you had to call somebody,
 4   who would you call?
 5      A.    I would call one of the
 6   technicians who has already worked for me
 7   and ask him if he knew of anyone who would
 8   want to work for me, too.
 9      Q.    Would you call anyone else?
10      A.    No.
11      Q.    Can you name all of the
12   technicians that have provided services to
13   Romgo since 2021?
14      A.    Yes.
15      Q.    Please do so.
16      A.    Milana, Artem, Gena, Paul, and
17   Sasha.
18      Q.    Is Milana's last name Levitan?
19      A.    Yes.
20      Q.    Is Paul's last name Royzengurt?
21      A.    Yes.
22      Q.    Did you say Artem, A-R-T-E-M?
23      A.    Yes.
24      Q.    What's Artem's last name?
25      A.    Chebuchenko.
```

```
                                            Page 51
 1                D. Balter
 2           MR. MESTECHKIN:  We will try to
 3      spell it in the chart but we may need
 4      to confirm it later.
 5           MR. SCOLLAN:  Sure.
 6           MR. MESTECHKIN:  We will have to
 7      confirm it counsel, but we're not sure
 8      yet.
 9           MR. SCOLLAN:  That's fine.
10   BY MR. SCOLLAN:
11      Q.   Is it Genna, G-E-N-N-A?
12      A.   I think so or maybe with just
13   one N.
14      Q.   Do you know Gena's last name?
15      A.   No.
16      Q.   Do you know Sasha's last name?
17      A.   No.
18      Q.   Has Romgo issued a 1099 to
19   Milana, Artem, Paul, Gena and Sasha?
20      A.   We give it to Milana and Paul.
21      Q.   How is Artem compensated for his
22   work through Romgo?
23      A.   He worked for his company.  For
24   his company.
25      Q.   What's it called?
```

```
                                            Page 52
 1                    D. Balter
 2        A.      Metropolitan.
 3        Q.      Did he say "Metropolitan"?
 4        A.      Yes.
 5        Q.      And did you write a check from
 6   Romgo to Metropolitan to pay Artem for the
 7   services that Artem provided through
 8   Romgo?
 9        A.      Yes.  Yes, sorry.
10        Q.      Do you know an Artem Smirnov,
11   S-M-I-R-N-O-V?
12        A.      Yes.
13        Q.      Has he provided any services
14   through Romgo?
15        A.      Yes.
16        Q.      How did you compensate Artem for
17   his work through -- Artem Smirnov for his
18   work through Romgo?
19        A.      I would issue a check in his
20   company name.
21        Q.      Is his company called Trydat,
22   T-R-Y-D-A-T, Inc.?
23        A.      Yes.
24        Q.      Did Romgo issue a 1099 to Artem
25   Smirnov?
```

```
                                          Page 53
 1                    D. Balter
 2      A.     No.
 3      Q.     Did Romgo issue a 1099 to
 4   Trydat, Inc.?
 5      A.     No.
 6      Q.     Did Romgo issue a 1099 to Gena?
 7      A.     No.
 8      Q.     Did Romgo issue a 1099 to Sasha?
 9      A.     No.
10      Q.     How was Gena compensated for her
11   work through Romgo?
12             THE INTERPRETER:  It is the
13        interpreter speaking.  Gena is a male
14        just to clarify.
15             MR. SCOLLAN:  I'm sorry.  I
16        apologize.
17   BY MR. SCOLLAN:
18      Q.     How was Gena compensated for his
19   work through Romgo?
20      A.     I would write out a check in his
21   company's name.
22      Q.     What company?
23      A.     I don't remember.
24      Q.     Is it EZ Auto Hauling, Inc.?
25      A.     Yes, I think so.
```

```
                                        Page 54
 1              D. Balter
 2      Q.    How would Sasha be compensated
 3  for her work through Romgo?
 4      A.    I would write out a check in the
 5  company's name as well.
 6      Q.    Do you know the name of the
 7  company?
 8      A.    I don't remember.
 9            THE INTERPRETER:  This is the
10      interpreter speaking again.  I'm
11      sorry.  I'm not sure if this is
12      important or not, but I'm not sure if
13      Sasha is a female because it could be
14      both a male or a female.
15            MR. SCOLLAN:  I had the same
16      thought.
17  BY MR. SCOLLAN:
18      Q.    Is Sasha a male or female?
19      A.    Male.
20      Q.    So Sasha was issued a check from
21  Romgo to his company to compensate Sasha
22  for his work through Romgo, correct?
23      A.    Yes.
24            MR. MESTECHKIN:  My apologies.
25      Note to the interpreter, I believe
```

Page 55

1              D. Balter

2      that counsel was asking whether

3      compensation was issued to Sasha's

4      company.

5              THE INTERPRETER:  And what did I

6      state?  I'm sorry.

7              MR. MESTECHKIN:  I believe the

8      translation did not specify that the

9      check was issued to Sasha's company.

10     Would it be possible for the court

11     reporter to repeat the question?

12             MR. SCOLLAN:  Sure.

13             (Whereupon, the record was read

14     by the reporter.)

15     A.    Yes.

16     Q.    Regardless of who the technician

17   is, is it true that the only way that

18   Romgo compensates its technicians is

19   either through issuing a check from

20   Romgo's bank account to the individual

21   themselves or to the individual's company?

22             MR. MESTECHKIN:  Objection to

23     form.  If witness understands the

24     question, he may answer.

25     A.    Yes.

```
                                    Page 56
 1              D. Balter
 2      Q.     Does Romgo pay its technicians
 3  through any other bank accounts other than
 4  Romgo's?
 5      A.     No.
 6      Q.     You also mentioned that you
 7  teach technicians.  Did you teach any of
 8  the technicians that we've discussed so
 9  far how to provide the technical services
10  through Romgo?
11      A.     Yes.
12      Q.     Which ones?
13      A.     To all of them.
14      Q.     Did you provide each of them
15  with the same training?
16      A.     Yes.
17      Q.     Can you just describe what that
18  training was?
19      A.     Yes.  They would come to my
20  office.  I would show them how to do the
21  test.  I would show them how to adjust the
22  settings on the machine, and what body
23  parts to do the test on.  And they would
24  watch me and sometimes do the test
25  themselves as well.
```

```
                                          Page 57
 1                    D. Balter
 2              They wouldn't come to my office.
 3    They would come to the office where I
 4    worked on that particular day.
 5        Q.    And what office would that be?
 6        A.    It was a medical office but I
 7    don't remember the location.
 8        Q.    Would this be a medical office
 9    that was a multidisciplinary clinic that
10    provided services to No-Fault patients?
11        A.    Yes.
12        Q.    When was the last time you
13    personally performed technician services
14    on behalf of Romgo?
15        A.    I don't remember.
16        Q.    The training that you just
17    described, would you provide that training
18    once to each technician?
19        A.    Yes, if they understood how to
20    do everything properly.
21        Q.    Did you ever have to give the
22    training more than once to any of the
23    technicians?
24        A.    Yes.
25        Q.    Do you remember who?
```

```
                                            Page 58
 1                    D. Balter
 2       A.    I don't remember.
 3       Q.    Once you completed the training
 4   of the technician at the clinic did you
 5   leave the clinic?
 6       A.    I would stay to finish my
 7   workday and the person who was being
 8   trained would leave if they had understood
 9   everything.
10       Q.    I understand.
11            So you were at the medical
12   office providing services through your own
13   tech company, correct?
14       A.    Yes.
15       Q.    Did Yana tell Romgo's
16   technicians what clinic locations they had
17   to go to on a specific day?
18       A.    No.  Yana would provide me with
19   a schedule and I would tell the
20   technicians where to go.
21       Q.    Did she e-mail you the schedule?
22       A.    No.
23       Q.    How did she give you the
24   schedule?
25       A.    She had a board with the
```

Page 59

1              D. Balter

2   schedule for the whole month at her office

3   and when I went to the office to drop off

4   the reports, I would see the schedule on

5   the board and I would take a picture of it

6   or sometimes she would text it to me via

7   text message.

8      Q.    And by "the office," you mean

9   the office at Brighton 8th Street,

10  correct?

11     A.    Yes.

12     Q.    Did Romgo receive a 1099 for the

13  work it provided on behalf of Evergreen?

14     A.    No.

15     Q.    Did Romgo receive a 1099

16  relating to the payments that it received

17  from Evergreen?

18     A.    No.

19     Q.    Does Romgo have an accountant?

20          MR. MESTECHKIN:  Counsel, can

21      you repeat the question?  I don't

22      think translation was accurate.

23          MR. SCOLLAN:  Sure.

24  BY MR. SCOLLAN:

25      Q.    This might help.

```
                                          Page 60
 1                  D. Balter
 2                  Has Romgo ever filed tax
 3     returns?
 4          A.    Yes, I did file taxes.
 5          Q.    And did an accountant prepare
 6     those tax returns for Romgo?
 7          A.    Yes.
 8          Q.    Who?
 9          A.    Maaya Schneider.
10          Q.    Do you know where she's located?
11          A.    She is on Brighton 11th.  I
12     don't remember the exact address.
13          Q.    Are you familiar with a company
14     called New York Billing and Processing
15     Corp?
16          A.    No.
17                  MR. SCOLLAN:  Let's go off the
18          record.
19                  (Whereupon, a discussion was
20          held off the record.)
21                  MR. SCOLLAN:  Back on the
22          record.
23     BY MR. SCOLLAN:
24          Q.    Do Romgo's technicians have any
25     certifications?
```

```
                                           Page 61

 1                 D. Balter
 2       A.     No.
 3       Q.     Do you know if Yana works for
 4   any companies?
 5       A.     I don't know.
 6       Q.     Do you remember the last time
 7   you spoke to Yana on the phone?
 8       A.     I don't remember.
 9       Q.     Do you remember the last time
10   you exchanged text messages with her?
11       A.     I don't remember.
12       Q.     Was there a time that Yana
13   stopped calling you for technician
14   services?
15       A.     Yes.
16       Q.     Do you remember when that was?
17       A.     I don't remember.
18       Q.     Did you ever call Yana and ask
19   her why she stopped needing technicians?
20       A.     No.
21             MR. SCOLLAN:  This will be --
22       I'll mark this as Exhibit 7.  This is
23       a photo.
24             [The photograph was hereby
25       marked as Exhibit 7 for
```

```
                                          Page 62

 1              D. Balter

 2       identification, as of this date.]

 3   BY MR. SCOLLAN:

 4       Q.    Do you know who this is?

 5       A.    Yes.

 6       Q.    Who is it?

 7       A.    Yana.

 8       Q.    The same Yana we've been talking

 9   about today?

10       A.    Yes.

11       Q.    The same Yana that handed you

12   the checks from Evergreen & Remegone, LLC

13   to Romgo?

14       A.    Yes.

15              MR. SCOLLAN:  So I'll mark this

16       as Exhibit 8, it's a 16-page document.

17              [The document was hereby marked

18       as Exhibit 8 for identification, as of

19       this date.]

20              MR. SCOLLAN:  I can represent

21       that these are bank records that Romgo

22       provided, specifically Mr. Balter

23       provided to me via e-mail pursuant to

24       the subpoena that was served on Romgo

25       Tech Service in this case.  The
```

```
                                              Page 63
 1                    D. Balter
 2        specific bank statement is for August
 3        of 2021.
 4   BY MR. SCOLLAN:
 5        Q.    Do you see that first page, sir?
 6        A.    Yes.
 7        Q.    And you recognize this bank
 8   account obviously?
 9        A.    Yes.
10        Q.    Is this the only bank account in
11   Romgo's name?
12        A.    Yes.
13        Q.    And this has been the only bank
14   account Romgo has had since inception?
15        A.    Yes.
16        Q.    The address on the first page,
17   do you live in that apartment?
18        A.    No.
19        Q.    What is that address?
20        A.    That's my wife's parents
21   address.
22        Q.    Why would you put that address
23   as the address on Romgo's bank account?
24        A.    My wife indicated that address.
25        Q.    Did you ask her why?
```

```
                                      Page 64
 1                  D. Balter
 2      A.      No.
 3      Q.      Have your in-laws ever provided
 4  technician services for Romgo?
 5      A.      No.
 6      Q.      Have they ever done anything for
 7  Romgo?
 8      A.      No.
 9      Q.      So zooming in, this is page 7 of
10  the PDF part of the bank records.  It's a
11  check from Romgo to a company called
12  Megapolis, Inc., in the amount of $1,000.
13              Do you see that, sir?
14      A.      Yes.
15      Q.      Who signed the check?
16      A.      My wife did.
17      Q.      Why was this check issued from
18  Romgo to Megapolis?
19      A.      For the service that Megapolis
20  had provided.
21      Q.      Were these technician services?
22      A.      Yes.
23      Q.      And this was for technician
24  services provided through Romgo, correct?
25      A.      Yes.
```

```
                                              Page 65
 1                    D. Balter
 2        Q.     Do you know who owns Megapolis?
 3        A.     No.
 4        Q.     Are you familiar with the name
 5   Artem Chubchenko?
 6        A.     Yes.
 7        Q.     Who is that?
 8        A.     A technician.
 9        Q.     A technician who provided
10   services through Romgo?
11        A.     Yes.
12        Q.     Do you know if Megapolis has an
13   office?
14        A.     I don't know.
15        Q.     Who actually filled out this
16   check because it's typed?  Do you see
17   that?
18        A.     I filled it out.
19        Q.     And how did you know to issue a
20   check for $1,000 to Megapolis?
21        A.     Because the technician worked
22   five days and I paid them $200 for each
23   day.
24        Q.     So this check -- how did you
25   know to issue the check specifically to
```

```
                                             Page 66
 1              D. Balter
 2  Megapolis?
 3      A.    Because Artem, the technician,
 4  brought me five reports, which means that
 5  I have to multiple five by 200 and then
 6  I'll get the $1,000.  Each report is $200.
 7      Q.    Well, let's take a step back.
 8           Did you pay Artem $200 per day
 9  or $200 per report?
10      A.    $200 per day.  And I meant
11  reports, reports that were filed per day.
12  There were multiple reports that were
13  filed per day.
14      Q.    So regardless of how many
15  reports Artem generated, he was only paid
16  $200 per day, correct?
17      A.    Yes.
18      Q.    Was Artem's rate always $200 per
19  day?
20      A.    Yes.
21      Q.    There's a check here for $1,050
22  from Romgo to Megapolis.  Why did Romgo
23  pay Megapolis an extra $50?
24      A.    Most likely because there was no
25  parking at the office where he worked so
```

```
                                          Page 67

 1                   D. Balter

 2   he had to pay for parking.

 3        Q.    All of the checks that Romgo

 4   issued from its bank account to the

 5   technicians, were those checks created by

 6   you?

 7        A.    Yes.

 8        Q.    There's a check here on the same

 9   page 7 of the exhibit from Romgo to Paul

10   Royzengurt for $800.

11             Is Mr. Royzengurt's rate also

12   $200 per day?

13        A.    Yes.

14        Q.    There's a check here on page 7

15   from Romgo to IB Service Inc in the amount

16   of $800.

17             Was this check issued to pay for

18   technician services that were provided

19   through Romgo?

20        A.    Yes.

21        Q.    Do you remember which

22   technician?

23        A.    It was Sasha.

24        Q.    I can represent to you that I

25   believe the incorporator listed on the
```

```
                                        Page 68
 1                 D. Balter
 2   Certificate of Incorporation for IB
 3   Service is a person named Iryna Borovyk.
 4              Do you recognize the name Iryna
 5   Borovyk?
 6       A.    No.
 7       Q.    Do you know anyone associated
 8   with IB Service other than Sasha?
 9       A.    No.
10       Q.    What was Sasha's rate?
11       A.    Same, $200 a day.
12       Q.    Going down to page 8, there's a
13   check issued from Romgo Tech Service to
14   New York Step Inn.  Who is the owner of
15   New York Step Inn?
16       A.    I don't know.
17       Q.    Do you know who owns IB Service,
18   Inc.?
19       A.    You've just told me.
20       Q.    Do you think that person owns IB
21   Service, Inc.?
22       A.    I don't know.
23       Q.    Have you ever communicated in
24   any way with a person named Iryna Borovyk?
25       A.    No.
```

```
                                        Page 69

1                    D. Balter
2          Q.    Do you know if IB Service has an
3     office?
4          A.    No.
5          Q.    Does IB Service have a website?
6          A.    I don't know.
7          Q.    Does IB Service have a phone
8     number?
9          A.    I don't know.
10         Q.    Does Megapolis have a website or
11    a phone number?
12         A.    I don't know.
13         Q.    Do you know if New York Step Inn
14    has an office?
15         A.    I don't know.
16         Q.    Does New York Step Inn have a
17    website?
18         A.    I don't know.
19         Q.    Does New York Step Inn have a
20    phone number?
21         A.    I don't know.
22         Q.    Does EZ Auto Hauling, Inc. have
23    an office, website or phone number?
24         A.    I don't know.
25         Q.    Why did Romgo issue this check
```

```
                                        Page 70
 1                    D. Balter
 2     to New York Step Inn?
 3        A.    For technician services that
 4     they have provided.
 5        Q.    Do you know the name of the
 6     technician that New York Step Inn provided
 7     to Romgo?
 8        A.    I don't remember.
 9        Q.    Whose handwriting is on this
10     check from Romgo to New York Step Inn in
11     the amount of $800?
12        A.    My wife's.
13        Q.    Is anyone's handwriting on this
14     check other than your wife's?
15        A.    No.
16        Q.    Did you tell your wife what
17     information to fill out on this check?
18        A.    Yes.
19        Q.    And I forget, I apologize.  Who
20     is the individual who is associated with
21     EZ Auto Hauling, Inc.?
22        A.    I think Gena.
23        Q.    What was Gena's rate per day?
24        A.    $200.
25        Q.    Regardless of the name of the
```

```
                                           Page 71
 1                   D. Balter
 2   technician that provided services through
 3   Romgo, were they all paid $200 per day?
 4        A.    Yes.
 5        Q.    Has Romgo ever paid a company or
 6   an individual at a rate higher than $200
 7   per day per technician?
 8        A.    Yes.
 9        Q.    What company was paid higher
10   than $200 per day or what individual was
11   paid more than $200 per day?
12        A.    Trydat.
13        Q.    And why was Trydat paid at a
14   higher rate?
15        A.    Because they helped me once when
16   my technicians are on vacation, they
17   provided three or four technicians and I
18   paid them the rate of $250.  I don't
19   remember exactly.
20        Q.    So when you say at one point you
21   compensated Trydat at a rate of $250 per
22   day per technician -- let's take a step
23   back.
24             When you say $250, do you mean
25   that at some point you paid Trydat $250
```

Page 72

```
 1                    D. Balter
 2    per day per technician?
 3        A.    Yes.
 4              MR. SCOLLAN:  Did he answer?
 5        A.    I said "yes."
 6        Q.    Did you ever compensate Trydat
 7    at a rate other than $250 per day per
 8    technician?
 9        A.    I don't remember.
10        Q.    What medical practice received
11    technician services related to the payment
12    from this Romgo check issued to Megapolis
13    dated July 26th of 2021?
14              THE INTERPRETER:  This is the
15        interpreter speaking.  Could you
16        repeat that, please?
17              MR. SCOLLAN:  That's fine.  I
18        admit it was a little confusing.
19    BY MR. SCOLLAN:
20        Q.    Let's take a step back.
21              This check issued from Romgo to
22    Megapolis in the amount of $1,000 dated
23    July 26th of 2021, do you see that?
24        A.    Yes.
25        Q.    For what medical practice did
```

```
                                          Page 73
 1                    D. Balter
 2    Megapolis or its technicians provide
 3    services on behalf of in exchange of this
 4    check?
 5         A.    I don't remember.
 6         Q.    Do you know the name of any
 7    medical practice that IB Service provided
 8    services for in exchange for payment from
 9    Romgo?
10         A.    I don't remember.
11         Q.    Do you know the name of any
12    healthcare practice that Megapolis
13    performed technician services for in
14    exchange for payments from Romgo?
15         A.    No, I don't remember.
16         Q.    Do you know the name of any
17    healthcare practice that New York Step Inn
18    performed technician services for in
19    exchange for payments from Romgo?
20         A.    I don't remember.
21         Q.    Do you know the name of any
22    healthcare practice that Trydat performed
23    technician services for in exchange for
24    payments from Romgo?
25         A.    I don't remember.
```

Page 74

1            D. Balter
2       Q.    Do you know the name of any
3  healthcare practice that EZ Auto Hauling,
4  Inc., performed technician services for in
5  exchange for payments from Romgo?
6       A.    I don't remember.
7       Q.    Do you have any documents that
8  list the healthcare practices that
9  received technician services in exchange
10 for the payments that Romgo issued to
11 these outside companies?
12      A.    No.
13      Q.    This check on page 8 issued from
14 Romgo to an individual named Marina
15 Levkovich in the amount of $400, check
16 number 1066, do you see that?
17      A.    Yes.
18      Q.    Who is Marina Levkovich?
19      A.    I don't remember.
20      Q.    Did she provide technician
21 services through Romgo?
22      A.    I don't remember.
23      Q.    Well, you see that the memo line
24 says "tech," correct?
25      A.    Yes.

Page 75

1                    D. Balter

2      Q.    Does that indicate to you that

3   Marina Levkovich provided technician

4   services through Romgo?

5      A.    Most likely, yes, but only for a

6   day or two and that is why I don't

7   remember.

8              MR. SCOLLAN:  So I'm just

9        marking as Exhibit 9 a 20-page PDF

10        that makes up additional bank records

11        provided by Romgo in response to the

12        subpoena that Romgo was served with in

13        this case.

14              [The document was hereby marked

15        as Exhibit 9 for identification, as of

16        this date.]

17   BY MR. SCOLLAN:

18      Q.    Going down to page 6 of the

19   exhibit, do you see these two checks

20   issued from Romgo to ML US Tech, Inc.?

21      A.    Yes.

22      Q.    Who owns ML US Tech, Inc.?

23      A.    I don't remember.

24      Q.    Does ML US Tech, Inc., have an

25   office?

```
                                        Page 76
 1                  D. Balter
 2        A.     No.
 3        Q.     Does ML US Tech, Inc., have any
 4   employees?
 5        A.     I don't know.
 6        Q.     Does ML US Tech, Inc., have a
 7   website?
 8        A.     I don't know.
 9        Q.     Does ML US Tech, Inc., have a
10   phone number?
11        A.     I don't know.
12        Q.     Did your wife fill out this
13   check?
14        A.     Yes.
15        Q.     Why?
16        A.     Because it's a handwritten
17   check.  The other checks were done through
18   an app.
19        Q.     Was this check issued by Romgo
20   to pay for technician services?
21        A.     Yes.
22        Q.     Were all of the checks issued by
23   Romgo to Megapolis, Inc., to pay for
24   technician services?
25        A.     Yes.
```

1                D. Balter

2      Q.    Were all the checks issued by

3   Romgo to IB Service, Inc., in exchange for

4   IB Service, Inc., providing technician

5   services?

6      A.    Yes.

7      Q.    Were all of the checks issued by

8   Romgo to New York Step Inn in exchange for

9   New York Step Inn providing technician

10   services through Romgo?

11      A.    Yes.

12      Q.    Were all the checks issued from

13   Romgo to Trydat, Inc., in exchange for

14   Trydat, Inc., providing technician

15   services through Romgo?

16      A.    Yes.

17      Q.    Were all the checks issued by

18   Romgo to EZ Auto Hauling, Inc., in

19   exchange for EZ Auto Hauling, Inc.,

20   providing technician services through

21   Romgo?

22      A.    Yes.

23      Q.    Were all the checks issued by

24   Romgo to ML US Tech, Inc., in exchange for

25   ML US Tech, Inc., providing technician

```
                                        Page 78
 1                 D. Balter
 2   services through Romgo?
 3        A.    Yes.
 4        Q.    How did you know that Romgo had
 5   to issue a check to ML US Tech, Inc., for
 6   certain technician services?
 7        A.    Based on reports, depending on
 8   how many reports I got, I knew what the
 9   amount on the check should be.
10        Q.    I understand how you know the
11   amount.  I'm asking you how do you know to
12   issue the checks specifically to ML US
13   Tech, Inc.?
14        A.    Because the technician worked
15   for me provided the name of the company
16   but I just don't remember the name of the
17   technician.
18        Q.    So is it fair to say that for
19   any check that Romgo issued to an outside
20   company in exchange for technician
21   services, you would have to personally be
22   told by the technician to write it to that
23   company, correct?
24        A.    Yes, that is correct.
25        Q.    Because it's fair to say, sir,
```

Page 79

D. Balter

1          D. Balter
2    that you know nothing about any of these
3    companies other than you're issuing
4    payments to them in exchange for
5    technician services, correct?
6        A.    Yes.
7        Q.    This is page 14 of the exhibit.
8    This is a check dated October 20th of 2021
9    in the amount of $2000, check number 1090
10   from Romgo to Beta Trading Corp.
11           Who owns Beta Trading Corp.?
12           THE INTERPRETER:  This is the
13      interpreter speaking.  I couldn't hear
14      the first name.
15       A.    Iryna Balter.
16       Q.    Is Iryna Balter related to you?
17       A.    Yes.
18       Q.    How?
19       A.    She's my mother.
20       Q.    Does your mother provide
21   technician services through Romgo?
22       A.    No.
23       Q.    Why did Romgo issue this check
24   to Beta Trading Corp.?
25       A.    I don't remember.

```
                                          Page 80

 1                D. Balter

 2              MR. SCOLLAN:  Let's take five

 3        minutes.  I think we're almost done.

 4              (Whereupon, a recess was taken

 5        at this time.)

 6   BY MR. SCOLLAN:

 7        Q.    For all the companies that we've

 8   discussed so far today that Romgo has

 9   issued payments to, does Romgo have any

10   written agreements or contracts with any

11   of these companies?

12        A.    No.

13        Q.    Have any of these companies ever

14   sent you an invoice?

15        A.    No.

16        Q.    So when Romgo's technicians --

17   so let me take a step back.

18              So now there comes a day when

19   Romgo's technicians are actually at the

20   healthcare clinic, right?

21        A.    Right.

22        Q.    Can you just walk me through the

23   process by which a Romgo technician

24   provides services to a patient?

25        A.    Yes.  So the technician sits in
```

```
                                    Page 81
 1                  D. Balter
 2    a room and the front desk brings in a
 3    patient.  The patient fills out the forms.
 4    The technician performs the test.  After
 5    the test is completed the technician fills
 6    out the form with the results.
 7        Q.    And what kind of machine do
 8    Romgo technicians use?
 9        A.    They use Chattanooga.
10        Q.    Do you have any documents in
11    your possession that shows specifically
12    the make and model of this machine?
13        A.    No.
14        Q.    Since 2021, have all of Romgo's
15    technicians only used this Chattanooga
16    machine to provide services at these
17    clinics?
18        A.    No.
19              MR. SCOLLAN:  Can you just
20        repeat the question and the answer?
21              (Whereupon, the record was read
22        by the reporter.)
23    BY MR. SCOLLAN:
24        Q.    What other machines have they
25    used other than the Chattanooga machine?
```

```
                                              Page 82

 1                D. Balter

 2       A.    There was no brand name on the

 3  machine but it said "shockwave" on it.

 4       Q.    Do you know the make and model

 5  of any of the machines that Romgo's techs

 6  used?

 7       A.    I only know the Chattanooga

 8  model.  I don't know the other ones.

 9       Q.    You mentioned "shockwave."  Do

10  you know what the shockwave machine looks

11  like?

12       A.    Yes, I do.

13       Q.    Can you describe what it looks

14  like?

15       A.    It looks something like a small

16  printer that has something that looks like

17  a pistol that's attached to it.  The

18  machine has a touch screen and you enter

19  the test parameters on the screen.

20       Q.    How big is it?

21            MR. MESTECHKIN:  For the record,

22       the witness showed about two feet in

23       length of the equipment.

24       A.    Yes, it looks something like

25  this but I'm not sure about the exact
```

```
                                    Page 83

 1               D. Balter

 2   measurements in inches or centimeters.

 3       Q.    Did Romgo own any of these

 4   machines that it used for shockwave

 5   technician services?

 6       A.    Yes.

 7       Q.    How many machines did Romgo own?

 8       A.    Four.

 9       Q.    Four?

10             THE INTERPRETER:  Four.

11       Q.    When providing shockwave

12   technician services at the clinics, did

13   Romgo's technicians ever use a machine

14   other than one owned by Romgo?

15       A.    No.

16       Q.    So even if an outside company

17   was paid for technician services such as,

18   for example, Trydat, Inc., Trydat would

19   use one of the machines owned by Romgo,

20   correct?

21       A.    No.  When Trydat was covering

22   for my technicians they actually provided

23   their own machines.  They had their own

24   machines.

25       Q.    Would any other company provide
```

```
                                    Page 84
 1                D. Balter
 2   their own machines other than Trydat?
 3        A.    No.
 4        Q.    The four machines that Romgo
 5   owned, were they all the same make and
 6   model?
 7        A.    Yes.
 8        Q.    How much did each of them cost?
 9        A.    About 2400.
10        Q.    Through what bank account did
11   you purchase each of these machines
12   through?
13        A.    Through the Romgo account.
14        Q.    Do you remember which company
15   you paid?  Was it Chattanooga or a
16   different company?
17        A.    I don't remember.
18        Q.    How would the technicians have
19   access to Romgo's machines at the clinics;
20   would they pick them up from you or were
21   the machines already at the clinic when
22   they showed up?
23                MR. MESTECHKIN:  Objection to
24        form.
25                You may answer.
```

Page 85

1                    D. Balter
2        A.    They would pick up the machine
3    from me and it would be at their disposal
4    to use at all times.
5        Q.    When the technician was done
6    with the machine for the day what would
7    they do with it?
8        A.    They would keep it.
9        Q.    They would bring it home?
10       A.    I don't know.  Maybe left it in
11    the car.  Maybe brought it home.
12       Q.    Do you still have all of these
13    machines in your possession?
14       A.    Yes.
15       Q.    What is shockwave treatment?
16       A.    What shockwave treatment does is
17    gives a patient massage.  It gives
18    impulses which go underneath the skin.
19    They help circulate the blood which helps
20    alleviate the pain that they have.
21       Q.    And what you've just described
22    is that the treatment that you provided
23    through Romgo on behalf of Yana?
24       A.    Yes.
25       Q.    Is that the treatment that Romgo

```
                                              Page 86

 1                   D. Balter
 2    provided in exchange for the checks that
 3    Yana handed to you that were issued from
 4    Evergreen & Remegone's bank account?
 5         A.    Yes.
 6         Q.    How long does the treatment take
 7    from beginning to end?
 8                   MR. MESTECHKIN:  Counsel, you
 9         mean for a single patient?
10                   MR. SCOLLAN:  Sure.  So let's
11         take a step back.
12    BY MR. SCOLLAN:
13         Q.    Please describe the process by
14    which a Romgo technician provided the
15    shockwave treatment to a patient.
16         A.    The patient comes into the room,
17    as I've stated before.  One of the front
18    desk staff brings them in.  The patient
19    signs the forms.  Then we do the test and
20    upon completion of the test we fill out
21    the form with the test results.
22         Q.    So please describe how the
23    actual test is performed.
24         A.    It depends on where exactly the
25    patient has pain.  They can have pain in
```

Page 87

1                    D. Balter
2    their neck or in their back.  If it's a
3    male patient they take their shirt off.
4    If it's a female patient and they have
5    pain in their lower back, they just lift
6    their shirt up a little bit.  And then we
7    do the treatment to the body parts that
8    hurt.  The treatment takes about five to
9    seven minutes for one body part depending
10   on what the speed setting on the machine
11   is.
12       Q.    So to treat a specific body part
13   do you place anything on the patient's
14   body?
15       A.    Yes.  I put the pistol that I
16   described to the body part that I have to
17   treat, and that's the part of the machine
18   that sends impulses.
19       Q.    How big is the pistol?
20       A.    About six to seven inches long.
21   And the handle is probably about five
22   inches long.
23       Q.    And the treatment that you just
24   described, the technician would hold the
25   pistol on the specific body part of the

```
                                    Page 88
 1                D. Balter
 2   patient for five to seven minutes,
 3   correct?
 4       A.    Yes.
 5       Q.    And it's your understanding that
 6   while this treatment is happening the only
 7   two people in the room are the Romgo
 8   technician and the patient, correct?
 9       A.    Yes.
10       Q.    And that's true for every
11   patient that Romgo provided technician
12   services for in exchange for payment from
13   Yana Mironovich, correct?
14       A.    Yes.
15       Q.    Is another name for the
16   technician services and the test that you
17   just prescribed radial pressure wave
18   therapy?
19       A.    Yes.
20       Q.    So based on your understanding
21   radial pressure wave therapy and shockwave
22   therapy are the same thing, correct?
23       A.    Yes.
24       Q.    Were any of the technicians that
25   provided services on behalf of Romgo
```

Page 89

```
 1              D. Balter
 2   issued a W-2?
 3        A.    No.
 4        Q.    Is that because all of the
 5   technicians that provided services through
 6   Romgo were treated as independent
 7   contractors?
 8        A.    Yes.
 9        Q.    Do you know who George Collins
10   is?
11        A.    No -- I apologize.
12              Yes, I actually do know who he
13   is.  I remember now.
14        Q.    Who is he?
15        A.    I don't remember if he's ever
16   worked for me but I do know that he's
17   Milana's son.  The Milana that worked as a
18   technician for me.
19              MR. SCOLLAN:  Okay.  So I can --
20        and I was hoping this would help
21        refresh your recollection, but I
22        marked as Exhibit 10, a 3-page
23        document which includes some forms,
24        1099s, that were provided to myself by
25        Mr. Balter pursuant to subpoena in
```

```
                                          Page 90
 1                    D. Balter
 2        this case, and page 2 of the 3-page
 3        document.
 4              [The document was hereby marked
 5        as Exhibit 10 for identification, as
 6        of this date.]
 7    BY MR. SCOLLAN:
 8        Q.    Do you recognize that as a 1099
 9    issued to George Collins?
10        A.    Yes.
11        Q.    And Mr. Collins was a technician
12    who provided services through Romgo,
13    correct?
14        A.    Yes.
15              MR. SCOLLAN:  I'm going to mark
16        -- this is Exhibit 11.  It's a 27-page
17        document which includes bills and
18        other forms submitted under the Stybel
19        practice to GEICO.
20              [The document was hereby marked
21        as Exhibit 11 for identification, as
22        of this date.]
23    BY MR. SCOLLAN:
24        Q.    I will scroll to the page that
25    I'm specifically going to ask questions
```

```
                                         Page 91

 1                  D. Balter
 2    about.  And, of course, zoom in and
 3    provide Mr. Balter with a better view of
 4    what we're looking at.
 5                  So page 5 is a document.  The
 6    title appears to say:  "Informed Consent
 7    for Radial Pressure Wave Therapy."
 8                  Do you recognize this document?
 9       A.     Yes.
10       Q.     Is this one of the forms that
11    Yana gave you?
12       A.     I don't remember.
13       Q.     Page 7, it's a document called
14    "Therapeutic Shockwave Treatment Plan."
15                  MR. MESTECHKIN:  Counsel, for
16          the record, I just want to note that
17          large portion of the document
18          appearing on the screen appears to be
19          obstructed by some sort of a huge
20          thing that covers the majority of the
21          text appearing on the page.
22                  MR. SCOLLAN:  Yes, I agree with
23          that.  This is one of the forms
24          submitted by the Stybel practice to
25          GEICO.  I believe virtually all of the
```

```
 1              D. Balter
 2         bills and forms that I look at from
 3         the Stybel practice contained this
 4         exact stain.
 5    BY MR. SCOLLAN:
 6         Q.    Do you recognize this form, sir?
 7         A.    No.
 8         Q.    Page 8, do you recognize the
 9    form titled "Therapeutic Shockwave
10    Assessment Form"?
11         A.    No.
12         Q.    Page 21.  This is a document
13    titled "Radial Pressure Wave Therapy
14    Report."  Do you recognize this form?
15         A.    Yes.
16         Q.    What is it?
17         A.    It's the form that's filled out
18    after a treatment is completed and at the
19    bottom you fill out the treatment
20    parameters.
21         Q.    And these are the forms that
22    Romgo's technicians fill out, correct?
23         A.    Yes.
24         Q.    And this is a form that was
25    given to you by Yana that you made a copy
```

```
                                          Page 93
 1                  D. Balter
 2    of, correct?
 3        A.    Yes.
 4        Q.    Looking at the bottom of the
 5    document, or let's look at the whole
 6    document first.
 7               Do Romgo's technicians -- let me
 8    take a step back.
 9               Which portion of this document
10    do Romgo's technicians fill out when
11    providing services to a patient?
12        A.    The top of the document and the
13    bottom of the document where it says
14    "frequency and parameters."
15        Q.    So they specifically check off
16    the sections of the body in the top
17    portion of the report that are treated,
18    correct?
19        A.    Yes.
20        Q.    And then do they check off the
21    frequency per week that the patient is
22    receiving?
23        A.    Yes.
24        Q.    Do you know what it means when
25    it's checked off "frequency, zero to one
```

Page 94

1               D. Balter
2   times" and circled "per week"?
3       A.    I guess that means that the
4   patient gets treatment once a week.
5       Q.    Do you know or are you guessing
6   that's what it means?
7       A.    I think so.  I don't know.
8       Q.    What does "pressure intensity"
9   section mean.  What's filled out there?
10      A.    It is the intensity at which the
11  machine is going to work on the patient's
12  body.  One bar is the lowest setting and
13  ten to twelve bars is the highest setting.
14      Q.    So specifically for this
15  patient, what do these numbers mean?
16      A.    It means that they changed the
17  machine setting from 1.5 bar to 1.6 bar,
18  which means that they had more pain in one
19  body part versus another body part.
20      Q.    Do you know which number
21  corresponds to which body part?
22      A.    No.
23      Q.    Because it says here, I believe
24  it says "1.5, one point something and 1.6"
25  right next to "pressure intensity,"

```
                                          Page 95
 1               D. Balter
 2    correct?
 3               MR. MESTECHKIN:  Did you hear
 4       the answer?
 5               MR. SCOLLAN:  I didn't.
 6               THE INTERPRETER:  I'm sorry.  I
 7       didn't hear anything.
 8       A.    Yes.
 9       Q.    And then beneath it I believe it
10    says "1.500, 1 point, possibly, 600 and
11    then 1.300," correct?
12       A.    Yes.
13       Q.    Can you explain what each of
14    these numbers mean?
15       A.    It shows the speed at which the
16    machine is going to be working at.  The
17    lower the number the slower the machine is
18    going to work.
19       Q.    So the -- next to -- what's the
20    highest speed that the machine works at?
21       A.    I don't remember.
22       Q.    Do you remember the highest
23    speed that it works at?
24               MR. MESTECHKIN:  Objection.
25               Counsel, are you asking about
```

Page 96

1                  D. Balter

2        intensity or pulses?

3                  MR. SCOLLAN:  I'm asking about

4        intensity.

5                  MR. MESTECHKIN:  Okay.

6        A.      The lowest intensity is point

7    five bar.  And the highest intensity on

8    some machine is 12.

9        Q.      Do you see where on the report

10   it says "bar" and in parentheses (1.0 to

11   10)?

12       A.      Yes.

13       Q.      So does that indicate to you

14   that the highest intensity would actually

15   be ten?

16       A.      In this case, yes.

17       Q.      Is there anything filled out

18   related to the pulses for this treatment?

19       A.      In this document?

20       Q.      Yes.

21       A.      No.

22       Q.      Should it be?

23       A.      Yes.  It says "1,500, 1,400 and

24   1,300."

25       Q.      Okay.  So I wanted to confirm.

```
                                              Page 97

 1               D. Balter

 2               Those numbers that you just said

 3    relate to pulses, correct?

 4        A.    Yes.

 5        Q.    And what does pulses mean?  Like

 6    when it says 1500 pulses, what does that

 7    mean?

 8        A.    I think I've answered this

 9    question before.  I thought that I was

10    answering a question about pulses.  That's

11    the speed at which the machine is going to

12    be working at.

13        Q.    And is that based on

14    specifically turning a knob on the

15    machine?

16        A.    Yes.

17        Q.    Looking at the report do you

18    know how many pulses were used for the

19    cervical part of the body for this

20    patient?

21        A.    No.

22        Q.    Do you know how many pulses were

23    used for the thoracic part of the body for

24    this patient?

25        A.    No.
```

```
                        D. Balter
 1
 2        Q.     Do you know how many pulses were
 3   used for the lumbar section of the
 4   patient's body?
 5        A.     No.
 6        Q.     Under the "frequency" section,
 7   does it say "nine" and then "ten" and then
 8   "seven"?
 9        A.     Yes.
10        Q.     And that corresponds to "Hz";
11   what does that mean?
12        A.     It means hertz.
13        Q.     And the highest is 16 and the
14   lowest is three, correct?
15        A.     Yes.
16        Q.     Do you know the level of hertz
17   that corresponds to any of the body parts
18   that was treated on this patient?
19        A.     No.
20        Q.     Should you be able to tell that
21   from looking at that report?
22        A.     No, because that would depend on
23   the technician performing the test.  Some
24   of them would choose to do it in the order
25   of cervical thoracic and lumbar.  Some of
```

Page 99

1                    D. Balter

2    them might use a different order.

3        Q.    Should Romgo's technicians be

4    noting on the report the pressure

5    intensity for each part of the body that

6    is treated on the patient?

7        A.    Yes.

8        Q.    And they should be doing it in a

9    way so that you or someone else who picks

10   up the report knows the pressure intensity

11   for each specific part of the body, right?

12       A.    No.

13       Q.    Why not?

14       A.    Because no one said that the

15   document has to be filled out in a

16   specific way.

17       Q.    I'm asking you if you train your

18   technicians to specifically note the

19   pressure intensity for each corresponding

20   part of the patient's body?

21       A.    No.

22       Q.    Is there any way to tell by

23   looking at this document either the

24   pressure intensity, the pulse or the

25   frequency that was applied to this

1                    D. Balter

2    patient's cervical part of their body?

3        A.    No.

4        Q.    Is there any way to tell the

5    pressure intensity, pulse or frequency

6    that was applied to either the thoracic

7    section of the patient's body or the

8    lumbar section of the patient's body?

9        A.    No.

10        Q.    What does it mean when it's

11    checked off "Type of Transmitter, Red R40"

12        A.    I don't know.

13        Q.    Do you know what it means when

14    it's checked off "Black D20"?

15        A.    I don't know.

16        Q.    When Yana gave you radial

17    pressure therapy reports, were they

18    already pre-signed?

19        A.    No.

20        Q.    Do you know who signed this

21    report on page 21 of the exhibit?

22        A.    No.

23        Q.    Looking at page 22, it's a

24    document titled "Extracorporeal

25    Shockwave."  It's a report called

```
                                        Page 101
 1              D. Balter
 2   "Extracorporeal Shockwave and RPW
 3   Treatment."
 4              Do you see that, sir?
 5      A.    Yes.
 6      Q.    Do you recognize this form?
 7      A.    Yes.
 8      Q.    Did Yana give you a copy of this
 9   form?
10      A.    Yes.
11      Q.    And this is a form that your
12   Romgo technicians fill out in the clinics?
13      A.    Yes.
14      Q.    Page 23, it's an assignment of
15   benefits with Dr. Stybel's name at the
16   top.
17              Do you recognize this form?
18      A.    Yes.
19      Q.    This is another form that Yana
20   gave you?
21      A.    Yes.
22      Q.    And as discussed before, when
23   Yana gave you a copy of the assignment of
24   benefits form it was already signed by the
25   provider, correct?
```

```
                                      Page 102
 1                  D. Balter
 2      A.    Yes.
 3      Q.    Do you recognize the clinic
 4  located at 1110 Pelham Parkway, Bronx?
 5      A.    No.
 6      Q.    How about 150 Graham Avenue,
 7  Brooklyn?
 8      A.    No.
 9      Q.    How about 6011 East New York
10  Avenue, Brooklyn?
11      A.    No.
12      Q.    1568 Ralph Avenue, Brooklyn?
13      A.    Yes.
14      Q.    How are you familiar with that
15  location?
16      A.    The technician would go there
17  and perform tests.
18      Q.    Was this one of the locations
19  where Yana scheduled Romgo's technicians?
20      A.    Yes.
21      Q.    2088 Flatbush Avenue in
22  Brooklyn?
23      A.    Yes.
24      Q.    Was this one of the locations
25  where Yana scheduled Romgo's technicians?
```

```
                                      Page 103

 1                 D. Balter

 2      A.    Yes.

 3      Q.    717 Southern Boulevard in the

 4  Bronx?

 5      A.    Yes.

 6      Q.    Was this one the clinics where

 7  Yana scheduled Romgo's technicians?

 8      A.    Yes.

 9      Q.    282-284 Avenue X in Brooklyn?

10      A.    Yes.

11      Q.    Was this one of the locations

12  where Yana scheduled Romgo's technicians?

13      A.    Yes.

14      Q.    430 West Merrick Road, Valley

15  Stream?

16      A.    No.

17      Q.    3000 Eastchester Road, Bronx?

18      A.    No.

19      Q.    79-45 Metropolitan Avenue,

20  Queens?

21      A.    No.

22      Q.    611 East 76th Street in

23  Brooklyn?

24      A.    Yes.

25      Q.    Was this one of the locations
```

```
                                    Page 104
 1                D. Balter
 2   where Yana scheduled Romgo's technicians?
 3        A.    Yes.
 4        Q.    219-16 Linden Boulevard in
 5   Queens?
 6        A.    Yes.
 7        Q.    Was this location where Yana
 8   scheduled Romgo's technicians?
 9        A.    Yes.
10        Q.    And by "scheduled," I mean Yana
11   specifically told you that Romgo's
12   technicians would go to these clinics to
13   provide the technical services that we
14   discussed today, correct?
15        A.    Yes.
16              MR. SCOLLAN:  Off the record.
17              (Whereupon, a discussion was
18        held off the record.)
19   BY MR. SCOLLAN:
20        Q.    I'm going to list some locations
21   for you, sir.
22              Do you recognize the following
23   locations:  175 Fulton Avenue in
24   Hempstead.  332 East 149th Street in the
25   Bronx.  1894 Eastchester Road in the
```

Page 105

```
 1                    D. Balter
 2    Bronx.   2273 65th Street in Brooklyn, and
 3    1655 Richmond Avenue in Staten Island.
 4               MR. SCOLLAN:  Could you just
 5          repeat that?
 6               (Interpreter complies.)
 7               THE INTERPRETER:  This is the
 8          interpreter speaking, I'm so sorry.
 9               MR. SCOLLAN:  I'll share my
10          screen.
11               For the record, I'm just sharing
12          my screen with Madam Interpreter to
13          show her a list of locations that I
14          just asked the witness about.
15               THE INTERPRETER:  Yes, and I was
16          at 1894 --
17          A.   Yes, there is one other location
18    that I recognized.  It's 3626 --
19               THE INTERPRETER:  Where is the
20          3626?  I don't see it.
21               MR. SCOLLAN:  Right here.
22               THE INTERPRETER:  3626 East
23          Tremont Avenue.  I just didn't see it
24          the first time.
25               MR. SCOLLAN:  That's okay.
```

Page 106

1             D. Balter
2    BY MR. SCOLLAN:
3        Q.    So for each of those locations
4    did Yana contact you to schedule Romgo's
5    technicians to go to those locations to
6    provide technician services?
7        A.    No.  Yana had a board with a
8    schedule for the entire month.
9        Q.    Okay.  So is it fair to say for
10   175 Fulton Avenue, 332 East 149th Street,
11   1894 Eastchester Road, 3626 East Tremont
12   Avenue, 2273 65th Street, and 1655
13   Richmond Avenue, these were also locations
14   where Yana scheduled Romgo's technicians
15   to go provide technical services, correct?
16       A.    Yes.
17       Q.    Did Yana during the time that
18   you provided technicians to her did she
19   work with anyone named Eric?
20       A.    I don't know.
21       Q.    Do you know, are you familiar
22   with the name Eric Meladze.
23   M-E-L-A-D-Z-E?
24       A.    No.
25       Q.    Are you familiar with a company

Page 107

1                    D. Balter
2     called Blue Tech Supplies, Inc.?
3          A.    No.
4          Q.    Are you familiar with a company
5     called Sunstone Services, Inc.?
6          A.    No.
7               MR. SCOLLAN:  Let's just take
8          five minutes.  I think we're done.
9          Thank you.
10              MR. MESTECHKIN:  Thank you.
11              (Whereupon, a recess was taken
12         at this time.)
13              MR. SCOLLAN:  So I just have one
14         more question.
15    BY MR. SCOLLAN:
16         Q.    Mr. Balter, approximately for
17    what time period did Romgo provide
18    technicians to Yana for?
19         A.    For four to six months.
20         Q.    Because looking back at Exhibit
21    6, which I'll share my screen with you,
22    the first check issued from Evergreen &
23    Remegone, LLC, to Romgo is -- at least in
24    this exhibit, is dated August of 2021.
25              Do you see that?

Page 108

1             D. Balter

2    A.    Yes.

3    Q.    And, obviously, this would have

4  been for services rendered prior to August

5  10th of 2021, correct?

6    A.    Yes.

7    Q.    Do you remember approximately

8  what month and year Yana stopped

9  contacting you for technicians?

10   A.    I don't remember.

11         MR. SCOLLAN:  I have no further

12     questions at this time.

13         Mr. Mestechkin, do you have any

14     questions?

15         MR. MESTECHKIN:  I do have maybe

16     a handful of questions that I would

17     like to ask on the record.

18         MR. SCOLLAN:  Sure.

19  EXAMINATION BY

20  MR. MESTECHKIN:

21   Q.    From the payments that you

22  received from Yana, did you provide Yana

23  with any payment back in the form of

24  kickbacks?

25   A.    No.

D. Balter

1

2     Q.     Did you ever issue any payments

3  in any form to Dr. Stybel?

4     A.     No.

5     Q.     Did you issue any payment in any

6  form to Evergreen & Remegone?

7     A.     No.

8     Q.     Did Romgo ever bill GEICO for

9  its tech services rendered to any

10  patients?

11          THE INTERPRETER:  It is the

12     interpreter speaking.  Can you repeat

13     the question, please?

14          MR. MESTECHKIN:  Of course.  Of

15     course.

16  BY MR. MESTECHKIN:

17     Q.     Did Romgo ever bill GEICO for

18  its services?

19     A.     No.

20          MR. MESTECHKIN:  I have no

21     further questions.

22          MR. SCOLLAN:  Thank you.

23          I just have a closing remark.

24          Obviously I have no further

25     questions at this time.

Page 110

1              D. Balter

2         GEICO just reserves all rights

3      to request further discovery from

4      Romgo and Mr. Balter in addition to

5      what I've already placed on the

6      record.

7         I would ask that Mr. Balter and

8      Romgo preserve the actual machines

9      that they use on behalf of Romgo for

10     the services rendered that were

11     scheduled by Yana Mironovich and any

12     documents relating to the capability

13     of those machines.

14         MR. MESTECHKIN:  Noted.

15         To the extent that our client

16     has any documents pertaining to the

17     machines, we will preserve them.  And

18     any request for documents that GEICO

19     may be issuing to our client, we ask

20     to direct to our office.

21         MR. SCOLLAN:  Of course.

22         And I'll just state again, GEICO

23     requests that the actual physical

24     machines themselves are preserved.

25         MR. MESTECHKIN:  So noted.

Page 111

1            D. Balter

2    Thank you.

3            MR. SCOLLAN:  Thank you so much,

4    Mr. Mestechkin, and always a pleasure

5    and everyone have a great day.

6            MR. MESTECHKIN:  Thank you so

7    much.

8            Miss Interpreter, thank you so

9    much.  You did an amazing job.

10           THE INTERPRETER:  Thank you.

11           MR. SCOLLAN:  Are you requesting

12   a copy of the transcript, Oleg?

13           MR. MESTECHKIN:  Not at this

14   time.  I don't think I need it at this

15   point.  We'll see where it will take

16   us.

17           (Continued on next page to allow

18   for jurat.)

19

20

21

22

23

24

25

Page 112

1            D. Balter

2            MR. SCOLLAN:  For the record,

3       Mr. Mestechkin just noted he's not at

4       this time requesting a copy of the

5       transcript.  I just wanted to see what

6       his answer would be related to that.

7       And, again, with that we'll close the

8       record, and thank you everyone for

9       their time.

10           MR. MESTECHKIN:  Thank you.

11           [TIME NOTED:  2:35 p.m.]

12

13    _____
            DENNIS BALTER

14

15

      _____
16    Subscribed and sworn to

      before me this _____

17    day of _____, 2023.

18    _____
            Notary Public

19

20

21

22

23

24

25

Page 113

1

2                    I N D E X

3

WITNESS          EXAMINATION BY              PAGE

4

5    DENNIS BALTER

             MR. SCOLLAN               5

6            MR. MESTECHKIN            108

7

8

9              E X H I B I T S

10                DESCRIPTION          PAGE

11   Exhibit 1    Subpoena                5

12   Exhibit 2    13-page document       19

13   Exhibit 3    NF-3 form              25

14   Exhibit 4    Subpoena               28

15   Exhibit 5    E-mail                 30

16   Exhibit 6    9-page document        32

17   Exhibit 7    Photograph             61

18   Exhibit 8    Investors Bank
                  statement             62

19

     Exhibit 9    Bank records, 20 pages  75

20

     Exhibit 10   1099 forms             90

21

     Exhibit 11   Extracorporeal
22                Shockwave and RPW
                  Treatment, 27 pages   90

23

24

25

Page 114

**CERTIFICATION**

I, IRIS FERNHOFF, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of February, 2023.

_____

IRIS FERNHOFF

          *       *       *

Page 115

1
2                    ERRATA SHEET
         VERITEXT/NEW YORK REPORTING, LLC
3
     CASE NAME:  GOVERNMENT EMPLOYEES
4    INSURANCE COMPANY, et al v. ELENA
     BORISOVNA STYBEL, D.O., et al
5    DATE OF DEPOSITION:  February 16, 2023
     WITNESS' NAME:  DENNIS BALTER
6
     PAGE/LINE(S)/    CHANGE           REASON
7    ____/_____/_____/_____
     ____/_____/_____/_____
8    ____/_____/_____/_____
     ____/_____/_____/_____
9    ____/_____/_____/_____
     ____/_____/_____/_____
10   ____/_____/_____/_____
     ____/_____/_____/_____
11   ____/_____/_____/_____
     ____/_____/_____/_____
12   ____/_____/_____/_____
     ____/_____/_____/_____
13   ____/_____/_____/_____
     ____/_____/_____/_____
14   ____/_____/_____/_____
     ____/_____/_____/_____
15   ____/_____/_____/_____
     ____/_____/_____/_____
16   ____/_____/_____/_____
     ____/_____/_____/_____
17   ____/_____/_____/_____
     ____/_____/_____/_____
18   ____/_____/_____/_____
     ____/_____/_____/_____
19   ____/_____/_____/_____
20
              _____
21                DENNIS BALTER
22   SUBSCRIBED AND SWORN TO
     BEFORE ME THIS_____DAY
23   OF_____, 20  .
24   _____
          NOTARY PUBLIC
25
     MY COMMISSION EXPIRES_____

**[& - 22nd]**

| & |
|---|
| **&**   1:11 29:13 |
| 29:16,25 31:18 |
| 32:8,22 33:5 |
| 33:15,20 34:7 |
| 34:19 35:13 |
| 36:5,24 37:16 |
| 38:6 40:23 |
| 41:3 42:2,11 |
| 42:20 43:7,19 |
| 62:12 86:4 |
| 107:22 109:6 |

| 0 |
|---|
| **02834**   1:4 |

| 1 |
|---|
| **1**   1:13 5:16,23 |
| 25:13 32:7 |
| 95:10 113:11 |
| **1,000**   64:12 |
| 65:20 66:6 |
| 72:22 |
| **1,050**   66:21 |
| **1,300**   96:24 |
| **1,400**   96:23 |
| **1,500**   96:23 |
| **1.0**   96:10 |
| **1.300**   95:11 |
| **1.5**   94:17,24 |
| **1.500**   95:10 |
| **1.6**   94:17,24 |
| **10**   1:13 89:22 |
| 90:5 96:11 |
| 113:20 |

**100**   11:12
  15:22 46:25
**1023**   35:14
**1025**   36:5
**10314**   2:11
**1039**   37:16
**1045**   36:25
**1049**   41:18
**1051**   40:24
**1056**   42:3
**1066**   42:20
  74:16
**1073**   43:6
**108**   113:6
**1090**   79:9
**1099**   31:7
  51:18 52:24
  53:3,6,8 59:12
  59:15 90:8
  113:20
**1099s**   89:24
**10:25**   1:16
**10th**   108:5
**11**   90:16,21
  113:21
**11.166666.**
  46:15
**1110**   102:4
**11224**   4:24
**11229**   17:2
**11235**   2:17
**11556**   2:5
**11th**   60:11
**12**   96:8

**1251**   9:14
**12th**   28:20
**13**   19:11
  113:12
**14**   79:7
**146**   9:23
**149th**   104:24
  106:10
**14th**   37:15
**150**   46:25
  102:6
**1500**   97:6
**1568**   102:12
**16**   1:16 30:14
  62:16 98:13
  115:5
**1655**   105:3
  106:12
**16610**   114:18
**1733**   2:16
**175**   104:23
  106:10
**17g**   4:23
**1894**   104:25
  105:16 106:11
**19**   30:23
  113:12
**1975**   9:23
**1980**   16:25
**19th**   37:15
**1:22**   1:4

| 2 |
|---|
| **2**   18:25 19:3,11 |
| 20:11 26:10 |
| 35:12 36:4 |

  89:2 90:2
  113:12
**2,050**   36:25
**2,750**   42:3
**2,850**   37:17
**20**   75:9 113:19
  115:23
**200**   65:22 66:5
  66:6,8,9,10,16
  66:18 67:12
  68:11 70:24
  71:3,6,10,11
**2000**   79:9
**2021**   10:15,20
  11:6 37:15
  40:24 50:13
  63:3 72:13,23
  79:8 81:14
  107:24 108:5
**2022**   28:20
  30:14,23
**2023**   1:16
  112:17 114:17
  115:5
**205**   17:2
**2088**   102:21
**20th**   79:8
**21**   92:12
  100:21
**219-16**   104:4
**22**   100:23
**2273**   105:2
  106:12
**22nd**   16:25

| 23 101:14 | 3rd 2:11 | 7 | a |
|---|---|---|---|
| **2400** 84:9 | **4** | **7** 42:10 61:22 | **a.m.** 1:16 |
| **25** 113:13 | | 61:25 64:9 | **ability** 7:24 |
| **250** 71:18,21,24 | **4** 19:16,16 | 67:9,14 91:13 | **able** 98:20 |
| 71:25 72:7 | 28:11,14,18 | 113:17 | **above** 1:19 |
| **26th** 72:13,23 | 29:2 30:18 | **717** 103:3 | **access** 84:19 |
| **27** 90:16 | 37:14 39:7 | **718** 18:6 | **account** 17:7 |
| 113:22 | 113:14 | **75** 113:19 | 32:16 36:9 |
| **27th** 114:17 | **40** 15:3 | **76th** 103:22 | 55:20 63:8,10 |
| **28** 113:14 | **400** 74:15 | **79-45** 103:19 | 63:14,23 67:4 |
| **282-284** 103:9 | **420-7283** 17:6 | **8** | 84:10,13 86:4 |
| **2:35** 112:11 | 47:11 | **8** 42:19 46:8 | **accountant** |

**23** 101:14
**2400** 84:9
**25** 113:13
**250** 71:18,21,24
71:25 72:7
**26th** 72:13,23
**27** 90:16
113:22
**27th** 114:17
**28** 113:14
**282-284** 103:9
**2:35** 112:11

**3**

**3** 19:17 25:9,11
26:7 36:23
89:22 90:2
113:13,13
**3,000** 40:25
**3,050** 42:11
**3,100** 41:18
**3,300** 43:6
**3,350** 42:21
46:9,15
**3,450** 35:15
**3,600** 36:7
**30** 15:3 113:15
**300** 18:13,16,21
45:23 46:11,15
**3000** 103:17
**3063** 26:10
**32** 113:16
**332** 104:24
106:10
**3626** 105:18,20
105:22 106:11

**3rd** 2:11

**4**

**4** 19:16,16
28:11,14,18
29:2 30:18
37:14 39:7
113:14
**40** 15:3
**400** 74:15
**420-7283** 17:6
47:11
**430** 103:14

**5**

**5** 29:22 30:5,9
40:21 91:5
113:5,11,15
**5-5** 19:20 29:7
**50** 66:23
**545** 4:22

**6**

**6** 31:24 32:3
41:25 46:7,8
75:18 107:21
113:16
**600** 95:10
**6011** 102:9
**61** 113:17
**611** 103:22
**62** 113:18
**646** 17:6 47:11
**65th** 105:2
106:12

**7**

**7** 42:10 61:22
61:25 64:9
67:9,14 91:13
113:17
**717** 103:3
**718** 18:6
**75** 113:19
**76th** 103:22
**79-45** 103:19

**8**

**8** 42:19 46:8
62:16,18 68:12
74:13 92:8
113:18
**8,700** 32:9
**800** 67:10,16
70:11
**8th** 26:10 35:4
36:12 37:5,19
41:7,20 42:5
42:14,23 43:9
44:5 47:4
48:17 59:9

**9**

**9** 31:24 43:5
75:9,15 113:16
113:19
**90** 113:20,22
**900** 2:11
**915-0288** 18:6
**926** 2:4

**a**

**a.m.** 1:16
**ability** 7:24
**able** 98:20
**above** 1:19
**access** 84:19
**account** 17:7
32:16 36:9
55:20 63:8,10
63:14,23 67:4
84:10,13 86:4
**accountant**
59:19 60:5
**accounts** 56:3
**accurate** 59:22
**accurately** 4:5
7:25
**action** 1:20
114:13
**actual** 16:20
86:23 110:8,23
**actually** 65:15
80:19 83:22
89:12 96:14
**addition** 46:18
110:4
**additional** 26:5
75:10
**address** 4:21
9:10,12 16:24
17:9 24:22
25:5,17 26:9
26:13,17,18
60:12 63:16,19
63:21,22,23,24

[adjust - balter]                                                                 Page 3

**adjust**  56:21
**admit**  72:18
**afternoon**
  30:24
**ago**  14:12
**agree**  91:22
**agreed**  3:3,8,12
**agreements**
  80:10
**al**  5:20,21
  115:4,4
**alex**  44:8
**alleviate**  85:20
**allow**  6:18,19
  111:17
**amazing**  111:9
**amended**  5:10
**amount**  32:9
  35:14 36:7,25
  37:17 40:25
  41:18 42:3,10
  42:21 43:6
  64:12 67:15
  70:11 72:22
  74:15 78:9,11
  79:9
**answer**  7:4,12
  8:4,6 14:25
  21:19 27:3
  33:24 34:4
  40:4,6,19
  43:24 45:18
  55:24 72:4
  81:20 84:25
  95:4 112:6

**answered**
  34:15 97:8
**answering**
  97:10
**answers**  4:8
  6:10,19
**anybody**  12:11
  16:10,21 22:22
  44:4
**anyone's**  70:13
**apartment**  4:23
  16:25 63:17
**apologies**  21:9
  54:24
**apologize**  10:19
  53:16 70:19
  89:11
**app**  76:18
**appearances**
  2:2
**appearing**
  91:18,21
**appears**  91:6
  91:18
**applied**  99:25
  100:6
**appointment**
  39:14
**approximately**
  107:16 108:7
**artem**  50:16,22
  51:19,21 52:6
  52:7,10,16,17
  52:24 65:5
  66:3,8,15

**artem's**  50:24
  66:18
**asked**  34:14
  45:10 105:14
**asking**  9:2,12
  55:2 78:11
  95:25 96:3
  99:17
**assessment**
  92:10
**assignment**
  21:4 22:7 23:3
  23:6,10,16
  24:3,21 25:2
  25:14,20,24
  26:3,6 44:23
  44:24 47:20
  101:14,23
**assisted**  12:4
**associated**  68:7
  70:20
**attached**  31:6
  82:17
**attend**  14:24
**attorney**  2:9,15
  5:5 7:10 8:8
**attorneys**  2:4
**august**  63:2
  107:24 108:4
**auto**  53:24
  69:22 70:21
  74:3 77:18,19
**avenue**  2:11
  4:23 9:14,19
  102:6,10,12,21

  103:9,19
  104:23 105:3
  105:23 106:10
  106:12,13
**aware**  11:23

**b**

**b**  113:9
**back**  21:11,13
  22:17 27:20
  46:7 48:2
  60:21 66:7
  71:23 72:20
  80:17 86:11
  87:2,5 93:8
  107:20 108:23
**balter**  1:18
  2:16 4:19 5:1,9
  5:18 6:1,2,23
  7:1 8:1 9:1
  10:1 11:1,24
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1,12 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  31:11 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  38:18 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1 51:1

| | | | |
|---|---|---|---|
| 52:1 53:1 54:1 | **bar** 94:12,17,17 | **better** 91:3 | **boulevard** 9:23 |
| 55:1 56:1 57:1 | 96:7,10 | **big** 82:20 87:19 | 9:24 103:3 |
| 58:1 59:1 60:1 | **bars** 94:13 | **bill** 10:3 19:12 | 104:4 |
| 61:1 62:1,22 | **based** 46:10 | 109:8,17 | **brand** 82:2 |
| 63:1 64:1 65:1 | 78:7 88:20 | **billed** 22:23 | **break** 7:9 44:12 |
| 66:1 67:1 68:1 | 97:13 | **billing** 1:12 | **breaks** 7:20 |
| 69:1 70:1 71:1 | **bay** 2:16 | 26:17,18 34:12 | **brighton** 26:10 |
| 72:1 73:1 74:1 | **beginning** | 34:16 60:14 | 35:4 36:12 |
| 75:1 76:1 77:1 | 19:20 34:11 | **bills** 90:17 92:2 | 37:5,19 41:6 |
| 78:1 79:1,15 | 86:7 | **bit** 87:6 | 41:20 42:5,14 |
| 79:16 80:1 | **behalf** 14:8 | **black** 100:14 | 42:23 43:9 |
| 81:1 82:1 83:1 | 15:20,25 16:8 | **blood** 85:19 | 44:5 47:3 |
| 84:1 85:1 86:1 | 37:12 38:3,10 | 114:14 | 48:17 59:9 |
| 87:1 88:1 89:1 | 39:19 40:11 | **blue** 1:12 107:2 | 60:11 |
| 89:25 90:1 | 57:14 59:13 | **board** 58:25 | **bring** 39:2 |
| 91:1,3 92:1 | 73:3 85:23 | 59:5 106:7 | 49:10 85:9 |
| 93:1 94:1 95:1 | 88:25 110:9 | **body** 47:22 | **brings** 81:2 |
| 96:1 97:1 98:1 | **believe** 22:6 | 56:22 87:7,9 | 86:18 |
| 99:1 100:1 | 37:15 54:25 | 87:12,14,16,25 | **bronx** 102:4 |
| 101:1 102:1 | 55:7 67:25 | 93:16 94:12,19 | 103:4,17 |
| 103:1 104:1 | 91:25 94:23 | 94:19,21 97:19 | 104:25 105:2 |
| 105:1 106:1 | 95:9 | 97:23 98:4,17 | **brooklyn** 2:17 |
| 107:1,16 108:1 | **beneath** 95:9 | 99:5,11,20 | 4:23 9:15 17:2 |
| 109:1 110:1,4 | **benefit** 44:23 | 100:2,7,8 | 26:11 102:7,10 |
| 110:7 111:1 | 44:24 | **borisovna** 1:10 | 102:12,22 |
| 112:1,13 113:5 | **benefits** 21:5 | 1:11 2:9,10 | 103:9,23 105:2 |
| 115:5,21 | 22:8 23:3,7,11 | 5:13,14 19:13 | **brought** 66:4 |
| **bank** 31:7 | 23:17 24:3,21 | 19:19 20:14 | 85:11 |
| 32:16,17 36:9 | 25:2,14,20,24 | 25:15,17 29:5 | **business** 16:24 |
| 55:20 56:3 | 26:3,7 47:20 | 29:10 115:4 | **busy** 16:6 |
| 62:21 63:2,7 | 101:15,24 | **borovyk** 68:3,5 | |
| 63:10,13,23 | **best** 6:14,18,19 | 68:24 | **c** |
| 64:10 67:4 | **beta** 79:10,11 | **bottom** 25:16 | **calculate** 39:4 |
| 75:10 84:10 | 79:24 | 25:19 92:19 | **call** 27:13,18 |
| 86:4 113:18,19 | | 93:4,13 | 30:16 50:3,4,5 |
| | | | 50:9 61:18 |

[called - company]                                                                                    Page 5

**called**  4:3 11:16
  13:10 27:6
  28:3,8 32:8
  51:25 52:21
  60:14 64:11
  91:13 100:25
  107:2,5
**calling**  61:13
**calls**  15:13
  24:10
**capability**
  110:12
**capacity**  8:16
  9:5,9,13,18
**car**  85:11
**case**  11:25
  28:19 62:25
  75:13 90:2
  96:16 115:3
**casualty**  1:7
**catch**  26:16
**cell**  17:23 18:2
**centimeters**
  83:2
**certain**  5:11
  12:2 29:23
  78:6
**certificate**
  14:15 68:2
**certificates**
  14:23 15:10,15
**certification**
  3:6 114:2
**certifications**
  14:13 60:25

**certify**  114:6,12
**cervical**  97:19
  98:25 100:2
**change**  115:6
**changed**  94:16
**charge**  18:8,10
**charged**  18:20
**charges**  45:23
**chart**  51:3
**chattanooga**
  14:16 81:9,15
  81:25 82:7
  84:15
**chebuchenko**
  50:25
**check**  8:21 31:7
  32:6,7,20,23
  33:14,19 34:7
  34:15,16,19
  35:2,6,10,12,14
  35:17 36:4,5,8
  36:11,23,25
  37:2,11,14,15
  37:19 38:2
  40:22,24 41:2
  41:9,16,18,19
  41:25 42:3,4
  42:10,13,19,19
  42:22,25 43:5
  43:5,8,12 46:8
  46:17 52:5,19
  53:20 54:4,20
  55:9,19 64:11
  64:15,17 65:16
  65:20,24,25

66:21 67:8,14
  67:17 68:13
  69:25 70:10,14
  70:17 72:12,21
  73:4 74:13,15
  76:13,17,19
  78:5,9,19 79:8
  79:9,23 93:15
  93:20 107:22
**checked**  31:3
  93:25 100:11
  100:14
**checks**  31:25
  38:9 39:5
  43:17 46:20
  47:4 62:12
  67:3,5 75:19
  76:17,22 77:2
  77:7,12,17,23
  78:12 86:2
**choose**  98:24
**chubchenko**
  65:5
**circled**  94:2
**circulate**  85:19
**civil**  1:24
**clarify**  8:6,25
  53:14
**clean**  46:11
**client**  24:18
  110:15,19
**clinic**  45:24
  47:14 48:7,9
  49:2 57:9 58:4
  58:5,16 80:20

84:21 102:3
**clinics**  45:7
  81:17 83:12
  84:19 101:12
  103:6 104:12
**close**  112:7
**closing**  109:23
**collectively**  5:7
**collins**  89:9
  90:9,11
**come**  21:12
  56:19 57:2,3
**comes**  80:18
  86:16
**commission**
  115:25
**communicated**
  68:23
**communicati...**
  24:13 31:5
**companies**
  10:14 36:21
  61:4 74:11
  79:3 80:7,11
  80:13
**company**  1:6,6
  1:7,7 5:20 8:18
  8:20 9:3,4 10:6
  10:11,22 11:14
  11:15,17,18
  12:24 14:16
  16:6 18:11,20
  29:16 32:7
  33:9 38:6
  51:23,24 52:20

**[company - d]**

| | | | |
|---|---|---|---|
| 52:21 53:22 | **consent** 91:6 | 90:13 92:22 | 15:1 16:1 17:1 |
| 54:7,21 55:4,9 | **contact** 27:22 | 93:2,18 95:2 | 17:13 18:1 |
| 55:21 58:13 | 31:9 47:2,6,10 | 95:11 97:3 | 19:1 20:1 21:1 |
| 60:13 64:11 | 106:4 | 98:14 101:25 | 22:1 23:1 24:1 |
| 71:5,9 78:15 | **contacted** | 104:14 106:15 | 25:1 26:1 27:1 |
| 78:20,23 83:16 | 22:21 27:11 | 108:5 | 28:1 29:1 30:1 |
| 83:25 84:14,16 | **contacting** | **corresponding** | 31:1 32:1 33:1 |
| 106:25 107:4 | 108:9 | 99:19 | 34:1 35:1 36:1 |
| 115:4 | **contained** 92:3 | **corresponds** | 37:1 38:1 39:1 |
| **company's** | **continued** | 94:21 98:10,17 | 40:1 41:1 42:1 |
| 53:21 54:5 | 111:17 | **cost** 84:8 | 43:1 44:1 45:1 |
| **compensate** | **contractors** | **counsel** 1:25 | 46:1 47:1 48:1 |
| 52:16 54:21 | 89:7 | 3:4 27:17 51:7 | 49:1 50:1 51:1 |
| 72:6 | **contracts** 80:10 | 55:2 59:20 | 52:1,22 53:1 |
| **compensated** | **copies** 15:9 | 86:8 91:15 | 54:1 55:1 56:1 |
| 51:21 53:10,18 | 41:12 48:14,20 | 95:25 | 57:1 58:1 59:1 |
| 54:2 71:21 | **copy** 5:17 | **counsels** 5:6 | 60:1 61:1 62:1 |
| **compensates** | 92:25 101:8,23 | **course** 91:2 | 63:1 64:1 65:1 |
| 55:18 | 111:12 112:4 | 109:14,15 | 66:1 67:1 68:1 |
| **compensation** | **corner** 25:19 | 110:21 | 69:1 70:1 71:1 |
| 55:3 | **corp** 1:12 60:15 | **court** 1:2 3:16 | 72:1 73:1 74:1 |
| **complaint** 5:10 | 79:10,11,24 | 4:17,20 6:8,16 | 75:1 76:1 77:1 |
| **completed** 58:3 | **correct** 10:8 | 7:15 55:10 | 78:1 79:1 80:1 |
| 81:5 92:18 | 12:2,6 23:13 | **covering** 83:21 | 81:1 82:1 83:1 |
| **completion** | 23:24 29:13 | **covers** 91:20 | 84:1 85:1 86:1 |
| 86:20 | 31:19 33:17 | **created** 48:2,3 | 87:1 88:1 89:1 |
| **complies** 18:5 | 34:15 43:21 | 67:5 | 90:1 91:1 92:1 |
| 105:6 | 45:25 47:15 | **curious** 38:14 | 93:1 94:1 95:1 |
| **confer** 30:16 | 48:20,23 49:12 | 38:16 | 96:1 97:1 98:1 |
| **confirm** 31:4 | 49:16 54:22 | **cv** 1:4 | 99:1 100:1 |
| 51:4,7 96:25 | 58:13 59:10 | | 101:1 102:1 |
| **confusing** | 64:24 66:16 | **d** | 103:1 104:1 |
| 72:18 | 74:24 78:23,24 | **d** 4:11 5:1 6:1 | 105:1 106:1,23 |
| **connection** | 79:5 83:20 | 7:1 8:1 9:1 | 107:1 108:1 |
| 5:10 | 88:3,8,13,22 | 10:1 11:1 12:1 | 109:1 110:1 |
| | | 13:1 14:1,21 | |

**[d - eastern]**                                                                    Page 7

111:1 112:1 113:2

**d.o.**  1:10 2:9 29:10 115:4

**d20**  100:14

**date**  5:24 16:7 19:4 25:12,16 25:17 28:15 30:10 32:4 40:23 62:2,19 75:16 90:6,22 115:5

**dated**  28:20 30:23 37:14 40:23 72:13,22 79:8 107:24

**day**  16:9 18:13 18:16,21 45:15 45:23 49:2 57:4 58:17 65:23 66:8,10 66:11,13,16,19 67:12 68:11 70:23 71:3,7 71:10,11,22 72:2,7 75:6 80:18 85:6 111:5 112:17 114:17 115:22

**days**  39:4 46:12 46:24 65:22

**december** 30:14,23

**defendants** 1:13,14 2:9

**dennis**  1:18 2:16 4:19 5:9 17:14 31:11 112:13 113:5 115:5,21

**dennismironov** 17:12 24:6

**department** 34:17

**depend**  98:22

**depending**  78:7 87:9

**depends**  86:24

**deposit**  36:8

**deposition**  1:18 3:6,13 5:9 6:6 8:10 115:5

**describe**  13:25 14:22 47:17 56:17 82:13 86:13,22

**described** 13:14 15:19 57:17 85:21 87:16,24

**description** 113:10

**desk**  48:8 81:2 86:18

**different**  47:14 84:16 99:2

**direct**  110:20

**discovery** 110:3

**discussed**  31:2 56:8 80:8 101:22 104:14

**discussion** 60:19 104:17

**disposal**  85:3

**district**  1:2,3

**divided**  46:15

**divisible**  46:10

**docket**  1:4

**doctor's**  39:13

**doctors**  25:4

**document**  5:22 19:2,11 25:10 25:13,23 28:13 28:21 30:8 31:24 32:2 62:16,17 75:14 89:23 90:3,4 90:17,20 91:5 91:8,13,17 92:12 93:5,6,9 93:12,13 96:19 99:15,23 100:24 113:12 113:16

**documents** 12:2,5 17:8 28:6 29:23 41:13 74:7 81:10 110:12 110:16,18

**doe**  1:13

**doing**  7:18 99:8

**dr**  21:3,6 22:3,7 22:11 23:3,12 23:17 24:22 25:2 29:24,25 31:18 44:24 101:15 109:3

**drafted**  30:15

**drop**  59:3

**duly**  4:4,13 114:8

**duties**  16:8 49:15

**e**

**e**  4:2,11,11,11 14:21 17:9,13 24:4,8,11,19 25:25 26:4 30:6,15,19,22 30:25 31:3,13 44:22 50:22 51:11 58:21 62:23 106:23 106:23 113:2,9 113:15

**e.com.**  14:21

**earn**  14:23

**east**  16:25 102:9 103:22 104:24 105:22 106:10,11

**eastchester** 103:17 104:25 106:11

**eastern**  1:3

**[effect - find]**

**effect** 3:15
**eiber** 2:21
**either** 20:22
  55:19 99:23
  100:6
**elena** 1:10,10
  2:9,9 5:12,14
  19:12,18 20:14
  25:15,16 29:4
  29:10 115:4
**eleven** 46:12
**empire** 9:23
**employees** 1:6
  5:20 76:4
  115:3
**endorsement**
  32:20
**english** 4:7,9
**enter** 82:18
**entire** 106:8
**entities** 5:12
  29:4
**entitled** 1:19
**envelope** 49:5,6
  49:7,11
**equipment**
  82:23
**eric** 1:12
  106:19,22
**errata** 115:2
**esq** 2:6,8,18
**et** 5:20,21
  115:4,4
**evergreen** 1:11
  29:13,16,25

31:18 32:8,22
33:5,15,15,20
34:7,19 35:13
36:5,24 37:16
38:6 40:23
41:3,17 42:2
42:11,20 43:7
43:12,19 46:9
59:13,17 62:12
86:4 107:22
109:6
**exact** 60:12
  82:25 92:4
**exactly** 71:19
  86:24
**examination**
  5:2 108:19
  113:3
**examined** 4:14
**example** 83:18
**except** 3:9
**exchange** 30:6
  33:16,20 34:7
  43:13,20 73:3
  73:8,14,19,23
  74:5,9 77:3,8
  77:13,19,24
  78:20 79:4
  86:2 88:12
**exchanged**
  17:19 24:11
  61:10
**exhibit** 5:16,23
  18:25 19:3,10
  19:16 20:11

25:8,11 26:7
28:11,14,18
30:5,9,18
31:24 32:3
40:22 43:18
46:7,8 61:22
61:25 62:16,18
67:9 75:9,15
75:19 79:7
89:22 90:5,16
90:21 100:21
107:20,24
113:11,12,13
113:14,15,16
113:17,18,19
113:20,21
**expires** 115:25
**explain** 13:6
  95:13
**extent** 24:17
  110:15
**extra** 66:23
**extracorporeal**
  100:24 101:2
  113:21
**ez** 53:24 69:22
  70:21 74:3
  77:18,19

---
**f**
---

**fair** 38:18
  78:18,25 106:9
**faithfully** 4:6
**familiar** 11:15
  14:19 29:15
  60:13 65:4

102:14 106:21
106:25 107:4
**far** 6:3 56:9
  80:8
**fault** 10:4,7
  57:10
**fcte** 9:6,18 10:3
  10:11,14 11:8
  11:10
**february** 1:16
  114:17 115:5
**federal** 1:23
**fee** 18:14
**feel** 31:9
**feet** 82:22
**female** 54:13
  54:14,18 87:4
**fernhoff** 1:21
  114:4,20
**figure** 28:7
**file** 60:4
**filed** 5:11 60:2
  66:11,13
**filing** 3:5
**fill** 39:8 47:13
  70:17 76:12
  86:20 92:19,22
  93:10 101:12
**filled** 26:6
  65:15,18 92:17
  94:9 96:17
  99:15
**fills** 81:3,5
**find** 14:3 31:6
  40:9 45:17

49:16,22 50:2
**fine** 7:10 51:9
72:17
**finish** 6:18,20
58:6
**first** 4:12 7:12
19:11 20:10,15
25:4 27:10,18
32:7 39:14
47:19 63:5,16
79:14 93:6
105:24 107:22
**five** 21:9,11,13
65:22 66:4,5
80:2 87:8,21
88:2 96:7
107:8
**fl** 2:11
**flat** 18:14
**flatbush** 102:21
**floor** 26:10
**follow** 30:15
**following**
104:22
**follows** 4:15
**force** 3:15
**forget** 70:19
**form** 3:9 19:17
22:8 23:3,7,9
23:11,17 24:3
25:2,14,24
26:4,7 27:2
40:3 43:23
44:24 55:23
81:6 84:24

86:21 92:6,9
92:10,14,17,24
101:6,9,11,17
101:19,24
108:23 109:3,6
113:13
**forms** 44:23
48:3,6,12,13,16
48:20,22 49:3
49:11 81:3
86:19 89:23
90:18 91:10,23
92:2,21 113:20
**forth** 114:8
**forward** 11:22
**four** 47:13
71:17 83:8,9
83:10 84:4
107:19
**fourth** 47:23
**free** 18:3 31:9
**frequency**
93:14,21,25
98:6 99:25
100:5
**friends** 49:20
49:20,20
**front** 48:8 81:2
86:17
**fulton** 104:23
106:10
**functional** 8:16
9:5,9,13,17
**further** 3:8,12
108:11 109:21

109:24 110:3
114:12

**g**

**g** 11:3 51:11
**garin** 2:6 5:4
19:25 30:24
**geico** 1:6,6,7
5:7,11 15:13
24:10 90:19
91:25 109:8,17
110:2,18,22
**gena** 50:16
51:19 53:6,10
53:13,18 70:22
**gena's** 51:14
70:23
**general** 1:6
27:20
**generated**
66:15
**genna** 51:11
**george** 89:9
90:9
**getting** 12:5
**give** 6:9 7:4
21:9 24:2
34:18 51:20
57:21 58:23
101:8
**given** 4:8 23:2
92:25 114:10
**gives** 85:17,17
**gmail** 17:7
**gmail.com.**
17:12,13 24:6

30:7
**go** 6:5 13:9
17:14 26:22
38:22 45:10
46:22 58:17,20
60:17 85:18
102:16 104:12
106:5,15
**going** 11:22
12:16 18:24
19:21 25:7
28:10,23 29:2
30:4 40:21
46:7 68:12
75:18 90:15,25
94:11 95:16,18
97:11 104:20
**good** 5:4 6:21
6:22 8:6 16:18
20:4 30:24
**government**
1:6 5:19 115:3
**graham** 102:6
**great** 111:5
**grechishkina**
11:20
**ground** 6:7
**group** 2:15
**guess** 94:3
**guessing** 94:5

**h**

**h** 44:9 113:9
**half** 13:18
20:14 26:21

**hand**  34:23
35:17 36:11
37:2,4,18 41:2
41:19 42:4,13
42:22 43:8
48:16 114:17
**handed**  34:25
41:14 62:11
86:3
**handful**  108:16
**handle**  87:21
**handwriting**
32:19 70:9,13
**handwritten**
76:16
**happening**  88:6
**hauling**  53:24
69:22 70:21
74:3 77:18,19
**head**  6:25
**healthcare**
27:10 28:3
33:11,22 34:5
40:10 45:3,14
45:18 73:12,17
73:22 74:3,8
80:20
**hear**  6:3 7:19
20:22 23:21
34:11 79:13
95:3,7
**held**  1:20 60:20
104:18
**help**  59:25
85:19 89:20

**helped**  49:22
71:15
**helps**  85:19
**hempstead**
104:24
**hereto**  3:5
**hereunto**
114:16
**hertz**  98:12,16
**higher**  71:6,9
71:14
**highest**  94:13
95:20,22 96:7
96:14 98:13
**hire**  27:23
**hiring**  18:11
**hold**  87:24
**home**  85:9,11
**hoping**  89:20
**huge**  91:19
**hurt**  87:8
**hz**  98:10

**i**

**ib**  67:15 68:2,8
68:17,20 69:2
69:5,7 73:7
77:3,4
**identification**
5:23 19:3
25:11 28:14
29:7 30:9 32:3
62:2,18 75:15
90:5,21
**images**  31:8

**impair**  7:24
**important**  6:9
6:15 7:3 54:12
**impulses**  85:18
87:18
**inaudible**  10:16
31:20
**inception**  13:11
13:21 18:19
63:14
**inches**  83:2
87:20,22
**include**  47:24
**includes**  31:25
89:23 90:17
**including**  5:12
20:14
**incorporation**
68:2
**incorporator**
67:25
**indemnity**  1:6
**independent**
89:6
**indicate**  47:22
75:2 96:13
**indicated**  63:24
**individual**
18:10,20 55:20
70:20 71:6,10
74:14
**individual's**
55:21
**individuals**
5:12 49:22

**influence**  7:23
**information**
24:25 26:5
31:2 70:17
**informed**  91:6
**initial**  39:9,11
39:13
**initials**  19:14
**inn**  68:14,15
69:13,16,19
70:2,6,10
73:17 77:8,9
**instructions**
6:6
**insurance**  1:6,7
5:20 115:4
**intensity**  94:8
94:10,25 96:2
96:4,6,7,14
99:5,10,19,24
100:5
**interested**
114:15
**interpreter**
2:22 4:3,15
6:24 11:2
14:17 20:18,19
20:25 23:19,20
26:14,15 34:9
53:12,13 54:9
54:10,25 55:5
72:14,15 79:12
79:13 83:10
95:6 105:6,7,8
105:12,15,19

105:22 109:11
109:12 111:8
111:10
**investors**  32:17
113:18
**invoice**  80:14
**iris**  1:21 39:23
114:4,20
**iryna**  68:3,4,24
79:15,16
**island**  2:11
105:3
**issue**  29:4
32:23 39:5
52:19,24 53:3
53:6,8 65:19
65:25 69:25
78:5,12 79:23
109:2,5
**issued**  28:18
32:9 33:19
34:20 35:12
38:3,10 40:22
41:3,10 43:12
43:18 46:17
51:18 54:20
55:3,9 64:17
67:4,17 68:13
72:12,21 74:10
74:13 75:20
76:19,22 77:2
77:7,12,17,23
78:19 80:9
86:3 89:2 90:9
107:22

**issuing**  55:19
79:3 110:19

**j**

**j**  2:8
**job**  111:9
**john**  1:13 2:8
**july**  72:13,23
**jurat**  111:18

**k**

**k**  4:2 44:9
**karapetian**
2:21
**keep**  85:8
**khait**  44:8
**kickbacks**
108:24
**kind**  8:15 12:24
13:6 38:5 81:7
**knew**  50:7 78:8
**knob**  97:14
**know**  6:13 7:21
8:5 12:13 15:6
15:8 16:15,16
17:18 19:8
21:3 26:22,23
27:4 28:2 33:7
33:8,10,11,13
33:23,24 34:4
38:13 39:17
40:17 44:3,4,8
45:9,12 46:16
49:21 51:14,16
52:10 54:6
60:10 61:3,5

62:4 65:2,12
65:14,19,25
68:7,16,17,22
69:2,6,9,12,13
69:15,18,21,24
70:5 73:6,11
73:16,21 74:2
76:5,8,11 78:4
78:10,11 79:2
82:4,7,8,10
85:10 89:9,12
89:16 93:24
94:5,7,20
97:18,22 98:2
98:16 100:12
100:13,15,20
106:20,21
**known**  5:7
26:20 29:16
**knows**  99:10

**l**

**l**  106:23
**large**  91:17
**law**  2:15 7:16
**laws**  64:3
**leave**  58:5,8
**lecture**  14:24
15:2,7
**left**  85:10
**length**  82:23
**level**  98:16
**levitan**  50:18
**levkovich**
26:23 74:15,18
75:3

**lift**  87:5
**likely**  66:24
75:5
**linden**  9:24
104:4
**line**  32:20
74:23 115:6
**list**  74:8 104:20
105:13
**listed**  20:15
67:25
**lists**  19:18 29:4
**little**  72:18 87:6
**live**  63:17
**llc**  1:11 29:13
29:17 32:8,23
33:6,16,20
34:8,19 36:6
37:17 42:2,11
42:21 43:19
62:12 107:23
115:2
**llp**  2:3 5:6
**located**  60:10
102:4
**location**  9:19
45:15,24 57:7
102:15 104:7
105:17
**locations**  45:9
47:14 48:8
58:16 102:18
102:24 103:11
103:25 104:20
104:23 105:13

**[locations - mestechkin]**

Page 12

106:3,5,13
**long**   13:16 15:2
26:20 86:6
87:20,22
**look**   18:2 25:23
39:6 92:2 93:5
**looking**   91:4
93:4 97:17
98:21 99:23
100:23 107:20
**looks**   82:10,13
82:15,16,24
**lower**   87:5
95:17
**lowest**   94:12
96:6 98:14
**lumbar**   98:3,25
100:8

**m**

**m**   4:2 11:3
14:21 17:13
50:22 52:11
106:23
**m.d.**   1:11 2:10
5:14 19:13
20:15 29:5
**maaya**   60:9
**machine**   56:22
81:7,12,16,25
82:3,10,18
83:13 85:2,6
87:10,17 94:11
94:17 95:16,17
95:20 96:8
97:11,15

**machines**   81:24
82:5 83:4,7,19
83:23,24 84:2
84:4,11,19,21
85:13 110:8,13
110:17,24
**madam**   105:12
**made**   48:13,19
92:25
**mail**   17:9 24:4
24:8 30:6,15
30:19,22,25
31:13 44:22
58:21 62:23
113:15
**mailed**   25:25
26:4
**mails**   24:11,19
31:3
**maintain**   15:9
41:12
**majority**   91:20
**make**   81:12
82:4 84:5
**makes**   75:10
**making**   38:22
**male**   53:13
54:14,18,19
87:3
**manager**   13:19
13:22 14:2
40:8 49:15
**marina**   74:14
74:18 75:3

**mark**   18:25
28:10 30:5
61:22 62:15
90:15
**marked**   5:16
5:22 19:2,10
25:10 26:7
28:13 30:8,17
32:2 61:25
62:17 75:14
89:22 90:4,20
**marking**   31:23
75:9
**marriage**
114:14
**massage**   85:17
**math**   46:10,15
**matter**   4:4 5:7
5:19 114:15
**mean**   18:9
23:24 34:13
39:11,13 59:8
71:24 86:9
94:9,15 95:14
97:5,7 98:11
100:10 104:10
**means**   66:4
93:24 94:3,6
94:16,18 98:12
100:13
**meant**   66:10
**measurements**
83:2
**medical**   8:13
8:14,15 9:7,8

12:25 13:3
18:17,22 27:9
36:2 37:11
38:2,9 39:17
57:6,8 58:11
72:10,25 73:7
**meet**   27:5
30:16
**megapolis**
64:12,18,19
65:2,12,20
66:2,22,23
69:10 72:12,22
73:2,12 76:23
**meladze**   1:12
106:22
**memo**   74:23
**mentioned**   9:7
47:12 49:14
56:6 82:9
**merrick**   103:14
**message**   59:7
**messages**   17:20
31:4 61:10
**mestechkin**
2:15,18 7:6
8:23 16:13
19:24 20:7
21:8,14 23:8
24:17 26:25
27:16 40:2,18
43:22 44:13
51:2,6 54:24
55:7,22 59:20
82:21 84:23

[mestechkin - obstructed]

86:8 91:15
95:3,24 96:5
107:10 108:13
108:15,20
109:14,16,20
110:14,25
111:4,6,13
112:3,10 113:6
**met** 21:6 27:8
**metropolitan**
52:2,3,6
103:19
**milana** 50:16
51:19,20 89:17
**milana's** 50:18
89:17
**minute** 44:12
**minutes** 15:3
21:10,11,13
80:3 87:9 88:2
107:8
**mironov** 17:15
**mironovich**
1:12 5:15
12:14 23:24
26:24 88:13
110:11
**misinterpreted**
8:4
**ml** 75:20,22,24
76:3,6,9 77:24
77:25 78:5,12
**mmh** 1:4
**model** 81:12
82:4,8 84:6

**monday** 30:23
**month** 59:2
106:8 108:8
**months** 107:19
**morning** 5:4
**mother** 79:19
79:20
**muffled** 20:23
**multidiscipli...**
57:9
**multiple** 45:14
66:5,12

**n**

**n** 4:2,11,11,11
4:11 17:13,13
17:13 51:11,11
51:13 52:11
113:2
**name** 4:18 5:4
9:2,21 10:22
20:17 21:4
26:23 28:2
39:17 45:2
49:5 50:11,18
50:20,24 51:14
51:16 52:20
53:21 54:5,6
63:11 65:4
68:4 70:5,25
73:6,11,16,21
74:2 78:15,16
79:14 82:2
88:15 101:15
106:22 115:3,5

**named** 12:13
68:3,24 74:14
106:19
**names** 25:5
40:9 49:21
**necessary** 20:6
**neck** 87:2
**need** 7:9 9:10
10:22 17:25
19:7 21:10
40:15 51:3
111:14
**needed** 27:7
46:24
**needing** 61:19
**neptune** 4:22
**new** 1:3,12,22
2:5,11,17 4:5
4:14,23 17:2
26:11 60:14
68:14,15 69:13
69:16,19 70:2
70:6,10 73:17
77:8,9 102:9
114:5 115:2
**nf** 19:17 113:13
**nine** 98:7
**nodding** 6:24
**non** 1:19 2:16
5:9
**notary** 1:22
3:14 4:4,13
112:18 114:4
115:24

**note** 24:19
54:25 91:16
99:18
**noted** 110:14
110:25 112:3
112:11
**noticed** 20:20
**noting** 99:4
**number** 17:3
17:17,22 18:4
19:19 29:7
35:14 36:5,25
37:16 39:4
40:24 41:18
42:3,20 43:6
46:11 47:9
69:8,11,20,23
74:16 76:10
79:9 94:20
95:17
**numbers** 94:15
95:14 97:2

**o**

**o** 11:3,3 17:13
17:13 52:11
**oath** 7:15
**objection** 23:8
26:25 27:16
40:2,18 43:22
55:22 84:23
95:24
**objections** 3:9
**obstructed**
91:19

**obviously** 7:18 11:23 23:23 63:8 108:3 109:24
**october** 28:20 79:8
**office** 8:14 9:8 9:8,11 13:10 14:6 18:17,22 35:3 36:12 37:5,20 39:10 41:7,20 42:5 42:14,23 43:9 44:5 46:23 47:4 48:17 49:5 56:20 57:2,3,5,6,8 58:12 59:2,3,8 59:9 65:13 66:25 69:3,14 69:23 75:25 110:20
**offices** 9:21 39:3
**okay** 7:5,8,13 7:21,22 8:7 15:16 34:18 89:19 96:5,25 105:25 106:9
**oleg** 2:18 111:12
**olesya** 11:20
**once** 46:21 57:18,22 58:3 71:15 94:4

**ones** 56:12 82:8
**online** 15:4
**ooo** 4:10
**order** 98:24 99:2
**originally** 24:15
**outcome** 114:15
**outside** 74:11 78:19 83:16
**own** 11:10 16:4 48:20 58:12 83:3,7,23,23 84:2
**owned** 83:14 83:19 84:5
**owner** 11:12 15:22 68:14
**owns** 33:8 65:2 68:17,20 75:22 79:11

| p |
|---|

**p** 4:2,11
**p.c.** 2:15
**p.m.** 112:11
**page** 19:11,11 19:16,16 20:2 20:3,10,15 25:13 29:2,22 31:24 32:7 35:12 36:4,23 37:14 40:21 41:25 42:10,19 43:5 46:8

47:19,20,21,23 62:16 63:5,16 64:9 67:9,14 68:12 74:13 75:9,18 79:7 89:22 90:2,2 90:16,24 91:5 91:13,21 92:8 92:12 100:21 100:23 101:14 111:17 113:3 113:10,12,16 115:6
**pages** 39:7,8 47:14,18,25 113:19,22
**paid** 33:15,15 37:11 38:20 65:22 66:15 71:3,5,9,11,13 71:18,25 83:17 84:15
**pain** 47:23 85:20 86:25,25 87:5 94:18
**parameters** 82:19 92:20 93:14
**parentheses** 96:10
**parents** 63:20
**parking** 66:25 67:2
**parkway** 102:4

**part** 19:12 49:14 64:10 87:9,12,16,17 87:25 94:19,19 94:21 97:19,23 99:5,11,20 100:2
**particular** 57:4
**parties** 3:5 114:13
**parts** 47:22 56:23 87:7 98:17
**party** 1:19 2:16 5:9
**past** 31:5
**patient** 19:13 39:15 47:22 80:24 81:3,3 85:17 86:9,15 86:16,18,25 87:3,4 88:2,8 88:11 93:11,21 94:4,15 97:20 97:24 98:18 99:6
**patient's** 87:13 94:11 98:4 99:20 100:2,7 100:8
**patients** 10:4,7 57:10 109:10
**paul** 50:16 51:19,20 67:9

**paul's** 50:20
**pay** 36:19
  46:25 52:6
  56:2 66:8,23
  67:2,17 76:20
  76:23
**payment** 31:8
  43:2,20 72:11
  73:8 88:12
  108:23 109:5
**payments**
  59:16 73:14,19
  73:24 74:5,10
  79:4 80:9
  108:21 109:2
**pays** 38:23
**pdf** 64:10 75:9
**pelham** 102:4
**pending** 7:11
**people** 88:7
**perform** 9:4,17
  11:18 14:7
  16:20 18:11
  102:17
**performed** 16:8
  57:13 73:13,18
  73:22 74:4
  86:23
**performing**
  13:24 39:18
  98:23
**performs** 81:4
**period** 107:17
**person** 6:17
  12:13 14:4

29:3 58:7 68:3
  68:20,24
**personally** 14:7
  57:13 78:21
**pertaining**
  110:16
**phone** 8:21
  17:3,17,22,23
  18:2,4 30:16
  31:2 47:7,9
  61:7 69:7,11
  69:20,23 76:10
**photo** 61:23
**photograph**
  61:24 113:17
**physical** 110:23
**physically**
  37:18
**pick** 47:4 84:20
  85:2
**picks** 99:9
**picture** 59:5
**pistol** 82:17
  87:15,19,25
**pkc** 1:4
**place** 87:13
**placed** 110:5
**plaintiffs** 1:8
  2:4 5:6 28:19
**plan** 91:14
**plaza** 2:4
**please** 4:18,21
  6:13 9:2 10:24
  13:25 14:20
  31:6,9,21

32:14 34:3
  39:21,22 50:15
  72:16 86:13,22
  109:13
**pleasure** 111:4
**point** 71:20,25
  94:24 95:10
  96:6 111:15
**portion** 19:25
  91:17 93:9,17
**possession**
  81:11 85:13
**possible** 55:10
**possibly** 95:10
**practice** 19:17
  19:22,22 22:14
  22:24 27:10,10
  27:15,24 31:18
  33:12,22 34:5
  36:2 37:11
  38:2,9 39:17
  45:18 72:10,25
  73:7,12,17,22
  74:3 90:19
  91:24 92:3
**practices** 28:3
  28:8 40:10
  45:3 74:8
**pre** 100:18
**prepare** 60:5
**prescribed**
  88:17
**present** 2:12,20
**preservation**
  15:14 24:11

**preserve** 110:8
  110:17
**preserved**
  110:24
**pressure** 88:17
  88:21 91:7
  92:13 94:8,25
  99:4,10,19,24
  100:5,17
**previously** 5:18
  11:24 45:22
**printer** 82:16
**prior** 108:4
**probably** 14:12
  87:21
**procedure** 1:24
**proceeding**
  1:20
**process** 80:23
  86:13
**processing** 1:12
  60:14
**produced**
  34:16
**proof** 31:8
**properly** 57:20
**propounded**
  4:7
**proprietorship**
  1:11 2:10 5:13
  29:6,24
**provide** 9:9
  10:5,7 14:14
  15:10 18:16,21
  22:13,22 27:14

**[provide - refresh]**

27:23 34:6
38:19 45:6,23
56:9,14 57:17
58:18 73:2
74:20 79:20
81:16 83:25
91:3 104:13
106:6,15
107:17 108:22
**provided** 13:12
30:25 33:2
34:14 35:22
38:24 48:8
49:23 50:12
52:7,13 57:10
59:13 62:22,23
64:3,20,24
65:9 67:18
70:4,6 71:2,17
73:7 75:3,11
78:15 83:22
85:22 86:2,14
88:11,25 89:5
89:24 90:12
106:18
**provider** 20:16
101:25
**provider's**
19:18
**providers**
45:14
**provides** 12:25
13:8 18:7
80:24

**providing**
13:17 33:21
40:11 43:2,13
43:21 45:4,13
45:19 46:4,18
58:12 77:4,9
77:14,20,25
83:11 93:11
**public** 1:22
3:14 4:4,13
112:18 114:4
115:24
**pulse** 99:24
100:5
**pulses** 96:2,18
97:3,5,6,10,18
97:22 98:2
**purchase** 84:11
**pursuant** 1:23
62:23 89:25
**put** 49:4,5
63:22 87:15

**q**

**queens** 103:20
104:5
**question** 3:10
6:13,14 7:4,11
7:12 8:25
16:14,18 20:25
21:19,22 22:17
33:25 34:2,5
39:20,23 40:4
43:24 44:18
55:11,24 59:21
81:20 97:9,10

107:14 109:13
**questions** 4:6
6:10,20 14:25
31:10 90:25
108:12,14,16
109:21,25

**r**

**r** 4:2,2 11:3
17:13 50:22
52:11,22
**r40** 100:11
**radial** 88:17,21
91:7 92:13
100:16
**radler** 2:3 5:6
**ralph** 9:14,19
102:12
**rapawy** 2:8
**rate** 18:21
66:18 67:11
68:10 70:23
71:6,14,18,21
72:7
**read** 21:18,20
21:24 22:16,18
39:24 44:17,19
55:13 81:21
**reason** 20:22
115:6
**receive** 59:12
59:15
**received** 59:16
72:10 74:9
108:22

**receiving** 93:22
**recess** 21:16
44:15 80:4
107:11
**recognize**
20:17 26:9
28:23 29:22
63:7 68:4 90:8
91:8 92:6,8,14
101:6,17 102:3
104:22
**recognized**
105:18
**recollection**
18:2 89:21
**record** 4:18,21
6:16 19:24
21:20,24 22:18
39:24 44:19
55:13 60:18,20
60:22 81:21
82:21 91:16
104:16,18
105:11 108:17
110:6 112:2,8
114:10
**records** 31:16
62:21 64:10
75:10 113:19
**red** 100:11
**refer** 11:21
12:16 19:21
28:7
**refresh** 17:25
89:21

**regardless**
55:16 66:14
70:25
**reimburse** 46:3
46:17
**relate** 97:3
**related** 72:11
79:16 96:18
112:6 114:12
**relating** 5:19
29:23 31:17
59:16 110:12
**remark** 109:23
**remegone** 1:11
29:13,16,25
31:19 32:8,22
33:6,16,20
34:8,19 35:13
36:6,24 37:16
38:6 40:23
41:3 42:2,11
42:20 43:7,19
62:12 107:23
109:6
**remegone's**
86:4
**remember** 24:7
24:9 27:9,12
28:5 36:22
45:11 47:21
49:25 53:23
54:8 57:7,15
57:25 58:2
60:12 61:6,8,9
61:11,16,17

67:21 70:8
71:19 72:9
73:5,10,15,20
73:25 74:6,19
74:22 75:7,23
78:16 79:25
84:14,17 89:13
89:15 91:12
95:21,22 108:7
108:10
**remote** 1:20
**rendered** 108:4
109:9 110:10
**repeat** 39:23
55:11 59:21
72:16 81:20
105:5 109:12
**repeats** 20:25
**repetition**
20:24 34:10
**rephrase** 6:14
23:14 34:2
39:20
**report** 39:9,12
39:14 66:6,9
92:14 93:17
96:9 97:17
98:21 99:4,10
100:21,25
**reporter** 1:21
4:17,20 6:8,16
21:21,25 22:19
39:25 44:20
55:11,14 81:22

**reporting**
115:2
**reports** 39:3,6
41:13 59:4
66:4,11,11,12
66:15 78:7,8
100:17
**represent**
19:15 46:12
62:20 67:24
**request** 24:19
34:9 110:3,18
**requested**
29:23 31:6
**requesting** 12:2
111:11 112:4
**requests**
110:23
**reserved** 3:10
**reserves** 110:2
**respective** 3:4
**respond** 8:24
31:16
**response** 12:6
75:11
**responsibilities**
14:2
**responsibility**
14:3
**responsive**
24:14
**results** 47:24
81:6 86:21
**returns** 60:3,6

**reviewing**
31:15
**richmond**
105:3 106:13
**right** 7:21 8:5
21:11 25:6,19
38:20 42:8
50:3 80:20,21
94:25 99:11
105:21
**rights** 110:2
**rivkin** 2:3 5:5
**road** 2:16
103:14,17
104:25 106:11
**romgo** 2:15
10:25 11:3,7
11:16,21,22,24
12:19,24,25
13:7,11,16,19
13:22,25 14:2
14:8 15:20,23
16:2,8,10,17,22
17:3,9 18:7,8
18:10,11,19
22:13,21 24:13
24:15 27:23
28:11,19 31:11
31:17 32:9,16
32:23 33:16,21
34:6,20 35:13
36:6,9,24
37:17 40:8,10
41:4,12,17
42:2,12,21

| | | s | 24:20 25:7 |
|---|---|---|---|
| 43:2,7,13,13,19 | 107:23 109:8 | | 24:20 25:7 |
| 43:20 45:3,10 | 109:17 110:4,8 | **s**  4:11 17:13 | 27:19,21 28:10 |
| 45:18,23 46:3 | 110:9 | 52:11 113:9 | 28:16 30:4,11 |
| 46:9,17 47:13 | **romgo's**  16:24 | 115:6 | 30:24 31:23 |
| 48:4 49:15,24 | 39:16 45:12 | **sasha**  50:17 | 32:5 39:22 |
| 50:13 51:18,22 | 48:7,23,25 | 51:19 53:8 | 40:5 44:11,17 |
| 52:6,8,14,18,24 | 55:20 56:4 | 54:2,13,18,20 | 44:21 51:5,9 |
| 53:3,6,8,11,19 | 58:15 60:24 | 54:21 67:23 | 51:10 53:15,17 |
| 54:3,21,22 | 63:11,23 80:16 | 68:8 | 54:15,17 55:12 |
| 55:18 56:2,10 | 80:19 81:14 | **sasha's**  51:16 | 59:23,24 60:17 |
| 57:14 59:12,15 | 82:5 83:13 | 55:3,9 68:10 | 60:21,23 61:21 |
| 59:19 60:2,6 | 84:19 92:22 | **saw**  21:4 | 62:3,15,20 |
| 62:13,21,24 | 93:7,10 99:3 | **says**  25:15,16 | 63:4 72:4,17 |
| 63:14 64:4,7 | 102:19,25 | 29:9,12 30:22 | 72:19 75:8,17 |
| 64:11,18,24 | 103:7,12 104:2 | 30:23 74:24 | 80:2,6 81:19 |
| 65:10 66:22,22 | 104:8,11 106:4 | 93:13 94:23,24 | 81:23 86:10,12 |
| 67:3,9,15,19 | 106:14 | 95:10 96:10,23 | 89:19 90:7,15 |
| 68:13 69:25 | **romgotechser...** | 97:6 | 90:23 91:22 |
| 70:7,10 71:3,5 | 30:7 | **schedule**  58:19 | 92:5 95:5 96:3 |
| 72:12,21 73:9 | **room**  22:11 | 58:21,24 59:2 | 104:16,19 |
| 73:14,19,24 | 81:2 86:16 | 59:4 106:4,8 | 105:4,9,21,25 |
| 74:5,10,14,21 | 88:7 | **scheduled** | 106:2 107:7,13 |
| 75:4,11,12,20 | **royzengurt** | 102:19,25 | 107:15 108:11 |
| 76:19,23 77:3 | 50:20 67:10 | 103:7,12 104:2 | 108:18 109:22 |
| 77:8,10,13,15 | **royzengurt's** | 104:8,10 | 110:21 111:3 |
| 77:18,21,24 | 67:11 | 106:14 110:11 | 111:11 112:2 |
| 78:2,4,19 | **rpw**  101:2 | **schneider**  60:9 | 113:5 |
| 79:10,21,23 | 113:22 | **scollan**  2:6 5:3 | **screen**  19:6,9 |
| 80:8,9,23 81:8 | **rules**  1:23 6:7 | 5:5,25 7:2 | 25:8 28:17 |
| 83:3,7,14,19 | **russian**  2:22 | 10:17 11:5 | 82:18,19 91:18 |
| 84:4,13 85:23 | 4:8,9 7:7 | 15:13,17 18:24 | 105:10,12 |
| 85:25 86:14 | **rxr**  2:4 | 19:5 20:4,8,9 | 107:21 |
| 88:7,11,25 | | 21:12,18,22 | **scroll**  90:24 |
| 89:6 90:12 | | 22:2,16,20 | **sealing**  3:5 |
| 101:12 107:17 | | 23:13,15 24:10 | |

**[section - sole]**

| | | | |
|---|---|---|---|
| **section** 94:9 | 36:6 41:17 | 88:25 89:5 | **shows** 81:11 |
| 98:3,6 100:7,8 | 46:13 62:25 | 90:12 93:11 | 95:15 |
| **sections** 93:16 | 64:19 67:15 | 104:13 106:6 | **side** 20:3 25:6 |
| **see** 6:2 19:23 | 68:3,8,13,17,21 | 106:15 107:5 | **sign** 39:8 |
| 19:25 20:10,14 | 69:2,5,7 73:7 | 108:4 109:9,18 | **signature** 19:18 |
| 25:21 28:21 | 77:3,4 | 110:10 | 23:4 24:23 |
| 29:3,9,12,22 | **services** 1:13 | **set** 114:8,16 | 25:3,6,18 |
| 30:2,12,19 | 2:15 13:4,5,7 | **setting** 87:10 | 114:18 |
| 32:11 35:15 | 13:12,13,17 | 94:12,13,17 | **signed** 3:13,15 |
| 59:4 63:5 | 14:8,14 15:11 | **settings** 56:22 | 23:11,17 64:15 |
| 64:13 65:16 | 16:21 18:8,9 | **seven** 87:9,20 | 100:18,20 |
| 72:23 74:16,23 | 18:12 22:14,22 | 88:2 98:8 | 101:24 |
| 75:19 96:9 | 27:14 31:9 | **sh** 19:14 | **signs** 86:19 |
| 101:4 105:20 | 35:23 36:16,17 | **share** 19:6,9 | **similar** 25:23 |
| 105:23 107:25 | 36:20 37:8,23 | 25:8 28:17 | **simple** 46:10 |
| 111:15 112:5 | 38:19,24 39:19 | 105:9 107:21 | **sincere** 21:8 |
| **seen** 22:7 | 40:11 41:10,23 | **sharing** 105:11 | **single** 45:14 |
| **send** 14:5 31:13 | 42:8,17 43:3 | **sheepshead** | 86:9 |
| **sends** 87:18 | 43:14,21 45:4 | 2:16 | **sir** 19:23 20:11 |
| **sent** 17:8 24:4 | 45:13,19 46:24 | **sheet** 115:2 | 20:17 25:21 |
| 30:20 80:14 | 49:23 50:12 | **shirt** 87:3,6 | 30:2,12,20 |
| **september** | 52:7,13 56:9 | **shockwave** | 32:11 63:5 |
| 37:14 40:24 | 57:10,13 58:12 | 13:10 33:4,17 | 64:13 78:25 |
| **served** 5:18 | 61:14 64:4,21 | 82:3,9,10 83:4 | 92:6 101:4 |
| 11:25 12:19 | 64:24 65:10 | 83:11 85:15,16 | 104:21 |
| 24:15 31:17 | 67:18 70:3 | 86:15 88:21 | **sits** 80:25 |
| 62:24 75:12 | 71:2 72:11 | 91:14 92:9 | **six** 87:20 |
| **service** 9:6,18 | 73:3,8,13,18,23 | 100:25 101:2 | 107:19 |
| 10:3,11,14,25 | 74:4,9,21 75:4 | 113:22 | **skin** 85:18 |
| 11:8,10,16,22 | 76:20,24 77:5 | **shorthand** 1:21 | **slower** 95:17 |
| 13:2,3 24:16 | 77:10,15,20 | **show** 56:20,21 | **small** 82:15 |
| 27:7 28:19 | 78:2,6,21 79:5 | 105:13 | **smirnov** 52:10 |
| 31:11 32:10,24 | 79:21 80:24 | **showed** 82:22 | 52:17,25 |
| 32:25 33:3 | 81:16 83:5,12 | 84:22 | **sole** 1:11 2:10 |
| 34:20 35:14,21 | 83:17 88:12,16 | | 5:13 29:5,24 |

**[somebody - take]**                                                    Page 20

**somebody** 50:3
**son** 89:17
**sorry** 20:20
  21:23 22:17
  23:20 26:15
  34:10 52:9
  53:15 54:11
  55:6 95:6
  105:8
**sort** 91:19
**sound** 6:22 8:6
**sounds** 6:21
  20:4
**south** 2:11
**southern** 103:3
**speak** 6:11 7:10
  8:9 12:8,11,18
  12:21 31:21
  32:13
**speaking** 7:7
  20:19 26:15
  53:13 54:10
  72:15 79:13
  105:8 109:12
**speaks** 6:17
**specific** 8:18
  33:21 45:7
  58:17 63:2
  87:12,25 99:11
  99:16
**specifically**
  46:14 62:22
  65:25 78:12
  81:11 90:25
  93:15 94:14

97:14 99:18
  104:11
**specify** 55:8
**speed** 87:10
  95:15,20,23
  97:11
**spell** 14:18,20
  51:3
**spoke** 61:7
**spoken** 22:3
**staff** 86:18
**stain** 92:4
**started** 16:6
**starting** 29:7
**state** 1:22 4:5
  4:13,17,20
  55:6 110:22
  114:5
**stated** 86:17
**statement** 63:2
  113:18
**statements**
  31:7
**staten** 2:11
  105:3
**states** 1:2
**stay** 58:6
**step** 21:10
  27:20 48:2
  66:7 68:14,15
  69:13,16,19
  70:2,6,10
  71:22 72:20
  73:17 77:8,9
  80:17 86:11

93:8
**stipulated** 3:3,8
  3:12
**stipulations**
  1:24 3:2
**stop** 47:3
**stopped** 61:13
  61:19 108:8
**store** 31:5
**stored** 17:23
**stream** 103:15
**street** 16:25
  26:10 35:4
  36:12 37:5,19
  41:7,20 42:5
  42:14,23 43:9
  44:5 47:4
  48:17 59:9
  103:22 104:24
  105:2 106:10
  106:12
**stybel** 1:10,11
  2:9,10 5:13,14
  5:21 19:13,19
  19:22 20:15
  21:3,6 22:4,7
  22:11,14,23
  23:12,18 25:15
  25:17 27:15,24
  29:5,10,24,25
  31:18 44:24
  90:18 91:24
  92:3 109:3
  115:4

**stybel's** 23:4
  24:22 25:3
  101:15
**submitted**
  19:12,17 90:18
  91:24
**subpoena** 5:17
  11:25 12:6,9
  12:19,22 24:14
  28:12,18,24
  29:3,21 30:17
  31:16 62:24
  75:12 89:25
  113:11,14
**subscribed**
  112:16 115:22
**sunstone** 1:13
  107:5
**supplies** 1:13
  107:2
**sure** 8:22 38:23
  44:13 51:5,7
  54:11,12 55:12
  59:23 82:25
  86:10 108:18
**sworn** 3:15 4:4
  4:13 112:16
  114:8 115:22

**t**

**t** 4:2,2,11 44:9
  50:22 52:22,22
  113:9
**take** 7:9 27:20
  44:11 48:2
  59:5 66:7

**[take - therapy]**                                            Page 21

71:22 72:20
80:2,17 86:6
86:11 87:3
93:8 107:7
111:15
**taken**   1:20
   21:16 44:15
   80:4 107:11
**takes**   87:8
**talking**   23:10
   27:17,19 62:8
**tamara**   2:21
**taught**   15:6
**tax**   29:6 60:2,6
**taxes**   60:4
**teach**   14:4 56:7
   56:7
**tech**   1:12 2:15
   9:6,18 10:3,11
   10:14,25 11:7
   11:8,10,16,21
   24:15 28:19
   31:8,11,17
   32:9,23 34:6
   34:20 35:13
   36:6 41:17
   58:13 62:25
   68:13 74:24
   75:20,22,24
   76:3,6,9 77:24
   77:25 78:5,13
   107:2 109:9
**tech's**   36:9
**technical**   13:4
   13:7,13,17

14:14 15:11
16:21 56:9
104:13 106:15
**technician**   13:4
13:7,9 14:8
18:7,12,17,22
22:13,22 27:7
35:23 36:17,20
37:8,23 38:19
38:24 39:18
40:11 41:10,23
42:8,17 43:2
43:14,21 45:4
45:19,24 46:5
46:22 48:25
50:2 55:16
57:13,18 58:4
61:13 64:4,21
64:23 65:8,9
65:21 66:3
67:18,22 70:3
70:6 71:2,7,22
72:2,8,11
73:13,18,23
74:4,9,20 75:3
76:20,24 77:4
77:9,14,20,25
78:6,14,17,20
78:22 79:5,21
80:23,25 81:4
81:5 83:5,12
83:17 85:5
86:14 87:24
88:8,11,16
89:18 90:11

98:23 102:16
106:6
**technicians**
16:17,20 27:14
27:23 28:4
33:21 34:6
39:16 45:7,13
47:13 48:7,11
48:15,23 49:16
49:23 50:6,12
55:18 56:2,7,8
57:23 58:16,20
60:24 61:19
67:5 71:16,17
73:2 80:16,19
81:8,15 83:13
83:22 84:18
88:24 89:5
92:22 93:7,10
99:3,18 101:12
102:19,25
103:7,12 104:2
104:8,12 106:5
106:14,18
107:18 108:9
**techs**   45:10
46:19 82:5
**tell**   35:6,19,25
36:14 37:7,10
37:22,25 41:9
41:22 42:16,25
43:11 45:2
47:2 58:15,19
70:16 98:20
99:22 100:4

**ten**   44:12 94:13
   96:15 98:7
**terms**   46:11
**test**   9:5,9 13:10
   14:4,5 33:4
   47:24 56:21,23
   56:24 81:4,5
   82:19 86:19,20
   86:21,23 88:16
   98:23
**testified**   4:14
   11:14 22:6
   45:22
**testify**   7:25
**testimony**
   114:7,10
**tests**   8:13,15,17
   9:13,18 11:18
   13:24 33:17
   102:17
**text**   17:19 31:3
   59:6,7 61:10
   91:21
**thank**   20:7,8
   21:14 30:24
   44:13 107:9,10
   109:22 111:2,3
   111:6,8,10
   112:8,10
**therapeutic**
   91:14 92:9
**therapy**   88:18
   88:21,22 91:7
   92:13 100:17

**thing**  88:22
91:20
**think**  8:3 51:12
53:25 59:22
68:20 70:22
80:3 94:7 97:8
107:8 111:14
**third**  47:21
**thirds**  20:2
**thoracic**  97:23
98:25 100:6
**thought**  54:16
97:9
**three**  71:17
98:14
**time**  3:11 6:17
7:20 14:10
16:5 21:17
44:16 57:12
61:6,9,12 80:5
105:24 106:17
107:12,17
108:12 109:25
111:14 112:4,9
112:11
**times**  85:4 94:2
**tin**  19:19
**title**  91:6
**titled**  92:9,13
100:24
**today**  5:8 7:25
62:9 80:8
104:14
**together**  12:5

**told**  42:7 43:16
46:23 68:19
78:22 104:11
**top**  20:14 25:15
93:12,16
101:16
**touch**  82:18
**trading**  79:10
79:11,24
**train**  99:17
**trained**  58:8
**training**  56:15
56:18 57:16,17
57:22 58:3
**transcript**
111:12 112:5
114:9
**translate**  4:6
**translation**
55:8 59:22
**translations**
2:22
**transmitter**
100:11
**treat**  10:4
87:12,17
**treated**  89:6
93:17 98:18
99:6
**treatment**  10:5
10:7 85:15,16
85:22,25 86:6
86:15 87:7,8
87:23 88:6
91:14 92:18,19

94:4 96:18
101:3 113:22
**tremont**  105:23
106:11
**trial**  3:11
**true**  55:17
88:10 114:9
**truly**  31:10
**truthfully**  7:25
**try**  51:2
**trydat**  52:21
53:4 71:12,13
71:21,25 72:6
73:22 77:13,14
83:18,18,21
84:2
**turning**  97:14
**twelve**  94:13
**two**  20:2 46:21
75:6,19 82:22
88:7
**type**  100:11
**typed**  65:16

**u**

**u**  4:11 14:21
**udeme.com.**
14:16
**under**  5:14
7:15,23 29:3
29:25 90:18
98:6
**underneath**
25:18 85:18
**understand**
6:12 7:14

16:14 58:10
78:10
**understanding**
88:5,20
**understands**
40:3 43:23
55:23
**understood**
57:19 58:8
**uniondale**  2:5
**united**  1:2
**upper**  20:2
**use**  48:17 81:8
81:9 83:13,19
85:4 99:2
**used**  48:7 81:15
81:25 82:6
83:4 97:18,23
98:3 110:9
**usually**  49:19

**v**

**v**  5:20 17:13
52:11 115:4
**vacation**  71:16
**valley**  103:14
**verbal**  6:10 7:4
**veritext**  115:2
**versus**  94:19
**video**  7:20
**view**  91:3
**virtually**  7:19
91:25
**visible**  20:3

**w**

**w** 89:2
**waived** 3:7
**walk** 80:22
**want** 6:5 16:16
  38:20 40:16
  50:8 91:16
**wanted** 96:25
  112:5
**watch** 56:24
**wave** 88:17,21
  91:7 92:13
**way** 55:17
  68:24 99:9,16
  99:22 100:4
  114:14
**we've** 43:17
  56:8 62:8 80:7
**website** 69:5,10
  69:17,23 76:7
**week** 46:21
  93:21 94:2,4
**weeks** 46:21
**went** 59:3
**west** 103:14
**whereof** 114:16
**wife** 11:19 12:8
  12:22 15:22
  16:7 63:24
  64:16 70:16
  76:12
**wife's** 11:17
  63:20 70:12,14
**witness** 1:19
  2:16 4:7,9,12

4:19,22 11:4
14:18 15:16
18:5 40:3
43:23 55:23
82:22 105:14
113:3 114:7,11
114:16 115:5
**word** 20:21
**work** 8:12
  10:10 11:18
  16:10,21 35:8
  35:10,21 44:2
  50:8 51:22
  52:17,18 53:11
  53:19 54:3,22
  59:13 94:11
  95:18 106:19
**workday** 58:7
**worked** 10:13
  10:21,23 11:6
  50:6 51:23
  57:4 65:21
  66:25 78:14
  89:16,17
**working** 16:17
  95:16 97:12
**works** 33:5
  44:5 61:3
  95:20,23
**write** 52:5
  53:20 54:4
  78:22
**written** 80:10

**x**

**x** 1:5,15 103:9
  113:2,9

**y**

**y** 52:22
**yana** 1:12 5:15
  12:13,17,18
  17:20 23:22,23
  23:24 24:2,12
  25:25 26:4,20
  26:23,24 27:4
  27:5,6,10,13,22
  28:3 34:15,18
  35:17 36:11,19
  37:2,18 38:5,8
  38:23 41:2,9
  41:14,19 42:4
  42:13,22,25
  43:8,11,16
  44:2,6,22 45:2
  45:6,10,20
  46:3,19,25
  47:2 48:13,16
  49:11 58:15,18
  61:3,7,12,18
  62:7,8,11
  85:23 86:3
  88:13 91:11
  92:25 100:16
  101:8,19,23
  102:19,25
  103:7,12 104:2
  104:7,10 106:4
  106:7,14,17
  107:18 108:8

108:22,22
110:11
**yana's** 17:17
  18:4 26:19
  35:3
**year** 13:18
  14:12 26:21
  31:6 108:8
**york** 1:3,12,23
  2:5,11,17 4:5
  4:14,24 17:2
  26:11 60:14
  68:14,15 69:13
  69:16,19 70:2
  70:6,10 73:17
  77:8,9 102:9
  114:5 115:2

**z**

**z** 106:23
**zero** 93:25
**zoom** 19:7 20:5
  20:5,13 32:6
  91:2
**zooming** 64:9

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.