# EXHIBIT "15A"

you have received this transmission in error, please immediately reply via e-mail and then delete the transmission from all forms of storage and destroy all hard copies.

**From:** Dzianis Mironau <dennismironov▮▮▮▮▮>
**Sent:** Friday, March 3, 2023 7:28 PM
**To:** Oleg Mestechkin <OM@lawmlg.com>
**Subject:** Fwd: Shock wave ppw

Sent from my iPhone

Begin forwarded message:

> **From:** New York Medical Billing <newyorkmedicalbilling@gmail.com>
> **Date:** January 28, 2022 at 4:24:49 PM EST
> **To:** Dzianis Mironau <dennismironov▮▮▮▮▮>
> **Subject: Shock wave ppw**
>
> New paperwork for the following locations:
>
> 1. 127 Post Ave
> 2. 2098 Rockaway Ave
> 3. 409 Rockaway Ave
> 4. 92-08 Liberty Ave
> 5. 4226 3rd Ave
> 6. 2598 3rd Ave
> 7. 225-21 Linden Bvld
> 8. 1767 Southern Bvld
> 9. 37-03 92nd Street
> 10. 3060 E tremont
> 11. 3432 E tremont
> 12. 175-20 Hillside

2

13. 17004 Henley

14. 6937 Myrtle

15. 900B E tremont

---------- Forwarded message ----------
From: **Shockwave** <swtherapypc@gmail.com>
Date: Fri, Jan 28, 2022 at 4:19 PM
Subject: Shock wave ppw
To: <newyorkmedicalbilling@gmail.com>

Hello,

Please see the attached shock wave paperwork.

Have a nice day.

--

**New York Billing & Processing Corp.**

3063 Brighton 8th Street 2nd Floor

Brooklyn, NY 11235

(718) 872-7333

&lt;HIPAA FORM.pdf&gt;

&lt;ESWT-Consent-Form OLUBUSOLA BRIMMO MD LLC.pdf&gt;

&lt;AOB OLUBUSOLA BRIMMO MD LLC.pdf&gt;

&lt;New super bill shock wave therapy.pdf&gt;

&lt;shock SIGN-IN OLUBUSOLA BRIMMO MD LLC.pdf&gt;

or any information contained in it is strictly prohibited, and may be subject to criminal and civil penalties. If you have received this transmission in error, please immediately reply via e-mail and then delete the transmission from all forms of storage and destroy all hard copies.

**From:** Dzianis Mironau <dennismironov▮▮▮▮▮>
**Sent:** Friday, March 3, 2023 7:28 PM
**To:** Oleg Mestechkin <OM@lawmlg.com>
**Subject:** Fwd: PLEASE SEE ATTACHED UPDATED PPW

Sent from my iPhone

Begin forwarded message:

> **From:** New York Medical Billing <newyorkmedicalbilling@gmail.com>
> **Date:** February 16, 2022 at 1:01:53 PM EST
> **To:** Dzianis Mironau <dennismironov▮▮▮▮>
> **Subject: PLEASE SEE ATTACHED UPDATED PPW**
>
> updated AOB paperwork for NEW DOC for those 15 locations ONLY
>
> ---------- Forwarded message ---------
> From: **Shockwave** <swtherapypc@gmail.com>
> Date: Wed, Feb 16, 2022 at 10:26 AM
> Subject: PLEASE SEE ATTACHED UPDATED PPW
> To: <newyorkmedicalbilling@gmail.com>
>
> --
>
> **New York Billing & Processing Corp.**
>
> 3063 Brighton 8th Street 2nd Floor

2

Brooklyn, NY 11235

(718) 872-7333

you have received this transmission in error, please immediately reply via e-mail and then delete the transmission from all forms of storage and destroy all hard copies.

**From:** Dzianis Mironau <dennismironov ▮▮▮▮▮>
**Sent:** Friday, March 3, 2023 7:26 PM
**To:** Oleg Mestechkin <OM@lawmlg.com>
**Subject:** Fwd: NEW PAPERWORK

Sent from my iPhone

Begin forwarded message:

> **From:** New York Medical Billing <newyorkmedicalbilling@gmail.com>
> **Date:** December 9, 2021 at 3:56:41 PM EST
> **To:** Dzianis Mironau <dennismironov ▮▮▮▮▮>
> **Subject:** NEW PAPERWORK
>
> Starting 12/13/2021
>
> --
>
> **New York Billing & Processing Corp.**
>
> 3063 Brighton 8th Street 2nd Floor
>
> Brooklyn, NY 11235
>
> (718) 872-7333

2

you have received this transmission in error, please immediately reply via e-mail and then delete the transmission from all forms of storage and destroy all hard copies.

**From:** Dzianis Mironau <dennismironov █████>
**Sent:** Friday, March 3, 2023 7:25 PM
**To:** Oleg Mestechkin <OM@lawmlg.com>
**Subject:** Fwd: new doc shock notes

Sent from my iPhone

Begin forwarded message:

> **From:** NEW YORK MEDICAL BILLING <newyorkmedicalbilling@gmail.com>
> **Date:** October 27, 2021 at 1:50:52 PM EDT
> **To:** Dzianis Mironau <dennismironov █████>
> **Subject: new doc shock notes**
>
> for Monday 11/01/2021
>
> --
>
> **New York Billing & Processing Corp.**
>
> 3063 Brighton 8th Street 2nd Floor
>
> Brooklyn, NY 11235
>
> (718) 872-7333
>
> <RAJIVAN MANIAM MD SHOCKWAVE PACKET.pdf>

2

**From:** Dzianis Mironau <dennismironov █████>
**Sent:** Friday, March 3, 2023 7:25 PM
**To:** Oleg Mestechkin <OM@lawmlg.com>
**Subject:** Fwd: new shock notes

Sent from my iPhone

Begin forwarded message:

> **From:** NEW YORK MEDICAL BILLING <newyorkmedicalbilling@gmail.com>
> **Date:** October 8, 2021 at 4:18:12 PM EDT
> **To:** Dzianis Mironau <dennismironov █████>
> **Subject: new shock notes**
>
> starting 10/11/2021
>
> --
>
> **New York Billing & Processing Corp.**
>
> 3063 Brighton 8th Street 2nd Floor
>
> Brooklyn, NY 11235
>
> (718) 872-7333
>
> <RIOTTO NOTES.pdf>

2