# EXHIBIT "15B"

1:02

Yana

this week already because I wasn't sure

No problems

Table 1

| Day | Date | Ksenia | Jack | | Artem | | George | Artem 3.0 | FCT |
|---|---|---|---|---|---|---|---|---|---|
| Tuesday | 6/29/2021 | | | | 3910 Church ave | 20 | | | |
| Wednesday | 6/30/2021 | | 1120 Morris park | 8 | 3910 Church ave | 22 | | | |
| Thursday | 7/1/2021 | | 176 wilson ave | 9 | 3910 Church ave | 20 | | | |
| Friday | 7/2/2021 | | 1120 Morris park | 7 | 3910 Church ave | 20 | | | |
| Saturday | 7/3/2021 | | | | | | | | |
| Sunday | 7/4/2021 | | | | | | | | |
| Monday | 7/5/2021 | | | | 3910 Church ave | | | | |
| Tuesday | 7/6/2021 | 3910 Church ave | 1120 Morris park | | 108 kenilworth pl | | 180 Jamaica ave | 150 Graham ave | |
| Wednesday | 7/7/2021 | 3910 Church ave | 1611 E New York 11-7 | | 9801 Foster ave | | 30 S central | | |
| Thursday | 7/8/2021 | 3910 Church ave | 150 Graham ave | | | | 1611 E New York ave | 2088 Flatbush Ave | |
| Friday | 7/9/2021 | 3910 Church ave | 108 Kenilworth place | | | | | | |
| Saturday | 7/10/2021 | | | | | | | | |
| Sunday | 7/11/2021 | | | | | | | | |
| Monday | 7/12/2021 | 3910 Church ave | 1160 pelham pkwy | | 2088 Flatbush Ave | | 108 kenillwothh pl | | |
| Tuesday | 7/13/2021 | 3910 Church ave | 717 southern blvd bx | | 30 s central Vally | | 150 graham pl | | |
| Wednesday | 7/14/2021 | 3910 Church ave | 1160 pelham pkwy | | 9801 foster ave | | 1611 E New York ave | | |
| Thursday | 7/15/2021 | 3910 Church ave | 717 southern blvd bx | | 2088 Flatbush Ave | | 717 SOUTHERN BLVD | | |
| Friday | 7/16/2021 | 3910 Church ave | 108 Kenilworth place | | | | | | |
| Saturday | 7/17/2021 | | | | | | | | |
| Sunday | 7/18/2021 | | | | | | | | |
| Monday | 7/19/2021 | | | | | | | | |
| Tuesday | 7/20/2021 | | | | | | | | |
| Wednesday | 7/21/2021 | | | | | | | | |
| Thursday | 7/22/2021 | | | | | | | | |
| Friday | 7/23/2021 | | | | | | | | |
| Saturday | 7/24/2021 | | | | | | | | |
| Sunday | 7/25/2021 | | | | | | | | |
| Monday | 7/26/2021 | | | | | | | | |
| Tuesday | 7/27/2021 | | | | | | | | |

This is the schedule for the current week, please confirm whenever you have a chance. Just to make sure

**SHOCK WAVE THERAPY**

Office Address: 3910 Church ave Brooklyn NY 11203

Date: 7 / 5 / 21

| # | PATIENT NAME | PATIENT SIGNATURE |
|---|---|---|
| 1 | Benjamin Rivers | [illegible] |
| 2 | [illegible] | [illegible] |
| 3 | Fields, Clarence | Fields, Clarence |
| 4 | Stanley Goudard | Stanley G. |
| 5 | Dwayne Reynolds | [illegible] |
| 6 | [illegible] | [illegible] |
| 7 | Oluwaseye Ogunsua | [illegible] |
| 8 | Tamika Bennett | TBennett |
| 9 | Kasen Parker | [illegible] |
| 10 | Christopher O'Neal | [illegible] |
| 11 | Mark Wallace | M. Wallace |
| 12 | RICHARD BROWN | [illegible] |
| 13 | Ariel Brinard | [illegible] |
| 14 | Suzett Francis | S Francis |
| 15 | Garfield Stephenson | [illegible] |

iMessage



Yana >

Jul 6, 2021 at 12:44 PM

Sheet 1

Table 1

| Day | Date | Ksenia | | Jack | | Artem | | George | | Artem 3.0 |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | 6/28/2021 | | | | | 3910 Church ave | 17 | | | |
| Tuesday | 6/29/2021 | | | | | 3910 Church ave | 20 | | | |
| Wednesday | 6/30/2021 | | | 1120 Morris park | 8 | 3910 Church ave | 22 | | | |
| Thursday | 7/1/2021 | | | 176 wilson ave | 9 | 3910 Church ave | 20 | | | |
| Friday | 7/2/2021 | | | 1120 Morris park | 7 | 3910 Church ave | 20 | | | |
| Saturday | 7/3/2021 | | | | | | | | | |
| Sunday | 7/4/2021 | | | | | | | | | |
| Monday | 7/5/2021 | | | | | 3910 Church ave | 21 | | | |
| Tuesday | 7/6/2021 | 3910 Church ave | | 1120 Morris park | | 108 kenillworth pl | | 180 Jamaica ave | | 150 Graham ave (3p) |
| Wednesday | 7/7/2021 | 3910 Church ave | | 1611 E New York 11-7(3p) | | 9801 Foster ave | | 30 S central | | |
| Thursday | 7/8/2021 | 3910 Church ave | | 176 Wilson ave | | 2088 Flatbush Ave (3p) | | 1611 E New York ave | | 150 Graham ave |
| Friday | 7/9/2021 | 3910 Church ave | | 560 prospect ave | | | | | | 108 Kenilworth place |
| Saturday | 7/10/2021 | | | | | | | | | |
| Sunday | 7/11/2021 | | | | | | | | | |
| Monday | 7/12/2021 | | | 1100 pelham pkwy | | 3910 Church ave | | 108 kenillwothh pl | | 2088 Flatbush Ave |
| Tuesday | 7/13/2021 | 3910 Church ave | | 717 southern blvd bx | | 30 s central Vally | | | | 150 graham pl |
| Wednesday | 7/14/2021 | 3910 Church ave | | 1100 pelham pkwy | | 9801 foster ave | | 1611 E New York ave | | 717 southern blvd |
| Thursday | 7/15/2021 | 3910 Church ave | | 717 southern blvd bx (3p) | | 2088 Flatbush Ave | | | | 150 Graham ave (3p) |
| Friday | 7/16/2021 | 108 Kenilworth place | | | | 3910 Church ave | | | | |
| Saturday | 7/17/2021 | | | | | | | | | |
| Sunday | 7/18/2021 | | | | | | | | | |
| Monday | 7/19/2021 | | | | | | | | | |
| Tuesday | 7/20/2021 | | | | | | | | | |
| Wednesday | 7/21/2021 | | | | | | | | | |
| Thursday | 7/22/2021 | | | | | | | | | |
| Friday | 7/23/2021 | | | | | | | | | |
| Saturday | 7/24/2021 | | | | | | | | | |
| Sunday | 7/25/2021 | | | | | | | | | |
| Monday | 7/26/2021 | | | | | | | | | |
| Tuesday | 7/27/2021 | | | | | | | | | |
| Wednesday | 7/28/2021 | | | | | | | | | |
| Thursday | 7/29/2021 | | | | | | | | | |

So far, this is how the schedule looks like

New offices

611 east 76 street schedule

7.7. 7.15 7.20 7.29

Will add to the calendar add to yours please



1:02

Yana >

Jul 6, 2021 at 6:25 PM

Shockwave therapy
7-6-2021
180-09 Jamaica ave
14 clients

iMessage



1:03

Yana >

Jul 7, 2021 at 1:57 PM

| | Day | Date | Ksenia | | Jack | | Artem | | George | | Artem 3.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Th[illegible] | 7/1/2021 | | | 176 wilson ave | 9 | 3910 Church ave | 20 | | | |
| 6 | [illegible] | 7/2/2021 | | | 1120 Morris park | 7 | 3910 Church ave | 20 | | | |
| 7 | [illegible] | 7/3/2021 | | | | | | | | | |
| 8 | Sunday | 7/4/2021 | | | | | | | | | |
| 9 | Monday | 7/5/2021 | | | | | 3910 Church ave | 21 | | | |
| 10 | Tuesday | 7/6/2021 | 3910 Church ave | 21 | 1120 Morris park | 11 | 108 kenillworth pl | 14 | 180 Jamaica ave | 14 | 150 Graham ave (3p) |
| 11 | Wednesday | 7/7/2021 | 3910 Church ave | | 1611 E New York 11-7(3p) | | 611 East 76 st | | 30 S central | | 9801 Foster ave |
| 12 | Thursday | 7/8/2021 | 3910 Church ave | | 176 Wilson ave | | 2088 Flatbush Ave (3p) | | 1611 E New York ave | | 150 Graham ave |
| 13 | Friday | 7/9/2021 | 3910 Church ave | | 560 prospect ave | | | | | | 108 Kenilworth place |
| 14 | Saturday | 7/10/2021 | | | | | | | | | |
| 15 | Sunday | 7/11/2021 | | | | | | | | | |
| 16 | Monday | 7/12/2021 | 1120 Morris park | | 1100 pelham pkwy | | 3910 Church ave | | 108 kenillwothh pl | | 2088 Flatbush Ave |
| 17 | Tuesday | 7/13/2021 | 3910 Church ave | | 717 southern blvd bx | | 150 graham pl | | | | 30 s central Vally |
| 18 | Wednesday | 7/14/2021 | 3910 Church ave | | 1100 pelham pkwy | | 9801 foster ave | | 1611 E New York ave | | 717 southern blvd |
| 19 | Thursday | 7/15/2021 | 3910 Church ave | | 717 southern blvd bx (3p) | | 150 Graham ave (3p) | | 611 E 76 st | | 2088 Flatbush Ave |
| 20 | Friday | 7/16/2021 | 3910 Church ave | | 108 Kenilworth place | | | | | | |
| 21 | Saturday | 7/17/2021 | | | | | | | | | |
| 22 | Sunday | 7/18/2021 | | | | | | | | | |
| 23 | Monday | 7/19/2021 | | | | | 3910 Church ave | | | | 2088 Flatbush Ave |
| 24 | Tuesday | 7/20/2021 | 3910 Church ave | | 1100 pelham pkwy | | 30 s central Vally | | 611 E 76 st | | 717 southern blvd |
| 25 | Wednesday | 7/21/2021 | 3910 Church ave | | 560 prospect ave | | 9801 foster ave | | 108 kenillwothh pl | | 1611 East New York |
| 26 | Thursday | 7/22/2021 | 3910 Church ave | | 1611 E New York 11-7(3p) | | 2088 flatbus ave | | 150 graham ave | | |
| 27 | Friday | 7/23/2021 | 3910 Church ave | | 108 kenillworth pl | | | | 1120 morris park | | |
| 28 | Saturday | 7/24/2021 | | | | | | | | | |
| 29 | Sunday | 7/25/2021 | | | | | | | | | |
| 30 | Monday | 7/26/2021 | | | | | | | Morris park | | |
| 31 | Tuesday | 7/27/2021 | | | | | | | | | |
| 32 | Wednesday | 7/28/2021 | | | | | | | | | |
| 33 | Thursday | 7/29/2021 | | | | | | | 611 E 76 st | | |
| 34 | Friday | 7/30/2021 | | | | | | | | | |
| 35 | Saturday | 7/31/2021 | | | | | | | | | |

Текст Morris park

MacBook Pro

Jul 7, 2021 at 5:52 PM

7/7/21
Shockwave therapy
611 East 76th St
20

**SHOCK WAVE THERAPY**

Office Address: 611 East 76th Street, Brooklyn NY 11236

Date: 7 / 7 / 21

| # | PATIENT NAME | PATIENT SIGNATURE | |
|---|---|---|---|
| 1 | Urol Foster | [illegible] | 3 |
| 2 | Jasmati Bangaroo | Jasmati Bangaroo | 3 |
| 3 | Desiree madramootoo | [illegible] | 3 |
| 4 | Donald Brown | [illegible] | 3 |
| 5 | Andy Robinson | [illegible] | 3 |
| 6 | Marvette Roberts | [illegible] | 3 |
| 7 | nadine Josephs | nadine Josephs | 3 |
| 8 | Dornell Legere | [illegible] | 2 |
| 9 | Marolyn Christian | [illegible] | 3 |
| 10 | Kenecisha Douglas | [illegible] | 3 |
| 11 | James Parker Jr | [illegible] | 3 |
| 12 | Emmanuel J Gilles | [illegible] | 3 |
| 13 | Paul Bataille | [illegible] | 1 |
| 14 | N. Bernard | [illegible] | 3 |
| 15 | Shawn Darlington | [illegible] | 2 |
| 16 | Danielle Isles | [illegible] | 3 |

iMessage





1:03   37

Yana >

Jul 8, 2021 at 4:33 PM

WEDNESDAY, JUL 7

J 1568 Ralph Ave Danik all-day

MONDAY, JUL 12

1568 Ralph Ave Danik all-day

TUESDAY, JUL 20

1568 Ralph Ave Danik all-day

MONDAY, JUL 26

1568 Ralph Ave Danik all-day

Today

Jul 8, 2021 at 7:09 PM

Did you see this?

Yeah, I did, but so far I can't cover these days. Techs, not a problem, but we need more machines.

Delivered

   Reply



1:04   

Yana >

2 Replies

Did you see this?

Yeah, I did, but so far I can't cover these days. Techs, not a problem, but we need more machines.

Ahh 🤦‍♀️ okay tell me tomorrow which days you guys can't cover / offices

Yep, I will

Jul 9, 2021 at 8:38 AM

Hey, just to make sure, is this the correct address? 560 Prospect Ave Bronx, NY 10455.

Hey yes

Jul 9, 2021 at 10:29 AM

  iMessage



1:04   

Yana >

Jul 9, 2021 at 8:38 AM

Hey, just to make sure, is this the correct address? 560 Prospect Ave Bronx, NY 10455.

Hey yes

Jul 9, 2021 at 10:29 AM

Work Schedule copy.numbers

Sheet 1

Table 1

| Day | Date | Ksenia | Jack | Artem | George | Artem 3.0 |
|---|---|---|---|---|---|---|
| Saturday | 7/10/2021 | | | | | |
| Sunday | 7/11/2021 | | | | | |
| Monday | 7/12/2021 | 108 kenillwothh pl | 1100 pelham pkwy | 3910 Church ave | 1120 Morris park | 2088 Flatbush Ave |
| Tuesday | 7/13/2021 | 3910 Church ave | 717 southern blvd bx | 150 graham pl | 3636 E Treamont | 30 s central Vally |
| Wednesday | 7/14/2021 | 3910 Church ave | 717 southern blvd | 1611 E New York ave | 9801 foster ave | 1100 pelham pkwy |
| Thursday | 7/15/2021 | 3910 Church ave | 1611 E New York 11-7(3p) | 2088 Flatbush Ave | 611 E 76th st | 150 Graham ave (3p) |
| Friday | 7/16/2021 | | 108 Kenilworth place | 3910 Church ave | | |
| Saturday | 7/17/2021 | | | | | |
| Sunday | 7/18/2021 | | | | | |
| Monday | 7/19/2021 | | | 3910 Church ave | | 2088 Flatbush Ave |
| Tuesday | 7/20/2021 | 3910 Church ave | 1100 pelham pkwy | 30 s central Vally | 611 E 76 st | 717 southern blvd |
| Wednesday | 7/21/2021 | 3910 Church ave | 560 prospect ave | 9801 foster ave | 108 kenillwothh pl | 1611 East New York |
| Thursday | 7/22/2021 | 3910 Church ave | 1611 E New York 11-7(3p) | 2088 flatbus ave | 150 graham ave | |
| Friday | 7/23/2021 | 3910 Church ave | 108 kenillworth pl | | 1120 morris park | |
| Saturday | 7/24/2021 | | | | | |
| Sunday | 7/25/2021 | | | | | |
| Monday | 7/26/2021 | | | | 1120 morris park | |
| Tuesday | 7/27/2021 | | | | | |
| Wednesday | 7/28/2021 | | | | | |

So this is our schedule for next week.

Совместная работа

| L | M | N |
|---|---|---|
| | ?? | Notes |
| | | |
| | 1568 Ralph ave | |
| | 2426 eastchhester road | |



1:04

Yana >

So this is our schedule for next week.

And these are the locations that I'm not able to cover. But I do have 3 slots for Friday, so if it's possible to move them it would be great

Jul 9, 2021 at 6:30 PM

SHOCK WAVE THERAPY

Office Address: 108 Kenilworth PL

Date: 7/9/21

iMessage

SHOCK WAVE THERAPY

Office Address: 3626 E Treamont

Date: 3 / 13 / 21

| # | PATIENT NAME | PATIENT SIGNATURE | |
|---|---|---|---|
| 1 | Tyles Wittaker | [illegible] | 2 |
| 2 | Jose l. Vasquez | [illegible] | 2 |
| 3 | Edinson Ulloa | [illegible] | 2 |
| 4 | Wayne Clarke | W. Cl[illegible] | 3 |
| 5 | Ashley Vasquez | [illegible] | 2 |
| 6 | Edisson Quito | [illegible] | 3 |
| 7 | DAWN, Clarke | [illegible] | 3 |
| 8 | RONALD DIDERICK: | [illegible] | 1 |
| 9 | Chris Boston | [illegible] | 3 |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

1:07
36
YS
Yana
17 GABRIEL REALES
18
19
20
3
7/15/21
Shockwave
611 East 76th st
17
Jul 15, 2021 at 9:22 PM
Thank you!
Jul 16, 2021 at 11:33 AM
Privet can we go through the schedule, I'll call you in 30 min ?
Sure
Jul 16, 2021 at 6:32 PM
7/16/21
Shockwave
3910 Church ave
20
SHOCK WAVE THERAPY
Office Address: 3910 Church ave
iMessage
Cash

108 kenilworth pl.

Patient Sign In

Doctor Shockwave Therapy

Date: 07/16/2021

| | Print Name | Signature | NEW |
|---|---|---|---|
| 2p. | 1. Mauricio Glanvill | | |
| 3p. | 2. Giselle Moscova | | |
| 3p. | 3. Patrick Owen | | |
| 3p. | 4. Herkema Powell | | |
| 3p. | 5. Thadeus Gibson | | |
| 2p. | 6. Joshua Peters | | |
| | 7. | | |
| | 8. | | |
| | 9. | | |
| | 10. | | |
| | 11. | | |
| | 12. | | |
| | 13. | | |
| | 14. | | |
| | 15. | | |
| | 16. | | |
| | 17. | | |
| | 18. | | |
| | 19. | | |
| | 20. | | |

07/16/2021
108 kenilworth pl
6 pt

Jul 19, 2021 at 10:16 AM

Hey how many days do we owe for ?

I'll let u know when I get to the office

22 shockwave

iMessage

1:08 

Yana >

Doctor: Shockwave Therapy Date: 07 /20

| | Print Name | Signature |
|---|---|---|
| 3p | 1. Chelsea Mora | [illegible] |
| 3p | 2. HECTOR MARTINEZ | [illegible] |
| 3p | 3. Nicholas Chambers | [illegible] |
| 3p | 4. Carlton Robinson | [illegible] |
| 3p | 5. Paul LAVAME | [illegible] |
| 3p | 6. Jenny Lopez | [illegible] |
| 3p | 7. alain Morales | [illegible] |
| 3p | 8. Maria Jimenez | [illegible] |
| 3p | 9. RUSSELL WELLS | [illegible] |
| 3p | 10. Angel Ramirez | [illegible] |
| 3p | 11. [illegible] Stephenson | [illegible] |
| 3p | 12. Abigail Ramos | [illegible] |
| 3p | 13. Steven Figueroa | [illegible] |
| 3p | 14. Julio Bonilla | [illegible] |
| 3p | 15. Brandon Gonzalez | [illegible] |
| 3p | 16. Yamell Polanco | [illegible] |
| 3p | 17. Ganyxa Rincon | [illegible] |
| 3p | 18. DANiel Lobo | [illegible] |
| 3p | 19. JAMAINE Cogdell | [illegible] |
| 3p | 20. Israel Perez | [illegible] |

1100 Pelham parkway
Shockwave
20
07/20/2021

Jul 21, 2021 at 11:52 AM

Which day did you say is available next week ?

So far 1 Monday, 2 Tuesdays, 1 Wednesday and 5 friday

  iMessage

1:10 

Yana >

20

Fri 7/23
Shockwave
3910 Church ave
20

FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL

SHOCK WAVE THERAPY

Office Address: 3910 Church ave

Date: 7/23/21

| # | PATIENT NAME | PATIENT SIGNATURE |
|---|---|---|
| 1 | Gabrielle Antoine | Gabrielle [illegible] |
| 2 | Andre Bethel | Andre Bethel |
| 3 | Ashanti Douglas | [illegible] |
| 4 | Jared Burke | [illegible] |
| 5 | Sylvester Rose [illegible] | [illegible] |
| 6 | Derwin Roberts | [illegible] |
| 7 | Amahwi Laurent | [illegible] |
| 8 | Elijah Albert | [illegible] |
| 9 | America Smith | [illegible] |
| 10 | Annmarie Talford | [illegible] |
| 11 | Andrea Espute | A Espute |
| 12 | DiJon Lewis | [illegible] |
| 13 | Trina Kelly | [illegible] |
| 14 | Shantel Clemons | [illegible] |
| 15 | Suzett Francis | S. Francis |
| 16 | Elson Alcamar | Elson Alcamar |
| 17 | Christopher Hyscott | C. Hyscott |
| 18 | Karen Brown | K Brown |
| 19 | Judith Glasgow | [illegible] |
| 20 | Amadu Barrie | A.m Barrie |

Jul 26, 2021 at 7:43 AM

Good morning how many days for last week

26 Shockwave

  iMessage

1:11

Yana >

Jul 26, 2021 at 5:50 PM

Privet what time will you be here

Around 7.30

Okay the earlier the better

I'll try

I'll stop by in 40 mins

You far?

20 mins

Patient Sign In

Doctor: Shockwave Therapy

Date 07/26/2021

NEW

| | Print Name | Signature |
|---|---|---|
| 3P | 1. | |
| 3P | 2. | |
| 3p | 3. | |
| 3p | 4. | |
| 3p | 5. | |
| 3p | 6. | |
| 3p | 7. | |
| 3p | 8. | |
| 3p | 9. | |
| 3p | 10. | |
| 3p | 11. | |
| 3p | 12. | |
| 3p | 13. | |
| 3p | 14. | |
| 3p | 15. | |
| 3p | 16. | |
| 3p | 17. | |
| 3p | 18. | |

iMessage

1:12
35
YS
Yana
PATIENT NAME
PATIENT SIGNATURE
7/29/21
Shockwave therapy
611 east 76 street
22
Jul 30, 2021 at 12:39 PM
Did you guys do 2426 east Chester 07/27 or no ?
I'll let you know in 20 mins
Nope it was not us
Jul 30, 2021 at 6:53 PM
SHOCK WAVE THERAPY
iMessage
Cash

YS

Yana

**SHOCK WAVE THERAPY**

Office Address: 560 Prospect Ave

Date: 8/2/21

| # | PATIENT NAME | PATIENT SIGNATURE | |
|---|---|---|---|
| 1 | Manuel Garcia | [illegible] | 3 |
| 2 | Juana Mirabal | [illegible] | 3 |
| 3 | Jose A Morales | [illegible] | 3 |
| 4 | Isaac Almonte | Isaac Almonte | 3 |
| 5 | Janilsa Salazar | Janilsa Salazar | 3 |
| 6 | Scarlet Sanchez | [illegible] | 3 |
| 7 | Umberto Sanchez | [illegible] | 3 |
| 8 | Odly Villegas | Odly Villegas | 3 |
| 9 | Michelle Henson | [illegible] | 3 |
| 10 | Willie Bell | [illegible] | 3 |
| 11 | Josefa Iciano | Josefa Iciano | 3 |
| 12 | Emmanuel Hodge | Emmanuel Hodge | 3 |
| 13 | Russell Pow | Russell [illegible] | 3 |
| 14 | April Spruce | April [illegible] | 3 |
| 15 | Lateek Anderson | [illegible] | 3 |
| 16 | Jasmin Esbri | [illegible] | 3 |
| 17 | Francisco F. Castro | F. F. Castro | 3 |
| 18 | Darron Ferrel | [illegible] | 3 |
| 19 | Juan Rosario | Juan Rosario | 3 |
| 20 | Shane Tucker | Shane Tucker | 3 |

8/2
Shockwave
560 Prospect Ave
20

Sep 7, 2021 at 10:20 AM

Репорты, у тебя в офисе, Моррис забрал. Дэн остальное позже подвезёт. Хорошего дня

Хорошо спасибо большое тебе тоже

iMessage