# EXHIBIT "17"

Page 1

1

2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
3    -----------------------------------------X
     GOVERNMENT EMPLOYEES INSURANCE COMPANY, et
4    al.,
                              PLAINTIFF,
5
6           -against-    Civil Action No.:
                         1:22-cv-02965-EK-LB
7
     MARK H. VINE, M.D., et al.
8
                              DEFENDANT.
9    -----------------------------------------X
     GOVERNMENT EMPLOYEES INSURANCE COMPANY, et
10   al.,
                              PLAINTIFF,
11
12          -against-    Civil Action No.:
                         1:22-cv-02834-PKC-MMH
13
14   ELENA BORISOVNA STYBEL, D.O., et al.
15                            DEFENDANT.
     -----------------------------------------X
16   GOVERNMENT EMPLOYEES INSURANCE COMPANY, et
     al.,
17                            PLAINTIFF,
18
            -against-    Civil Action No.:
19                  1:22-cv-03804-ARR-RLM
20   SERGEY KALITENKO, M.D., et al.
21                            DEFENDANT.
     -----------------------------------------X
22                   DATE: March 29, 2023
23                   TIME: 12:30 P.M.
24
25       (DEPOSITION of PARESH VEDAWALA)

Page 2

1

2                    DATE: March 29, 2023

3                    TIME: 12:30 P.M.

4

5          DEPOSITION of a Non-Party Witness,

6   PARESH VEDAWALA, taken by the Plaintiff,

7   pursuant to a Subpoena and to the Federal

8   Rules of Civil Procedure, held at the

9   offices of Rivkin Radler LLP, 477 Madison

10  Avenue, Suite 410, New York, New York

11  10022, before Enrique Alvarado, a Notary

12  Public of the State of New York.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1
2   A P P E A R A N C E S:
3
4   RIVKIN RADLER, LLP
        Attorneys for the Plaintiff
5       926 RXR Plaza West Tower, 9th Floor
        Uniondale, New York 11556
6       BY: MICHAEL VANUNU, ESQ.
        michael.vanunu@rivkin.com
7
8   LAW OFFICE OF JONATHAN SAVELLA
        Attorneys for the Defendant
9       MARK H. VINE, M.D.
        40 Exchange Place, Suite 1800
10      New York, New York 10005
        BY: JONATHAN SAVELLA, ESQ.
11      Jon@jonathansavella.com
12
    THE MEAD LAW FIRM, P.C.
13      Attorneys for the Defendant
        SERGEY KALITENKO, M.D.
14      3033 Brighton 3rd Street
        Brooklyn, New York 11235
15      BY: WESLEY ROBERT MEAD, ESQ.
        Wmeadlaw@gmail.com
16      (Via video conference)
17
    BRACH EICHLER LLC
18      Attorneys for Paresh Vedawala
        101 Eisenhower Parkway
19      Roseland, New Jersey 07068
        BY: KONSTANTINE PASCHALIDIS, ESQ.
20
21
    ALSO PRESENT:
22
        Alison Stapleton, Esq.
23      Rivkin Radler, LLP
24
25

Page 4

1

2    F E D E R A L   S T I P U L A T I O N S

3

4

5    IT IS HEREBY STIPULATED AND AGREED by and

6    between the counsel for the respective

7    parties herein that the sealing, filing and

8    certification of the within deposition be

9    waived; that the original of the deposition

10   may be signed and sworn to by the witness

11   before anyone authorized to administer an

12   oath, with the same effect as if signed

13   before a Judge of the Court; that an

14   unsigned copy of the deposition may be used

15   with the same force and effect as if signed

16   by the witness, 30 days after service of

17   the original & 1 copy of same upon counsel

18   for the witness.

19

20   IT IS FURTHER STIPULATED AND AGREED that

21   all objections except as to form, are

22   reserved to the time of trial.

23

24                *     *     *     *

25

Page 5

                        P. VEDAWALA
1
2   P A R E S H   V E D A W A L A, called as a
3   witness, having been first duly sworn by a
4   Notary Public of the State of New York, was
5   examined and testified as follows:
6   EXAMINATION BY
7   MR. VANUNU:
8        Q.    Please state your name for the
9   record.
10       A.    Paresh Vedawala.
11       Q.    What is your address?
12       A.    580 Fifth Avenue, New York, New
13  York 10036.
14              (Whereupon, Government
15          Employees Insurance Co. v. Mark H.
16          Vine, M.D. Subpoena was marked as
17          Exhibit 1 for identification as of
18          this date by the Reporter.)
19              (Whereupon, Government
20          Employees Insurance Co. v. Elena
21          Borisovna Stybel, D.O. Subpoena was
22          marked as Exhibit 2 for
23          identification as of this date by the
24          Reporter.)
25              (Whereupon, Government

1                    P. VEDAWALA

2       Employees Insurance Co. v. Sergey

3       Kalitenko M.D. Subpoena was marked as

4       Exhibit 3 for identification as of

5       this date by the Reporter.)

6            (Whereupon, Copy of Blue Tech

7       and Sunstone Records was marked as

8       Exhibit 4 for identification as of

9       this date by the Reporter.)

10           (Whereupon, Blue Tech Services

11      Statement Summary was marked as

12      Exhibit 5 for identification as of

13      this date by the Reporter.)

14           MR. PASCHALIDIS:  There was an

15      updated topic subject matter list

16      sent on Friday.  I had a personal

17      emergency on Friday, a family issue.

18      We did not get it to the witness

19      until this week.

20           I don't want to be accused of

21      not having the right witness or that

22      the witness was unprepared for these

23      topics.  I noticed that there were

24      additional companies that weren't

25      disclosed.

1              P. VEDAWALA

2        I asked the witness to leave so

3    as not to suggest potential answers

4    to him but I would be surprised if he

5    was well aware of these topics

6    because we didn't provide them to him

7    until very recently.

8         So just in good faith to let

9    Mr. Vanunu know that if that is an

10   issue, we can notice another

11   deposition and come back for those

12   topics because we just didn't have

13   time to prepare for them.

14        MR. VANUNU:  Due to the timing,

15   I understand the inability to

16   properly prepare the witness for the

17   updated 30(b)(6) rider that was sent

18   in regard to the subpoena in

19   Government Employees Insurance

20   Company versus Sergey Kalitenko.  The

21   updated rider was only sent with

22   respect to that subpoena on that

23   case.

24        Should there be further inquiry

25   with respect to the items listed on

Page 8

1                    P. VEDAWALA

2          that rider, we will have a

3          conversation and work in good faith

4          with Counsel to discuss what the

5          possible next steps will be should

6          that case continue to go forward and

7          those issues go forward.

8               But for the purposes of

9          efficiency, we're hoping to get as

10         much done in this deposition as

11         possible, which is why we are

12         scheduling currently having three

13         nonparty depositions on three

14         different cases, for the same

15         corporation, proceeding at the same

16         time, for efficiency purposes.

17              And to that end, while the

18         witness is out, I'll put on the

19         record that this deposition is

20         pursuant to subpoena.  There were

21         three subpoenas issued.  Each

22         subpoena is issued as Exhibit 1, 2

23         and 3 respectively.

24              The cases are Government

25         Employees Insurance Company versus

Page 9

1                    P. VEDAWALA

2          Mark H. Vine, M.D., et al.,

3          Government Employees Insurance

4          Company versus Elena Borisovna

5          Stybel, et al., and Government

6          Employees Insurance Company versus

7          Sergey Kalitenko M.D. et al.

8               Each subpoena is directed to

9          Kush Gold & Jewelry, doing business

10         as Ruchi Gems.  Each subpoena --

11         there's overlapping issues with

12         respect to the contents of the

13         information therein and there are

14         overlapping questions, which is why,

15         for efficiency purposes, we have

16         decided, with the consent of Counsel,

17         for Ruchi Gems to conduct this

18         deposition at once as relates to all

19         three cases.

20              All parties that have appeared

21         on all three actions have been

22         notified.  As to this deposition, one

23         party's attorney is present, one

24         party's attorney in the Mark Vine

25         case and the Elena Stybel did not

```
 1                    P. VEDAWALA
 2          appear, and one party for the
 3          Defendant's Counsel in the Sergey
 4          Kalitenko case is aware of this and
 5          has indicated he may attempt to
 6          appear later on at the deposition via
 7          Zoom.  With that, I'm ready to
 8          proceed if you are.
 9              MR. PASCHALIDIS:  Yes.  Let me
10          go grab the witness.  Thank you.
11      Q.    Good afternoon, Mr. Vedawala.
12  My name is Michael Vanunu and I'm an
13  attorney representing GEICO in three
14  separate cases where subpoenas were issued
15  to Kush Gold & Jewelry Inc., that does
16  business as Ruchi Gems.  Are you here
17  testifying on behalf of Kush Gold &
18  Jewelry?
19      A.    Yes.
20      Q.    And what is your position as it
21  relates to Kush Gold & Jewelry?
22      A.    Title, president.
23      Q.    I'm just, for the sake of
24  brevity, going to call the company Kush.
25  Okay?
```

1                    P. VEDAWALA

2        A.    Yeah.

3        Q.    I'm going show you what's been

4    marked as Exhibit 1.  This is the subpoena

5    issued to Kush in the Government Employees

6    Insurance Company against Mark Vine case.

7    Have you seen this subpoena before?

8        A.    Yes.

9        Q.    And you're aware that this

10    subpoena asked for someone on behalf of

11    Kush to appear, correct?

12        A.    Yes.

13        Q.    And testify as to certain

14    topics, correct?

15        A.    Correct.

16        Q.    If I can turn your attention to

17    page 4 of this subpoena.  Do you see that

18    rider A?

19        A.    Yes.

20        Q.    Are you the person on behalf of

21    Kush who is best available to discuss those

22    topics at this deposition?

23        A.    Yes.

24        Q.    I'm going to direct your

25    attention now to Exhibit 2.  I'm showing

1              P. VEDAWALA

2   you what has been marked as Exhibit 2,

3   which is the subpoena that was issued to

4   Kush in the Government Employees Insurance

5   Company versus Elena Stybel case.

6        A.    Yes.

7        Q.    Are you aware of this subpoena?

8        A.    Yes.

9        Q.    And are you the person who is

10  here testifying on behalf of Kush as

11  relates to this subpoena?

12       A.    Yes.

13       Q.    And I'm going to direct your

14  attention also to the rider in this

15  subpoena, which is also on page 4, that

16  identifies topics for the corporate

17  representative of Kush to testify to.  Do

18  you see those topics?

19       A.    Yes.

20       Q.    Those topics are virtually

21  identical to those in the first exhibit

22  subpoena, correct?

23       A.    Correct.

24       Q.    Are you the person who is here

25  to testify on behalf of those topics?

```
                                          Page 13
 1                  P. VEDAWALA
 2        A.     Yes.
 3        Q.     I'm going to show you what's
 4   been marked as Exhibit 3.  That is a
 5   subpoena in the Government Employees
 6   Insurance Company versus Sergey Kalitenko
 7   case.  Are you aware of this subpoena as
 8   well?
 9        A.     Yes.
10        Q.     And in this subpoena also
11   there's a rider as it relates to corporate
12   topics.  Now sir, I'm going to advise you
13   that this rider has been updated as of last
14   week to update more topics as it relates to
15   the corporate representative of Kush Gold.
16   Do you see that?
17        A.     Yes.
18        Q.     On page 4 of Exhibit 3.  Are
19   you the person on behalf of Kush who would
20   be best able to testify as to those topics?
21        A.     This we received recently.
22        Q.     Yes.  That I understand that
23   you may not be fully aware as to some of
24   those individuals on there because it was
25   updated.  The question being would there be
```

Page 14

1                        P. VEDAWALA
2    anyone else at Kush who would have more
3    knowledge of those individuals identified
4    there than you?
5                   MR. PASCHALIDIS:  Objection.
6          You can answer.
7          Q.    You can answer.
8          A.    I can answer?
9          Q.    Yes.
10         A.    But today I will answer this.
11         Q.    I'm just asking whether there's
12   someone there at Kush that would have more
13   knowledge about those individuals than you?
14         And I understand right now that
15   because you were only advised of certain
16   additional names last week, you may not
17   have the full information available for
18   your disposal here today.
19         A.    Yes, I will be able to answer
20   this.
21         Q.    Okay.  Now sir, I'm going to go
22   over the rules of the deposition.  First,
23   of all, have you ever testified at a
24   deposition before?
25         A.    No.

                            P. VEDAWALA

1          Q.     The rules are fairly simple.

2  We have a wonderful court reporter here who

3  takes down everything we say.  He is the

4  most important person in the room because

5  without him, we will have no record of what

6  our conversations are here today.

7                So the first rule, and the

8  golden rule, is to make sure that we talk

9  slowly and that we don't interrupt each

10 other.  I personally have a very bad habit

11 of interrupting people.  I will try my best

12 not to interrupt you and I ask you to do

13 the same for the purpose of the record here

14 today.  Okay?

15         A.     Okay.

16         Q.     The second rule for depositions

17 is every time I ask you a question, you may

18 instinctively nod your head or move your

19 head to answer the question but we will

20 need verbal answers from you.  Do you

21 understand?  Like a yes, or no, or some

22 other answer to the question.

23         A.     Yes.

24         Q.     To the extent that you don't

                        P. VEDAWALA

1

2  understand my question at all, please let

3  me know and I'm happy to rephrase the

4  question.  Okay?

5        A.    Okay.

6        Q.    Your attorney may object to

7  various forms or various contents of my

8  questions to you.  Unless your attorney

9  directs you not to answer the question,

10 even though he is objecting to the

11 question, you can still answer the

12 question.  Do you understand?

13       A.    Yes.

14       Q.    If at any time you want to take

15 a break, and speak with your lawyer, we're

16 happy to take a break.  If you need a

17 bathroom, or any other break, just let me

18 know and we can take a break.

19            The only caveat to that rule is

20 if I've asked you a question, we first need

21 to have an answer to the question, or I

22 have to withdraw my question before we take

23 a break.  We can't take a break in the

24 middle of a question and answer.

25       A.    Okay.

```
                                        Page 17

 1                    P. VEDAWALA
 2             MR. PASCHALIDIS:  I just want
 3         to say subject to any potential
 4         privilege issues but otherwise that's
 5         fine.
 6         A.    Okay.
 7         Q.    Are you aware, sir, here that
 8  your testimony is under oath?
 9         A.    Yes.
10         Q.    The same oath that you would be
11  taking if you were to take the stand in a
12  courtroom and testify?
13         A.    Correct.
14         Q.    Are you under the influence of
15  any drugs or alcohol that would impair your
16  ability to testify right now?
17         A.    No.
18         Q.    Prior to today, have you spoken
19  with anyone in preparation for this
20  deposition, aside from your attorneys?  I'm
21  not asking about anything with your
22  attorney.  I'm talking about if you spoke
23  with anyone else.
24         A.    Family.
25         Q.    And which specific family
```

```
 1                     P. VEDAWALA
 2   members did you speak with?
 3        A.    Wife and kids.
 4        Q.    Anyone else?
 5        A.    No.
 6        Q.    Did you talk to them about the
 7   fact that there was a deposition, or the
 8   underlying contents of the deposition, or
 9   both?
10        A.    To my son in detail; to my
11   wife, in general.
12        Q.    The last instruction I want to
13   remind you, for the purposes of the
14   deposition, is that I may ask you for
15   questions that may call for an
16   approximation, that may call for your best
17   estimate but I don't want you to guess.
18   Okay?
19        A.    Okay.
20        Q.    If there's an answer to a
21   question that you can't answer, that you
22   have to guess to, let me know and I'll be
23   happy to rephrase for the question or
24   change the question.  Okay?
25        A.    Okay.
```

```
                                        Page 19

 1                    P. VEDAWALA

 2       Q.      Now what do you for a living?

 3       A.      Jewelry business.

 4       Q.      How long have you been in the

 5   jewelry business?

 6       A.      26 years.

 7       Q.      And have you always had your

 8   own store or have you worked for others

 9   while working in the jewelry business?

10       A.      I worked for others.

11       Q.      You indicated earlier that you

12   were the president of Kush.  How long has

13   Kush been in business for?

14       A.      I opened it up.

15       Q.      How long ago?

16       A.      2002.  I don't know the month.

17       Q.      And has it been operating

18   regularly since 2002 or was there any large

19   breaks of time?

20       A.      No breaks.

21       Q.      Besides working at Kush, from

22   2002 to the present, have you worked

23   anywhere else?

24       A.      No.

25       Q.      Does Kush specialize in any
```

```
                                          Page 20

 1                    P. VEDAWALA

 2   sort of type of jewelry?

 3        A.     Mostly bullion.

 4        Q.     What do you mean?

 5        A.     Gold bullion PR24 carat.

 6        Q.     And for someone who is not

 7   familiar with gold bullion, do you mean

 8   like a gold bar or a gold coin?  Is that

 9   what gold bullion is?

10        A.     Gold grains, gold bars, and

11   gold coins.

12        Q.     So it is pure gold in various

13   forms?

14        A.     Yes.

15        Q.     And do you have a storefront?

16        A.     A what?

17        Q.     A storefront.

18        A.     No.

19        Q.     Just an office?

20        A.     An office.

21        Q.     And where is your office

22   located?

23        A.     580 Fifth Avenue, room 602.

24        Q.     And how long have you been

25   there at 580 Fifth Avenue?
```

```
                                              Page 21
 1                    P. VEDAWALA
 2        A.    Current location at 602, since
 3   2015, and same building, room 205, from
 4   2002 to 2014, December.
 5        Q.    How big is your office, room
 6   602?
 7        A.    600 square feet.
 8        Q.    Do you work with anyone?
 9        A.    Currently myself.
10        Q.    And for the time period of 2021
11   and 2022, was it just you and your son who
12   worked at Kush or were there other
13   individuals as well?
14        A.    My son was not in 2020.  He
15   joined in 2022.
16        Q.    And in 2021, was it just you?
17        A.    Yes.  Part-time employees
18   count?
19        Q.    Yes.  How many part-time
20   employees do you have?
21        A.    One.
22        Q.    And what was your part-time
23   employee's name?
24        A.    They're not working here
25   anymore.
```

Page 22

1                    P. VEDAWALA

2        Q.    How many part-time employees

3   did you have between 2021 and 2022?

4        A.    One.

5        Q.    Is it the same person or did it

6   change?

7        A.    It changed, two or three

8   persons.

9        Q.    Specifically from July of 2021

10  to, let's say, June of 2022, how many

11  different part time people did you have?

12       A.    At the time, we have one or

13  two.  I have to get the records from my

14  office.

15       Q.    And what was your -- do you

16  remember the names of your part-time

17  employees or no?  What were the names?

18       A.    Farhad.

19       Q.    Can you spell that please?

20       A.    F-A-R-H-A-D and Dharmistha,

21  D-H-A-R-M-I-S-T-H-A, and I don't remember

22  if my wife was on my payroll.  What year, I

23  don't know.  It was '21 or '22.  I was

24  sick.  '21 she was -- '20, she was.  '21, I

25  don't remember.  I have to find out with my

Page 23

1                    P. VEDAWALA

2    office.

3          Q.     What were their

4    responsibilities?

5          A.     Nothing major.

6          Q.     Can you give me an example?

7          A.     Writing books or depositing

8    checks.

9          Q.     Would they ever interact with

10   clients?

11         A.     No.

12         Q.     Would they ever interact with

13   customers' orders?

14         A.     No.

15         Q.     Was it mostly administrative

16   work?

17         A.     Yes.

18         Q.     Can you explain to me how your

19   business works as it relates to gold

20   bullion?  Like a customer comes in and what

21   would they want, to buy gold from you?

22         A.     Yes.

23         Q.     And then what would you do?

24         A.     We take the payment.  Once the

25   payment is clear, we deliver the gold after

```
                                            Page 24
 1                    P. VEDAWALA
 2    that.
 3         Q.    Do you have the gold in stock,
 4    do you get it from other companies?
 5         A.    After we received the order, we
 6    buy from the companies.
 7         Q.    And are they miners or are
 8    they --
 9         A.    Refineries.
10         Q.    Do you consider yourself a
11    wholesaler in gold bullion?
12         A.    Yes.
13         Q.    What is your typical clientele?
14    Are they individuals, are they businesses,
15    are they other jewelry stores, are they
16    individuals who make jewels?
17         A.    Mostly business owners.
18         Q.    And how would you -- you
19    mentioned that you'll take an order, you'll
20    get the gold bullion from the refinery, and
21    then you will give it to the customer.  In
22    what form would you give the gold to your
23    customers?  Is there a single form?  Are
24    there various forms?
25         A.    Various forms.
```

Page 25

1                     P. VEDAWALA

2          Q.     What are the forms that you

3     would give it to them in?

4          A.     Bar, grain, or coins.

5          Q.     How is it determined which form

6     you would give --

7          A.     They're all 24 karat.

8          Q.     I'm saying like how would you

9     give -- how would you know whether to give

10    it to your customer, the bullion, as a bar,

11    as a coin, or as grains?  Would it be based

12    on their request, based on what you get

13    from the refinery, something else?

14         A.     Based on the volume.

15         Q.     Is there a specific way it's

16    provided based on the quantity of gold?

17         A.     The amount of the purchase.

18    Depending on the amount of the purchase.

19         Q.     So someone is buying, let's

20    say, one ounce of gold bullion, how would

21    you give to them?

22         A.     With one ounce bar or one ounce

23    coin.

24         Q.     And if it was, let's say,

25    20 ounces, how would it be?

                            P. VEDAWALA

1

2       A.     We have ten-ounce grain bags so

3   we give them two of them.

4       Q.     What can you do when you

5   receive gold bullion?

6              MR. PASCHALIDIS:  Objection to

7        form.  You can answer.

8       A.     What can I do?

9       Q.     I'm saying I come and I buy

10  gold bullion from you.  Besides holding it

11  and keeping the gold bullion, what can you

12  do with gold bullion?

13      A.     I don't understand your

14  question.  If you buy from me and don't

15  take it?

16      Q.     No, if I buy from you and I

17  take it, what can I do then with that gold?

18             MR. PASCHALIDIS:  Same

19        objection.  You can answer.

20      A.     Whatever you want to do.

21      Q.     Can you give me an example?

22  I'm just uneducated.  That's why I'm trying

23  to understand.

24      A.     Make a jewelry, or keep for

25  investment, or a gift to the family.

```
 1                      P. VEDAWALA
 2        Q.     Are there, in addition to
 3   selling gold bullion, do you buy pure gold
 4   bullion from customers as well or no?
 5        A.     Known customers.
 6        Q.     Known customers?
 7        A.     Retail stores.
 8        Q.     Are there other -- are there
 9   individuals in your industry who specialize
10   in the purchase of gold bullion from
11   customers and convert that to cash?
12             MR. PASCHALIDIS:  Objection.
13        You can answer.
14        A.     I have no idea.
15        Q.     Do you know of anyone that buys
16   gold for cash?
17        A.     I don't know that.
18        Q.     Do you have a process by which
19   you advertise or get clientele?
20        A.     Never advertised.
21        Q.     So how do you get customers?
22        A.     Word of mouth.
23        Q.     When you get a new customer, do
24   you vet them at all, or look into them or
25   conduct any, I guess, research on them?
```

                         P. VEDAWALA

1

2       A.     No.   When they buy we want to

3   make sure the payment is correct.

4       Q.     And how do you that?

5       A.     If there's a wire, we see the

6   wire came in to the bank; we can confirm

7   same day.

8       Q.     What about --

9       A.     If it's a check, we wait until

10  it clears.

11      Q.     And how long do you wait until

12  it clears?

13      A.     Minimum three days.

14      Q.     And do you take personal checks

15  as a form of payment?

16      A.     Yes.

17      Q.     Have you taken personal checks

18  from individuals that you don't know as a

19  form of payment?

20      A.     I think, yes.

21      Q.     And in that instance, when you

22  are taking a personal check from, let's

23  say, a new customer that you don't know,

24  how long would you wait for the check to

25  clear?

Page 29

1                        P. VEDAWALA

2           A.    If unknown person, one week

3      maximum.

4           Q.    Do you ever ask your customers

5      how you were referred to me, new customers?

6           A.    Normally they give a name but I

7      don't note it down.

8           Q.    Do you remember generally which

9      customers have introduced other people to

10     you?

11          A.    Sometimes.

12          Q.    Now do you recall being

13     provided with a subpoena in this case for

14     documents in the Mark Vine case?  Do you

15     recall that at the end of year?

16          A.    In December?

17          Q.    In December, getting a subpoena

18     for records.

19          A.    I provided.

20          Q.    Right.  Do you remember getting

21     a subpoena for records?

22          A.    Yes.

23          Q.    And do you remember there was

24     documents that Kush provided in response to

25     the subpoena?

```
 1                    P. VEDAWALA
 2        A.    I remember.
 3        Q.    I'm going to show you what's
 4   been marked for identification as
 5   Exhibit 4.
 6        A.    What I seen in here?  Is this
 7   the document --
 8             MR. PASCHALIDIS:  There's no
 9        question pending.  This is just a
10        marked exhibit.  There's no question.
11        A.    Do I remember I provided this?
12        Q.    Hold on.  I have to ask a
13   question first.  I'm going to ask you to
14   look at that exhibit quickly and then let
15   me known when you're done looking at it.
16        A.    Okay.
17        Q.    I'm going to represent to you
18   that Exhibit 4 is a copy of records that
19   was provided in response to GEICO's
20   subpoena in the Mark Vine case, regarding
21   records related to Blue Tech and Sunstone.
22   Does this exhibit look to be those records?
23        A.    Yes.
24        Q.    Were you the person on behalf
25   of Kush who pulled these records to be
```

```
                                            Page 31

 1                   P. VEDAWALA
 2    provided?
 3          A.     Yes.
 4          Q.     And are these records invoices
 5    of transactions that were conducted by
 6    Kush?
 7          A.     Yes.
 8          Q.     And is it the regular practice
 9    of Kush Jewelry to create an invoice every
10    time that there's an order?
11          A.     After we receive the check.
12          Q.     Were these invoices created as
13    part of the regular course of Kush Gold's
14    business?
15          A.     Yes.
16          Q.     And were these invoices created
17    at or around the time on the date that's
18    listed on each invoice?
19          A.     Yes.
20          Q.     Now how is it -- can you take
21    me through the process of when a new, or
22    when a customer comes in, and wants to buy
23    gold bullion, what is the first thing that
24    you do when someone comes to you and says
25    they want to buy gold bullion?
```

```
                                           Page 32
 1                    P. VEDAWALA
 2       A.    I take the order.
 3       Q.    And what's part of the order?
 4       A.    The gold bullion.
 5       Q.    Are there any questions you ask
 6  about the order, such as how much do you
 7  want to spend, how much weight you want to
 8  buy?  What information would you get as
 9  part of the order process?
10       A.    It depends on the value of the
11  amount, wire or check.  We look at the
12  price and add payment on it and give that
13  amount in gold.
14       Q.    And by amount, you mean the
15  weight of gold?
16       A.    Amount of the check divided by
17  the price and look at the weight of the
18  gold.
19       Q.    Do customers come in telling
20  you for amounts or do they give you a
21  dollar amount telling you how much they
22  want to spend to buy gold?
23       A.    Sometimes they give you gold
24  amount, sometimes they give you money
25  amount, whatever the check is.
```

```
                                              Page 33

 1                    P. VEDAWALA

 2        Q.     And so what do you do after you

 3   calculate the weight and the dollar amount

 4   of the purchase?

 5        A.     What I do?

 6        Q.     What is the next step in the

 7   process of making your purchase of your

 8   sale transaction?

 9        A.     We receive the order, we place

10   the order with our supply, we go back to

11   back.

12        Q.     What do you mean by back to

13   back?

14        A.     We do not take position and

15   don't sell.  Whatever the order we have, we

16   buy that much amount of the gold.

17        Q.     Do you keep any gold in your

18   store?

19        A.     Yes.

20        Q.     In what circumstances would

21   you --

22        A.     One second, sorry.

23        Q.     Sure, no problem.  What are the

24   circumstances that you would go for the

25   manufacturer versus the circumstances that
```

```
                                          Page 34
 1                    P. VEDAWALA
 2   you would use gold to sell to customers
 3   that you're keeping at your store?
 4        A.    If a person needs a gold
 5   delivery right away, I give from my stock
 6   but I have purchased in the morning, which
 7   I get my delivery after 3:00, so I just buy
 8   back, replace my stock.
 9        Q.    Do you have customers that come
10   and buy gold with cash?
11        A.    Sometimes during Festival of
12   Diwali.
13        Q.    That's typically when people
14   buy gold in cash?
15        A.    One bar, two bars, 1 ounce gold
16   bars.
17        Q.    At what point in your process
18   do you create the invoice, such as the ones
19   that are shown in Exhibit 4?
20        A.    The value is 74,000 of the
21   check.
22        Q.    Hold on.  My question is at
23   what point in the process of taking the
24   order do you create your invoice?  So
25   someone would come in with an order wanting
```

```
                                          Page 35
 1                    P. VEDAWALA
 2   to buy gold.  At what point do you create
 3   your invoice?
 4        A.    I want to give you a little
 5   detail.
 6        Q.    Sure.
 7        A.    That is called London PM fix.
 8        Q.    What is that?
 9        A.    That is gold price comes out
10   declared in the day.
11        Q.    Okay.
12        A.    At that time, when the daylight
13   savings time is not in effect, it comes out
14   in 10:00 a.m. USA time.  So I get the
15   orders ahead of the London PM time that I
16   want to buy $50,000 worth of gold.  So
17   whatever their price is, I add my premium
18   on it and create the invoice that much you
19   bought.
20        Q.    Base on the rate of the London
21   PM fix?
22        A.    Yes.
23        Q.    And that's the rate that you
24   would use to create your invoice?
25        A.    That was the rate to sell the
```

Page 36

```
 1                    P. VEDAWALA
 2   gold.
 3        Q.    That is your process that you
 4   used here with respect to the invoices
 5   that's in front of you in Exhibit 4?
 6        A.    Most, about 95 percent, of this
 7   are the same.
 8        Q.    You said about 95.  Is there
 9   another way that you create invoices?
10        A.    When I say 95 percent, I want
11   to check my records which is not on the PM
12   fix so just in case if there is not on PM
13   fix, I would have to look in my books what
14   was that price that day.
15        Q.    So sometimes you use a
16   different price that's not the PM fix?
17        A.    We call it spot trading.
18        Q.    And that's the price of gold at
19   that exact moment?
20        A.    Yes.  Customer have to agree
21   that price.
22        Q.    And so whether it's the PM fix
23   or the spot trading price that's agreed
24   upon, that price is listed in the invoice?
25        A.    Correct.
```

```
                                          Page 37

 1                   P. VEDAWALA

 2        Q.     Is the invoice created the day

 3   that the orders are provided, the orders

 4   are made?

 5        A.     After London PM fix comes out,

 6   we create the invoice with the quantity.

 7        Q.     And then are these invoices

 8   created on the computer?

 9        A.     Yes.

10        Q.     And do you create them with the

11   customer in front of you or usually after

12   the customer leaves?

13        A.     We did not.  We create in our

14   office; customers are not there all the

15   time.

16        Q.     Do you take orders by ways of

17   other methods besides a customer coming in

18   to your office?

19        A.     On the phone.

20        Q.     So some customer can call you

21   and say they want to place an order?

22        A.     Most of the time.

23        Q.     And have you met with new

24   customers over the phone as well?

25        A.     Yes.
```

```
                                            Page 38
 1                   P. VEDAWALA
 2        Q.      And if a customer gives you a
 3   commercial (sic) check, is that personal
 4   check always personally provided to you, or
 5   is it sometimes mailed in, or is it given
 6   to you through other methods?
 7        A.      Sometime in the mail, sometime
 8   by hand, sometimes with somebody else they
 9   send it.
10        Q.      So let's talk about these
11   invoices right now.  These invoice relate
12   to two companies, Blue Tech and Sunstone.
13        A.      Yes.
14        Q.      How did you first get Blue Tech
15   as a customer or Sunstone as a customer?
16        A.      In 2015, or '16, I think it's
17   2015, I met Eric.  At that time I did not
18   know his last name.
19        Q.      Where did you meet him?
20        A.      Building number 8 in West 47 or
21   building number 18.  I don't remember
22   exactly.  It was 8 or 18.
23        Q.      Was it a networking event or
24   was it --
25        A.      Another gold trader.
```

1                    P. VEDAWALA

2        Q.    So can you just describe your

3    conversation with Eric when you first met?

4        A.    Third person introduced both of

5    us.

6        Q.    What was your understanding of

7    what Eric does?

8        A.    I was trading with a third

9    person, he was trading with that person.

10       Q.    Right and so when you first met

11   Eric and he was introduced, what was --

12       A.    That person introduced, then he

13   buys gold, you want to sell to him?  He say

14   I buy gold, I want to buy.  You want to

15   sell him.

16       Q.    At that point in 2015 or 2016,

17   after you met Eric, did you start to sell

18   him gold?

19       A.    After a week.  After I met him

20   first time, after a week I started working

21   with him.

22       Q.    So you started working with him

23   back in 2015 and 2016?

24       A.    '16 or '15, I have to check.

25       Q.    Something around there?

```
                                            Page 40
 1                    P. VEDAWALA

 2        A.     Yes.

 3        Q.     Long before 2021?

 4        A.     Yes.

 5        Q.     This Eric individual, did you

 6   come to learn that his last name is

 7   Maladsay (phonetic)?

 8        A.     Recently.

 9        Q.     And how did Eric come to take

10   orders from you or place orders with you

11   for gold?

12        A.     Over the phone.

13        Q.     Was it always over the phone?

14        A.     Yes, mostly.

15        Q.     And would he call you from his

16   cell phone?

17        A.     I have three phone numbers

18   different.

19        Q.     What are those phone numbers

20   that you have for Eric Maladsay?

21        A.     (646)-877-6700.  You need

22   another one?

23        Q.     Yes, if you could give me all

24   of them please.

25        A.     (718)679-5562 and
```

```
                                          Page 41
 1                    P. VEDAWALA
 2    (973)818-1859.  (646)525-9907.
 3         Q.    And he would call you from
 4    these numbers?
 5         A.    I don't know the sequence but
 6    he will call me from either number to my
 7    office, to my cell phone.
 8         Q.    Would it be him or someone on
 9    his behalf or both?
10         A.    Both.
11         Q.    What was the most recent phone
12    number that you would use to contact him?
13         A.    Recently I never received any
14    phone call.
15         Q.    I understand that you haven't
16    received any phone calls from him recently.
17    Do you recall when the last time you spoke
18    to him, which number it was?
19         A.    One of the 646.
20         Q.    Was the last time you spoke to
21    him in 2022?
22         A.    Yes, I believe.
23         Q.    Did you ever speak to Eric
24    about any of the subpoenas that were issued
25    to you by myself?
```

```
                                         Page 42
 1                   P. VEDAWALA
 2        A.     No.
 3        Q.     Did you ever speak to Eric
 4   about this deposition at all?
 5        A.     No.
 6        Q.     Did you ever speak to any of
 7   Eric's agents, or someone associated with
 8   Eric, about this deposition or the subpoena
 9   for documents?
10        A.     No.
11        Q.     When Eric first came to
12   purchase gold for you, did he ever buy gold
13   in his own name or was it always through a
14   company?
15        A.     A company.
16        Q.     What were the names of the
17   companies that Eric used to purchase gold,
18   if you can recall?
19        A.     I don't recall.  I have find
20   out, go back to the office.
21        Q.     Between 2021 and 2022, was
22   there any other companies that Eric used to
23   buy gold from you other than Blue Tech and
24   Sunstone?
25        A.     I don't know.
```

```
                                        Page 43
 1                    P. VEDAWALA
 2        Q.     The invoices that you provided,
 3   that's marked as Exhibit 4, were those all
 4   of the invoices that were made for services
 5   for gold that was purchased by Eric,
 6   through Blue Tech and Sunstone, from 2021
 7   of September through June of 2022?
 8              MR. PASCHALIDIS:  Objection.
 9         You can answer.
10        A.     I received the subpoena, I saw
11   the date, and I created the report, print
12   out the things.
13        Q.     And by the report, you mean the
14   report that's listed there on -- there's
15   two reports, right?  If you go to
16   Exhibit 4, there's --
17        A.     Invoice reports.
18        Q.     I'm going to show you in
19   Exhibit 4.  Directing your attention to the
20   document Bates that's stamped KG000041.
21   Looking at this page and the next two pages
22   after that, is that the invoice report that
23   you're talking about?
24        A.     Correct.
25        Q.     And you have one invoice report
```

```
                                        Page 44
 1                  P. VEDAWALA
 2   for Blue Tech supplies?  I'm showing you
 3   what's been marked Exhibit 4, document
 4   Bates stamped KG00092 and KG00094.  Is that
 5   an invoice report for Sunstone?
 6        A.    Correct.
 7        Q.    Do those invoice reports fairly
 8   and accurately describe all of the invoices
 9   and payments to these companies?
10        A.    Correct.
11        Q.    Do these invoices summarize all
12   of the transactions that occurred on the
13   dates depicted on the summary?
14        A.    Yes.
15        Q.    Is it the regular course of
16   Kush's business to have the ability to
17   create summary invoices based on all the
18   invoices provided?
19        A.    Yes.
20        Q.    Do you use a computer system to
21   create invoices on these summary
22   statements?
23        A.    Yes.
24        Q.    What computer program do you
25   use?
```

```
                                        Page 45

 1                    P. VEDAWALA

 2        A.     QuickBooks.

 3        Q.     Looking here at these invoices

 4   for Blue Tech and for Sunstone, when these

 5   orders were taken, were they always

 6   provided to you by Eric, or were they

 7   provided to you by Eric and someone else,

 8   or by someone else on Eric's behalf?

 9        A.     I never asked the name.

10        Q.     Were they all orders by phone?

11        A.     Mostly.

12        Q.     Were there any orders by text

13   message or e-mails or anything like that?

14        A.     No.

15        Q.     Were there ever any orders

16   placed in person?

17        A.     No.  These or --

18        Q.     For this time period.

19        A.     No.

20        Q.     For this time period of --

21        A.     2016, it was in person.

22        Q.     And since then, it was always

23   by phone?

24        A.     Yes.

25        Q.     And in 2021 and 2022, all
```

                                                      Page 46

 1                    P. VEDAWALA
 2   orders by Eric would have been over the
 3   phone?
 4         A.    Would have been.
 5         Q.    As you sit here today, you
 6   can't remember an in-person order that Eric
 7   placed in 2021 or 2022?
 8         A.    I don't remember that.
 9         Q.    In 2021 or 2022, did you ever
10   get an order over the phone on Eric's
11   behalf and the voice was not Eric?
12         A.    I cannot say maybe so.  I don't
13   know.
14         Q.    So you take the order, you
15   created invoice, how would you get paid by
16   Eric?
17         A.    Check.
18         Q.    How would that check come?
19         A.    Someone will bring the check to
20   pick up the previous order, which they are
21   waiting for checks to be cleared.
22         Q.    So were there multiple orders
23   being placed at a time with Eric?
24         A.    No.  You place order today, you
25   give the check, you pick up the gold after

                        P. VEDAWALA

1

2  three days or next week, and then at time

3  of previous delivery they give the check.

4       Q.    For that gold or for the next,

5  for another order.

6       A.    For another order.

7       Q.    For the new order?

8       A.    Yes.

9       Q.    But my question to you is you

10 were always getting paid in person during

11 pickup?

12      A.    Yes.

13      Q.    So the subsequent order would

14 be paid in person when it was picking up

15 the prior order?

16      A.    Checks, payment means checks,

17 yeah.

18      Q.    Let me just make sure that we

19 get this correct.  I'm going to look at --

20 let's show you now here what's been marked

21 as Exhibit 5.  This is your statement

22 summary, correct, in the beginning?

23            I want you to look through this

24 exhibit.  Exhibit 5 is a copy of the

25 statement summary that was provided as it

```
                                              Page 48
 1                    P. VEDAWALA
 2   relates to Blue Tech Services, invoices
 3   that were provided, and sample checks that
 4   were issued.
 5        A.    Yes.
 6             MR. VANUNU:  Off the record.
 7             (Whereupon, an off-the-record
 8          discussion was held.)
 9        Q.    So looking here, just from the
10   top, there's an order from September 30,
11   2021.  Right?
12        A.    Yes.
13        Q.    And that was for $160,000 of
14   gold bullion?
15        A.    Correct.
16        Q.    And then that payment, you see
17   on the date of September 30th, was for the
18   gold bullion?
19        A.    Yes.
20        Q.    And if you scroll here to the
21   fourth page and fifth page, you will see
22   that invoice that we were just talking
23   about from September 30, 2021 and a copy of
24   the check.  Do you see that?
25        A.    Yeah.
```

```
 1                    P. VEDAWALA
 2        Q.    Now this check would be
 3   deposited in your account, correct, the one
 4   on page 5?
 5        A.    Yes.
 6        Q.    Is that your handwriting on the
 7   back?
 8        A.    No.
 9        Q.    Of the check?
10        A.    No.
11        Q.    Do you know whose handwriting
12   that is?
13        A.    Not my handwriting.
14        Q.    Would this check be deposited
15   -- sorry, going back to your order, would
16   this check have been provided to you for
17   this order on September 30th, when Eric's
18   previous order was being picked up?
19        A.    Could have been.
20        Q.    Was that generally how the
21   transactions with Eric were conducted
22   during the time that you did business with
23   him?
24        A.    Yes.
25        Q.    So when he gave you a check
```

```
                                    Page 50
  1                 P. VEDAWALA
  2   from September 30th, it was because he was
  3   picking up --
  4        A.    Let me correct myself.
  5        Q.    Sure.
  6        A.    Sometimes the check was being
  7   deposited in Chase Bank account.  By
  8   looking at the endorsement, I see it's not
  9   my handwriting so they maybe deposited a
 10   check.
 11        Q.    Did you give Eric your account
 12   information to be able to do that?
 13        A.    I would have been.
 14        Q.    Is that part of your business
 15   practice where you allow customers to
 16   deposit checks directly into your account?
 17        A.    Yes.
 18        Q.    Looking here at the
 19   endorsement, you think this is one of those
 20   checks?
 21        A.    Yes.
 22        Q.    Looking here at the next
 23   page --
 24        A.    This is my endorsement.
 25        Q.    Directing here to the page that
```

```
                                              Page 51
 1                    P. VEDAWALA
 2    says 2 of 50 after KG29, the stamp is what
 3    you're talking about?
 4         A.     Yes.
 5         Q.     The stamp that says for deposit
 6    only, Kush Gold and Gold Jewelry d/b/a
 7    Ruchi Gems?
 8         A.     That's my endorsement.
 9         Q.     So when your office deposits a
10    check, that's how you stamp the check?
11         A.     Yes.
12         Q.     And anything with a handwriting
13    stamp would have been deposited by a client
14    directly?
15         A.     Could have been.
16         Q.     That's what you, sitting here
17    today, believe what was the likely
18    scenario, right?
19         A.     I just saw it and it looks like
20    it is.
21         Q.     After the gold was ready, how
22    would you notify Eric that the gold was
23    ready for pickup?  Would it be you, would
24    it be someone else?
25         A.     They call me.
```

```
                                        Page 52
 1                     P. VEDAWALA
 2        Q.     Who calls you?
 3        A.     Eric.
 4        Q.     When the gold is ready for
 5   pickup?
 6        A.     To send a check and pick up the
 7   gold, same time.
 8        Q.     Let me take a step back for a
 9   second.  When you get paid on these orders,
10   you generally get the gold from a refinery,
11   right?
12        A.     Yes.
13        Q.     How long does it take for you
14   to get the gold from the refinery to your
15   store?
16        A.     Next day.
17        Q.     Was Eric aware that it took you
18   only one day to get the gold?
19        A.     No.
20        Q.     How would Eric know that the
21   gold was ready?
22        A.     He never ask.  Since 2016, he
23   picks up at the second time of delivering
24   the payment, he picks up the gold which was
25   clear, check was clear.
```

```
                                      Page 53
```

P. VEDAWALA

Q.    I'm saying how does he know that the gold is ready?

MR. PASCHALIDIS:  Objection. You can answer.

A.    He place a new order.  At the same time, he pays for the new order and he picks up the old order.

Q.    I understand.  And when you placed the new order, did you ever tell him your prior order is ready?

A.    No.

Q.    He just knew it was ready?

MR. PASCHALIDIS:  Objection. You can answer.

A.    It's ready.  I give the gold when the check clears.  I keep the gold ready.

Q.    How long would you wait for checks from Eric's companies before it was cleared to give him the gold?

A.    Normally it clears the next day.

Q.    So Eric's checks you would get the next day.  As soon as the amount hit in

Page 54

                          P. VEDAWALA

1

2    your account, you would --

3         A.    Next day.

4         Q.    The next day, that's when you

5    would be willing to give the gold for the

6    purchase?

7         A.    Only then I can purchase the

8    gold.  I cannot purchase the gold on the

9    not available funds in my bank.  I purchase

10   the gold the next day when the fund is

11   available.

12        Q.    So just so I understand the

13   order, there's an order placed, there's a

14   check that's then given to you for the

15   money and the order.  Once those funds are

16   available in your bank account, that's when

17   you purchase the gold from the refinery,

18   and then as soon as you get the gold back

19   from the refinery then it's ready for the

20   customer's pick-up?

21        A.    Correct.

22        Q.    Looking here at the summary on

23   Exhibit 5, for the first three pages, do

24   you see the frequency at which gold was

25   purchased by Eric?

```
                                       Page 55

  1                    P. VEDAWALA

  2         A.    Where is one week, two week,

  3    three days?

  4         Q.    Now when I say Eric, Exhibit 5

  5    is about Blue Tech Supplies, correct?

  6         A.    Yes.

  7         Q.    But all the checks, all of the

  8    -- when you got payment from Blue Tech

  9    Supplies, that was your understanding that

 10    that was Eric?

 11         A.    Yes.

 12         Q.    I'm going to show you what is

 13    now going to be marked as Exhibit 6.

 14              MR. VANUNU:  Let's mark this as

 15         Exhibit 6.

 16              (Whereupon, Sunstone Services

 17         Summary of Transactions was marked as

 18         Exhibit 6 for identification as of

 19         this date by the Reporter.)

 20         Q.    Sir, I'm show you what's been

 21    marked for identification as Exhibit 6.

 22    This is a copy of the summary of

 23    transactions for Sunstone Services, right?

 24         A.    Correct.

 25         Q.    And for Sunstone Services, it
```

1                    P. VEDAWALA

2    was your understanding that all of these

3    transaction were actually for Eric as well,

4    correct?

5         A.    Correct.

6         Q.    And attached here to the

7    summary you see also invoices and checks

8    for each invoice?

9         A.    Yes.

10        Q.    And as we discussed before,

11   this summary here was created as part of

12   the regular course of Kush's business,

13   right?

14        A.    Yes.

15        Q.    Now how would the gold ordered

16   by Eric be picked up or delivered?

17        A.    By hand.

18        Q.    Who would come pick it up?

19        A.    Different people.

20        Q.    Do you know the name of any of

21   these individuals?

22        A.    No.

23        Q.    Do you know what any of these

24   people looked like?

25        A.    If I see them, one or two

```
                                    Page 57
 1                  P. VEDAWALA
 2   persons.
 3        Q.    Was there any of these
 4   individuals -- were there any individuals
 5   that regularly appeared to pick up the gold
 6   ordered for Eric?
 7        A.    I could say yes, if I see them.
 8        Q.    Did Eric ever come pick up the
 9   gold in 2021 or 2022?
10        A.    Maybe once.  I don't remember.
11        Q.    Showing you, for example, on
12   page 4, of Exhibit 6 that's in front of
13   you, you see here an invoice from 9/9/2021
14   for Sunstone Services?
15        A.    9/9?  Okay.
16        Q.    Do you see that?
17        A.    Yes.
18        Q.    Do you see a signature on the
19   bottom?
20        A.    Yes.
21        Q.    Whose signature is that?
22        A.    His signature is not at the
23   time of picking up the gold.
24        Q.    What is that signature from?
25        A.    The person who picks up the
```

                              P. VEDAWALA

1

2    gold, he takes the invoices.  When he come

3    next time to bring the check, he bring the

4    signed invoice to show that gold has been

5    delivered.

6         Q.    So when the gold was ready for

7    pick up --

8         A.    With invoice.

9         Q.    You would deliver it with an

10   invoice.  That was not signed?

11        A.    No, they bring the signature

12   with the next purchase order and the

13   payment.

14        Q.    When the gold was picked up,

15   wouldn't the payment for the next order be

16   with it?

17        A.    Payment for next order would be

18   with it but the invoice is not ready at

19   that time because we don't have the price

20   yet.

21        Q.    So the invoice is not provided

22   at the time of the pick up?

23        A.    Signature is not at the time of

24   pickup.

25        Q.    Looking at this exhibit here so

```
                                              Page 59
 1                    P. VEDAWALA
 2   we don't get confused.  Looking here at the
 3   document that has the Bates stamp number of
 4   KG00071, this order was placed around
 5   September 9th, 2021?
 6        A.    Correct.
 7        Q.    You were also paid on that
 8   order around September 9th, 2021, right?
 9        A.    Correct.
10        Q.    The next page would have been
11   the payments that you received for this
12   item?
13        A.    Correct.
14        Q.    And when you placed the order
15   and created this invoice, and placed the
16   paid stamp on it, the invoice was not
17   signed, right?
18        A.    No.
19        Q.    When the order was delivered,
20   this order specifically, was ready for
21   pickup and delivered, the person who picked
22   up the gold did not sign this document,
23   this invoice?
24        A.    To bring back the signed
25   invoice, next pickup time.
```

```
                                              Page 60
 1                     P. VEDAWALA
 2         Q.     So when you delivered the gold
 3    for this invoice, when this invoice right
 4    here, the one for September 9th, 2021 was
 5    delivered, an unsigned invoice would go
 6    with the gold?
 7         A.     Yes, previous purchase invoice.
 8         Q.     Right.  The invoice and the
 9    gold would go together?
10         A.     Yes.
11         Q.     For someone to sign when they
12    received the gold?
13         A.     Yes.
14         Q.     How do you know that the
15    courier was related to Eric?
16         A.     When they say we are sending a
17    new payment, at that time we give them
18    invoice.  Next time they come, they bring
19    the signed invoice.
20         Q.     Yes but my question to you is
21    when you delivered the payment of gold, how
22    is it that you know that the person who's
23    picking up the gold is related to Eric, or
24    is connected to Eric, and you're not giving
25    it to someone else?
```

```
                                        Page 61
 1                    P. VEDAWALA
 2         A.    It's difficult for them to play
 3    around, whoever come to pick up the gold.
 4    They bring the check, I know this check is
 5    for the same people who are picking up the
 6    gold, and it's a routine.  It's not a one
 7    time transaction.  One time transaction, I
 8    have to make a phone call, can I give this
 9    gold to this person.
10         Q.    Did you ever have to do that
11    for Eric's people?
12         A.    Maybe in '17 or '16, in the
13    beginning.
14         Q.    But not in 2021 or 2022?
15         A.    No, I don't think so.
16         Q.    Looking here at example, you
17    see here it says quantity 63.9511 at this
18    invoice we were looking at, page 4?
19         A.    Yes.
20         Q.    Is that quantity, is that in
21    ounces?
22         A.    Ounces.
23         Q.    So how would that be provided,
24    in coins, in bars, in grains, in some other
25    method?
```

```
                                          Page 62
 1                    P. VEDAWALA
 2        A.    So can I have a pen please?
 3        Q.    You can write on there if you
 4   need to.
 5        A.    I don't want to ruin this --
 6        Q.    You can write there right in
 7   the middle.  That's fine.  I'd rather you
 8   do it on a piece of paper that can be
 9   marked as an exhibit.  You can do it on
10   there.
11        A.    32.15 is one kilo.  So kilo bag
12   or kilo bar is 32.15.
13        Q.    Okay.
14        A.    63.95 minus this will be grain
15   loose.  This will be kilo, grain or bar.
16        Q.    And that's generally the
17   calculation for how you would do it each
18   time?
19        A.    Depends on how much money it
20   is.
21        Q.    There's no different price for
22   whether it's a bar or coin or grain, is
23   there?
24        A.    Coin is more money but when
25   it's grain, it's less money.  Money means
```

```
                                              Page 63

 1                    P. VEDAWALA
 2    premium, coin is more premium.  The grain
 3    is less premium.
 4         Q.    And it's all the same 24 carat
 5    gold?
 6         A.    24 carat.  The fabrication
 7    charges are on a smaller denomination.
 8         Q.    So these signatures were at
 9    some point you got the invoice back after
10    providing the order, and that's how you
11    have the signatures on them?
12         A.    Yes.
13         Q.    Did you ever have any cameras,
14    or any records, or photocopies of any
15    licenses or documents of any kind that
16    would identify the people who would pick up
17    the gold on Eric's behalf?
18         A.    No.
19         Q.    I want to draw your attention
20    to Exhibit 4.  No, I'm sorry Exhibits 5 and
21    6 that I believe are in front of you.
22    Let's look, for example, at November 22nd.
23    Do you see that, on exhibit, I believe,
24    it's 5.  Do you see on the statement there
25    looks to be two invoices from
```

```
                                            Page 64

 1                    P. VEDAWALA
 2    November 22nd?
 3         A.    Yes.
 4         Q.    One for, looks like to be
 5    $100,000, and the second one for about
 6    $150,000?
 7         A.    Correct.
 8         Q.    That means that both these
 9    invoices were for orders placed on the same
10    day?
11         A.    Correct.
12         Q.    Was that a common occurrence,
13    where Eric would have orders placed on the
14    same day, multiple orders placed on the
15    same day?
16         A.    Yes.
17         Q.    Why multiple orders as opposed
18    to one large order?
19              MR. PASCHALIDIS:  Objection.
20          You can answer.
21         A.    I have no idea.
22         Q.    Is there any benefit
23    financially to placing two smaller orders
24    versus one large order?
25              MR. PASCHALIDIS:  Same
```

```
                                          Page 65
 1                    P. VEDAWALA
 2        objection.  You can answer.
 3        A.    No.
 4        Q.    Do you see here, looking at the
 5   statement on Exhibit 5, do you see there
 6   were orders, looks to be two orders on
 7   November 15th, 2021.  Do you see that?
 8        A.    Yes.
 9        Q.    And looking at the next exhibit
10   on Exhibit 6, looks to also be two orders
11   on November 15th, 2021.  Do you see that?
12        A.    Yes.
13        Q.    Do you know why there were four
14   orders placed, on that particular day, by
15   Eric?
16             MR. PASCHALIDIS:  Objection.
17        You can answer.
18        A.    I don't know.
19        Q.    Do you recall ever speaking
20   with Eric, or anyone on his behalf, having
21   multiple orders on the same day?
22        A.    No.
23        Q.    Did Eric ever tell you what he
24   does for a living?
25        A.    No.
```

1                    P. VEDAWALA

2        Q.    Did you ever have any personal

3    conversations with Eric at all, during the

4    time that you had spoken to him?

5        A.    No.

6        Q.    Do you know where he lives?

7        A.    No.

8        Q.    Has he ever issued a check to

9    you that bounced?

10       A.    No.

11       Q.    Do you know if he's working

12   with other people who are -- do you know if

13   he has any partners that he's buying the

14   gold for?

15       A.    No.

16       Q.    Is the gold that you provide

17   from the refineries traceable at all,

18   meaning does it have any unique identifying

19   numbers or information?

20       A.    No.

21       Q.    Do you provide, with your

22   orders, any certificates of authenticity to

23   show that the grains or the bars are, in

24   fact, pure 24 carat gold?

25            A.    It's sealed.  It has a number

```
                                        Page 67
 1                      P. VEDAWALA
 2    on it.  When it's open in a fraction, it
 3    goes in a plastic bag.
 4          Q.    Who creates the seal?
 5          A.     Refineries.
 6          Q.    And that seal is to show any
 7    jeweler that that's authentic 24 carat
 8    gold?
 9          A.    Yes.
10          Q.    And anyone who would practice
11    in the jewelry business would be aware of
12    those types of seals, generally speaking?
13          A.    Yes.
14          Q.    Are you aware of someone by the
15    name of Mark Vine?
16          A.    No.
17          Q.    Are you aware of someone by the
18    name of Elena Borisovna Stybel?
19          A.    No.
20          Q.    Are you aware of someone by the
21    name of Sergey Kalitenko?
22          A.    No.
23          Q.    Did Eric ever introduce you to
24    new clients of yours or --
25          A.    I can't remember.
```

```
                                    Page 68

 1                    P. VEDAWALA
 2        Q.    Did anyone ever say to you that
 3    they were referred to you by Eric?
 4        A.    Long back, I think yes.  I
 5    don't want to say exactly.
 6        Q.    Is there any specific customer
 7    you could remember now that was referred to
 8    you by Eric?
 9        A.    No, I don't remember.
10        Q.    And these summaries, would it
11    be fair to say that these summaries listed
12    in the front, first few pages of Exhibit 5
13    and Exhibit 6, accurately reflect all of
14    the transactions that occurred between Kush
15    and Eric, through Blue Tech and Sunstone,
16    during the time period of the subpoena?
17        A.    (No answer).
18        Q.    Let me rephrase this question
19    in another way.
20        A.    Yes.
21        Q.    Looking here at Exhibit 5, you
22    have the first three pages is the
23    summary --
24        A.    I could say this is a
25    transaction between Kush and Blue Tech,
```

```
                                      Page 69
 1                   P. VEDAWALA
 2    transaction between Kush and Sunstone
 3    Services.
 4         Q.    Right.  Now --
 5         A.    No more transaction between
 6    this.
 7         Q.    Let me rephrase the question
 8    first.  Looking here at the Blue Tech one,
 9    is that the one in front of you?
10         A.    Yes.
11         Q.    In Exhibit 5, these three pages
12    reflect all invoices and all payments from
13    Blue Tech Supplies to Kush Gold, between
14    the period here of September 30, 2021 and
15    July 1, 2022?
16         A.    Correct.
17         Q.    The same here goes for
18    Exhibit 6.  The first three pages of
19    invoices here represent all orders and
20    payments, all orders by Sunstone Services,
21    and all payments made from Sunstone
22    Services to Kush Gold, between
23    September 9th of 2021 and May 10, 2022?
24         A.    Correct.
25                MR. VANUNU:  Let's mark this as
```

1                    P. VEDAWALA

2          7.

3                (Whereupon, Copies of Checks

4          was marked as Exhibit 7 for

5          identification as of this date by the

6          Reporter.)

7          Q.    I'm going to show you what's

8    been marked for identification as

9    Exhibit 7, which is a three-page document,

10   each page has three checks.  Take a look at

11   that and let me know when you're done.  You

12   can look at all three pages.

13         A.    Yes, I see this.

14         Q.    Now do you see each page has a

15   check on the top portion and the

16   endorsement on the bottom, right?

17         A.    Correct.

18         Q.    And the endorsement on the

19   first two pages on the bottom says Ruchi

20   Gems and that's handwritten, right?

21         A.    Yes.

22         Q.    And that's not the way how you

23   deposit the checks in your account,

24   correct?  Looking at the first two pages.

25         A.    But it looks like it went to my

```
                                        Page 71
 1                      P. VEDAWALA
 2   account.
 3        Q.    I understand that but they
 4   don't have the stamp, right?
 5        A.    (No answer).
 6        Q.    I'm going to represent to you
 7   that these did go into your account.
 8        A.    Okay.
 9        Q.    Do you know why there would be
10   three checks that were issued between April
11   25, 2022 and May 2, 2022, one for 66,000,
12   one for 28,000, and one for 44,000, that
13   were deposited into your account but do not
14   have a corresponding invoice on the list we
15   went over?
16            MR. PASCHALIDIS:  Objection.
17       You can answer.
18        A.    I can check in my account
19   system and find out.
20        Q.    Sitting here today, do you know
21   why these checks were issued to your
22   account?
23        A.    Purchasing the gold.
24        Q.    Now you mentioned you kept --
25        A.    This could have been an error.
```

Page 72

1                    P. VEDAWALA

2        Q.    Okay.  You mentioned that you

3    kept -- you have some gold in stock that

4    you keep with you in your office, correct?

5        A.    Yes.

6        Q.    Do you keep cash in your office

7    as well?

8        A.    Yes.

9        Q.    Do you keep more than $100,000

10    in cash in your office?

11        A.    No.

12        Q.    Do you keep more than $50,000

13    in cash?

14        A.    During the season, yes.

15        Q.    And the season meaning of

16    Diwali?

17        A.    Diwali and Christmas.  This I

18    can definitely find out.  If the bank is

19    not reconciled yet because we are filing

20    taxes for 2022 maybe this month or next

21    month.

22        Q.    Okay.  When is Diwali?  What

23    time of the year is it?

24        A.    Every year it's a different

25    month.  Last year it was November 4th or

```
 1                    P. VEDAWALA
 2   October 26th, something like that.
 3        Q.    Is it generally in the fall
 4   like October, November?
 5        A.    Yes.
 6        Q.    And it's never in the spring,
 7   it's always in the fall?
 8        A.    No.
 9        Q.    So in 2021, it would have been
10   in the fall as well?
11        A.    Yes, October or November, all
12   the time.
13        Q.    Did you ever exchange checks
14   for cash from any of the checks that were
15   provided to you from Blue Tech Supplies or
16   Sunstone Services?
17        A.    No.
18        Q.    I'm going to show you now a
19   check that's going to be marked for
20   identification as Exhibit 8.
21              (Whereupon, Copy of Check from
22         Sunstone Services was marked as
23         Exhibit 8 for identification as of
24         this date by the Reporter.)
25        Q.    This is check issued to Ruchi
```

```
                                              Page 74
 1                      P. VEDAWALA
 2    Gems from Sunstone Services.  Do you see
 3    that?
 4         A.    Yes.
 5         Q.    I'm going to represent to you
 6    that check was deposited in your account
 7    and is not referenced in the list that we
 8    were discussing before, as it relates to
 9    Sunstone Services and Kush Gold.  Do you
10    know why this check was provided to Kush
11    Gold?
12         A.    Purchasing the gold.
13         Q.    And if there's no invoice in
14    the list, why would there be a check but no
15    invoice in the list?
16         A.    Should have been an error.
17         Q.    And are those errors something
18    that you could go into your office and look
19    into further?
20         A.    Yes.
21              (Whereupon, a short recess was
22         taken.)
23         Q.    So looking here at this invoice
24    on Exhibit 6, there's two invoices on
25    Exhibit 6 that are from 11/15.  There's
```

Page 75

1                    P. VEDAWALA

2     that one and I believe the one on the next

3     page, or the page after, and then there's

4     also on Exhibit 5 there's another invoice

5     for 11/15.  Do you see that?

6          A.    Yes.

7          Q.    So on that day, he ordered,

8     Eric ordered from the two companies it

9     looks like over 80 ounces on one invoice,

10    right?  I'm looking at Exhibit 5.

11         A.    This is 64 ounces.

12         Q.    Over 64 ounces.

13         A.    This is two kilos.

14         Q.    It's two kilograms?

15         A.    Yes.

16         Q.    Okay.

17         A.    That's more than a kilo, less

18    than one and a half kilo.

19         Q.    This one is 80 ounces?

20         A.    80 ounces.

21         Q.    Which is more than 64?

22         A.    Yes.

23         Q.    And then for one invoice and

24    then there's the next one had 69 ounces.

25    So in total, we're talking about over five

```
                                        Page 76
  1                    P. VEDAWALA
  2    kilos of gold ordered on a single day?
  3         A.    Possibly.
  4         Q.    It's whatever the value of 69
  5    plus 80 plus the other 60 something ounces,
  6    right?  And you say it was 32 ounces is a
  7    kilogram?
  8         A.    (No answer).
  9         Q.    How would the gold that you
 10    ordered, that volume of gold, let's say
 11    it's five kilos in the various
 12    denominations, of how it's purchased --
 13         A.    I don't order various
 14    denominations now.  Same day, I may have
 15    more orders from different companies.
 16         Q.    Do you order it in one lump sum
 17    or do you order each client individual
 18    based on that specific amount?
 19         A.    So we have a system with the
 20    pen and paper or maybe an extra sheet, how
 21    many orders we have today.  So today if we
 22    have a 15-kilo order, including all those
 23    people, we purchase in one shot.
 24         Q.    You make one purchase for 15
 25    kilos?
```

Page 77

1                    P. VEDAWALA

2        A.    15 kilos means we make three or

3   four different lots, three kilo, three

4   kilo, three kilo, four kilos, something

5   like that.

6        Q.    So the refinery splits up the

7   orders?

8        A.    Yes.

9        Q.    You place one order at the

10  refinery and you tell them to split --

11       A.    They say how you want to split

12  it?  So we can tell them today 15-kilo

13  order and make four different lots but five

14  kilos in a day is not a lot.

15       Q.    It's not a lot?

16       A.    No.

17       Q.    And so someone just walks out

18  with what?  How do they give it?  Do you

19  put in a bag?  Do you put it in like --

20       A.    We have to put it in a bag.

21       Q.    I'm just a little confused as

22  to someone walking out with a bar of gold

23  because I think of the Wild West.

24       A.    No.  They put it in a bag and

25  when I go downstairs to give it to

```
 1                   P. VEDAWALA
 2   somebody, I put it in my bookbag.
 3        Q.    You put it in a backpack?
 4        A.    Yeah, a backpack and it's also
 5   packed so when I put it out, it's not open.
 6        Q.    How is it packed?
 7        A.    It's in a UPS bag or a plastic
 8   black color bag so you cannot see outside.
 9        Q.    How do you get the gold?  Is it
10   shipped to you?
11        A.    The building I'm in, they have
12   a Brink's, they have Malca-Amit, they have
13   Ferrari, and they have AIB Express.  All
14   those four are secured high volume courier
15   services.
16        Q.    For jewelry?
17        A.    For jewelry, gold, diamonds and
18   everybody is in the same building.
19        Q.    And that's how they send it to
20   you, through those couriers?
21        A.    Yes.
22        Q.    And is that shipping cost
23   included in the price of the gold that you
24   quote?
25        A.    Yes.
```

```
                                          Page 79
 1                    P. VEDAWALA
 2        Q.    When was the last time Eric
 3   contacted you to purchase gold?
 4        A.    Somewhere last year.
 5        Q.    Would it have been through
 6   these companies or another company?
 7        A.    Could have been another
 8   company.  I'm not sure.  I pulled out only
 9   these invoices because this was on the
10   subpoena.
11        Q.    I understand.  Do you know
12   someone by the name of Sergey Kalitenko?
13        A.    No.
14        Q.    In the Kalitenko case, the
15   subpoena requested document as it relates
16   to two companies, Slonimer and Top Practice
17   Management.  Do you recall that?
18        A.    Yes.
19        Q.    Do you recall providing us with
20   invoices as it relates to those two
21   entities?
22        A.    Yes.
23              (Whereupon, Invoices
24        Transactions for Top Practice
25        Management and Slonimer was marked as
```

```
                                          Page 80

 1                     P. VEDAWALA

 2        Exhibit 9 for identification as of

 3        this date by the Reporter.)

 4             (Whereupon, Sample of Slonimer

 5        Invoices and Checks was marked as

 6        Exhibit 10 for identification as of

 7        this date by the Reporter.)

 8             (Whereupon, Copies of Invoices

 9        and Payments for Top Practice

10        Management was marked as Exhibit 11

11        for identification as of this date by

12        the Reporter.)

13        Q.    I'm showing you what's been

14   marked for identification as Exhibit 9.  Do

15   you see this document that's 107 pages?

16        A.    I send this by e-mail so I

17   don't have copies of these things with me.

18   I remember all these things.

19        Q.    Do you remember providing these

20   documents in response to the subpoena?

21        A.    Yes.

22        Q.    And are these the invoices

23   transactions for Top Practice Management

24   and Slonimer?

25        A.    Correct.
```

1               P. VEDAWALA

2       Q.    Do you recall taking orders

3   from either of these companies?

4       A.    I don't recall.

5       Q.    Do you know who the contact

6   person was at these companies?

7       A.    I have to find out.

8       Q.    Do you remember someone by the

9   name of Steve Dell?

10      A.    I think so.

11      Q.    What do you remember about

12  Steve?

13      A.    I don't remember when he

14  started working with me but he would buy

15  gold and would pick up the gold; send

16  someone, not always the same courier.

17      Q.    Is that common where someone

18  would be picking up gold from you and it

19  would be various delivery or various

20  couriers would pick up gold?

21      A.    It's common.  For myself also,

22  I don't go pick up myself, sometimes

23  different people would pick up gold.

24      Q.    Is it a delivery service or

25  individuals?

```
                                        Page 82
 1                    P. VEDAWALA
 2        A.      Individuals.
 3        Q.      So Steve Dell goes by another
 4   name.  His name is Israel Deliatizky,
 5   D-E-L-I-A-T-I-Z-K-Y.
 6        A.      I don't know this name.
 7        Q.      The name Steve Dell sounds
 8   familiar?
 9        A.      Rings a bell.
10        Q.      Were you working with Steve
11   before 2021?
12        A.      I think so.
13        Q.      Were you working with him with
14   any other entity besides Top Practice
15   Management and Slonimer?
16        A.      I don't remember.
17        Q.      Are the circumstances for
18   ordering gold through these entities, Top
19   Practice Management and Slonimer, were they
20   any different that what we had discussed as
21   it related to Blue Tech Supplies and
22   Sunstone?
23        A.      I don't think so.
24        Q.      So the ordering process was the
25   same?
```

```
                                            Page 83
 1                    P. VEDAWALA
 2        A.    All the clients are the same.
 3        Q.    So you got a phone call for an
 4   order for gold?
 5        A.    Yes.
 6        Q.    And then you would create an
 7   order based on the value of that day?
 8        A.    There are some clients they say
 9   I need 5 kilos or 10 kilos.  So they, the
10   amount is, sometimes they say I want to by
11   about 50,000 or 100,000; that much gold
12   goes to them.
13        Q.    How would Steve contact you?
14   Do you have a phone number for Steve?
15        A.    No, I have to find out.  I
16   don't remember if I have his number.  They
17   maybe calling at my office.
18        Q.    Do you have like a file on each
19   client where you would have some their
20   contact information or anything to that
21   effect?
22        A.    No file.  We may have a number.
23   There's only invoice.  If it's not an
24   invoice, then when they call to pick up we
25   take the order.  Most of the clients, I
```

Page 84

1                    P. VEDAWALA

2    don't have the numbers.

3         Q.    You don't have a way to be able

4    to contact them if you need to?

5         A.    Yes.

6         Q.    You do.  And where would that

7    be included?

8         A.    We have caller ID when they

9    call and we call them back, if we want to

10   call them back.

11        Q.    So if there was an issue with

12   payment, where would you look for the

13   contact information to call them, through

14   caller ID or something else?

15        A.    Who, the people who are

16   regular?

17        Q.    Yes.

18        A.    Checks never bounced.  Whoever

19   checks is bounced, we contact them.  And

20   the check bounce is mostly the store

21   owners.  Store owners numbers, we have.

22        Q.    Do you have contact information

23   for Steve Dell in your office?

24        A.    I can find out.

25        Q.    Do you recall how you were

Page 85

                           P. VEDAWALA

 1                    P. VEDAWALA

 2   introduced to Steve Dell?

 3        A.    I don't recall.

 4        Q.    Do you know how it was that

 5   these invoices were signed?

 6        A.    Same way.  They take the

 7   delivery and bring the signed invoice back

 8   next time.

 9        Q.    Was this the same procedure

10   where when an order would be ready for

11   pickup, you got a check for another order?

12        A.    Mostly or if I look in the

13   endorsement, I can tell if it was -- I

14   don't see endorsement here.

15        Q.    Yes, there was no summary

16   provided.

17        A.    I mean we can see the same way

18   with the endorsement.  They can deposit in

19   my bank account but sometimes we get the

20   wires too.

21        Q.    Let's take a look at

22   Exhibit 10.  Exhibit 10 is the sample of

23   invoices and checks as it relates to

24   Slonimer.

25        A.    This is not my handwriting.

```
                                        Page 86

  1                       P. VEDAWALA

  2          Q.     So you're looking at page 2?

  3          A.     Yeah.  So this was deposited in

  4     the bank.  This is my endorsement.

  5          Q.     I see.  So most of the checks

  6     there seem to be deposited directly into

  7     your account?

  8          A.     I saw first few like that or

  9     they will mail it with the endorsement

 10     also.  It happens sometimes.

 11          Q.     That you get mailed checks?

 12          A.     Sometimes.

 13          Q.     Did you ever convert any of

 14     these orders for cash?

 15          A.     No.

 16          Q.     I'm going to show you now

 17     Exhibit 11.  These are copies of invoices

 18     and payments as it relates to Top Practice

 19     Management.

 20          A.     Yeah, here same thing?

 21          Q.     No, this one has payments with

 22     it too.

 23          A.     This is not my endorsement.

 24          Q.     And if it's not your

 25     endorsement, what does that mean, that
```

```
                                          Page 87
 1                    P. VEDAWALA
 2   someone deposited a check on your behalf?
 3        A.    This company must have
 4   deposited check in my bank account.
 5        Q.    Do you know if the person who
 6   contacted to order gold bullion for you
 7   from this company, Top Practice Management
 8   and Slonimer, are the same individual?
 9        A.    No, it's not the same.
10        Q.    From Slonimer, from Exhibit 10
11   and Exhibit 11?
12        A.    You're talking about Sunstone?
13        Q.    I'm talking about Exhibit 11,
14   which talks about Top Practice Management,
15   and Exhibit 10, which talks about Slonimer.
16        A.    It could have been same.  Let
17   me tell you something.
18        Q.    Sure.
19        A.    Customer calls me and he need
20   five kilos gold.  So they give two checks,
21   or five checks, or one check.  When they
22   get the check, I know which company it is.
23   That's why we do not make invoice until we
24   receive payment.
25        Q.    So the name you put on the
```

Page 88

1                    P. VEDAWALA
2   invoice for the company name is whatever
3   name is on the check that you received?
4        A.    Correct.
5        Q.    So you could get multiple
6   checks for the same person, issued from
7   separate accounts on a single day for a
8   single order?
9        A.    Even today we get like this.
10       Q.    And in your system, you
11  indicate it as different invoices to
12  different entities based on who's the name
13  on the check?
14       A.    Correct.
15             (Whereupon, Copies of Checks
16        was marked as Exhibit 12 for
17        identification as of this date by the
18        Reporter.)
19       Q.    I'm going to show you a bunch
20  of checks that were deposited in your
21  account from a company call Gelcore Records
22  Inc.  This is marked as Exhibit 12.  Just
23  take a look at that.
24       A.    Where is my endorsement?
25       Q.    The first page is your

Page 89

1                    P. VEDAWALA

2     endorsement.

3          A.    Are this -- I think this name I

4     saw on that new page I just --

5          Q.    Correct.  It is.

6          A.    So I have to check my records.

7     I cannot answer correctly on this.

8          Q.    And if you can't answer right

9     now, then that's fine but I still want to

10    ask the question first.  Sitting here

11    today, do you recall whether or not the

12    Steve we were discussing, Steve Dell, is

13    the same person who would be giving you

14    orders as it related to this company listed

15    on Exhibit 12?

16         A.    I don't remember that.

17         Q.    Do you recall --

18              MR. VANUNU:  We'll mark the

19          next exhibit as Exhibit 13.

20              (Whereupon, Copies of Checks

21          from MED Diagnostic Management was

22          marked as Exhibit 13 for

23          identification as of this date by the

24          Reporter.)

25         Q.    I'm showing you checks issued

```
                                        Page 90
 1                  P. VEDAWALA
 2    by MED Diagnostic Management that were
 3    issued to you, to Ruchi Gems, by another
 4    company that's owned by Steve Dell.  Do you
 5    know if these checks were related to orders
 6    as well?
 7         A.    From Steve Dell, could be.  I
 8    don't know.  I have to check my records.
 9         Q.    Let me ask it to you this way.
10    If they were not for orders, do you know
11    what you would have receive payments for to
12    Ruchi Gems?
13         A.    I receive the payment only for
14    orders.
15         Q.    Over the course of time, that
16    you worked with Eric for orders, for
17    gold  --
18         A.    Over the time?
19         Q.    Over the course of the time
20    period that you've worked with Eric, for
21    orders for gold, how much, approximately,
22    gold has he ordered from you?
23         A.    I cannot put the numbers
24    together.  Looking at this, we have to make
25    a total.
```

```
                                            Page 91
 1                  P. VEDAWALA
 2        Q.     Do you know someone by the name
 3   of Roslyn Ehrlich (phonetic)?
 4        A.     Is it in the new paper?
 5        Q.     It is.
 6        A.     I would have to go check it
 7   first.
 8        Q.     Does the name, sitting here
 9   today ring a bell, does it sound familiar?
10        A.     First name I know.
11        Q.     Roslyn, do you know someone
12   named Roslyn?
13        A.     Could be.
14        Q.     Do you ever deal with customers
15   who are Russian from Brooklyn?
16        A.     I don't know the locations.
17        Q.     Did you ever deal with
18   customers who have a Russian accent?
19        A.     Yes.
20        Q.     A lot or a few?
21        A.     A lot.  47th Street, maybe 25,
22   30.
23        Q.     Do you ever do any research on
24   any of the individual companies that give
25   you the checks that buy orders from you for
```

```
                                              Page 92

 1                        P. VEDAWALA
 2    gold bullion?
 3         A.    I want to make sure the checks
 4    are paid.
 5         Q.    Right.
 6         A.    Besides that, it's people come
 7    in combination.
 8         Q.    And to make sure the check is
 9    paid, you just wait for the funds to clear?
10         A.    Correct.
11         Q.    And that's the approximate
12    three days that we discussed earlier?
13         A.    Yes.
14         Q.    I'm going to show you some more
15    checks.
16              (Whereupon, Copies of Checks
17          from Depark Wholesale was marked as
18          Exhibit 14 for identification as of
19          this date by the Reporter.)
20              (Whereupon, Checks from Cash
21          New Construction Corp were marked as
22          Exhibit 15 for identification as of
23          this date by the Reporter.)
24              (Whereupon, Checks from Eco
25          Hillone Suppliers was marked as
```

```
                                      Page 93
 1                    P. VEDAWALA
 2         Exhibit 16 for identification as of
 3         this date by the Reporter.)
 4              (Whereupon, Checks from Gem X
 5         Media Solutions was marked as Exhibit
 6         17 for identification as of this date
 7         by the Reporter.)
 8              (Whereupon, Check from Key
 9         Prime Services Corp. was marked as
10         Exhibit 18 for identification as of
11         this date by the Reporter.)
12         Q.    I'm showing you what's been
13    marked for identification as Exhibit 14.
14    These are checks from a company called did
15    Depark (phonetic) Wholesale Supplies that
16    were deposited in Ruchi Gems's bank
17    account.
18         A.    I'm not prepared for this but
19    it's my endorsement.
20         Q.    I understand.  I'm just asking
21    you, sitting here today, if you recall the
22    person who contacted you regarding any
23    potential orders for gold bullion on behalf
24    of this company?
25         A.    I will give you correct answer
```

```
                                            Page 94

 1                    P. VEDAWALA
 2   once I go check everything there.
 3        Q.     These are just the samples.
 4   This is not everything.  It's just to see
 5   if the names of the entities ring a bell.
 6   It's the same question as it relates to
 7   looking at Exhibit 15.  Here's checks
 8   issued to you from Cash New Construction
 9   Corp.
10             These are more checks that were
11   issued and deposited into Ruchi Gems's
12   account.  Looking at these checks, can you
13   recall anything about any orders that were
14   provided to you or why these checks would
15   have been issued to Ruchi Gems?
16        A.     Currently no.
17        Q.     Same question as it relates to
18   Exhibit Number 16, which relates to an
19   entity called Eco Hillone Suppliers, E-C-O
20   H-I-L-L-O-N-E, Suppliers Inc.  Do you
21   recall anything about the person who issued
22   those checks to Ruchi Gems?
23        A.     I have not searched on these
24   things, not yet.
25        Q.     I'm going to show you what's
```

Page 95

1                      P. VEDAWALA
2    been marked for identification as
3    Exhibit 17, checks from a company called
4    Gem X Media Solutions.  Do you recall who
5    issued those checks to you and for what
6    purpose they were for?
7         A.    I don't recall.  I will have to
8    check.
9         Q.    And the last question on these
10   checks here is Exhibit 18, for a check from
11   Key Prime Services Corp. to Ruchi Gems.  Do
12   you know who would have issued that check
13   to you and under what purpose?
14        A.    Currently I cannot answer this.
15        Q.    And for these questions that
16   you cannot answer, you have to go look at
17   your records to figure out what the purpose
18   of these checks were for?
19        A.    Purpose has to be gold.
20        Q.    And who the contact person was
21   for these people?
22        A.    That I will find out.
23        Q.    So in your office, you have a
24   way to look at these checks and find the
25   orders and indicate who the contact person

                        P. VEDAWALA

1

2    was?

3          A.     Yes.

4          Q.     And with that information are

5    you able to identify what phone numbers or

6    contact information those individuals --

7          A.     Correct.

8          Q.     -- gave you as it relates to

9    those orders?

10                 MR. PASCHALIDIS:  Wait until

11          the question is finished before you

12          answer.

13         Q.     You have to wait until I finish

14   asking the question.  It's fine.

15         A.     I cannot answer right now.

16         Q.     At your office, where you have

17   your records, are you able to determine,

18   based on checks that were issued to Ruchi

19   Gems, what orders were provided and who

20   made the request for orders?

21         A.     I will answer this later.

22         Q.     After you've had a chance to

23   look?

24         A.     After I go back to office.

25         Q.     Okay.  Do you know someone by

```
                                              Page 97

 1                    P. VEDAWALA
 2   the name the of Joseph DuMouchelle?
 3        A.    No.
 4        Q.    Did you ever have a partner by
 5   the name of Joseph DuMouchelle?
 6        A.    It doesn't ring a bell but I
 7   have to check back.
 8        Q.    Is there any other Kush Gold &
 9   Jewelry?  Do you know of any other
10   businesses that went by Kush Gold &
11   Jewelry?
12        A.    Not that I know of.
13        Q.    Has that been your entity since
14   2002?
15        A.    2002.
16        Q.    And you're incorporated in the
17   State of New York?
18        A.    Yes.
19        Q.    Does Kush Gold & Jewelry have
20   its own tax identification number?
21        A.    Yes.
22        Q.    Did you ever get into business
23   with someone from the state of Michigan?
24        A.    Maybe.
25        Q.    Did you ever have a business
```

```
 1                    P. VEDAWALA
 2  partner from Michigan?
 3       A.    Me?
 4       Q.    Yes you.
 5       A.    No.
 6             MR. VANUNU:  Give me one
 7          minute.
 8             (Whereupon, a short recess was
 9          taken.)
10             MR. VANUNU:  Sir, I don't have
11          any other questions for you at the
12          moment so thank you for your time.
13          However, I will say that based on our
14          conversation here today, there are
15          going to be certain things, items,
16          documents, that I am going to put in
17          requests.  I'll put it in writing and
18          send it to your lawyers based on the
19          information here.
20             And I can just tell you right
21          now, as a heads up, those will
22          include the contact information for
23          the people whose checks we went over
24          that you weren't sure about;
25          potentially the contact information
```

Page 99

1                    P. VEDAWALA

2          for Steve Dell and Top Practice

3          Management and Slonimer, for those

4          invoices, and potential invoices for

5          some of the checks that were

6          deposited in Ruchi Gems's account.

7                THE WITNESS:  Which was not

8          connected --

9                MR. VANUNU:  Which was not

10         connected to the original request.

11               THE WITNESS:  That's a

12         bookkeeping error.

13               MR. VANUNU:  So we will follow

14         up in writing and that's it.  Thank

15         you for your time.

16               (Whereupon, at 2:50 P.M., the

17         Examination of this witness was

18         concluded.)

19

20              °          °          °          °

21

22

23

24

25

Page 100

1                    P. VEDAWALA

2               D E C L A R A T I O N

3

4       I hereby certify that having been

5    first duly sworn to testify to the truth, I

6    gave the above testimony.

7

8       I FURTHER CERTIFY that the foregoing

9    transcript is a true and correct transcript

10   of the testimony given by me at the time

11   and place specified hereinbefore.

12

13

14

                 _____

15                    PARESH VEDAWALA

16

17

18   Subscribed and sworn to before me

19   this _____ day of _____ 20___.

20

21

     _____

22       NOTARY PUBLIC

23

24

25

Page 101

1                    P. VEDAWALA

2                   E X H I B I T S

3

4   PLAINTIFF'S EXHIBITS

5

6   EXHIBIT      EXHIBIT                        PAGE

7   NUMBER       DESCRIPTION

8   Exh 1        Government Employees           5

9                Insurance Co. v. Mark H.

10               Vine, M.D. Subpoena

11  Exh 2        Whereupon, Government          5

12               Employees Insurance Co. v.

13               Elena Borisovna Stybel,

14               D.O. Subpoena

15  Exh 3        Government Employees           5

16               Insurance Co. v. Sergey

17               Kalitenko M.D. Subpoena

18  Exh 4        Copy of Blue Tech and          6

19               Sunstone Records

20  Exh 5        Blue Tech Services             6

21               Statement Summary

22  Exh 6        Sunstone Services              55

23               Summary of Transactions

24  Exh 7        Copies of Checks               70

25

Page 102

1                    P. VEDAWALA

2    PLAINTIFF'S EXHIBITS

3

4    EXHIBIT     EXHIBIT                   PAGE

5    NUMBER      DESCRIPTION

6    Exh 8       Copy of Check from        73

7                Sunstone Services

8    Exh 9       Invoices Transactions     79

9                For Top Practice

10               Management and Slonimer

11   Exh 10      Sample of Slonimer        80

12               Invoices and Checks

13   Exh 11      Copies of Invoices and    80

14               Payments for Top Practice

15               Management

16   Exh 12      Copies of Checks          88

17   Exh 13      Copies of Checks from     89

18               MED Diagnostic Management

19   Exh 14      Copies of Checks from     92

20               Depark Wholesale

21   Exh 15      Checks from Cash New      92

22               Construction Corp

23   Exh 16      Checks from Eco Hillone   92

24               Suppliers

25

Page 103

1                         P. VEDAWALA

2    PLAINTIFF'S EXHIBITS

3

4    EXHIBIT     EXHIBIT                      PAGE

5    NUMBER      DESCRIPTION

6    Exh 17     Checks from Gem X Media    93

7                Solutions

8    Exh 18     Check from Key Prime       93

9                Services Corp.

10

11        (Exhibits retained by Counsel.)

12

13                 I N D E X

14

15   EXAMINATION BY                         PAGE

16   MR. VANUNU                             5

17

18

19

20

21

22

23

24

25

Page 104

1                    P. VEDAWALA

2              C E R T I F I C A T E

3

4    STATE OF NEW YORK        )

                             :   SS.:

5    COUNTY OF NEW YORK       )

6

7

8         I, ENRIQUE ALVARADO, a Notary Public

9    for and within the State of New York, do

10   hereby certify:

11        That the witness whose examination is

12   hereinbefore set forth was duly sworn and

13   that such examination is a true record of

14   the testimony given by that witness.

15        I further certify that I am not

16   related to any of the parties to this

17   action by blood or by marriage and that I

18   am in no way interested in the outcome of

19   this matter.

20        IN WITNESS WHEREOF, I have hereunto

21   set my hand this 11th day of April 2023.

22

23

24

                        ENRIQUE ALVARADO

25

Page 105

ERRATA SHEET

VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Geico v. Kalitenko M.D. Sergey Et Al.

DATE OF DEPOSITION: 3/29/2023

WITNESSES' NAME: Paresh Vedawala

PAGE    LINE (S)          CHANGE                REASON

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

                                  _____
                                  Paresh Vedawala

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _____ DAY OF _____, 20__.


_____          _____

(NOTARY PUBLIC)                MY COMMISSION EXPIRES:

**[& - 47]**                                                                    Page 1

| & | | | |
|---|---|---|---|

**&**

**&**   4:17 9:9
10:15,17,21
97:8,10,19

**0**

**02834**   1:12
**02965**   1:6
**03804**   1:19
**07068**   3:19

**1**

**1**   4:17 5:17
8:22 11:4
34:15 69:15
101:8
**10**   69:23 80:6
83:9 85:22,22
87:10,15
102:11
**100,000**   64:5
72:9 83:11
**10005**   3:10
**10022**   2:11
**10036**   5:13
**101**   3:18
**107**   80:15
**10:00**   35:14
**11**   80:10 86:17
87:11,13
102:13
**11/15**   74:25
75:5
**11235**   3:14
**11556**   3:5

**11th**   104:21
**12**   88:16,22
89:15 102:16
**12:30**   1:23 2:3
**13**   89:19,22
102:17
**14**   92:18 93:13
102:19
**15**   39:24 76:22
76:24 77:2,12
92:22 94:7
102:21
**150,000**   64:6
**15th**   65:7,11
**16**   38:16 39:24
61:12 93:2
94:18 102:23
**160,000**   48:13
**17**   61:12 93:6
95:3 103:6
**18**   38:21,22
93:10 95:10
103:8
**1800**   3:9
**1:22**   1:6,12,19

**2**

**2**   5:22 8:22
11:25 12:2
51:2 71:11
86:2 101:11
**20**   22:24 25:25
100:19 105:22
**2002**   19:16,18
19:22 21:4
97:14,15

**2014**   21:4
**2015**   21:3
38:16,17 39:16
39:23
**2016**   39:16,23
45:21 52:22
**2020**   21:14
**2021**   21:10,16
22:3,9 40:3
42:21 43:6
45:25 46:7,9
48:11,23 57:9
59:5,8 60:4
61:14 65:7,11
69:14,23 73:9
82:11
**2022**   21:11,15
22:3,10 41:21
42:21 43:7
45:25 46:7,9
57:9 61:14
69:15,23 71:11
71:11 72:20
**2023**   1:22 2:2
104:21
**205**   21:3
**21**   22:23,24,24
**22**   22:23
**22nd**   63:22
64:2
**24**   25:7 63:4,6
66:24 67:7
**24556**   104:23
**25**   71:11 91:21

**26**   19:6
**26th**   73:2
**28,000**   71:12
**29**   1:22 2:2
**2:50**   99:16

**3**

**3**   6:4 8:23 13:4
13:18 101:15
**3/29/2023**
105:3
**30**   4:16 7:17
48:10,23 69:14
91:22
**3033**   3:14
**30th**   48:17
49:17 50:2
**32**   76:6
**32.15**   62:11
**32.15.**   62:12
**3:00**   34:7
**3rd**   3:14

**4**

**4**   6:8 11:17
12:15 13:18
30:5,18 34:19
36:5 43:3,16
43:19 44:3
57:12 61:18
63:20 101:18
**40**   3:9
**410**   2:10
**44,000**   71:12
**47**   38:20

**[477 - answer]**                                                         Page 2

**477**  2:9
**47th**  91:21
**4th**  72:25

**5**

**5**  6:12 47:21,24
   49:4 54:23
   55:4 63:20,24
   65:5 68:12,21
   69:11 75:4,10
   83:9 101:8,11
   101:15,20
   103:16
**50**  51:2
**50,000**  35:16
   72:12 83:11
**525-9907**  41:2
**55**  101:22
**580**  5:12 20:23
   20:25

**6**

**6**  7:17 55:13,15
   55:18,21 57:12
   63:21 65:10
   68:13 69:18
   74:24,25
   101:18,20,22
**60**  76:5
**600**  21:7
**602**  20:23 21:2
   21:6
**63.95**  62:14
**63.9511**  61:17
**64**  75:11,12,21

**646**  40:21 41:2
   41:19
**66,000**  71:11
**679-5562**  40:25
**69**  75:24 76:4

**7**

**7**  70:2,4,9
   101:24
**70**  101:24
**718**  40:25
**73**  102:6
**74,000**  34:20
**79**  102:8

**8**

**8**  38:20,22
   73:20,23 102:6
**80**  75:9,19,20
   76:5 102:11,13
**818-1859**  41:2
**877-6700**  40:21
**88**  102:16
**89**  102:17

**9**

**9**  80:2,14 102:8
**9/9**  57:15
**9/9/2021**  57:13
**92**  102:19,21,23
**926**  3:5
**93**  103:6,8
**95**  36:6,8,10
**973**  41:2
**9th**  3:5 59:5,8
   60:4 69:23

**a**

**a.m.**  35:14
**ability**  17:16
   44:16
**able**  13:20
   14:19 50:12
   84:3 96:5,17
**above**  100:6
**accent**  91:18
**account**  49:3
   50:7,11,16
   54:2,16 70:23
   71:2,7,13,18,22
   74:6 85:19
   86:7 87:4
   88:21 93:17
   94:12 99:6
**accounts**  88:7
**accurately**  44:8
   68:13
**accused**  6:20
**action**  1:6,12
   1:18 104:17
**actions**  9:21
**actually**  56:3
**add**  32:12
   35:17
**addition**  27:2
**additional**  6:24
   14:16
**address**  5:11
**administer**
   4:11
**administrative**
   23:15

**advertise**  27:19
**advertised**
   27:20
**advise**  13:12
**advised**  14:15
**afternoon**
   10:11
**agents**  42:7
**ago**  19:15
**agree**  36:20
**agreed**  4:5,20
   36:23
**ahead**  35:15
**aib**  78:13
**al**  1:4,7,10,14
   1:16,20 9:2,5,7
   105:2
**alcohol**  17:15
**alison**  3:22
**allow**  50:15
**alvarado**  2:11
   104:8,24
**amit**  78:12
**amount**  25:17
   25:18 32:11,13
   32:14,16,21,24
   32:25 33:3,16
   53:25 76:18
   83:10
**amounts**  32:20
**answer**  14:6,7
   14:8,10,19
   15:20,23 16:9
   16:11,21,24
   18:20,21 26:7

[answer - bounced]                                                    Page 3

26:19 27:13
43:9 53:5,15
64:20 65:2,17
68:17 71:5,17
76:8 89:7,8
93:25 95:14,16
96:12,15,21
**answers**  7:3
15:21
**anymore**  21:25
**appear**  10:2,6
11:11
**appeared**  9:20
57:5
**approximate**
92:11
**approximately**
90:21
**approximation**
18:16
**april**  71:10
104:21
**arr**  1:19
**aside**  17:20
**asked**  7:2 11:10
16:20 45:9
**asking**  14:11
17:21 93:20
96:14
**associated**  42:7
**attached**  56:6
**attempt**  10:5
**attention**  11:16
11:25 12:14
43:19 63:19

**attorney**  9:23
9:24 10:13
16:6,8 17:22
**attorneys**  3:4,8
3:13,18 17:20
**authentic**  67:7
**authenticity**
66:22
**authorized**
4:11
**available**  11:21
14:17 54:9,11
54:16
**avenue**  2:10
5:12 20:23,25
**aware**  7:5 10:4
11:9 12:7 13:7
13:23 17:7
52:17 67:11,14
67:17,20

**b**

**b**  7:17 51:6
101:2
**back**  7:11
33:10,11,12,13
34:8 39:23
42:20 49:7,15
52:8 54:18
59:24 63:9
68:4 84:9,10
85:7 96:24
97:7
**backpack**  78:3
78:4

**bad**  15:11
**bag**  62:11 67:3
77:19,20,24
78:7,8
**bags**  26:2
**bank**  28:6 50:7
54:9,16 72:18
85:19 86:4
87:4 93:16
**bar**  20:8 25:4
25:10,22 34:15
62:12,15,22
77:22
**bars**  20:10
34:15,16 61:24
66:23
**base**  35:20
**based**  25:11,12
25:14,16 44:17
76:18 83:7
88:12 96:18
98:13,18
**bates**  43:20
44:4 59:3
**bathroom**
16:17
**beginning**
47:22 61:13
**behalf**  10:17
11:10,20 12:10
12:25 13:19
30:24 41:9
45:8 46:11
63:17 65:20
87:2 93:23

**believe**  41:22
51:17 63:21,23
75:2
**bell**  82:9 91:9
94:5 97:6
**benefit**  64:22
**best**  11:21
13:20 15:12
18:16
**big**  21:5
**black**  78:8
**blood**  104:17
**blue**  6:6,10
30:21 38:12,14
42:23 43:6
44:2 45:4 48:2
55:5,8 68:15
68:25 69:8,13
73:15 82:21
101:18,20
**bookbag**  78:2
**bookkeeping**
99:12
**books**  23:7
36:13
**borisovna**  1:14
5:21 9:4 67:18
101:13
**bottom**  57:19
70:16,19
**bought**  35:19
**bounce**  84:20
**bounced**  66:9
84:18,19

**brach** 3:17
**break** 16:15,16
  16:17,18,23,23
**breaks** 19:19
  19:20
**brevity** 10:24
**brighton** 3:14
**bring** 46:19
  58:3,3,11
  59:24 60:18
  61:4 85:7
**brink's** 78:12
**brooklyn** 3:14
  91:15
**building** 21:3
  38:20,21 78:11
  78:18
**bullion** 20:3,5,7
  20:9 23:20
  24:11,20 25:10
  25:20 26:5,10
  26:11,12 27:3
  27:4,10 31:23
  31:25 32:4
  48:14,18 87:6
  92:2 93:23
**bunch** 88:19
**business** 9:9
  10:16 19:3,5,9
  19:13 23:19
  24:17 31:14
  44:16 49:22
  50:14 56:12
  67:11 97:22,25

**businesses**
  24:14 97:10
**buy** 23:21 24:6
  26:9,14,16
  27:3 28:2
  31:22,25 32:8
  32:22 33:16
  34:7,10,14
  35:2,16 39:14
  39:14 42:12,23
  81:14 91:25
**buying** 25:19
  66:13
**buys** 27:15
  39:13

**c**

**c** 3:2 94:19
  100:2 104:2,2
**calculate** 33:3
**calculation**
  62:17
**call** 10:24
  18:15,16 36:17
  37:20 40:15
  41:3,6,14
  51:25 61:8
  83:3,24 84:9,9
  84:10,13 88:21
**called** 5:2 35:7
  93:14 94:19
  95:3
**caller** 84:8,14
**calling** 83:17
**calls** 41:16 52:2
  87:19

**cameras** 63:13
**carat** 20:5 63:4
  63:6 66:24
  67:7
**case** 7:23 8:6
  9:25 10:4 11:6
  12:5 13:7
  29:13,14 30:20
  36:12 79:14
  105:2
**cases** 8:14,24
  9:19 10:14
**cash** 27:11,16
  34:10,14 72:6
  72:10,13 73:14
  86:14 92:20
  94:8 102:21
**caveat** 16:19
**cell** 40:16 41:7
**certain** 11:13
  14:15 98:15
**certificates**
  66:22
**certification**
  4:8
**certify** 100:4,8
  104:10,15
**chance** 96:22
**change** 18:24
  22:6 105:5
**changed** 22:7
**charges** 63:7
**chase** 50:7
**check** 28:9,22
  28:24 31:11

  32:11,16,25
  34:21 36:11
  38:3,4 39:24
  46:17,18,19,25
  47:3 48:24
  49:2,9,14,16,25
  50:6,10 51:10
  51:10 52:6,25
  53:17 54:14
  58:3 61:4,4
  66:8 70:15
  71:18 73:19,21
  73:25 74:6,10
  74:14 84:20
  85:11 87:2,4
  87:21,22 88:3
  88:13 89:6
  90:8 91:6 92:8
  93:8 94:2 95:8
  95:10,12 97:7
  102:6 103:8
**checks** 23:8
  28:14,17 46:21
  47:16,16 48:3
  50:16,20 53:20
  53:24 55:7
  56:7 70:3,10
  70:23 71:10,21
  73:13,14 80:5
  84:18,19 85:23
  86:5,11 87:20
  87:21 88:6,15
  88:20 89:20,25
  90:5 91:25
  92:3,15,16,20

92:24 93:4,14
94:7,10,12,14
94:22 95:3,5
95:10,18,24
96:18 98:23
99:5 101:24
102:12,16,17
102:19,21,23
103:6

**christmas**
72:17

**circumstances**
33:20,24,25
82:17

**civil**  1:6,12,18
2:8

**clear**  23:25
28:25 52:25,25
92:9

**cleared**  46:21
53:21

**clears**  28:10,12
53:17,22

**client**  51:13
76:17 83:19

**clientele**  24:13
27:19

**clients**  23:10
67:24 83:2,8
83:25

**coin**  20:8 25:11
25:23 62:22,24
63:2

**coins**  20:11
25:4 61:24

**color**  78:8

**combination**
92:7

**come**  7:11 26:9
32:19 34:9,25
40:6,9 46:18
56:18 57:8
58:2 60:18
61:3 92:6

**comes**  23:20
31:22,24 35:9
35:13 37:5

**coming**  37:17

**commercial**
38:3

**commission**
105:25

**common**  64:12
81:17,21

**companies**  6:24
24:4,6 38:12
42:17,22 44:9
53:20 75:8
76:15 79:6,16
81:3,6 91:24

**company**  1:3,9
1:16 7:20 8:25
9:4,6 10:24
11:6 12:5 13:6
42:14,15 79:6
79:8 87:3,7,22
88:2,21 89:14
90:4 93:14,24
95:3

**computer**  37:8
44:20,24

**concluded**
99:18

**conduct**  9:17
27:25

**conducted**  31:5
49:21

**conference**
3:16

**confirm**  28:6

**confused**  59:2
77:21

**connected**
60:24 99:8,10

**consent**  9:16

**consider**  24:10

**construction**
92:21 94:8
102:22

**contact**  41:12
81:5 83:13,20
84:4,13,19,22
95:20,25 96:6
98:22,25

**contacted**  79:3
87:6 93:22

**contents**  9:12
16:7 18:8

**continue**  8:6

**conversation**
8:3 39:3 98:14

**conversations**
15:7 66:3

**convert**  27:11
86:13

**copies**  70:3
80:8,17 86:17
88:15 89:20
92:16 101:24
102:13,16,17
102:19

**copy**  4:14,17
6:6 30:18
47:24 48:23
55:22 73:21
101:18 102:6

**corp**  92:21 93:9
94:9 95:11
102:22 103:9

**corporate**
12:16 13:11,15

**corporation**
8:15

**correct**  11:11
11:14,15 12:22
12:23 17:13
28:3 36:25
43:24 44:6,10
47:19,22 48:15
49:3 50:4
54:21 55:5,24
56:4,5 59:6,9
59:13 64:7,11
69:16,24 70:17
70:24 72:4
80:25 88:4,14
89:5 92:10
93:25 96:7

[correct - deposition]

100:9
**correctly** 89:7
**corresponding**
71:14
**cost** 78:22
**counsel** 4:6,17
8:4 9:16 10:3
103:11
**count** 21:18
**county** 104:5
**courier** 60:15
78:14 81:16
**couriers** 78:20
81:20
**course** 31:13
44:15 56:12
90:15,19
**court** 1:2 4:13
15:3
**courtroom**
17:12
**create** 31:9
34:18,24 35:2
35:18,24 36:9
37:6,10,13
44:17,21 83:6
**created** 31:12
31:16 37:2,8
43:11 46:15
56:11 59:15
**creates** 67:4
**current** 21:2
**currently** 8:12
21:9 94:16
95:14

**customer** 23:20
24:21 25:10
27:23 28:23
31:22 36:20
37:11,12,17,20
38:2,15,15
68:6 87:19
**customer's**
54:20
**customers**
23:13 24:23
27:4,5,6,11,21
29:4,5,9 32:19
34:2,9 37:14
37:24 50:15
91:14,18
**cv** 1:6,12,19

**d**

**d** 4:2 5:2 22:20
22:21 51:6
82:5 100:2
103:13
**d.o.** 1:14 5:21
101:14
**date** 1:22 2:2
5:18,23 6:5,9
6:13 31:17
43:11 48:17
55:19 70:5
73:24 80:3,7
80:11 88:17
89:23 92:19,23
93:3,6,11
105:3

**dates** 44:13
**day** 28:7 35:10
36:14 37:2
52:16,18 53:23
53:25 54:3,4
54:10 64:10,14
64:15 65:14,21
75:7 76:2,14
77:14 83:7
88:7 100:19
104:21 105:22
**daylight** 35:12
**days** 4:16 28:13
47:2 55:3
92:12
**deal** 91:14,17
**december** 21:4
29:16,17
**decided** 9:16
**declared** 35:10
**defendant** 1:8
1:15,21 3:8,13
**defendant's**
10:3
**definitely** 72:18
**deliatizky** 82:4
**deliver** 23:25
58:9
**delivered** 56:16
58:5 59:19,21
60:2,5,21
**delivering**
52:23
**delivery** 34:5,7
47:3 81:19,24

85:7
**dell** 81:9 82:3,7
84:23 85:2
89:12 90:4,7
99:2
**denomination**
63:7
**denominations**
76:12,14
**depark** 92:17
93:15 102:20
**depending**
25:18
**depends** 32:10
62:19
**depicted** 44:13
**deposit** 50:16
51:5 70:23
85:18
**deposited** 49:3
49:14 50:7,9
51:13 71:13
74:6 86:3,6
87:2,4 88:20
93:16 94:11
99:6
**depositing** 23:7
**deposition** 1:25
2:5 4:8,9,14
7:11 8:10,19
9:18,22 10:6
11:22 14:22,24
17:20 18:7,8
18:14 42:4,8
105:3

**[depositions - eric]**

**depositions** 8:13 15:17

**deposits** 51:9

**describe** 39:2 44:8

**description** 101:7 102:5 103:5

**detail** 18:10 35:5

**determine** 96:17

**determined** 25:5

**dharmistha** 22:20

**diagnostic** 89:21 90:2 102:18

**diamonds** 78:17

**different** 8:14 22:11 36:16 40:18 56:19 62:21 72:24 76:15 77:3,13 81:23 82:20 88:11,12

**difficult** 61:2

**direct** 11:24 12:13

**directed** 9:8

**directing** 43:19 50:25

**directly** 50:16 51:14 86:6

**directs** 16:9

**disclosed** 6:25

**discuss** 8:4 11:21

**discussed** 56:10 82:20 92:12

**discussing** 74:8 89:12

**discussion** 48:8

**disposal** 14:18

**district** 1:2,2

**divided** 32:16

**diwali** 34:12 72:16,17,22

**document** 30:7 43:20 44:3 59:3,22 70:9 79:15 80:15

**documents** 29:14,24 42:9 63:15 80:20 98:16

**doing** 9:9

**dollar** 32:21 33:3

**downstairs** 77:25

**draw** 63:19

**drugs** 17:15

**due** 7:14

**duly** 5:3 100:5 104:12

**dumouchelle** 97:2,5

**e**

**e** 3:2,2 4:2,2 5:2 5:2 45:13 80:16 82:5 94:19,20 100:2 101:2 103:13 104:2,2

**earlier** 19:11 92:12

**eastern** 1:2

**eco** 92:24 94:19 102:23

**effect** 4:12,15 35:13 83:21

**efficiency** 8:9 8:16 9:15

**ehrlich** 91:3

**eichler** 3:17

**eisenhower** 3:18

**either** 41:6 81:3

**ek** 1:6

**elena** 1:14 5:20 9:4,25 12:5 67:18 101:13

**emergency** 6:17

**employee's** 21:23

**employees** 1:3 1:9,16 5:15,20 6:2 7:19 8:25 9:3,6 11:5 12:4

**dumouchelle** 97:2,5

13:5 21:17,20 22:2,17 101:8 101:12,15

**endorsement** 50:8,19,24 51:8 70:16,18 85:13,14,18 86:4,9,23,25 88:24 89:2 93:19

**enrique** 2:11 104:8,24

**entities** 79:21 82:18 88:12 94:5

**entity** 82:14 94:19 97:13

**eric** 38:17 39:3 39:7,11,17 40:5,9,20 41:23 42:3,8 42:11,17,22 43:5 45:6,7 46:2,6,11,16,23 49:21 50:11 51:22 52:3,17 52:20 54:25 55:4,10 56:3 56:16 57:6,8 60:15,23,24 64:13 65:15,20 65:23 66:3 67:23 68:3,8 68:15 75:8 79:2 90:16,20

**[eric's - forms]**

| | | | |
|---|---|---|---|
| **eric's** 42:7 45:8 | 102:17,19,21 | **expires** 105:25 | 95:22,24 |
| 46:10 49:17 | 102:23 103:6,8 | **explain** 23:18 | **fine** 17:5 62:7 |
| 53:20,24 61:11 | **exhibit** 5:17,22 | **express** 78:13 | 89:9 96:14 |
| 63:17 | 6:4,8,12 8:22 | **extent** 15:25 | **finish** 96:13 |
| **errata** 105:1 | 11:4,25 12:2 | **extra** 76:20 | **finished** 96:11 |
| **error** 71:25 | 12:21 13:4,18 | | **firm** 3:12 |
| 74:16 99:12 | 30:5,10,14,18 | **f** | **first** 5:3 12:21 |
| **errors** 74:17 | 30:22 34:19 | | 14:22 15:8 |
| **esq** 3:6,10,15 | 36:5 43:3,16 | **f** 4:2 22:20 | 16:20 30:13 |
| 3:19,22 | 43:19 44:3 | 104:2 | 31:23 38:14 |
| **estimate** 18:17 | 47:21,24,24 | **fabrication** | 39:3,10,20 |
| **et** 1:3,7,9,14,16 | 54:23 55:4,13 | 63:6 | 42:11 54:23 |
| 1:20 9:2,5,7 | 55:15,18,21 | **fact** 18:7 66:24 | 68:12,22 69:8 |
| 105:2 | 57:12 58:25 | **fair** 68:11 | 69:18 70:19,24 |
| **event** 38:23 | 62:9 63:20,23 | **fairly** 15:2 44:7 | 86:8 88:25 |
| **everybody** | 65:5,9,10 | **faith** 7:8 8:3 | 89:10 91:7,10 |
| 78:18 | 68:12,13,21 | **fall** 73:3,7,10 | 100:5 |
| **exact** 36:19 | 69:11,18 70:4 | **familiar** 20:7 | **five** 75:25 |
| **exactly** 38:22 | 70:9 73:20,23 | 82:8 91:9 | 76:11 77:13 |
| 68:5 | 74:24,25 75:4 | **family** 6:17 | 87:20,21 |
| **examination** | 75:10 80:2,6 | 17:24,25 26:25 | **fix** 35:7,21 |
| 5:6 99:17 | 80:10,14 85:22 | **farhad** 22:18 | 36:12,13,16,22 |
| 103:15 104:11 | 85:22 86:17 | **federal** 2:7 | 37:5 |
| 104:13 | 87:10,11,13,15 | **feet** 21:7 | **floor** 3:5 |
| **examined** 5:5 | 88:16,22 89:15 | **ferrari** 78:13 | **follow** 99:13 |
| **example** 23:6 | 89:19,19,22 | **festival** 34:11 | **follows** 5:5 |
| 26:21 57:11 | 92:18,22 93:2 | **fifth** 5:12 20:23 | **force** 4:15 |
| 61:16 63:22 | 93:5,10,13 | 20:25 48:21 | **foregoing** |
| **except** 4:21 | 94:7,18 95:3 | **figure** 95:17 | 100:8 |
| **exchange** 3:9 | 95:10 101:6,6 | **file** 83:18,22 | **form** 4:21 |
| 73:13 | 102:4,4 103:4 | **filing** 4:7 72:19 | 24:22,23 25:5 |
| **exh** 101:8,11,15 | 103:4 | **financially** | 26:7 28:15,19 |
| 101:18,20,22 | **exhibits** 63:20 | 64:23 | **forms** 16:7 |
| 101:24 102:6,8 | 101:4 102:2 | **find** 22:25 | 20:13 24:24,25 |
| 102:11,13,16 | 103:2,11 | 42:19 71:19 | 25:2 |
| | | 72:18 81:7 | |
| | | 83:15 84:24 | |

**[forth - government]**

| | | | |
|---|---|---|---|
| **forth** 104:12 | **gems's** 93:16 | 81:22 91:6 | 48:14,18 51:6 |
| **forward** 8:6,7 | 94:11 99:6 | 94:2 95:16 | 51:6,21,22 |
| **four** 65:13 77:3 | **general** 18:11 | 96:24 | 52:4,7,10,14,18 |
| 77:4,13 78:14 | **generally** 29:8 | **goes** 67:3 69:17 | 52:21,24 53:3 |
| **fourth** 48:21 | 49:20 52:10 | 82:3 83:12 | 53:16,17,21 |
| **fraction** 67:2 | 62:16 67:12 | **going** 10:24 | 54:5,8,8,10,17 |
| **frequency** | 73:3 | 11:3,24 12:13 | 54:18,24 56:15 |
| 54:24 | **getting** 29:17 | 13:3,12 14:21 | 57:5,9,23 58:2 |
| **friday** 6:16,17 | 29:20 47:10 | 30:3,13,17 | 58:4,6,14 |
| **front** 36:5 | **gift** 26:25 | 43:18 47:19 | 59:22 60:2,6,9 |
| 37:11 57:12 | **give** 23:6 24:21 | 49:15 55:12,13 | 60:12,21,23 |
| 63:21 68:12 | 24:22 25:3,6,9 | 70:7 71:6 | 61:3,6,9 63:5 |
| 69:9 | 25:9,21 26:3 | 73:18,19 74:5 | 63:17 66:14,16 |
| **full** 14:17 | 26:21 29:6 | 86:16 88:19 | 66:24 67:8 |
| **fully** 13:23 | 32:12,20,23,24 | 92:14 94:25 | 69:13,22 71:23 |
| **fund** 54:10 | 34:5 35:4 | 98:15,16 | 72:3 74:9,11 |
| **funds** 54:9,15 | 40:23 46:25 | **gold** 9:9 10:15 | 74:12 76:2,9 |
| 92:9 | 47:3 50:11 | 10:17,21 13:15 | 76:10 77:22 |
| **further** 4:20 | 53:16,21 54:5 | 20:5,7,8,8,9,10 | 78:9,17,23 |
| 7:24 74:19 | 60:17 61:8 | 20:10,11,12 | 79:3 81:15,15 |
| 100:8 104:15 | 77:18,25 87:20 | 23:19,21,25 | 81:18,20,23 |
| | 91:24 93:25 | 24:3,11,20,22 | 82:18 83:4,11 |
| **g** | 98:6 | 25:16,20 26:5 | 87:6,20 90:17 |
| | **given** 38:5 | 26:10,11,12,17 | 90:21,22 92:2 |
| **geico** 10:13 | 54:14 100:10 | 27:3,3,10,16 | 93:23 95:19 |
| 105:2 | 104:14 | 31:23,25 32:4 | 97:8,10,19 |
| **geico's** 30:19 | **gives** 38:2 | 32:13,15,18,22 | **gold's** 31:13 |
| **gelcore** 88:21 | **giving** 60:24 | 32:23 33:16,17 | **golden** 15:9 |
| **gem** 93:4 95:4 | 89:13 | 34:2,4,10,14,15 | **good** 7:8 8:3 |
| 103:6 | **gmail.com** 3:15 | 35:2,9,16 36:2 | 10:11 |
| **gems** 9:10,17 | **go** 8:6,7 10:10 | 36:18 38:25 | **government** |
| 10:16 51:7 | 14:21 33:10,24 | 39:13,14,18 | 1:3,9,16 5:14 |
| 70:20 74:2 | 42:20 43:15 | 40:11 42:12,12 | 5:19,25 7:19 |
| 90:3,12 94:15 | 60:5,9 71:7 | 42:17,23 43:5 | 8:24 9:3,5 11:5 |
| 94:22 95:11 | 74:18 77:25 | 46:25 47:4 | 12:4 13:5 |
| 96:19 | | | |

101:8,11,15
**grab** 10:10
**grain** 25:4 26:2
62:14,15,22,25
63:2
**grains** 20:10
25:11 61:24
66:23
**guess** 18:17,22
27:25

**h**

**h** 1:7 3:9 5:2,15
9:2 22:20,21
22:21 94:20
101:2,9
**habit** 15:11
**half** 75:18
**hand** 38:8
56:17 104:21
**handwriting**
49:6,11,13
50:9 51:12
85:25
**handwritten**
70:20
**happens** 86:10
**happy** 16:3,16
18:23
**head** 15:19,20
**heads** 98:21
**held** 2:8 48:8
**hereinbefore**
100:11 104:12
**hereunto**
104:20

**high** 78:14
**hillone** 92:25
94:19 102:23
**hit** 53:25
**hold** 30:12
34:22
**holding** 26:10
**hoping** 8:9

**i**

**idea** 27:14
64:21
**identical** 12:21
**identification**
5:17,23 6:4,8
6:12 30:4
55:18,21 70:5
70:8 73:20,23
80:2,6,11,14
88:17 89:23
92:18,22 93:2
93:6,10,13
95:2 97:20
**identified** 14:3
**identifies** 12:16
**identify** 63:16
96:5
**identifying**
66:18
**impair** 17:15
**important** 15:5
**inability** 7:15
**include** 98:22
**included** 78:23
84:7

**including** 76:22
**incorporated**
97:16
**indicate** 88:11
95:25
**indicated** 10:5
19:11
**individual** 40:5
76:17 87:8
91:24
**individuals**
13:24 14:3,13
21:13 24:14,16
27:9 28:18
56:21 57:4,4
81:25 82:2
96:6
**industry** 27:9
**influence** 17:14
**information**
9:13 14:17
32:8 50:12
66:19 83:20
84:13,22 96:4
96:6 98:19,22
98:25
**inquiry** 7:24
**instance** 28:21
**instinctively**
15:19
**instruction**
18:12
**insurance** 1:3,9
1:16 5:15,20
6:2 7:19 8:25

9:3,6 11:6 12:4
13:6 101:9,12
101:16
**interact** 23:9
23:12
**interested**
104:18
**interrupt** 15:10
15:13
**interrupting**
15:12
**introduce**
67:23
**introduced**
29:9 39:4,11
39:12 85:2
**investment**
26:25
**invoice** 31:9,18
34:18,24 35:3
35:18,24 36:24
37:2,6 38:11
43:17,22,25
44:5,7 46:15
48:22 56:8
57:13 58:4,8
58:10,18,21
59:15,16,23,25
60:3,3,5,7,8,18
60:19 61:18
63:9 71:14
74:13,15,23
75:4,9,23
83:23,24 85:7
87:23 88:2

**[invoices - lb]**                                                      Page 11

**invoices** 31:4
  31:12,16 36:4
  36:9 37:7
  38:11 43:2,4
  44:8,11,17,18
  44:21 45:3
  48:2 56:7 58:2
  63:25 64:9
  69:12,19 74:24
  79:9,20,23
  80:5,8,22 85:5
  85:23 86:17
  88:11 99:4,4
  102:8,12,13
**israel** 82:4
**issue** 6:17 7:10
  84:11
**issued** 8:21,22
  10:14 11:5
  12:3 41:24
  48:4 66:8
  71:10,21 73:25
  88:6 89:25
  90:3 94:8,11
  94:15,21 95:5
  95:12 96:18
**issues** 8:7 9:11
  17:4
**item** 59:12
**items** 7:25
  98:15

**j**

**jersey** 3:19
**jeweler** 67:7

**jewelry** 9:9
  10:15,18,21
  19:3,5,9 20:2
  24:15 26:24
  31:9 51:6
  67:11 78:16,17
  97:9,11,19
**jewels** 24:16
**joined** 21:15
**jon** 3:11
**jonathan** 3:8
  3:10
**jonathansave...**
  3:11
**joseph** 97:2,5
**judge** 4:13
**july** 22:9 69:15
**june** 22:10 43:7

**k**

**k** 82:5
**kalitenko** 1:20
  3:13 6:3 7:20
  9:7 10:4 13:6
  67:21 79:12,14
  101:17 105:2
**karat** 25:7
**keep** 26:24
  33:17 53:17
  72:4,6,9,12
**keeping** 26:11
  34:3
**kept** 71:24 72:3
**key** 93:8 95:11
  103:8

**kg000041**
  43:20
**kg00071** 59:4
**kg00092** 44:4
**kg00094** 44:4
**kg29** 51:2
**kids** 18:3
**kilo** 62:11,11
  62:12,15 75:17
  75:18 76:22
  77:3,4,4,12
**kilogram** 76:7
**kilograms**
  75:14
**kilos** 75:13 76:2
  76:11,25 77:2
  77:4,14 83:9,9
  87:20
**kind** 63:15
**knew** 53:13
**know** 7:9 16:3
  16:18 18:22
  19:16 22:23
  25:9 27:15,17
  28:18,23 38:18
  41:5 42:25
  46:13 49:11
  52:20 53:2
  56:20,23 60:14
  60:22 61:4
  65:13,18 66:6
  66:11,12 70:11
  71:9,20 74:10
  79:11 81:5
  82:6 85:4 87:5

  87:22 90:5,8
  90:10 91:2,10
  91:11,16 95:12
  96:25 97:9,12
**knowledge**
  14:3,13
**known** 27:5,6
  30:15
**konstantine**
  3:19
**kush** 9:9 10:15
  10:17,21,24
  11:5,11,21
  12:4,10,17
  13:15,19 14:2
  14:12 19:12,13
  19:21,25 21:12
  29:24 30:25
  31:6,9,13 51:6
  68:14,25 69:2
  69:13,22 74:9
  74:10 97:8,10
  97:19
**kush's** 44:16
  56:12

**l**

**l** 4:2,2 5:2 82:5
  94:20,20 100:2
**large** 19:18
  64:18,24
**law** 3:8,12
**lawyer** 16:15
**lawyers** 98:18
**lb** 1:6

**[learn - method]**                                                        Page 12

| | | | |
|---|---|---|---|
| **learn** 40:6 | **looked** 56:24 | **mails** 45:13 | 73:19,22 79:25 |
| **leave** 7:2 | **looking** 30:15 | **major** 23:5 | 80:5,10,14 |
| **leaves** 37:12 | 43:21 45:3 | **make** 15:9 | 88:16,22 89:22 |
| **licenses** 63:15 | 48:9 50:8,18 | 24:16 26:24 | 92:17,21,25 |
| **likely** 51:17 | 50:22 54:22 | 28:3 47:18 | 93:5,9,13 95:2 |
| **line** 105:5 | 58:25 59:2 | 61:8 76:24 | **marriage** |
| **list** 6:15 71:14 | 61:16,18 65:4 | 77:2,13 87:23 | 104:17 |
| 74:7,14,15 | 65:9 68:21 | 90:24 92:3,8 | **matter** 6:15 |
| **listed** 7:25 | 69:8 70:24 | **making** 33:7 | 104:19 |
| 31:18 36:24 | 74:23 75:10 | **maladsay** 40:7 | **maximum** 29:3 |
| 43:14 68:11 | 86:2 90:24 | 40:20 | **mead** 3:12,15 |
| 89:14 | 94:7,12 | **malca** 78:12 | **mean** 20:4,7 |
| **little** 35:4 77:21 | **looks** 51:19 | **management** | 32:14 33:12 |
| **lives** 66:6 | 63:25 64:4 | 79:17,25 80:10 | 43:13 85:17 |
| **living** 19:2 | 65:6,10 70:25 | 80:23 82:15,19 | 86:25 |
| 65:24 | 75:9 | 86:19 87:7,14 | **meaning** 66:18 |
| **llc** 3:17 105:1 | **loose** 62:15 | 89:21 90:2 | 72:15 |
| **llp** 2:9 3:4,23 | **lot** 77:14,15 | 99:3 102:10,15 | **means** 47:16 |
| **located** 20:22 | 91:20,21 | 102:18 | 62:25 64:8 |
| **location** 21:2 | **lots** 77:3,13 | **manufacturer** | 77:2 |
| **locations** 91:16 | **lump** 76:16 | 33:25 | **med** 89:21 90:2 |
| **london** 35:7,15 | | **march** 1:22 2:2 | 102:18 |
| 35:20 37:5 | **m** | **mark** 1:7 3:9 | **media** 93:5 |
| **long** 19:4,12,15 | | 5:15 9:2,24 | 95:4 103:6 |
| 20:24 28:11,24 | **m** 22:21 | 11:6 29:14 | **meet** 38:19 |
| 40:3 52:13 | **m.d.** 1:7,20 3:9 | 30:20 55:14 | **members** 18:2 |
| 53:19 68:4 | 3:13 5:16 6:3 | 67:15 69:25 | **mentioned** |
| **look** 27:24 | 9:2,7 101:10 | 89:18 101:9 | 24:19 71:24 |
| 30:14,22 32:11 | 101:17 105:2 | **marked** 5:16 | 72:2 |
| 32:17 36:13 | **made** 37:4 43:4 | 5:22 6:3,7,11 | **message** 45:13 |
| 47:19,23 63:22 | 69:21 96:20 | 11:4 12:2 13:4 | **met** 37:23 |
| 70:10,12 74:18 | **madison** 2:9 | 30:4,10 43:3 | 38:17 39:3,10 |
| 84:12 85:12,21 | **mail** 38:7 80:16 | 44:3 47:20 | 39:17,19 |
| 88:23 95:16,24 | 86:9 | 55:13,17,21 | **method** 61:25 |
| 96:23 | **mailed** 38:5 | 62:9 70:4,8 | |
| | 86:11 | | |

**methods** 37:17
38:6
**michael** 3:6
10:12
**michael.vanu...**
3:6
**michigan** 97:23
98:2
**middle** 16:24
62:7
**miners** 24:7
**minimum**
28:13
**minus** 62:14
**minute** 98:7
**mmh** 1:12
**moment** 36:19
98:12
**money** 32:24
54:15 62:19,24
62:25,25
**month** 19:16
72:20,21,25
**morning** 34:6
**mouth** 27:22
**move** 15:19
**multiple** 46:22
64:14,17 65:21
88:5

**n**

**n** 3:2 4:2 94:20
100:2 103:13
**name** 5:8 10:12
21:23 29:6
38:18 40:6

42:13 45:9
56:20 67:15,18
67:21 79:12
81:9 82:4,4,6,7
87:25 88:2,3
88:12 89:3
91:2,8,10 97:2
97:5 105:2,3
**named** 91:12
**names** 14:16
22:16,17 42:16
94:5
**need** 15:21
16:16,20 40:21
62:4 83:9 84:4
87:19
**needs** 34:4
**networking**
38:23
**never** 27:20
41:13 45:9
52:22 73:6
84:18
**new** 1:2 2:10,10
2:12 3:5,10,10
3:14,19 5:4,12
5:12 27:23
28:23 29:5
31:21 37:23
47:7 53:6,7,10
60:17 67:24
89:4 91:4
92:21 94:8
97:17 102:21
104:4,5,9

105:1
**nod** 15:19
**non** 2:5
**nonparty** 8:13
**normally** 29:6
53:22
**notary** 2:11 5:4
100:22 104:8
105:25
**note** 29:7
**notice** 7:10
**noticed** 6:23
**notified** 9:22
**notify** 51:22
**november**
63:22 64:2
65:7,11 72:25
73:4,11
**number** 38:20
38:21 41:6,12
41:18 59:3
66:25 83:14,16
83:22 94:18
97:20 101:7
102:5 103:5
**numbers** 40:17
40:19 41:4
66:19 84:2,21
90:23 96:5

**o**

**o** 4:2 94:19,20
100:2
**oath** 4:12 17:8
17:10

**object** 16:6
**objecting** 16:10
**objection** 14:5
26:6,19 27:12
43:8 53:4,14
64:19 65:2,16
71:16
**objections** 4:21
**occurred** 44:12
68:14
**occurrence**
64:12
**october** 73:2,4
73:11
**office** 3:8 20:19
20:20,21 21:5
22:14 23:2
37:14,18 41:7
42:20 51:9
72:4,6,10
74:18 83:17
84:23 95:23
96:16,24
**offices** 2:9
**okay** 10:25
14:21 15:15,16
16:4,5,25 17:6
18:18,19,24,25
30:16 35:11
57:15 62:13
71:8 72:2,22
75:16 96:25
**old** 53:8
**once** 9:18 23:24
54:15 57:10

**[once - parties]**                                                    Page 14

94:2
**ones** 34:18
**open** 67:2 78:5
**opened** 19:14
**operating**
  19:17
**opposed** 64:17
**order** 24:5,19
  31:10 32:2,3,6
  32:9 33:9,10
  33:15 34:24,25
  37:21 46:6,10
  46:14,20,24
  47:5,6,7,13,15
  48:10 49:15,17
  49:18 53:6,7,8
  53:10,11 54:13
  54:13,15 58:12
  58:15,17 59:4
  59:8,14,19,20
  63:10 64:18,24
  76:13,16,17,22
  77:9,13 83:4,7
  83:25 85:10,11
  87:6 88:8
**ordered** 56:15
  57:6 75:7,8
  76:2,10 90:22
**ordering** 82:18
  82:24
**orders** 23:13
  35:15 37:3,3
  37:16 40:10,10
  45:5,10,12,15
  46:2,22 52:9

64:9,13,14,17
64:23 65:6,6
65:10,14,21
66:22 69:19,20
76:15,21 77:7
81:2 86:14
89:14 90:5,10
90:14,16,21
91:25 93:23
94:13 95:25
96:9,19,20
**original** 4:9,17
  99:10
**ounce** 25:20,22
  25:22 26:2
  34:15
**ounces** 25:25
  61:21,22 75:9
  75:11,12,19,20
  75:24 76:5,6
**outcome**
  104:18
**outside** 78:8
**overlapping**
  9:11,14
**own** 19:8 42:13
  97:20
**owned** 90:4
**owners** 24:17
  84:21,21

|   |
|---|
| **p** |

**p** 3:2,2 4:2 5:1
  5:2 6:1 7:1 8:1
  9:1 10:1 11:1
  12:1 13:1 14:1

15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1
101:1 102:1
103:1 104:1
**p.c.** 3:12
**p.m.** 1:23 2:3
  99:16

**packed** 78:5,6
**page** 11:17
  12:15 13:18
  43:21 48:21,21
  49:4 50:23,25
  57:12 59:10
  61:18 70:9,10
  70:14 75:3,3
  86:2 88:25
  89:4 101:6
  102:4 103:4,15
  105:5
**pages** 43:21
  54:23 68:12,22
  69:11,18 70:12
  70:19,24 80:15
**paid** 46:15
  47:10,14 52:9
  59:7,16 92:4,9
**paper** 62:8
  76:20 91:4
**paresh** 1:25 2:6
  3:18 5:10
  100:15 105:3
  105:21
**parkway** 3:18
**part** 21:17,19
  21:22 22:2,11
  22:16 31:13
  32:3,9 50:14
  56:11
**particular**
  65:14
**parties** 4:7 9:20
  104:16

[partner - practice]                                                    Page 15

**partner**  97:4
  98:2
**partners**  66:13
**party**  2:5 10:2
**party's**  9:23,24
**paschalidis**
  3:19 6:14 10:9
  14:5 17:2 26:6
  26:18 27:12
  30:8 43:8 53:4
  53:14 64:19,25
  65:16 71:16
  96:10
**payment**  23:24
  23:25 28:3,15
  28:19 32:12
  47:16 48:16
  52:24 55:8
  58:13,15,17
  60:17,21 84:12
  87:24 90:13
**payments**  44:9
  59:11 69:12,20
  69:21 80:9
  86:18,21 90:11
  102:14
**payroll**  22:22
**pays**  53:7
**pen**  62:2 76:20
**pending**  30:9
**people**  15:12
  22:11 29:9
  34:13 56:19,24
  61:5,11 63:16
  66:12 76:23

81:23 84:15
92:6 95:21
98:23
**percent**  36:6,10
**period**  21:10
  45:18,20 68:16
  69:14 90:20
**person**  11:20
  12:9,24 13:19
  15:5 22:5 29:2
  30:24 34:4
  39:4,9,9,12
  45:16,21 46:6
  47:10,14 57:25
  59:21 60:22
  61:9 81:6 87:5
  88:6 89:13
  93:22 94:21
  95:20,25
**personal**  6:16
  28:14,17,22
  38:3 66:2
**personally**
  15:11 38:4
**persons**  22:8
  57:2
**phone**  37:19,24
  40:12,13,16,17
  40:19 41:7,11
  41:14,16 45:10
  45:23 46:3,10
  61:8 83:3,14
  96:5
**phonetic**  40:7
  91:3 93:15

**photocopies**
  63:14
**pick**  46:20,25
  52:6 54:20
  56:18 57:5,8
  58:7,22 61:3
  63:16 81:15,20
  81:22,23 83:24
**picked**  49:18
  56:16 58:14
  59:21
**picking**  47:14
  50:3 57:23
  60:23 61:5
  81:18
**picks**  52:23,24
  53:8 57:25
**pickup**  47:11
  51:23 52:5
  58:24 59:21,25
  85:11
**piece**  62:8
**pkc**  1:12
**place**  3:9 33:9
  37:21 40:10
  46:24 53:6
  77:9 100:11
**placed**  45:16
  46:7,23 53:10
  54:13 59:4,14
  59:15 64:9,13
  64:14 65:14
**placing**  64:23
**plaintiff**  1:4,10
  1:17 2:6 3:4

**plaintiff's**
  101:4 102:2
  103:2
**plastic**  67:3
  78:7
**play**  61:2
**plaza**  3:5
**please**  5:8 16:2
  22:19 40:24
  62:2
**plus**  76:5,5
**pm**  35:7,15,21
  36:11,12,16,22
  37:5
**point**  34:17,23
  35:2 39:16
  63:9
**portion**  70:15
**position**  10:20
  33:14
**possible**  8:5,11
**possibly**  76:3
**potential**  7:3
  17:3 93:23
  99:4
**potentially**
  98:25
**pr24**  20:5
**practice**  31:8
  50:15 67:10
  79:16,24 80:9
  80:23 82:14,19
  86:18 87:7,14
  99:2 102:9,14

**[premium - recently]**

**premium** 35:17
63:2,2,3
**preparation**
17:19
**prepare** 7:13
7:16
**prepared** 93:18
**present** 3:21
9:23 19:22
**president** 10:22
19:12
**previous** 46:20
47:3 49:18
60:7
**price** 32:12,17
35:9,17 36:14
36:16,18,21,23
36:24 58:19
62:21 78:23
**prime** 93:9
95:11 103:8
**print** 43:11
**prior** 17:18
47:15 53:11
**privilege** 17:4
**problem** 33:23
**procedure** 2:8
85:9
**proceed** 10:8
**proceeding**
8:15
**process** 27:18
31:21 32:9
33:7 34:17,23
36:3 82:24

**program** 44:24
**properly** 7:16
**provide** 7:6
66:16,21
**provided** 25:16
29:13,19,24
30:11,19 31:2
37:3 38:4 43:2
44:18 45:6,7
47:25 48:3
49:16 58:21
61:23 73:15
74:10 85:16
94:14 96:19
**providing**
63:10 79:19
80:19
**public** 2:12 5:4
100:22 104:8
105:25
**pulled** 30:25
79:8
**purchase** 25:17
25:18 27:10
33:4,7 42:12
42:17 54:6,7,8
54:9,17 58:12
60:7 76:23,24
79:3
**purchased** 34:6
43:5 54:25
76:12
**purchasing**
71:23 74:12

**pure** 20:12 27:3
66:24
**purpose** 15:14
95:6,13,17,19
**purposes** 8:8
8:16 9:15
18:13
**pursuant** 2:7
8:20
**put** 8:18 77:19
77:19,20,24
78:2,3,5 87:25
90:23 98:16,17

**q**

**quantity** 25:16
37:6 61:17,20
**question** 13:25
15:18,20,23
16:2,4,9,11,12
16:20,21,22,24
18:21,23,24
26:14 30:9,10
30:13 34:22
47:9 60:20
68:18 69:7
89:10 94:6,17
95:9 96:11,14
**questions** 9:14
16:8 18:15
32:5 95:15
98:11
**quickbooks**
45:2
**quickly** 30:14

**quote** 78:24

**r**

**r** 3:2 4:2 5:2
22:20,21 100:2
104:2
**radler** 2:9 3:4
3:23
**rate** 35:20,23
35:25
**rather** 62:7
**ready** 10:7
51:21,23 52:4
52:21 53:3,11
53:13,16,18
54:19 58:6,18
59:20 85:10
**reason** 105:5
**recall** 29:12,15
41:17 42:18,19
65:19 79:17,19
81:2,4 84:25
85:3 89:11,17
93:21 94:13,21
95:4,7
**receive** 26:5
31:11 33:9
87:24 90:11,13
**received** 13:21
24:5 41:13,16
43:10 59:11
60:12 88:3
**recent** 41:11
**recently** 7:7
13:21 40:8
41:13,16

**recess** 74:21
98:8
**reconciled**
72:19
**record** 5:9 8:19
15:6,14 48:6,7
104:13
**records** 6:7
22:13 29:18,21
30:18,21,22,25
31:4 36:11
63:14 88:21
89:6 90:8
95:17 96:17
101:19
**referenced** 74:7
**referred** 29:5
68:3,7
**refineries** 24:9
66:17 67:5
**refinery** 24:20
25:13 52:10,14
54:17,19 77:6
77:10
**reflect** 68:13
69:12
**regard** 7:18
**regarding**
30:20 93:22
**regular** 31:8,13
44:15 56:12
84:16
**regularly** 19:18
57:5

**relate** 38:11
**related** 30:21
60:15,23 82:21
89:14 90:5
104:16
**relates** 9:18
10:21 12:11
13:11,14 23:19
48:2 74:8
79:15,20 85:23
86:18 94:6,17
94:18 96:8
**remember**
22:16,21,25
29:8,20,23
30:2,11 38:21
46:6,8 57:10
67:25 68:7,9
80:18,19 81:8
81:11,13 82:16
83:16 89:16
**remind** 18:13
**rephrase** 16:3
18:23 68:18
69:7
**replace** 34:8
**report** 43:11,13
43:14,22,25
44:5
**reporter** 5:18
5:24 6:5,9,13
15:3 55:19
70:6 73:24
80:3,7,12
88:18 89:24

92:19,23 93:3
93:7,11
**reporting**
105:1
**reports** 43:15
43:17 44:7
**represent**
30:17 69:19
71:6 74:5
**representative**
12:17 13:15
**representing**
10:13
**request** 25:12
96:20 99:10
**requested**
79:15
**requests** 98:17
**research** 27:25
91:23
**reserved** 4:22
**respect** 7:22,25
9:12 36:4
**respective** 4:6
**respectively**
8:23
**response** 29:24
30:19 80:20
**responsibilities**
23:4
**retail** 27:7
**retained**
103:11
**rider** 7:17,21
8:2 11:18

12:14 13:11,13
**right** 6:21
14:14 17:16
29:20 34:5
38:11 39:10
43:15 48:11
51:18 52:11
55:23 56:13
59:8,17 60:3,8
62:6 69:4
70:16,20 71:4
75:10 76:6
89:8 92:5
96:15 98:20
**ring** 91:9 94:5
97:6
**rings** 82:9
**rivkin** 2:9 3:4
3:23
**rivkin.com** 3:6
**rlm** 1:19
**robert** 3:15
**room** 15:5
20:23 21:3,5
**roseland** 3:19
**roslyn** 91:3,11
91:12
**routine** 61:6
**ruchi** 9:10,17
10:16 51:7
70:19 73:25
90:3,12 93:16
94:11,15,22
95:11 96:18
99:6

**[ruin - slonimer]**

**ruin**   62:5
**rule**   15:8,9,17
  16:19
**rules**   2:8 14:22
  15:2
**russian**   91:15
  91:18
**rxr**   3:5

**s**

**s**   3:2 4:2,2 5:2
  22:21 101:2
  105:5
**sake**   10:23
**sale**   33:8
**sample**   48:3
  80:4 85:22
  102:11
**samples**   94:3
**savella**   3:8,10
**savings**   35:13
**saw**   43:10
  51:19 86:8
  89:4
**saying**   25:8
  26:9 53:2
**says**   31:24 51:2
  51:5 61:17
  70:19
**scenario**   51:18
**scheduling**
  8:12
**scroll**   48:20
**seal**   67:4,6
**sealed**   66:25

**sealing**   4:7
**seals**   67:12
**searched**   94:23
**season**   72:14
  72:15
**second**   15:17
  33:22 52:9,23
  64:5
**secured**   78:14
**see**   11:17 12:18
  13:16 28:5
  48:16,21,24
  50:8 54:24
  56:7,25 57:7
  57:13,16,18
  61:17 63:23,24
  65:4,5,7,11
  70:13,14 74:2
  75:5 78:8
  80:15 85:14,17
  86:5 94:4
**seem**   86:6
**seen**   11:7 30:6
**sell**   33:15 34:2
  35:25 39:13,15
  39:17
**selling**   27:3
**send**   38:9 52:6
  78:19 80:16
  81:15 98:18
**sending**   60:16
**sent**   6:16 7:17
  7:21
**separate**   10:14
  88:7

**september**   43:7
  48:10,17,23
  49:17 50:2
  59:5,8 60:4
  69:14,23
**sequence**   41:5
**sergey**   1:20
  3:13 6:2 7:20
  9:7 10:3 13:6
  67:21 79:12
  101:16 105:2
**service**   4:16
  81:24
**services**   6:10
  43:4 48:2
  55:16,23,25
  57:14 69:3,20
  69:22 73:16,22
  74:2,9 78:15
  93:9 95:11
  101:20,22
  102:7 103:9
**set**   104:12,21
**sheet**   76:20
  105:1
**shipped**   78:10
**shipping**   78:22
**short**   74:21
  98:8
**shot**   76:23
**show**   11:3 13:3
  30:3 43:18
  47:20 55:12,20
  58:4 66:23
  67:6 70:7

**73:18 86:16
  88:19 92:14
  94:25
**showing**   11:25
  44:2 57:11
  80:13 89:25
  93:12
**shown**   34:19
**sic**   38:3
**sick**   22:24
**sign**   59:22
  60:11
**signature**   57:18
  57:21,22,24
  58:11,23
  104:23
**signatures**   63:8
  63:11
**signed**   4:10,12
  4:15 58:4,10
  59:17,24 60:19
  85:5,7
**simple**   15:2
**single**   24:23
  76:2 88:7,8
**sir**   13:12 14:21
  17:7 55:20
  98:10
**sit**   46:5
**sitting**   51:16
  71:20 89:10
  91:8 93:21
**slonimer**   79:16
  79:25 80:4,24
  82:15,19 85:24

**[slonimer - supplies]**

87:8,10,15
99:3 102:10,11
**slowly**  15:10
**smaller**  63:7
64:23
**solutions**  93:5
95:4 103:7
**somebody**  38:8
78:2
**son**  18:10 21:11
21:14
**soon**  53:25
54:18
**sorry**  33:22
49:15 63:20
**sort**  20:2
**sound**  91:9
**sounds**  82:7
**speak**  16:15
18:2 41:23
42:3,6
**speaking**  65:19
67:12
**specialize**
19:25 27:9
**specific**  17:25
25:15 68:6
76:18
**specifically**
22:9 59:20
**specified**
100:11
**spell**  22:19
**spend**  32:7,22

**split**  77:10,11
**splits**  77:6
**spoke**  17:22
41:17,20
**spoken**  17:18
66:4
**spot**  36:17,23
**spring**  73:6
**square**  21:7
**ss**  104:4
**stamp**  51:2,5
51:10,13 59:3
59:16 71:4
**stamped**  43:20
44:4
**stand**  17:11
**stapleton**  3:22
**start**  39:17
**started**  39:20
39:22 81:14
**state**  2:12 5:4,8
97:17,23 104:4
104:9
**statement**  6:11
47:21,25 63:24
65:5 101:21
**statements**
44:22
**states**  1:2
**step**  33:6 52:8
**steps**  8:5
**steve**  81:9,12
82:3,7,10
83:13,14 84:23
85:2 89:12,12

90:4,7 99:2
**stipulated**  4:5
4:20
**stock**  24:3 34:5
34:8 72:3
**store**  19:8
33:18 34:3
52:15 84:20,21
**storefront**
20:15,17
**stores**  24:15
27:7
**street**  3:14
91:21
**stybel**  1:14
5:21 9:5,25
12:5 67:18
101:13
**subject**  6:15
17:3
**subpoena**  2:7
5:16,21 6:3
7:18,22 8:20
8:22 9:8,10
11:4,7,10,17
12:3,7,11,15,22
13:5,7,10
29:13,17,21,25
30:20 42:8
43:10 68:16
79:10,15 80:20
101:10,14,17
**subpoenas**  8:21
10:14 41:24

**subscribed**
100:18 105:22
**subsequent**
47:13
**suggest**  7:3
**suite**  2:10 3:9
**sum**  76:16
**summaries**
68:10,11
**summarize**
44:11
**summary**  6:11
44:13,17,21
47:22,25 54:22
55:17,22 56:7
56:11 68:23
85:15 101:21
101:23
**sunstone**  6:7
30:21 38:12,15
42:24 43:6
44:5 45:4
55:16,23,25
57:14 68:15
69:2,20,21
73:16,22 74:2
74:9 82:22
87:12 101:19
101:22 102:7
**suppliers**  92:25
94:19,20
102:24
**supplies**  44:2
55:5,9 69:13
73:15 82:21

93:15

**supply**   33:10

**sure**   15:9 28:3
    33:23 35:6
    47:18 50:5
    79:8 87:18
    92:3,8 98:24

**surprised**   7:4

**sworn**   4:10 5:3
    100:5,18
    104:12 105:22

**system**   44:20
    71:19 76:19
    88:10

---

**t**

**t**   4:2,2 22:21
    82:5 100:2
    101:2 104:2,2

**take**   16:14,16
    16:18,22,23
    17:11 23:24
    24:19 26:15,17
    28:14 31:20
    32:2 33:14
    37:16 40:9
    46:14 52:8,13
    70:10 83:25
    85:6,21 88:23

**taken**   2:6 28:17
    45:5 74:22
    98:9

**takes**   15:4 58:2

**talk**   15:9 18:6
    38:10

**talking**   17:22
    43:23 48:22
    51:3 75:25
    87:12,13

**talks**   87:14,15

**tax**   97:20

**taxes**   72:20

**tech**   6:6,10
    30:21 38:12,14
    42:23 43:6
    44:2 45:4 48:2
    55:5,8 68:15
    68:25 69:8,13
    73:15 82:21
    101:18,20

**tell**   53:10 65:23
    77:10,12 85:13
    87:17 98:20

**telling**   32:19,21

**ten**   26:2

**testified**   5:5
    14:23

**testify**   11:13
    12:17,25 13:20
    17:12,16 100:5

**testifying**   10:17
    12:10

**testimony**   17:8
    100:6,10
    104:14

**text**   45:12

**thank**   10:10
    98:12 99:14

**thing**   31:23
    86:20

**things**   43:12
    80:17,18 94:24
    98:15

**think**   28:20
    38:16 50:19
    61:15 68:4
    77:23 81:10
    82:12,23 89:3

**third**   39:4,8

**three**   8:12,13
    8:21 9:19,21
    10:13 22:7
    28:13 40:17
    47:2 54:23
    55:3 68:22
    69:11,18 70:9
    70:10,12 71:10
    77:2,3,3,4
    92:12

**time**   1:23 2:3
    4:22 7:13 8:16
    15:18 16:14
    19:19 21:10,17
    21:19,22 22:2
    22:11,12,16
    31:10,17 35:12
    35:13,14,15
    37:15,22 38:17
    39:20 41:17,20
    45:18,20 46:23
    47:2 49:22
    52:7,23 53:7
    57:23 58:3,19
    58:22,23 59:25
    60:17,18 61:7

61:7 62:18
    66:4 68:16
    72:23 73:12
    79:2 85:8
    90:15,18,19
    98:12 99:15
    100:10

**timing**   7:14

**title**   10:22

**today**   14:10,18
    15:7,15 17:18
    46:5,24 51:17
    71:20 76:21,21
    77:12 88:9
    89:11 91:9
    93:21 98:14

**together**   60:9
    90:24

**took**   52:17

**top**   48:10 70:15
    79:16,24 80:9
    80:23 82:14,18
    86:18 87:7,14
    99:2 102:9,14

**topic**   6:15

**topics**   6:23 7:5
    7:12 11:14,22
    12:16,18,20,25
    13:12,14,20

**total**   75:25
    90:25

**tower**   3:5

**traceable**   66:17

**trader**   38:25

**[trading - vine]** Page 21

| | | | |
|---|---|---|---|
| **trading**   36:17 | **u** | **used**   4:14 36:4 | 45:1 46:1 47:1 |
| 36:23 39:8,9 | | 42:17,22 | 48:1 49:1 50:1 |
| **transaction** | **u**   4:2 | **usually**   37:11 | 51:1 52:1 53:1 |
| 33:8 56:3 61:7 | **under**   17:8,14 | **v** | 54:1 55:1 56:1 |
| 61:7 68:25 | 95:13 | | 57:1 58:1 59:1 |
| 69:2,5 | **underlying** | **v**   5:2,15,20 6:2 | 60:1 61:1 62:1 |
| **transactions** | 18:8 | 101:9,12,16 | 63:1 64:1 65:1 |
| 31:5 44:12 | **understand** | 105:2 | 66:1 67:1 68:1 |
| 49:21 55:17,23 | 7:15 13:22 | **value**   32:10 | 69:1 70:1 71:1 |
| 68:14 79:24 | 14:14 15:22 | 34:20 76:4 | 72:1 73:1 74:1 |
| 80:23 101:23 | 16:2,12 26:13 | 83:7 | 75:1 76:1 77:1 |
| 102:8 | 26:23 41:15 | **vanunu**   3:6 5:7 | 78:1 79:1 80:1 |
| **transcript** | 53:9 54:12 | 7:9,14 10:12 | 81:1 82:1 83:1 |
| 100:9,9 | 71:3 79:11 | 48:6 55:14 | 84:1 85:1 86:1 |
| **trial**   4:22 | 93:20 | 69:25 89:18 | 87:1 88:1 89:1 |
| **true**   100:9 | **understanding** | 98:6,10 99:9 | 90:1 91:1 92:1 |
| 104:13 | 39:6 55:9 56:2 | 99:13 103:16 | 93:1 94:1 95:1 |
| **truth**   100:5 | **uneducated** | **various**   16:7,7 | 96:1 97:1 98:1 |
| **try**   15:12 | 26:22 | 20:12 24:24,25 | 99:1 100:1,15 |
| **trying**   26:22 | **uniondale**   3:5 | 76:11,13 81:19 | 101:1 102:1 |
| **turn**   11:16 | **unique**   66:18 | 81:19 | 103:1 104:1 |
| **two**   22:7,13 | **united**   1:2 | **vedawala**   1:25 | 105:3,21 |
| 26:3 34:15 | **unknown**   29:2 | 2:6 3:18 5:1,10 | **verbal**   15:21 |
| 38:12 43:15,21 | **unprepared** | 6:1 7:1 8:1 9:1 | **veritext**   105:1 |
| 55:2 56:25 | 6:22 | 10:1,11 11:1 | **versus**   7:20 |
| 63:25 64:23 | **unsigned**   4:14 | 12:1 13:1 14:1 | 8:25 9:4,6 12:5 |
| 65:6,10 70:19 | 60:5 | 15:1 16:1 17:1 | 13:6 33:25 |
| 70:24 74:24 | **update**   13:14 | 18:1 19:1 20:1 | 64:24 |
| 75:8,13,14 | **updated**   6:15 | 21:1 22:1 23:1 | **vet**   27:24 |
| 79:16,20 87:20 | 7:17,21 13:13 | 24:1 25:1 26:1 | **video**   3:16 |
| **type**   20:2 | 13:25 | 27:1 28:1 29:1 | **vine**   1:7 3:9 |
| **types**   67:12 | **ups**   78:7 | 30:1 31:1 32:1 | 5:16 9:2,24 |
| **typical**   24:13 | **usa**   35:14 | 33:1 34:1 35:1 | 11:6 29:14 |
| **typically**   34:13 | **use**   34:2 35:24 | 36:1 37:1 38:1 | 30:20 67:15 |
| | 36:15 41:12 | 39:1 40:1 41:1 | 101:10 |
| | 44:20,25 | 42:1 43:1 44:1 | |

**[virtually - zoom]**                                           Page 22

| | | | |
|---|---|---|---|
| **virtually** 12:20 | 29:2 39:19,20 | **wmeadlaw** | 5:13 97:17 |
| **voice** 46:11 | 47:2 55:2,2 | 3:15 | 104:4,5,9 |
| **volume** 25:14 | **weight** 32:7,15 | **wonderful** 15:3 | 105:1 |
| 76:10 78:14 | 32:17 33:3 | **word** 27:22 | **z** |
| **w** | **went** 70:25 | **work** 8:3 21:8 | |
| **w** 5:2 | 71:15 97:10 | 23:16 | **z** 82:5 |
| **wait** 28:9,11,24 | 98:23 | **worked** 19:8,10 | **zoom** 10:7 |
| 53:19 92:9 | **wesley** 3:15 | 19:22 21:12 | |
| 96:10,13 | **west** 3:5 38:20 | 90:16,20 | |
| **waiting** 46:21 | 77:23 | **working** 19:9 | |
| **waived** 4:9 | **whereof** 104:20 | 19:21 21:24 | |
| **walking** 77:22 | **wholesale** | 39:20,22 66:11 | |
| **walks** 77:17 | 92:17 93:15 | 81:14 82:10,13 | |
| **want** 6:20 | 102:20 | **works** 23:19 | |
| 16:14 17:2 | **wholesaler** | **worth** 35:16 | |
| 18:12,17 23:21 | 24:11 | **write** 62:3,6 | |
| 26:20 28:2 | **wife** 18:3,11 | **writing** 23:7 | |
| 31:25 32:7,7 | 22:22 | 98:17 99:14 | |
| 32:22 35:4,16 | **wild** 77:23 | **x** | |
| 36:10 37:21 | **willing** 54:5 | **x** 1:3,9,15,21 | |
| 39:13,14,14 | **wire** 28:5,6 | 93:4 95:4 | |
| 47:23 62:5 | 32:11 | 101:2 103:6,13 | |
| 63:19 68:5 | **wires** 85:20 | **y** | |
| 77:11 83:10 | **withdraw** | **y** 82:5 | |
| 84:9 89:9 92:3 | 16:22 | **yeah** 11:2 | |
| **wanting** 34:25 | **witness** 2:5 | 47:17 48:25 | |
| **wants** 31:22 | 4:10,16,18 5:3 | 78:4 86:3,20 | |
| **way** 25:15 36:9 | 6:18,21,22 7:2 | **year** 22:22 | |
| 68:19 70:22 | 7:16 8:18 | 29:15 72:23,24 | |
| 84:3 85:6,17 | 10:10 99:7,11 | 72:25 79:4 | |
| 90:9 95:24 | 99:17 104:11 | **years** 19:6 | |
| 104:18 | 104:14,20 | **york** 1:2 2:10 | |
| **ways** 37:16 | **witnesses'** | 2:10,12 3:5,10 | |
| **week** 6:19 | 105:3 | 3:10,14 5:4,12 | |
| 13:14 14:16 | | | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.