# EXHIBIT "18A"

# Incoming Wires by Account

09/20/2022

| Released Date | Amount | Beneficiary Account | Beneficiary | Sender FI | Sender FI Name | Originator | Originator Address 1 | Originator Address 2 | Originator Address 3 |
|---|---|---|---|---|---|---|---|---|---|
| 08/06/2021 08:51:07 AM | $30,700.00 | 670■■■ | EVERGREEN AND REMEGONE | 0212■■■ | CONNECTONE BANK | IOLA/ABRAMS, FENSTERMAN, FENSTERMAN | 3 DAKOTA DR SUITE 300 | NEW HYDE PARK NY 11042-1167 | |
| 08/13/2021 01:19:03 PM | $35,900.11 | 670■■■ | EVERGREEN AND REMEGONE, LLC | 0212■■■ | CONNECTONE BANK | IOLA/ABRAMS, FENSTERMAN, FENSTERMAN | 3 DAKOTA DR SUITE 300 | NEW HYDE PARK NY 11042-1167 | |
| 08/23/2021 12:51:02 PM | $37,300.00 | 670■■■ | EVERGREEN AND REMEGONE, LLC | 0212■■■ | CONNECTONE BANK | IOLA/ABRAMS, FENSTERMAN, FENSTERMAN | 3 DAKOTA DR SUITE 300 | NEW HYDE PARK NY 11042-1167 | |
| 08/27/2021 02:34:16 PM | $33,400.00 | 670■■■ | EVERGREEN AND REMEGONE, LLC | 0212■■■ | CONNECTONE BANK | IOLA/ABRAMS, FENSTERMAN, FENSTERMAN | 3 DAKOTA DR SUITE 300 | NEW HYDE PARK NY 11042-1167 | |
| 08/30/2021 04:22:03 PM | $28,400.00 | 670■■■ | EVERGREEN AND REMEGONE, LLC | 0212■■■ | CONNECTONE BANK | IOLA/ABRAMS, FENSTERMAN, FENSTERMAN | 3 DAKOTA DR SUITE 300 | NEW HYDE PARK NY 11042-1167 | |
| 09/07/2021 12:28:57 PM | $19,650.00 | 670■■■ | EVERGREEN AND REMEGONE, LLC | 0212■■■ | CONNECTONE BANK | IOLA/ABRAMS, FENSTERMAN, FENSTERMAN | 3 DAKOTA DR SUITE 300 | NEW HYDE PARK NY 11042-1167 | |
| 09/14/2021 | $48,450.00 | 6701014752 | EVERGREEN | 021213944 | CONNECTONE | IOLA/ABRAMS, | 3 | NEW | |

| Date/Time | Amount | | | | Bank | Account | Address | City/State/Zip |
|---|---|---|---|---|---|---|---|---|
| 10:17:23 AM | | | | AND REMEGONE, LLC | BANK | FENSTERMAN, FENSTERMAN | DAKOTA DR SUITE 300 | HYDE PARK NY 11042-1167 |
| 09/15/2021 11:58:11 AM | $15,000.00 | 670▮ | EVERGREEN AND REMEGONE, LLC | 0212▮ | CONNECTONE BANK | IOLA/ABRAMS, FENSTERMAN, FENSTERMAN | 3 DAKOTA DR SUITE 300 | NEW HYDE PARK NY 11042-1167 |
| 09/21/2021 03:13:42 PM | $29,250.00 | 670▮ | EVERGREEN AND REMEGONE, LLC | 0212▮ | CONNECTONE BANK | IOLA/ABRAMS, FENSTERMAN, FENSTERMAN | 3 DAKOTA DR SUITE 300 | NEW HYDE PARK NY 11042-1167 |
| 09/23/2021 11:12:16 AM | $24,900.00 | 670▮ | EVERGREEN AND REMEGONE, LLC | 0212▮ | CONNECTONE BANK | IOLA/ABRAMS, FENSTERMAN, FENSTERMAN | 3 DAKOTA DR SUITE 300 | NEW HYDE PARK NY 11042-1167 |
| 09/29/2021 12:11:48 PM | $39,500.00 | 670▮ | EVERGREEN AND REMEGONE, LLC | 0212▮ | CONNECTONE BANK | IOLA/ABRAMS, FENSTERMAN, FENSTERMAN | 3 DAKOTA DR SUITE 300 | NEW HYDE PARK NY 11042-1167 |
| 10/08/2021 02:34:27 PM | $28,350.00 | 670▮ | EVERGREEN AND REMEGONE, LLC | 0212▮ | CONNECTONE BANK | IOLA/ABRAMS, FENSTERMAN, FENSTERMAN | 3 DAKOTA DR SUITE 300 | NEW HYDE PARK NY 11042-1167 |
| 10/20/2021 11:38:25 AM | $31,800.00 | 670▮ | EVERGREEN AND REMEGONE, LLC | 0212▮ | CONNECTONE BANK | IOLA/ABRAMS, FENSTERMAN, FENSTERMAN | 3 DAKOTA DR SUITE 300 | NEW HYDE PARK NY 11042-1167 |