# EXHIBIT "18B"

**EVERGREEN & REMEGONE LLC**
100 W. OAK ST.
AMITYVILLE, NY 11701
Check #1020
DATE 8/10/2021
PAY TO THE ORDER OF: Romeo Tech Service
$8,700.00
Eight thousand seven hundred 00/100 DOLLARS
STERLING NATIONAL BANK

08/11/2021 - Acct# - Amt:$8,700.00 - Chk#:1020

>221272031<
Investors Bank #424
2021-08-10
Batch

08/11/2021 - Acct# - Amt:$8,700.00 - Chk#:1020

**EVERGREEN & REMEGONE LLC**
100 W. OAK ST.
AMITYVILLE, NY 11701
Check #1024
DATE 8/16/2021
PAY TO THE ORDER OF: Tegdat Deg
$6,450.00
Six thousand four hundred fifty 00/100 DOLLARS
STERLING NATIONAL BANK
FOR: Tech

08/19/2021 - Acct# - Amt:$6,450.00 - Chk#:1024

CAPITAL ONE, NA
RICHMOND, VA 006 21
RDC   Deposit

08/19/2021 - Acct# - Amt:$6,450.00 - Chk#:1024

**EVERGREEN & REMEGONE LLC**
100 W. OAK ST.
AMITYVILLE, NY 11701
Check #1023
DATE 8/10/2021
PAY TO THE ORDER OF: Romeo Tech Service
$3,450.00
Three thousand four hundred fifty 00/100 DOLLARS
STERLING NATIONAL BANK
FOR: Tech

08/19/2021 - 970174422 - Acct#:6701014752 - Amt:$3,450.00 - Chk#:1023

EVERGREEN & REMEGONE LLC

08/19/2021 - 970174422 - Acct#:6701014752 - Amt:$3,450.00 - Chk#:1023

**EVERGREEN & REMEGONE LLC**
100 W. OAK ST.
AMITYVILLE, NY 11701
Check #1025
DATE 8/25/21
PAY TO THE ORDER OF: Romeo Tech Service
$3,600.00
Three thousand six hundred 00/100 DOLLARS
STERLING NATIONAL BANK

08/27/2021 - Acct# - Amt:$3,600.00 - Chk#:1025

8/26/2021 8/26/2021 12:34:11 PM
INVESTORS BANK

08/27/2021 - Acct# - Amt:$3,600.00 - Chk#:1025

| Check | Details |
|---|---|
| Check #1022 | Evergreen & Remegone LLC, date 8/16/2021, Pay to the order of Seaview Services Dep, $5,950.00, "Five thousand nine hundred fifty" |
| | 08/31/2021 - Acct# - Amt:$5,950.00 - Chk#:1022 (front and back) |
| Check #1026 | Evergreen & Remegone LLC, date 8/25/21, Pay to the order of Trydat Inc, $7,200.00, "Seven thousand two hundred" |
| | 08/31/2021 - Acct# - Amt:$7,200.00 - Chk#:1026 (front and back, deposited Capital One, NA, Richmond, VA 23821) |
| Check #1031 | Evergreen & Remegone LLC, date 8/31/2021, Pay to the order of Trydat, $9,900.00, "Nine thousand nine hundred" |
| | 09/03/2021 - Acct# - Amt:$9,900.00 - Chk#:1031 (front and back, deposited Capital One, NA, Richmond, VA 06121) |

| Front | Back |
|---|---|
| Check #1027, Evergreen & Remegone LLC, Date 8/25/21, Pay to the order of Lavren Services, Three thousand five hundred, $3,500.00, Sterling National Bank | Endorsement: Lavren Services, For Deposit Only; stamp 09/10/2021 NY246 MH70180 BIC |
| 09/13/2021 - [redacted] - Acct# [redacted] - Amt:$3,500.00 - Chk#:1027 | 09/13/2021 - [redacted] - Acct# [redacted] - Amt:$3,500.00 - Chk#:1027 |
| Check #1044, Evergreen & Remegone LLC, Date 9/12/21, Pay to the order of Trydat Inc, Five thousand one hundred fifty, $5,150.00, Sterling National Bank | Capital One, NA, Richmond, VA 35521, RDC Deposit |
| 09/14/2021 - [redacted] - Acct# [redacted] - Amt:$5,150.00 - Chk#:1044 | 09/14/2021 - [redacted] - Acct# [redacted] - Amt:$5,150.00 - Chk#:1044 |
| Check #1045, Evergreen & Remegone LLC, Date 9/12/21, Pay to the order of Rocco Tech Service, Two thousand fifty, $2,050.00, Sterling National Bank | Endorsement: Rocco Tech Service llc |
| 09/14/2021 - [redacted] - Acct# [redacted] - Amt:$2,050.00 - Chk#:1045 | 09/14/2021 - [redacted] - Acct# [redacted] - Amt:$2,050.00 - Chk#:1045 |

| Check Front | Check Back |
|---|---|
| Check #1040, Evergreen & Remegone LLC, Sterling National Bank, Date 9/14/2021, Pay to the order of: Trydat Inc, $6,150.00, "Six thousand one hundred fifty" | Capital One, NA, Richmond, VA 084 21, RDC Deposit |
| 09/20/2021 - Acct# - Amt:$6,150.00 - Chk#:1040 | 09/20/2021 - Acct# - Amt:$6,150.00 - Chk#:1040 |
| Check #1039, Evergreen & Remegone LLC, Sterling National Bank, Date 9/14/2021, Pay to the order of: Rongo Tech Service, $2,850.00, "Two thousand eight hundred fifty" | Rongo Tech Service Inc |
| 09/21/2021 - Acct# - Amt:$2,850.00 - Chk#:1039 | 09/21/2021 - Acct# - Amt:$2,850.00 - Chk#:1039 |
| Check #1051, Evergreen & Remegone LLC, Sterling National Bank, Date 9/24/21, Pay to the order of: Rongo Tech Service, $3,000.00, "Three thousand" | Rongo Tech Service Inc |
| 09/29/2021 - Acct# - Amt:$3,000.00 - Chk#:1051 | 09/29/2021 - Acct# - Amt:$3,000.00 - Chk#:1051 |
| Check #1054, Evergreen & Remegone LLC, Sterling National Bank, Date 9/24/2021, Pay to the order of: Trydat Inc, $7,100.00, "Seven thousand one hundred" | Capital One, NA, Richmond, VA 076 21, Deposit |
| 09/29/2021 - Acct# - Amt:$7,100.00 - Chk#:1054 | 09/29/2021 - Acct# - Amt:$7,100.00 - Chk#:1054 |





