# EXHIBIT "18C"





11/12/2021 - - Amt:$3,000.00 - Chk#:1058    11/12/2021 - - Amt:$3,000.00 - Chk#:1058