**Exhibit "3"**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY and GEICO
CASUALTY COMPANY,

Docket No.:
1:22-cv-02834-PKC-MMH

Plaintiffs,

-against-

ELENA BORISOVNA STYBEL, D.O., ELENA
BORISOVNA STYBEL, M.D. (A Sole Proprietorship),
EVERGREEN & REMEGONE LLC, YANA
MIRONOVICH, NEW YORK BILLING AND
PROCESSING CORP., ERIC MELADZE, BLUE TECH
SUPPLIES INC., SUNSTONE SERVICES INC., and
JOHN DOE DEFENDANTS "1" through "10",

Defendants.
-------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and Defendants Elena Borisovna Stybel, D.O., Elena Borisovna Stybel, M.D. (A Sole Proprietorship), and Yana Mironovich (collectively, the "Defendants") that all claims by Plaintiffs against the Defendants are dismissed <u>without prejudice</u> pursuant to Fed. R. Civ. Proc. 41(a). Plaintiffs and the Defendants shall bear their own costs and attorneys' fees in connection with the prosecution and/or defense of this action.

Dated: <u>  January 5  </u>, 2024

<div style="display: flex;">

RIVKIN RADLER LLP

By: _____
    Michael Vanunu, Esq.
926 RXR Plaza
Uniondale, New York 11556

*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company*

</div>

SCHWARTZ, CONROY & HACK, P.C.

By: _____ (mac)
    Matthew Conroy, Esq.
666 Old Country Road, Ninth Floor
Garden City, New York 11530

*Counsel for Defendant Yana Mironovich*

JOHN J. RAPAWAY ESQ

By: _____
    John J. Rapaway, Esq.
900 South Avenue, 3rd Floor
Staten Island, New York 10314
*Counsel for Elena Borisovna Stybel, D.O., and Elena Borisovna Stybel, M.D. (A Sole Proprietorship)*