UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY and GEICO
CASUALTY COMPANY,

Docket No.:
1:22-cv-02834-PKC-MMH

Plaintiffs,

-against-

ELENA BORISOVNA STYBEL, D.O., ELENA BORISOVNA STYBEL, M.D. (A Sole Proprietorship), EVERGREEN & REMEGONE LLC, YANA MIRONOVICH, NEW YORK BILLING AND PROCESSING CORP., ERIC MELADZE, BLUE TECH SUPPLIES INC., SUNSTONE SERVICES INC., and JOHN DOE DEFENDANTS "1" through "10",

Defendants.
-------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE THAT** pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") through their counsel, Rivkin Radler LLP, hereby give notice that Plaintiffs voluntarily dismiss their claims, without prejudice, against Defendants Eric Meladze, Blue Tech Supplies, Inc., and Sunstone Services, Inc.

Dated: January 5, 2024

RIVKIN RADLER LLP

By: _____
Michael Vanunu, Esq.
926 RXR Plaza
Uniondale, New York 11556
*Counsel for Plaintiffs*
4864-6658-1658, v. 1